**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

JEDSON ENGINEERING, INC., )
an Ohio corporation, )
)
Plaintiff, )
)
v. )
)
AMERICAN GYPSUM COMPANY, )
LLC, a Delaware limited liability )
company, )
)
Defendant. )

# COMPLAINT

Plaintiff, Jedson Engineering, Inc. ("Jedson"), for its Complaint against defendant, American Gypsum Company, LLC ("America Gypsum"), states as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Jedson is a corporation organized under the laws of the State of Ohio with its principal place of business at 705 Central Avenue, Cincinnati, Ohio 45202. Jedson is a citizen of Ohio.

2. American Gypsum is a limited liability company organized under the laws of the State of Delaware with offices at 5960 Berkshire Lane, Suite 800, Dallas, Texas 75225. Upon information and belief, the sole member of American Gypsum is a limited liability company organized under the laws of Delaware. Accordingly, American Gypsum is a citizen of Delaware and is not a citizen of Ohio.

3. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a)(1) because the parties are citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. This Court has personal jurisdiction over American Gypsum because American Gypsum owns and operates a project site in Duke, Oklahoma (the "Property"), contracted for engineering services for an improvement to that Property, and the claims asserted herein arise out of that project.

5. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred, and the Property that is the subject of the project is situated, in Jackson County, Oklahoma, which lies within this District.

6. Furthermore, Oklahoma courts maintain jurisdiction over this matter notwithstanding the terms of the parties' agreement because the matter involves a "construction agreement" as defined in 15 O.S. § 821(B)(1).

## **FACTUAL ALLEGATIONS**

### A. The Agreement

7. On or about August 18, 2025, Jedson and American Gypsum entered into a Subcontract Agreement (the "Agreement") under which Jedson agreed to provide construction engineering services, as Engineer of Record, for the engineering, procurement, and supply of a new 675 ft/min wallboard production line located on American Gypsum's Property in Duke, Oklahoma (the "Project"). A true and correct copy of the Agreement is attached as "Exhibit 1."

8. The Agreement established an original Subcontract Amount of $5,478,926.00, subject to adjustment by Change Orders. *Exhibit 1*, § 2.01.

9. Section 4.01 of the Agreement requires American Gypsum to make progress payments "based upon the Payment Schedule set forth in Exhibit E, Net 45 days from Company's receipt of Subcontractor's invoice, subject to good faith dispute by Company." *Id.* at § 4.01.

10. Section 13.04 of the Agreement provides that, pending dispute resolution, "Company shall continue to make payments in accordance with this Agreement." *Id.* at § 13.04.

11. The Agreement contains a single, specifically negotiated provision authorizing American Gypsum to withhold payment. Section 10.07 permits American Gypsum to withhold the "Accelerated Work Program Withholding" amount set forth in Exhibit I of the Agreement and only "[i]n the event that Subcontractor fails to achieve a Critical Milestone Date." *Id.* at §§ 7.01, 10.07.

12. Article XVI of the Agreement sets forth the parties' agreed remedy for allegedly defective work. Under Section 16.04, if any Work is found to be "defective," Jedson "shall, at its sole cost and expense, use its best efforts to immediately and on an expedited basis correct such Defect," and American Gypsum may correct the Defect itself and charge the cost to Jedson only if Jedson "fails to submit an action plan to correct the Defect and/or deficiencies within three (3) Business Days of receipt of notice from Company." *Id.* at § 16.04.

13. Section 4.05 of the Agreement provides that if American Gypsum defaults in its duty to pay and the default continues for 45 days following Jedson's written notice, Jedson may cease work without penalty or liability of any kind. *Id.* at § 4.05.

14. Section 13.06 of the Agreement provides that "reasonable attorneys' fees shall be awarded to the prevailing party" in any action arising out of or relating to the Project or the Agreement. *Id.* at § 13.06.

**B. Jedson's Performance**

15. Jedson has performed its obligations under the Agreement, including by issuing the engineering deliverables required by the Agreement and by performing numerous redesigns requested by American Gypsum during the course of the Project, many without additional compensation.

16. Through Jedson's June 2026 billing period, American Gypsum paid Jedson a total of $5,594,583.90 under the Agreement without objection.

**C. The Unpaid Invoice**

17. On or about July 13, 2026, Jedson submitted Invoice No. 92086 to American Gypsum in the amount of $388,540.00 for professional services rendered during the period May 25, 2026 through June 28, 2026, accompanied by an interim conditional lien waiver required by the Agreement. A copy of Invoice No. 92086 is attached as "Exhibit 2."

18. On or about August 11, 2026, Jedson submitted Invoice No. 92651 to American Gypsum in the amount of $252,330.00 for professional services rendered during the period June 29, 2026 through July 26, 2026, accompanied by an interim conditional

lien waiver required by the Agreement. A copy of Invoice No. 92651 is attached as "Exhibit 3."

19. On or about September 8, 2026, Jedson submitted Invoice No. 93288 to American Gypsum in the amount of $30,949.00 for professional services rendered during the period March 30, 2026 through August 30, 2026, accompanied by an interim conditional lien waiver required by the Agreement. A copy of Invoice No. 93288 is attached hereto as "Exhibit 4."

20. On or about September 8, 2026, Jedson submitted Invoice No. 93289 to American Gypsum in the amount of $117,616.00 for professional services rendered during the period July 27, 2026 through August 23, 2026, accompanied by an interim conditional lien waiver required by the Agreement. A copy of Invoice No. 93289 is attached hereto as "Exhibit 5."

21. On or about October 9, 2026, Jedson submitted Invoice No. 93973 to American Gypsum in the amount of $11,975.00 for professional services rendered during the period August 24, 2026 through September 27, 2026, accompanied by an interim conditional lien waiver required by the Agreement. A copy of Invoice No. 93973 is attached hereto as "Exhibit 6."

22. On or about October 9, 2026, Jedson submitted Invoice No. 93975 to American Gypsum in the amount of $59,512.07 for professional services rendered during the period August 31, 2026 through September 30, 2026, accompanied by an interim conditional lien waiver required by the Agreement. A copy of Invoice No. 93975 is attached hereto as "Exhibit 7."

23. Despite Jedson's repeated demands, American Gypsum has not paid any portion of the submitted invoices despite the amounts being due and owing. The total principal amount due and owing on the invoices is $860,922.07 (the "Unpaid Invoices").

24. In addition, Jedson has performed work under change orders totaling $226,520.00 which American Gypsum has also failed to pay (the "Unpaid Change Orders"). Those are attached hereto as "Exhibit 8."

25. In total, American Gypsum has failed to pay Jedson $1,087,442.07 between the Unpaid Invoices and Unpaid Change Orders.

**D. American Gypsum's Wrongful Withholding**

26. By letter dated August 18, 2026, American Gypsum notified Jedson that it was exercising a purported "right to withhold further payment from Jedson pending full assessment and resolution" of generalized claims of "Defective Work," and reserved a purported right to offset alleged damages against the withheld amounts. That letter did not identify any provision of the Agreement authorizing the withholding and stated that American Gypsum would "provide Jedson a more detailed breakdown when available."

27. American Gypsum has never asserted that Jedson failed to achieve any Critical Milestone Date and has never invoked Section 10.07 of the Agreement.

28. American Gypsum has never disputed the accuracy or completeness of the Unpaid Invoices, the percentage of completion reflected in them, or their compliance with the invoicing requirements of Section 4.03 of the Agreement.

29. American Gypsum has not afforded Jedson the opportunity under Section 16.04 to submit an action plan and perform corrective work to any alleged defective work.

Jedson has advised American Gypsum in writing that it stands ready to correct any work determined to be "defective" in accordance with Section 16.04.

30. By letter of counsel dated September 21, 2026, American Gypsum stated that it "will continue to withhold payment until its damages are fully assessed and Jedson accepts appropriate responsibility," relying on the "subject to good faith dispute" language in Section 4.01.

31. The "good faith dispute" language in Section 4.01 does not authorize American Gypsum to withhold undisputed amounts for Work performed as a setoff against unliquidated, unadjudicated claims for alleged defective work. Reading Section 4.01 otherwise would render meaningless Section 10.07's limited withholding right, Section 13.04's requirement of continued payment during disputes, and Section 16.04's remedy of correction.

32. Moreover, the allegations of defective work asserted by American Gypsum do not reflect a good faith dispute of the Unpaid Invoices and Unpaid Change Orders. Many of the design conditions of which American Gypsum now complains resulted from American Gypsum's own directives to issue designs on an accelerated schedule using estimated or preliminary loads, and from incomplete and changing information supplied by American Gypsum and its vendors.

33. On September 14, 2026, Jedson provided American Gypsum with written notice of its payment default pursuant to Section 4.05 of the Agreement and demanded payment. American Gypsum has failed to cure its default.

34. All conditions precedent to Jedson's right to recover have been performed or have occurred. Jedson provided written notice of its Claims, the parties' representatives engaged in informal discussions, and the parties' principals met pursuant to Section 13.01 of the Agreement, without resolution. On October 9, 2026, Jedson delivered a written request for mediation pursuant to Section 13.02 of the Agreement.

**COUNT I – BREACH OF CONTRACT**

35. Jedson incorporates the preceding paragraphs as if fully set forth herein.

36. The Agreement is a valid and enforceable contract between Jedson and American Gypsum.

37. Jedson performed its obligations under the Agreement.

38. American Gypsum breached the Agreement by, among other things, (a) failing to pay the Unpaid Invoices and Unpaid Change Orders when due under Section 4.01; (b) failing to continue making payments pending dispute resolution as required by Section 13.04; (c) withholding payment on grounds not permitted by Section 10.07 or any other provision of the Agreement; and (d) purporting to set off unliquidated damages for alleged defective work rather than pursuing the remedy provided in Section 16.04.

39. As a direct and proximate result of American Gypsum's breaches, Jedson has been damaged in an amount not less than $1,087,442.07, plus such additional amounts as become due and remain unpaid, together with pre- and post-judgment interest.

40. Jedson is entitled to recover its reasonable attorneys' fees and costs under Section 13.06 of the Agreement and, in the alternative, under 12 O.S. § 936.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jedson Engineering, Inc. respectfully requests that the Court enter judgment in its favor and against Defendant American Gypsum Company LLC:

(a) awarding Jedson damages in an amount not less than $1,087,442.07 plus any additional amounts that become due and remain unpaid under the Agreement;

(b) awarding Jedson pre-judgment and post-judgment interest at the maximum rate permitted by law;

(c) awarding Jedson its reasonable attorneys' fees pursuant to Section 13.06 of the Agreement and applicable law;

(d) awarding Jedson its costs of suit; and granting such other and further relief as the Court deems just and proper.

s/ Evan B. Gatewood
Evan B. Gatewood, OBA #13412
HAYES MAGRINI & GATEWOOD
1138 N. Robinson, Suite 102
Post Office Box 60140
Oklahoma City, Oklahoma 73146-0140
Telephone: 405-235-9922
E-Mail: egatewood@hmglawyers.com

and

Jessica Courtway, *pro hac vice pending*
Jesse Lipcius, *pro hac vice pending*
UB GREENSFELDER LLP
10 S. Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: 314-345-4770
E-Mail: JCourtway@ubglaw.com
JLipcius@ubglaw.com

Docusign Envelope ID: 3DDB8D58-87CD-44D9-BAF7-1BBDD17880FB

# SUBCONTRACT AGREEMENT

THIS SUBCONTRACT AGREEMENT ("**Agreement**") is made as of this 18th day of August, 2025 (the "**Effective Date**"), by and between by and between American Gypsum Company LLC, a Delaware limited liability company with offices at 5960 Berkshire Lane, Suite 800 Dallas, Texas 75225 ("**Company**") and Jedson Engineering, Inc., an Ohio corporation with offices at 705 Central Avenue, Cincinnati, Ohio 45202 ("**Subcontractor**") (referred to individually as a "**Party**" and together as the "**Parties**").

WHEREAS, Company and Subcontractor desire for Subcontractor to provide construction engineering services for the Project (as defined below) on the terms and conditions, and as more specifically described, in this Agreement;

WHEREAS, Company and Subcontractor previously commenced certain early Project delivery packages upon issuance of PO 46005, dated March 7, 2025, with a value of USD $230,000; PO 47528, dated April 16, 2025, with a value of USD $230,000; PO 49894, dated June 9, 2025, with a value of $250,000; and PO 50871, dated July 9, 2025, with a value of $300,000, with respect to the Project, pursuant to which (a) Subcontractor performed certain preliminary Work thereunder, (the "**Preliminary Activities**") prior to the Effective Date, and (b) the Company (i) made payment to Subcontractor totaling USD $710,000 as of the Effective Date and (ii) will make an additional payment of $300,000 within 45 days of the Effective Date (the foregoing, collectively, the "**Prior Payments**") in consideration for Subcontractor's performance of the Preliminary Activities pending the Parties' completion of negotiations of this Agreement;

WHEREAS, the Parties intend that (a) the Preliminary Activities be incorporated into the Work hereunder, (b) Subcontractor shall be fully responsible for the performance or non-performance of the Preliminary Activities as if the Preliminary Activities were performed under this Agreement following the Effective Date and (c) the Prior Payments be credited against the Subcontract Amount (as defined below); and

WHEREAS, Company and Subcontractor now wish to enter into this Agreement on the terms and conditions set forth herein.

In consideration of the mutual promises set forth in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged by both Parties, Company and Subcontractor agree as follows:

## Article I. DEFINITIONS

**Section 1.01** As used in this Agreement, each of the terms set forth herein below shall have the respective meaning indicated opposite each such term.

**"Applicable Codes and Standards"** means any and all codes, standards or requirements set forth in this Agreement or in any Applicable Law, which codes, standards and requirements shall govern Subcontractor's performance of the Work, as provided herein.

**"Applicable Law"** means any applicable law, ordinance or statute or any order, decree, injunction, license, permit, consent, approval, agreement, or regulation of any Governmental Authority having jurisdiction, including any specified standards or criteria contained in any applicable permit or approval, or other legislative or administrative action of a Governmental Authority or a final decree, judgment, or order of a court; including, without limitation, any of the foregoing which relate to the environment, health, safety or employment.

**"Business Day"** means any day that is not a Sunday or other day on which banking institutions in Dallas, Texas are authorized or required by Applicable Law to close.

EXHIBIT
tabbies
1

**"Completion Date"** shall mean the date in which the parties agree that all Work under this Agreement has been successfully completed. The target Completion Date is set forth in **Exhibit B** and **Exhibit C**.

**"Completion Date Certificate"** shall mean the certificate set forth in **Exhibit G.2**.

**"Contract Documents"** means this Agreement, amendments, Change Orders, Drawings, Specifications, Exhibits, standards and other documents incorporated into or referred to in this Agreement or an Exhibit.

**"Corrective Work"** shall have the meaning as set forth in Section 16.5

**"Defect"** and **"Defective"** shall have the meanings as set forth in Section 16.1.

**"Drawings"** shall mean the drawings listed in **Exhibit A**.

**"Governmental Authority"** means any federal, state or local government or political subdivision thereof, or any agency or instrumentality of such government or political subdivision, or any self-regulated organization or other non-governmental regulatory authority or quasi-governmental authority (to the extent that the rules, regulations, orders or other actions of such organization or authority have the force of Applicable Law), or any arbitrator, court or tribunal of competent jurisdiction.

**"Project"** shall mean the engineering, procurement, and supply for a new 675 ft/min wallboard production line located on Company's property in Duke, Oklahoma, including without limitation the Work.

**"Project Site"** shall mean the parcels of land located in Duke, Oklahoma owned by Company.

**"Specifications"** means those specifications listed in **Exhibit A**.

**"Standard of Care"** means those practices, methods, acts, specifications, codes and standards, that: (i) are commonly used by experienced and prudent engineer, inspection, and testing subcontractors in the United States when performing services of the type as the Work; and (ii) in the exercise of reasonable judgment, considering the facts known when engaged in, would have been expected to achieve the desired result consistent with Applicable Law and workplace safety.

**"Subcontract Amount"** means the total price that Company shall pay Subcontractor for the Work as set forth in Section 2.01.

**"Substantial Completion Date"** shall mean the date in which the parties agree that all of the Work under this Agreement has been Issued for Construction.

**"Substantial Completion Date Certificate"** shall mean the certificate set forth in **Exhibit G.1**.

**"Warranty"** shall have meaning as set forth in Article XIV.

**"Work"** shall mean the scope of supply specified in **Exhibit A** including without limitation all labor, services, supervision, and other things necessary to fully perform the supply of services and provide the Work Product as required by this Agreement. All Preliminary Activities are incorporated into this definition of "Work" and Supplier shall be fully responsible for the performance of all Preliminary Activities as if such Preliminary Activities were performed under this Agreement following the Effective Date.

**"Work Product"** shall have the meaning as set forth in Section 15.01.

**"Work Schedule"** shall mean those milestones listed in **Exhibit B** ("**Milestones**") and

noted as by which Subcontractor must achieve completion of the designated portion of the Work corresponding thereto. For the avoidance of doubt, the "Work Schedule" shall also include the Critical Milestones set forth in **Exhibit C**.

**Section 1.02** The Exhibits incorporated into this Agreement are as follows:

(a) Exhibit "A" Scope of Work, Drawings, Specifications, Key Personnel;
(b) Exhibit "B" Work Schedule;
(c) Exhibit "C" Critical Milestones;
(d) Exhibit "D" Lien Waiver Forms
  Exhibit D-1 Interim Conditional Lien Waiver
  Exhibit D-2 Interim Unconditional Lien Waiver
  Exhibit D-3 Final Conditional Lien Waiver
  Exhibit D-4 Final Unconditional Lien Waiver;
(e) Exhibit "E" Payment Schedule;
(f) Exhibit "F" Company Safety Manual;
(g) Exhibit "G" Completion Certificates; and
(h) Exhibit "H" Unit Rates and Hourly Rates
(i) Exhibit "I" Accelerated Work Program Withholding

**Section 1.03** To the extent that there are discrepancies in the requirements of the Contract Documents, such discrepancies shall be resolved according to the requirements of the Contract Documents in the following order of precedence, with the most recent document within a category of Contract Document being given precedence over earlier documents:

(1) Amendments and Change Orders;
(2) This Agreement;
(3) Exhibits in the following order of precedence: Exhibit "A," Exhibit "B," Exhibit "C"; etc. and
(4) Standards and other documents referenced or incorporated into this Agreement or an Exhibit.

Subcontractor shall notify Company immediately upon discovering a discrepancy in the requirements of the Contract Documents. Company in its sole discretion will determine the resolution of any discrepancies that are not otherwise resolved in accordance with this Section 1.03.

**Section 1.04 Cumulative Rights and Obligations**. The obligations of Subcontractor and the rights of Company under this Agreement shall be cumulative. The fact that two or more provisions of this Agreement may deal with the same or a similar subject matter but impose different, although not mutually exclusive, obligations upon Subcontractor shall not relieve Subcontractor from satisfying all of said obligations. The exercise by either party of any right granted under this Agreement shall not limit or affect such party's ability to exercise any other rights under this Agreement available to such party. If any provision of this Agreement is or should subsequently become void, or unenforceable under Applicable Law, such fact shall not affect either party's rights under or ability to enforce any other provision.

## Article II. SUBCONTRACT AMOUNT

**Section 2.01** Company agrees to pay Subcontractor, for performance of its Work in strict accordance with the requirements of the Contract Documents, the sum of: Five Million, Four Hundred Seventy-Eight Thousand, Nine Hundred Twenty-Six Dollars ($5,478,926) (as may be modified by Change Orders, the "**Subcontract Amount**"), subject to additions and deductions for changes in the Work as may be directed in writing by Company pursuant to Article 6. The Subcontract Amount includes all taxes, duties, fees and other charges. The Parties acknowledge and agree that the Prior Payments shall be credited, dollar-for-dollar, against the Subcontract Amount, which credit shall be applied to each payment owed to Supplier as they appear in the Payment Schedule until such credit is exhausted.

Unit Rates and Hourly Rates, per **Exhibit H**, shall be used where applicable to determine the adjustment to the Subcontract Amount for changes in the Work.

Subject to any Change Order issued in accordance with this Agreement, it is understood that the Subcontract Amount covers and includes all compensation, payments and remuneration that Subcontractor is to receive from Company for the performance of the Work covered by this Agreement.

## Article III. SUBCONTRACTOR'S OBLIGATIONS

**Section 3.01** Subcontractor acknowledges and agrees that Subcontractor is being engaged to complete the Work based upon Subcontractor's knowledge, skill and professional licensing, as a result, under no circumstances will Subcontractor be permitted to sub-subcontract any of the Work.

**Section 3.02** Subcontractor agrees to furnish the Work in accordance with the Standard of Care and, at Subcontractor's own cost and expense, all services required to diligently and fully perform the Work in strict compliance with the Contract Documents, Applicable Codes and Standards and Applicable Law for this Project. Subcontractor agrees that the key personnel identified in **Exhibit A** shall have primary responsibility for implementing Subcontractor's obligations under this Agreement. Such personnel shall not be removed or reassigned by Subcontractor without Company's prior written approval, which shall not be unreasonably withheld.

**Section 3.03** Subcontractor certifies and warrants that (a) Subcontractor has read and is fully familiar with all the terms and provisions of the Contract Documents, (b) Subcontractor shall perform the Work described in this Agreement in accordance with the Contract Documents based upon estimate, opinions, representations or other information received from Company, and (c) based on Subcontractor's review of the Contract Documents, Subcontractor agrees and acknowledges that the Subcontract Amount in this Agreement is just and reasonable compensation for all Work to be performed by Subcontractor pursuant to this Agreement, however, if unforeseen conditions arise as part of the Work, Subcontractor shall be entitled to additional compensation, additional time or both as outlined in Article VI Changes in Work, (d) Subcontractor is a corporation, validly existing and in good standing under the laws of the State of Ohio, (e) Subcontractor has the requisite authority and power to execute, deliver and perform its obligations under this Agreement, and the execution, delivery and performance of this Agreement have been duly and validly authorized by all necessary corporate or other action on the part of Subcontractor and no other corporate or other proceedings on the part of Subcontractor are required to authorize the execution, delivery and performance of this Agreement; (f) this Agreement has been duly executed and delivered by Subcontractor and this Agreement constitutes the legal, valid and binding obligations of Subcontractor, enforceable against Subcontractor in accordance with its terms; and (g) the execution and delivery of this Agreement and performance by Subcontractor of its obligations hereunder: (i) do not conflict with or result in any violation of the organizational documents of Subcontractor; (ii) do not conflict with, or result in a breach of, any of the terms or provisions of, or constitute a default (with or without notice or lapse of time or both) under, or require the consent, approval or authorization of or notice to any person, under any agreement to which Subcontractor is a party to or bound by; and (iii) do not violate any Applicable Law of any Governmental Authority having jurisdiction over Subcontractor.

**Section 3.04** In the event of any dispute between Company and Subcontractor regarding the scope of Subcontractor's Work as defined in this Agreement, Subcontractor will hold on efforts for the specific Work in dispute but will prosecute the balance of Work in the most expeditious, sound, diligent and economical manner. The dispute shall be submitted for resolution in accordance with Article 13 of this Agreement. Work under dispute will have the hold removed and effort resumed upon resolution between Company and Subcontractor.

**Section 3.05** Subcontractor shall ensure that the Work is performed in order to achieve the Work Schedule per **Exhibit B**.

**Section 3.06** Subcontractor shall cooperate fully with and respond promptly to inquiries from Company or Company's authorized representative, which initially shall be Bruno Garcia. Subcontractor shall not accept requests or other directions in connection with the performance of the Work pursuant to this Agreement unless such request or direction is issued by the aforementioned representative(s). Company's authorized representative may be changed from time to time effective upon notice by the Company to Subcontractor.

**Section 3.07** Subcontractor shall (i) cooperate fully with Company and Company's other contractors, and (ii) coordinate the Work with Company's other work and Company's other contractor's.

**Section 3.08** Subcontractor shall perform, or cause to be performed, all design and engineering Work, including providing PE stamps, in accordance with the terms and conditions of this Agreement, Applicable Codes and Standards and Applicable Law.

**Section 3.09** Subcontractor shall obtain all permits, certificates and/or licenses required to perform the Work. Subcontractor shall provide Company with copies of all PE licenses for all engineers who will be stamping civil/structural drawings.

**Section 3.10** Drawing Review Process.

(a) Subcontractor shall submit copies of Drawings as set forth in **Exhibit A** to Company and its representatives for, where appropriate, formal review, comment and/or approval as set forth in the Scope of Work and as required by the Work Schedule in **Exhibit B**. Such submittals shall be made by Subcontractor by uploading such Drawings and, where applicable, the Specifications to a designated document repository website managed by Subcontractor (the "**Document Repository**"). Subcontractor shall keep the Drawings, Specifications and all other Work on the Document Repository (including all versions thereof) reasonably organized.

(b) Upon receipt of notification from Subcontractor that new Drawings have been submitted and uploaded to the Document Repository in accordance with Section 3.10(a), Company shall have up to fourteen (14) Business Days from receipt of such notification by Subcontractor to issue to Subcontractor written comments, proposed changes and/or written disapprovals of the submission of such Drawings to Subcontractor.

(c) In the event that Company disapproves of the Drawings submitted in accordance with Section 3.10 (b), Company shall provide Subcontractor with a written statement of the reasons for such rejection within the time period required for Company's response. Subcontractor shall provide Company with revised and corrected Drawings as soon as possible thereafter, unless Subcontractor disagrees with Company's requested revisions or rejection, in such case Subcontractor shall provide within five (5) Business Days, written detail as to Subcontractor's disagreement, and Company's rights with respect to the issuing of comments, proposed changes, approvals, or disapprovals of such revised and corrected Drawings shall be governed by the procedures specified in this Section 3.10; provided, that Subcontractor shall not be entitled to any extensions of time to the Critical Milestones set forth in **Exhibit C** or an adjustment to the Subcontract Amount if the disapproval does not relate to a change to the Scope of Work. If the disapproval relates to a change in the Scope of Work by Company, Subcontractor shall promptly notify Company of any modification to the Contract Documents.

(d) If Company approves or has not disapproved of the Drawings within the time frame set forth in Section 3.10 (b), such Drawings shall be deemed approved and such Drawings shall be the Drawings that Subcontractor shall use to construct the Work; provided, that Company's review or approval of any Drawings shall not in any way be deemed to limit or in any way alter Subcontractor's responsibility to perform and complete the Work in accordance with the requirements of this Agreement. Company's lack of disapproval of,

comments on, or approval of, any Drawings shall not be deemed to limit or alter Subcontractor's responsibility to perform and complete the Work in accordance with the requirements of this Agreement. Subcontractor shall be responsible for verifying all dimensions included in the Drawings and to report any errors or inconsistencies to Company before commencing the Work.

(e) As a condition precedent to issuance of a Certificate of Completion, Subcontractor shall deliver to Company via the Document Depository the final record Documents and Drawings for the Work and appropriate lien waivers as set forth in **Exhibit D**.

**Section 3.11** Confidential Information. The Parties entered into a Confidentiality Agreement dated November 18, 2024 (the "**NDA**"). The Parties agree that all Information (as defined in the NDA) disclosed pursuant to this Agreement shall be subject to the terms of the NDA and that the NDA shall be hereby incorporated in its totality by reference into this Agreement.

**Article IV. PAYMENT SCHEDULE**

**Section 4.01** Progress payments to Subcontractor shall be made based upon the Payment Schedule set forth in **Exhibit E**, Net 45 days from Company's receipt of Subcontractor's invoice, subject to good faith dispute by Company.

**Section 4.02** Subcontractor agrees to furnish, if and when required by Company, payroll affidavits, receipts, vouchers, releases of claims for labor and material, and if applicable any required prevailing wage documentation, all in form satisfactory to Company will be included for all Time and Material invoices.

**Section 4.03** Subcontractor shall prepare and present to Company, for its approval, no later than the twenty-fifth (25th) day of the month, an original invoice using Company's specified format. Company is not required to make any payment to Subcontractor unless Subcontractor provides such supporting documentation and acknowledges and agrees that its invoice will not be deemed complete until it complies with the following:

(a) Invoice must reference the Subcontract number of this Agreement,

(b) Invoice must show current contract amount, percentage completed to date, previous billing amount, gross billing amount, and current net invoice amount,

(c) The first progress billing must be accompanied by a conditional waiver and release upon progress payment, and

(d) Subsequent invoices must be accompanied by an unconditional waiver and release upon progress payment from Subcontractor for the previous payment and a conditional waiver and release upon progress payment lien release showing the net invoice amount. Lien waivers shall be in the appropriate form set forth in **Exhibit D**

**Section 4.04** Company will not issue final payment until Subcontractor has complied with the following:

(a) Subcontractor has issued record construction documents and drawings for the Work; and

(b) Subcontractor has submitted its final invoice, any required record documents and drawings, and final waivers of liens and releases

**Section 4.05** Should Company default in its duties to pay Subcontractor consistent with this Agreement, and such payment default continues for 45 days following Subcontractor's written notice of such default, Subcontractor may cease work without penalty or liability of any kind, provided that, Subcontractor shall immediately start work again once the payment default is remedied.

**Article V. TIME / DELAYS / CLAIMS**

**Section 5.01** Subcontractor shall prosecute its Work in a prompt and diligent manner in accordance with the Work Schedule set forth in **Exhibit B** without delaying or hindering Company's work or the work of other contractors or subcontractors. In the event Subcontractor fails to meet a Critical Milestone Date and to the extent it is due to Subcontractors performance or lack thereof, Subcontractor shall, without additional compensation, accelerate the Work as Company may direct and at its own costs, until Subcontractor's Work is in accordance with the Critical Milestone Dates. The Parties shall meet monthly to coordinate any adjustments, modifications, updates or other changes to the Work Schedule and the Critical Milestone Dates, as applicable, and to the extent mutually agreed, shall adjust, modify, update and change the Work Schedule and the Critical Milestone Dates, as applicable. Should the Parties fail to agree on any such adjustments, modifications, updates or other changes, the Parties shall proceed according to the dispute resolution process set forth in Article XIII.

**Section 5.02** Should Subcontractor be delayed in the prosecution of the Work and the Critical Milestone Dates and/or target Completion Date set forth in **Exhibit C** shall not be achieved, due to the act, inaction, neglect or default of Company and/or the Company's contractors, vendors, suppliers, in no way caused or contributed to by Subcontractor, then the Critical Milestone Dates and/or target Completion Date shall be extended by the number of days equal to the impact of the delay that the Subcontractor suffered. Subcontractor shall request any such extension reasonably promptly after the commencement of such delay, and shall be documented within the monthly coordination meeting to adjust, modify, update or otherwise make changes to the Work Schedule and the Critical Milestone Dates.

**Section 5.03** Additional compensation for delays, whether caused in whole or in part by any conduct on the part of Company, including, but not limited to, conduct amounting to a breach of this Agreement or delays by Company's other subcontractors, shall be recoverable from Company, provided that the Subcontractor has issued a notice of a claimable event by means of impact log and provided documentation supporting such claim no later than five (5) Business days following the date Subcontractor knows of or should have known of such claimable event. Additional compensation for claimable events shall be calculated utilizing the labor rates set forth in **Exhibit H**. The Company agrees that upon issuance of a Change Order for a claimable event that the extension of time and/or additional compensation provided for in such Change Order shall be the sole remedy of Subcontractor for such delay. The Subcontractor agrees and acknowledges that failure to provide written notice of such claim event will severely impact Company and as a result agrees to waive any and all claims where notice was not issued as provided for in this Section 5.03.

**Section 5.04** Subcontractor shall prepare and obtain approval as required by the Contract Documents for all Drawings and Specifications.

**Article VI. CHANGES IN THE WORK**

**Section 6.01** Company may add to, deduct from or otherwise change the Work ("**Change**") in a written change order ("**Change Order**"). A change in the Work shall not invalidate this Agreement. If a Change results in a material change in the scope of the Work, the Subcontract Amount and/or the time for Subcontractor's performance shall be adjusted by appropriate additions or deductions mutually agreed upon in the Change Order. Subcontractor shall, within five (5) Business Days from receipt of notice of a Change from the Company, supply Company with all documentation reasonably necessary to substantiate the amount of the addition to or deduction from the Subcontract Amount or any change to the target Completion Date. If Company and Subcontractor cannot agree on the amount of the Change in the Subcontract Amount and/or the impact on the target Completion Date, Subcontractor shall not perform the Work without a fully executed Change Order.

**Section 6.02** Subcontractor shall not be entitled to receive additional compensation or a time

extension for a Change unless the Subcontractor has reasonably complied with the requirements set forth in 6.01 above and the parties have signed a Change Order. Payment for Work performed under a Change Order shall be made in accordance with Section 4. No payment shall be made to Subcontractor nor any change to the target Completion Date unless an authorized Change Order has been issued by Company and executed by both Company and Subcontractor.

**Section 6.03** Subcontractor shall not make any changes in the Work described herein or in any way cause or allow that Work to deviate from the Contract Documents without written direction from Company as outlined in Section 6.01. If Subcontractor makes any unauthorized changes in the Work described herein without written direction from Company, Subcontractor understands and agrees that it will not be paid for that changed Work. In addition, Subcontractor shall be liable for any and all losses, costs, expenses, damages and liability of any nature whatsoever associated with or in any way arising out of any such unauthorized change including but not limited to any additional costs or expenses incurred by Company for increased work or expenses of other trades affected by the unauthorized work of Subcontractor. Nothing contained in this Agreement shall be construed to modify Company's right to eliminate any portion of the Work which Company deems unnecessary for the completion of the work as a whole or to make such changes as Company may deem necessary.

**Article VII. ACCELERATED WORK PROGRAM WITHHOLDING, WAIVER OF CONSEQUENTIAL DAMAGES, AND LIMITATIONS OF LIABILITY**

**Section 7.01 Accelerated Work Program Withholding for delayed Work**. In the event that Subcontractor fails to achieve each of the Critical Milestones Dates, as applicable, as set forth in **Exhibit C** after the application of a fifteen (15) day grace period thereto ("**Grace Period**"), Company shall have the rights set forth in Section 10.07, provided that in no event does Company's withholding of amounts pursuant to Section 10.07 excuse the Subcontractor from performance of the Work under this Agreement, including the obligation to continue to complete the Work in an expeditious manner.

**Section 7.02** Notwithstanding anything to the contrary in this Agreement or in law, the Parties agree that the Accelerated Work Program Withholding amounts are a reasonable estimate, in light of the anticipated or actual harm caused by the delay and in the difficulties of proof of loss, of the damages arising from the failure of the Subcontractor to comply with its obligations in respect of the Critical Milestone Dates and shall in no instance constitute a penalty.

**Section 7.03** In the event that the provisions for Accelerated Work Program Withholding are for any reason held to be unenforceable, the Company shall be entitled to claim general damages in respect of the losses suffered by the Company arising from or in consequence of the Subcontractor's failure to achieve a Critical Milestone on or before the corresponding Critical Milestone Date set forth in **Exhibit C**; however, the amount of damages payable in such circumstances shall not exceed the maximum amount of Accelerated Work Program Withholding applicable to such failure to achieve a Critical Milestone(s) set forth in **Exhibit I**.

**Section 7.04 Waiver of Consequential Damages**. Notwithstanding any other provisions of this Agreement to the contrary, neither Party shall be liable to the other Party under this Agreement or under any cause of action related to the subject matter of this Agreement, whether in contract, tort (including negligence), strict liability, products liability, indemnity, contribution, or any other cause of action for special, indirect, incidental or consequential losses or damages, loss of profits, loss of use, loss of opportunity, loss of revenues, loss of financing, loss of bonding capacity, or business interruptions, or damages or losses for principal office expenses including compensation of personnel stationed there; provided, that the waiver set forth in this Section 7.04 shall not apply: (i) to either Party's indemnification obligations under this Agreement; (ii) either Party's gross negligence, fraud, willful misconduct or intentional breach of this Agreement; (iii) Company's right to utilize Accelerated Work Program Withholding amounts for any documented, out-of-pocket costs and expenses incurred by Company pursuant to Section 10.07 or (iv) Company's right to claim general damages pursuant to Section 7.03.

**Section 7.05 Limitation of Liability**. Subcontractor's total liability to Company under this Agreement, whether such liability arises in contract, tort, warranty, negligence or otherwise, shall in no event be greater than the Subcontract Amount, provided that, this limitation of liability shall not apply to third party claims for which Subcontractor has a duty of indemnification under this Agreement or Applicable Law or claims related to Subcontractor's willful misconduct or gross negligence. The parties agree that Subcontractor's liability to Company may be satisfied by payment from Subcontractor, its Subcontractors, their insurers, or any combination of payments by Subcontractor, its Subcontractors and/or their insurers.

**Article VIII. INTENTIONALLY DELETED**

**Article IX. LIENS**

**Section 9.01** Subcontractor agrees to maintain the Project, the property on which it is located, the Project Site and any improvements thereon, any Work furnished pursuant to this Agreement, and any payments due to Company, free and clear of any liens, claims of lien, suits, encumbrances and/or stop notices, to the fullest extent allowable by law. Subcontractor agrees within ten (10) Business Days after written demand to cause the effect of any such lien, claim, suit, encumbrance and/or stop notice to be removed, and in the event Subcontractor shall fail so to do, Company is authorized to use whatever means in its discretion it may deem appropriate to defend, dismiss, resolve, remove or dismiss same, and the cost thereof, together with actual attorneys' fees, shall be immediately due and payable to Company by Subcontractor.

**Article X. RECOURSE BY COMPANY**

**Section 10.01 Right to Adequate Assurance**. When, in Company's opinion, reasonable grounds for insecurity arise with respect to Subcontractor's performance, Company may in writing demand adequate assurance of due performance. Subcontractor's failure to provide within twenty-four (24) hours of the demand such assurance of due performance as is adequate in Company's discretion under the circumstances of the particular case is a default under Section 10.04 of this Agreement.

**Section 10.02 Termination for Convenience**. If, for any reason, Company elects to terminate this Agreement, or any portion of the Work and terminate this Agreement with respect thereto, it may do so upon ten (10) days prior written notice to Subcontractor (a "**Termination for Convenience Notice**"). Immediately upon receiving a Termination for Convenience Notice, Subcontractor shall discontinue all Work that is the subject of such notice and commence wrapping up of all Work activities relevant thereto. Upon termination pursuant to this Section 10.02 only, Company shall pay to Subcontractor (i) any unpaid amounts earned by Subcontractor in performance of Work and non-cancellable expenses paid or incurred, including any cancellation fees, and reasonably documented expenses, provided that such non-cancellable expenses are supported by proper documentation, that is the subject of such Termination for Convenience Notice through the date of such Termination for Convenience Notice, the "**Termination Payment**"). Subcontractor shall present its claim for the Termination Payment within thirty (30) days after the effective date of such termination for convenience, supported by appropriate schedules and invoices. Other than payment of the Termination Payment, Subcontractor shall not be entitled to any other payments or damages as a result of the Termination for Convenience Notice.

**Section 10.03 Suspension of Work.** Company may, for any reason, at any time and from time to time suspend the carrying out the Work or any part thereof, whereupon Subcontractor shall suspend the carrying out of such suspended Work for such time or times and in such manner as Company may require and shall take reasonable steps to minimize any costs associated with such suspension. Unless otherwise instructed by Company, Subcontractor shall maintain its staff and be ready to proceed expeditiously with the Work upon receipt of Company's further instructions. Except where such suspension ordered by Company is the result of or due to the fault or negligence of

Subcontractor, Subcontractor shall be entitled to (a) the direct, reasonable and documented out-of-pocket costs reasonably necessary in connection with such suspension (but not unabsorbed overhead, contingency, risk or profit), and (b) a corresponding time extension equivalent the suspension of work as well as any reasonable reengagement period to the Work Schedule, provided that appropriate supporting documentation to evidence such claim for cost and time extension is provided. If the time of the suspension exceeds one hundred and eighty (180) days, Subcontractor may be entitled to a claim of additional compensation to offset changes in overhead, contingency, risk or profit. Upon receipt of authorization to resume suspended Work, Subcontractor shall in a fourteen (14) Business Day resume performance of the Work. In no event shall Subcontractor be entitled to any additional profits or damages due to such suspension, except as otherwise expressly provided in this Section 10.03.

**Section 10.04 Subcontractor Default**. Subcontractor shall be in default if any of the following occur: (i) a petition in bankruptcy is filed by Subcontractor; (ii) Subcontractor makes a general assignment for the benefit of creditors; (iii) Subcontractor becomes insolvent; (iv) a receiver is appointed on account of the insolvency of Subcontractor; (v) Subcontractor refuses or fails to supply enough properly skilled workmen or proper equipment; (vi) Subcontractor is unable to complete the Work by in accordance with the Work Schedule; (vii) Subcontractor permits contractually prohibited liens, attachments, or other encumbrances to remain on the Project or on the property of Company for more than fifteen (15) Business Days after written instructions to have same removed; or (viii) Subcontractor otherwise breaches any provision of this Agreement (each of the foregoing being an "**Event of Default**"). If an Event of Default occurs, then Company may give written notice to Subcontractor of such Event of Default. If Subcontractor fails to provide an action plan for the Event of Default within five (5) days of such notice then, without prejudice to any other right or remedy under this Agreement and without notice to any surety, Company may terminate this Agreement by giving Subcontractor written notice of such termination; provided, however, if an Event of Default under Section 10.04 (i) – (iv) occurs, then Company may immediately terminate this Agreement.

**Section 10.05 Rights of Company upon Termination**. In the event of such termination, Subcontractor shall not be entitled to receive any further payment hereunder until the Work is finished. If the cost to Company of completing said Work, including the cost of Company's third-party or substitute subcontractor and all Company overhead expenses and supervision expenses, is more than the Subcontract Amount, Subcontractor shall pay to Company, upon demand, the amount of such excess as a result of the Event of Default, or Company may withhold said amount from any payment due Subcontractor under this Agreement.

**Section 10.06 Erroneous Termination for Default**. If any termination for an Event of Default is found to be not in accordance with the provisions of this Agreement or is otherwise deemed to be unenforceable, then such termination for an Event of Default shall be deemed to be a termination for convenience as provided in Section 10.02.

**Section 10.07 Grounds for Withholding Payment.** In the event that Subcontractor fails to achieve a Critical Milestone Date as set forth in **Exhibit C** on or before the Critical Milestone Date applicable thereto (after the application of the Grace Period applicable thereto), Company may withhold the agreed monthly Accelerated Work Program Withholding (as set forth in **Exhibit I**) associated with such Critical Milestone (but not more than such amount) on any outstanding or issued invoice and utilize or otherwise apply such Accelerated Work Program Withholding amount for any documented out-of-pocket costs and expenses incurred by Company as a result of Subcontractor's failure to achieve such Critical Milestone. Subject to the other provisions of this Agreement, once Subcontractor achieves completion of such Critical Milestone, Company shall then pay to Subcontractor such Accelerated Work Program Withholding amount associated with such Critical Milestone, net of any deductions (i.e. backcharges) with respect thereto for any documented out-of-pocket costs and expenses incurred by Company as a result of Subcontractor's failure to achieve such Critical Milestone.

**Section 10.08 Additional Rights**. Subcontractor shall not be entitled to receive consideration for any portions withdrawn from this Agreement and terminated as provided in this Article 10. If Company exercises its right as provided herein to withdraw a portion of Work from this Agreement and terminate this Agreement with respect thereto, Subcontractor shall continue to perform the remaining portion of the Work under this Agreement as required by the terms of this Agreement. In such event, or should Company, for any other reason permitted hereunder perform any portion of the Work to be performed by Subcontractor under this Agreement or changes hereunder, Subcontractor shall fully cooperate with Company and with other third-party or substitute subcontractors of Company. Subject to a written Change Order confirming the withdrawal wherein such Change Order shall specifically address any impacts to the Work Schedule as a result of Company's decision to seek substitute performance, Subcontractor shall also carefully coordinate its performance of such remaining Work with the Work of Company and such other third-party subcontractors and Subcontractor shall not, under any circumstances, do anything, or commit any acts, that will interfere with the performance of the Work by Company or by any other third-party.

## Article XI. INDEMNIFICATION

**Section 11.01** IN ADDITION TO ITS INDEMNIFICATION, DEFENSE AND HOLD HARMLESS OBLIGATIONS CONTAINED ELSEWHERE IN THIS AGREEMENT, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, SUBCONTRACTOR SHALL INDEMNIFY, RELEASE, DEFEND, AND HOLD HARMLESS COMPANY AND COMPANY'S AFFILIATES AND ITS AND THEIR RESPECTIVE EMPLOYEES, DIRECTORS, OFFICERS, AGENTS, INSPECTORS, HEIRS, ASSIGNS, SUCCESSORS IN INTEREST AND REPRESENTATIVES (HEREINAFTER, "**COMPANY INDEMNITEES**"), FROM AND AGAINST ALL CLAIMS, DAMAGES, LIABILITIES, LOSSES AND EXPENSES (INCLUDING ALL REASONABLE ATTORNEYS' FEES AND LITIGATION OR ARBITRATION EXPENSES) ARISING OUT OF, RESULTING FROM OR IN CONNECTION WITH THE FOLLOWING:

(a) FAILURE OF SUBCONTRACTOR TO COMPLY WITH APPLICABLE LAW (INCLUDING ALL APPLICABLE LAWS REGARDING PAYMENT OF TAXES, DUES, AND FEES) OR APPLICABLE CODES AND STANDARDS;

(b) ENVIRONMENTAL DAMAGE OF ANY NATURE ARISING OUT OF OR RESULTING FROM THE PERFORMANCE OF THE WORK BY SUBCONTRACTOR;

(c) (i) ACTS, ERRORS OR OMISSIONS OF THE SUBCONTRACTOR OR (ii) ACTS, ERRORS OR OMISSIONS OF THOSE FOR WHOM THE SUBCONTRACTOR IS LEGALLY LIABLE;

(d) CLAIMS ASSERTED BY THIRD PARTIES FOR DAMAGE OR DESTRUCTION OF ANY TANGIBLE PERSONAL PROPERTY, OR FOR INJURIES TO OR SICKNESS OR DEATH OF ANY PERSERON ARISING OUT OF OR RELATED, DIRECTLY OR INDIRECTLY, TO ANY WORK OR ACTIVITIES PERFORED BY SUBCONTRACTOR OR ANY OF ITS SUBCONTRACTORS OR SUB-SUPPLIERS IN CONNECTION WITH THIS AGREEMENT, TO THE EXTENT THAT SUCH PROPERTY DAMAGE OR DESTRUCTION, INJURIES, SICKNESS OR DEATH IS CAUSED BY THE NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER LEGAL FAULT, OF SUBCONTRACTOR OR ANYONE FOR WHOSE ACTS IT MAY BE LIABLE, IN EACH CASE, EXCEPT TO THE EXTENT SUCH CLAIM IS ATTRIBUTABLE TO ANY NEGLIGENCE BY COMPANY; AND

(e) CLAIMS ASSERTED BY THIRD PARTIES THAT THE WORK PROVIDED BY SUBCONTRACTOR INFRINGES OR OTHERWISE MISSAPPROPRAITES SUCH THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS.

It is agreed that with respect to any legal limitations, now or hereafter in effect, which affect the validity and enforceability of the indemnification obligations under this Article, such legal limitations are made a part of the indemnification obligation to the minimum extent necessary to bring this Section into conformity with the requirements of such limitations, and as so modified, the indemnification obligation shall continue in full force and effect. The indemnification obligations herein are intended to comply with any and all Applicable Laws and shall be read as broadly as permitted to satisfy that intent.

**Section 11.02** Company agrees to defend, indemnify, and hold harmless Subcontractor from and against all claims, demands, costs, and/or liabilities to the extent arising from Company's negligence or willful misconduct with regard to this Agreement.

**Section 11.03 Legal Defense.** Not later than ten (10) days after receipt of written notice from the Company to the Subcontractor of any claims, demands, actions or causes of action asserted against the Company for which the Subcontractor has indemnification, defense and hold harmless obligations under this Agreement, the Subcontractor shall affirm in writing by notice to the Company that the Subcontractor shall indemnify, defend and hold harmless the Company and shall, at the Subcontractor's own cost and expense, assume on behalf of the Company and conduct with due diligence and in good faith the defense thereof with counsel selected by the Subcontractor and reasonably satisfactory to the Company; provided, however, that the Company shall have the right to be represented therein by advisory counsel of its own selection, and at its own expense; and provided further, that if the defendants in any such action or proceeding include the Subcontractor and the Company and the Company shall have reasonably concluded that there may be legal defenses available to it which are different from or additional to, or inconsistent with, those available to the Subcontractor, the Company shall have the right to select up to one separate counsel to participate in the defense of such action or proceeding on its own behalf at the reasonable expense of the Subcontractor. In the event of the failure of the Subcontractor to perform fully in accordance with the defense obligations under this Section 11, the Company may, at its option and after three (3) day written notice to the Subcontractor, and without relieving the Subcontractor of its obligations hereunder, perform such defense obligation, but all damages, costs and expenses (including all reasonable attorneys' fees, and litigation or arbitration expenses, settlement payments and judgments) so incurred by the Company in that event shall be reimbursed by the Subcontractor to the Company.

**Article XII. INSURANCE**

**Section 12.01** Casualty Insurance. Subcontractor shall, at its expense, procure and maintain insurance on all of its operations, with companies acceptable to Company, in the coverages and coverage amount required under the Contract Documents or if no coverages or amounts are specified in the Contract Documents, as follows:

(a) Workers' Compensation and Employers Liability Insurance Worker's Compensation insurance shall be provided as required by law. Subcontractor and its insurance carriers agree to waive all rights of subrogation against the Company and all other indemnitees named in the Contract Documents, and subcontractor's insurance policies shall contain an endorsement requiring such waiver of subrogation. Employer's Liability insurance shall be provided in amounts not less than:

$1,000,000 each accident for bodily injury by accident
$1,000,000 policy limit for bodily injury by disease
$1,000,000 each employee for bodily injury by disease

(b) General Liability Insurance. Subcontractor shall carry Comprehensive General Liability or Commercial General Liability insurance covering all operations by or on behalf of Subcontractor providing insurance for bodily injury liability and property damage liability for the limits of liability indicated below and including coverage for:

(i) premises and operations
(ii) products and completed operations
(iii) contractual liability insuring the obligations assumed by Subcontractor in this Agreement
(iv) broad form property damage (including completed operations)
(v) personal injury liability
(vi) severability of interest Section.
(vii) aggregate limit to apply specifically to this project.

The limits of liability shall be no less than:

$2,000,000 each occurrence (combined single limit for bodily injury and property damage)
$1,000,000 for personal injury liability
$1,000,000 aggregate for Products-Completed Operations
$2,000,000 general aggregate

**Section 12.02** The general aggregate limit shall apply separately to Subcontractor's Work under this Agreement.

**Section 12.03** Additional Insured Endorsement. Company and their respective directors, officers and employees shall be named as additional insureds under the Commercial General Liability policy for any liability arising out of the performance of Work. Subcontractor's Commercial General Liability insurance coverage applicable to the additional insureds shall be primary insurance. Any insurance carried by the Company will be excess only and will not contribute with this insurance. The products liability and completed operations coverage provided for in the Commercial General Liability policy shall be maintained by Subcontractor for a minimum of five (5) years following completion of the Work provided for herein.

**Section 12.04** In the event of any reduction or exhaustion of an aggregate annual limit of liability or any general aggregate policy limit of liability, Subcontractor shall then obtain additional insurance to replenish the limits of liability herein provided. There shall be no cancellation or reduction of coverage without 30 days prior written notice to the Company.

**Section 12.05** Automobile Liability Insurance. Subcontractor shall carry Automobile Liability insurance, including coverage for all owned, hired and non-owned vehicles. The limits of liability shall not be less than $1,000,000 combined single limit each accident for bodily injury and property damage.

**Section 12.06** Professional Liability Exposures. Subcontractor shall carry a $5,000,000 per occurrence / $5,000,000 aggregate Professional Liability insurance policy with a two year repute period for claims.

**Section 12.07** Excess Casualty/Umbrella Insurance. Subcontractor shall carry an excess casualty/umbrella insurance policy with minimum limits of $5,000,000 provided on a follow-form and Occurrence basis. The Company's insurance requirements with respect to General Liability Insurance and Automobile Liability Insurance may be satisfied by any combination of primary, umbrella or excess insurance policies, provided such primary and excess or umbrella liability insurance policies result in the same or greater coverage as the coverages required herein. Umbrella Insurance shall not apply to the Professional Liability coverage.

**Section 12.08** Certificates of insurance, as evidence of the insurance required by this Agreement and including the required "additional insured" and "primary insurance" endorsements, shall be furnished by Subcontractor to Company before any Work hereunder is commenced by Subcontractor.

**Section 12.09** Company may take such steps as are necessary to assure Subcontractor's compliance

with its obligations under this Article 12. In the event Subcontractor does not comply with the insurance requirements outlined in this Agreement, Company may, at its option, provide such coverage to protect its interests and charge the Subcontractor for the cost of that insurance, or terminate this Agreement.

**Section 12.10** The required insurance shall be subject to the approval of Company, but any acceptance of insurance certificates by Company shall in no way limit or relieve Subcontractor of the duties and responsibilities by it in this Agreement. If higher limits or other forms of insurance are required in the Contract Documents, Subcontractor will comply with such requirements.

**Section 12.11** All of the policies required by Article 12 shall contain a waiver of rights of subrogation providing that the insurance company shall have no right of recovery against Company and their respective affiliated companies and their respective officers, directors, shareholders, agents and employees.

## Article XIII. DISPUTE RESOLUTION PROCEDURE

**Section 13.01** Claims, disputes or other matters in question between the Parties arising out of or relating to this Agreement or breach thereof ("**Claims**") shall initially be directed to Company's authorized representative set forth in Section 3.06 and Subcontractor's Project manager for resolution through informal discussions. If a mutually agreeable resolution is not reached between such Company representatives and Subcontractor's Project manager within thirty (30) days after a Party provides the other Party written notice of any such Claim, then any unresolved Claims shall be discussed in a meeting between a principal of each Party with authority to resolve such unresolved Claims.

**Section 13.02** If a mutually agreeable resolution on all Claims is not reached thirty (30) days after the first principals' meeting contemplated by Section 13.01, any unresolved Claims shall be subject to non-binding mediation under the auspices of a recognized, neutral third-party professional mediation service, or other mediation method reasonably acceptable to the parties, prior to submitting the Claims to litigation. In the event the parties are unable to agree upon a third-party mediation service, the mediation shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of this Agreement. A party's request for mediation shall be made in writing and delivered to the other party to this Agreement. Mediation shall be a condition precedent to litigation, however, the request for mediation may be made concurrently with the filing of a petition but in such event the mediation shall proceed in advance of litigation, and litigation shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the parties or court order. The parties shall share the mediator's fee equally. The mediation shall be held in Dallas, Texas, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof. If the parties are unable to resolve all Claims after mediation, then either Party may seek remedies pursuant to the express terms of this Agreement. Any Claim subject to, but not resolved by, mediation shall be subject to litigation in accordance with this Agreement. A suit shall be initiated no earlier than concurrently with the filing of a request for mediation, but in no event shall it be made after the date when the institution of legal or equitable proceedings based on the Claim would be barred by the applicable statute of limitations or statute of repose.

**Section 13.03 RESERVED.**

**Section 13.04** Unless otherwise agreed in writing, Subcontractor shall carry on the Work in order to maintain achievement of the Milestone Dates pending dispute resolution and Company shall continue to make payments in accordance with this Agreement.

**Section 13.05 RESERVED.**

**Section 13.06** In any action brought by either Party arising out of or relating to the Project, this Agreement or the breach thereof, reasonable attorneys' fees shall be awarded to the prevailing party, measured by the extent to which such party in fact prevails in the action as determined by the extent such party in fact succeeds in each claim or defense asserted by the party. If both parties seek monetary damages, the party receiving the greater percentage of its claim shall be deemed the prevailing party unless the claims differ materially in size, in which case the judge shall make an overall assessment of which party prevailed and award one party its attorneys' fees.

**Article XIV. COMPLIANCE WITH ALL LAWS AND SAFETY PRACTICES**

**Section 14.01** Subcontractor shall comply fully with all Applicable Codes and Standards and Applicable Law affecting or relating to this Agreement or its performance, including but not limited to those with respect to professional engineering licensing, mine safety and health administration, occupational health and safety, the handling and storage of hazardous materials, accident and illness prevention, safety equipment and practices including the accident and/or illness prevention and safety program of Company, and compliance with all applicable environmental rules and regulations, including those relating to sediment and erosion control, storm water discharge, and air, ground and water quality.

**Section 14.02** To the extent Subcontractor will be completing any Work at the Project Site, Subcontractor shall comply with all safety laws, including without limitation, applicable federal and state safety and environmental laws (including MSHA and OSHA), and Company's Safety Manual attached as **Exhibit F**, at all times. Subcontractor will not require or allow any of its personnel providing the Work to work more than 21 days in succession without a 24-hour break, or to work more than 16 successive hours without an 8-hour break. Subcontractor acknowledges that the Project Site is a MSHA-regulated site and that all Subcontractor personnel that visit the Project Site must complete necessary MSHA training, in addition to all Site specific training requirements.

**Article XV. WORK PRODUCT**

**Section 15.01** All documentation, studies, designs, drawings, plans, specifications, test results, reports, computer software and any other information or data of any form or media, developed and created by Company, or Subcontractor in the performance of the Work, and any and all inventions or discoveries developed during performance of and arising out of the Work under this Agreement, including improvements and modifications, whether or not patentable, and any applications for letters patent issuing thereon, including inventions or discoveries made by Subcontractor or its employees in performance of this Agreement (collectively, "**Work Product**") shall be the exclusive property of Company and title to such Work Product shall pass to Company upon full payment therefor. Subcontractor agrees and does hereby assign, grant, transfer and convey to Company, its successors and assigns, Subcontractor's entire right, title, interest and ownership in and to such Work Product, including all intellectual property rights associated with such Work Product and specifically including the right to secure patent and copyright registration. Subcontractor confirms that Company and its successors and assigns shall own Subcontractor's right, title and interest in and to, including the right to manufacture, use, reproduce, distribute by sale, rental lease or lending or by other transfer of ownership, to perform publicly, and to display, all such Work Product, whether or not such items constitute all "work made for hire" as defined in 17 U.S.C. Section 201(b).

**Section 15.02** Subcontractor shall pay all royalties and license fees and shall defend, indemnify and hold harmless the Company from any loss, claim, damages, expense or liability (including all reasonable attorneys' fees and litigation or arbitration expenses) arising out of, resulting from or in connection with any claimed infringement of any patent or other intellectual property in connection with the performance of the Work, including the use by Company of the Work, and/or the Work Product.

**Article XVI. WARRANTY**

**Section 16.01** Subcontractor warrants to Company that all services furnished as part of the Work shall conform to the Contract Documents and/or other descriptions furnished by Company. Subcontractor further warrants that all Work under this Agreement shall be performed to Standard of Care and in a workmanlike manner, shall be of good quality, free of fault and defects and in conformance with Applicable Codes and Standards and Applicable Law and the requirements of the Contract Documents (the "**Warranty**"). All Work not conforming with any Warranty is defective ("**Defective**") and contains a defect ("**Defect**") and Subcontractor shall immediately revise and replace all Defective Work in accordance with Section 16.04.

**Section 16.02** The Warranty provided in this section shall be in addition to and not in limitation of any other warranty or remedy required by law or by the Contract Documents.

**Section 16.03** The duration of Subcontractor's Warranty will be for a period of one (1) year beginning upon the Substantial Completion Date, as defined herein by Article I (the "**Warranty Period**").

**Section 16.04** If any Work is found to be Defective, Subcontractor shall, at its sole cost and expense, use its best efforts to immediately and on an expedited basis correct such Defect in the Subcontractor's Work, at no cost to Company, so as to make such Work Product not Defective ("**Corrective Work**"). Upon receipt of notification from Company, Subcontractor shall correct at Subcontractor's sole cost and expense any Defects or deficiencies in the deliverable associated with the Work which arise during Warranty Period. If Subcontractor fails to submit an action plan to correct the Defect and/or deficiencies within three (3) Business Days of receipt of notice from Company, Company may without further notice provide the labor and materials necessary to correct the Defect and/or deficiencies in the Subcontractor's Deliverable and the cost thereof shall be charged to the Subcontractor. In the event there are not sufficient funds to satisfy such deduction, Subcontractor shall reimburse Company for such cost immediately upon receipt of written demand from Company.

## Article XVII. ASSIGNMENT OF AGREEMENT

**Section 17.01** Neither Party shall, without the prior written consent of the other Party, assign, transfer, or subcontract or otherwise delegate any portion or part of the Work required by this Agreement, nor assign any payment hereunder to others. Any such assignment, transfer, subcontract or delegation made without the express written consent of the other Party shall be null and void.

## Article XVIII. NOTICES

**Section 18.01** Written notice, where required by the terms of this Agreement, may be accomplished by: (i) personal delivery, with such notice effective upon receipt; (ii) recognized overnight courier service, with such notice effective on the date and time delivery is made or attempted, whichever is earlier; (iii) United States Postal Service first class certified mail, return receipt requested, with such notice effective when received or when delivery is first attempted, whichever is earlier. Notices to Company and/or Subcontractor shall be sent to the signatories of this Agreement at the addresses shown on the first page of this Agreement.

## Article XIX. GENERAL PROVISIONS

**Section 19.01** In the event any one or more of the provisions of this Agreement, or any portion thereof, shall for any reason be held to be invalid, illegal or otherwise unenforceable in any respect, such provision, or portion thereof, shall be severed from the remainder of the Agreement, and such invalidity illegality or unenforceability shall not affect any other provision hereof and the remainder of the provisions of this Agreement shall continue in full force and effect without impairment.

**Section 19.02** This Agreement and the covenants contained herein shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs and administrators, executors, permitted assigns and successors in interest.

**Section 19.03** Without limiting the survival of any express provision to that effect, the terms of Article 7 (Accelerated Work Program Withholding, Waiver of Consequential Damages and Limitations of Liability), Article 10 (Recourse By Company), Article 11 (Indemnification) and Article 12 (Insurance) shall be continuing covenants which shall survive during the performance of the Work pursuant to this agreement and or the termination of this Agreement.

**Section 19.04** This Agreement, and all claims relating to or arising out of this Agreement, or the breach thereof, whether based in contract, tort, or otherwise, shall be governed and construed in accordance with the laws of the State of Texas. In the event that an agreement pursuant to Article XIII has not been reached, each Party hereby irrevocably and unconditionally (a) consents to submit to the jurisdiction of the federal courts located in Dallas, Texas for any action, suit or proceeding arising out of or relating to this Agreement (and each party hereby irrevocably and unconditionally agrees not to commence any such action, suit or proceeding except in such courts), (b) waives any objection to the laying of venue of any such action, suit or proceeding in any such courts, and (c) waives and agrees not to plead or claim that any such action, suit or proceeding brought in any such court has been brought in an inconvenient forum. EACH PARTY HEREBY WAIVES ITS RIGHT TO A TRIAL BY JURY IN ANY LITIGATION OR OTHER COURT PROCEEDING WITH RESPECT TO ANY MATTER ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT

**Section 19.05** Subcontractor agrees that it will not distribute releases, photographs, representations, written materials or any other information in any form relating to this Agreement, including the existence and the contents of this Agreement, the Work or the Project Site without having obtained the prior written consent of Company.

**Section 19.06** Subcontractor shall keep all books and records relating to this Agreement and the Project for a period of four (4) years following the Completion Date.

**Section 19.07** This Agreement, together with the NDA, represents the entire agreement between the parties hereto and shall supersede all prior negotiations, estimates, bids, purchase orders, and any verbal agreements or conversations between the parties hereto or with any other person. No negotiation, estimate, bid, purchase order, or any verbal agreement or conversation between the parties hereto or with any other person, either before or after the execution of this agreement, shall affect or modify any of the provisions or obligations set forth herein.

**Section 19.08** Force Majeure shall mean all acts of God (including, named storms (and flooding that may result from such named storms), lightning, tornadoes, hurricanes, fires and earthquakes), international armed conflict, impossibility to obtain materials, wars, civil disturbances, terrorist attacks, revolts, insurrections, sabotage, commercial embargoes, pandemic, epidemics, and explosions so long as such act or event (i) actually delays, hinders or renders impossible the affected Party's performance of its obligations under this Agreement, (ii) is beyond the reasonable control of the affected Party, was not due to its fault or negligence and was not reasonably foreseeable, and (iii) could not have been prevented or avoided by the affected Party through the exercise of due diligence. For avoidance of doubt, Force Majeure shall not include any of the following: (i) economic hardship, (ii) changes in market conditions, or (iii) unavailability of labor. In the event of Force Majeure, the time for completion shall be extended by Change Order commensurate with the actual impact of the delay to the provision of Subcontractor's Work

**Section 19.9** In the performance of the Work, Subcontractor is an independent contractor, and nothing in this Agreement creates or shall be construed as creating either a partnership (of any kind) or the relationship of principal and agent, or employer and employee, joint venture, or other association between Company and Subcontractor or between Company and Subcontractor's agents, or employees. Subcontractor shall have no authority to hire any persons on behalf of Company, and any and all persons whom it may employ are and shall be deemed to be solely the employees of Subcontractor. Subcontractor shall control and manage the details of the Work, the selection of

employees, and the fixing of their hours of labor. Company shall be entitled to inspect and determine whether the Work is being performed in compliance with the terms of this Agreement. Nothing in this Agreement authorizes, or shall be construed to authorize, Subcontractor to incur any debt, liability or obligation of any nature for, or on behalf of, Company

The Parties, through their duly authorized representatives, have executed this Agreement to be effective as of the day and year first written above.

****SIGNATURE PAGE FOLLOWS****

AMERICAN GYPSUM COMPANY LLC

By: DocuSigned by: Eric Cribbs 5A1D81BCE87A42E...

Name: Eric Cribbs

Title: President

JEDSON ENGINEERING, INC.

By: Signed by: Julio Sanchez 152EBF99E65E485...

Name: Julio Sanchez

Title: VP Project Execution

**Exhibit A**

**Design Basis, Division of Responsibilities, MTO Basis**

THE JEDSON EDGE

# AMERICAN GYPSUM

# DUKE C LINE

Duke, Oklahoma

# DESIGN CRITERIA

Jedson Document No.:

**241002-ME-DSC-1000**

| Rev | Issued For | By | Checked | Approval | Date |
|---|---|---|---|---|---|
| A | Issued for Information | MJL | BLW | BLW | 2/6/25 |
| B | Issued for Information | MJL | GM | GM | 8/27/25 |
| | | | | | |
| | | | | | |
| | | | | | |

# SECTION 0110
# DESIGN CRITERIA

## 1. PROJECT DESCRIPTION

American Gypsum (AG) plans to replace an existing gypsum board line with a new board line at their plant in Duke, Oklahoma. The project has been named Duke C Line. AG has had a cost estimate study conducted by Grenzebach and Southern Industrial Contractors to complete the scope of the project. AG has contracted Jedson Engineering (Jedson) to review the cost estimate documentation and provide additional material quantities, where applicable, to help validate the cost estimate.

Project Renaissance will provide a new gypsum board line including all upstream gypsum rock grinding, drying and calcining.

### 1.1 Project Approach

Jedson has reviewed preliminary design documentation from the cost estimate study previously conducted by others. From these documents, Jedson created different material take-offs by discipline to help AG validate their current cost estimate.

### 1.2 Project Scope Description

The Project Scope is summarized by the following Grenzebach and Southern Industrial Contractors project documentation:

20110099_FS-GP-Plant
Process Flow Sheet

PID-Dryer_DukeC
Dryer Piping and Instrumentation Diagram

2024-07-05_TS_Plaster_Plant_160186-01
Technical Specification No. 1 – Equipment Specifications for Rock Handling and Calcining

2024-07-16_TS_Plasterboard_Plant_160186-01
Technical Specification No. 2 – Equipment Specifications for Preparing and Board Line

2024-07-05_TS_Recycling_Plant_160186-01
Technical Specification No. 3 – Equipment Specification for Recycling Plant

D020-'A' LINE DEMOLITION PLAN
Demo Drawing of Existing A - Line

D-003-LEVEL 1 DEMO PLAN AREA C
Demo drawing of Existing Equipment on Level 1 of Area C

D002-EQUIPMENT DEMOLITION PLAN - LEVEL 2
Demo drawing of Existing Equipment on Level 2 of Area C

D003-EQUIPMENT DEMOLITION PLAN - LEVEL 3
Demo drawing of Existing Equipment on Level 2 of Area C

D004-EQUIPMENT DEMOLITION PLAN - LEVEL 4
Demo drawing of Existing Equipment on Level 4 of Area C

11332-1S01-05-EQ002RevA
Site Level General Arrangement

11332-2S01-05-EQ002RevA
Gypsum Rock Handling General Arrangement No. 1

11332-3S01-05-EQ002RevA
Gypsum Rock Handling General Arrangement No. 2

11332-4S01-05-EQ002RevA
Calcining Area General Arrangement

11332-5S01-05-EQ002RevA
Preparing Area General Arrangement

11332-7S01-05-EQ002RevA
Board Line and Dryer General Arrangement

11332-8S01-05-EQ002RevA
Board Line Take-Off General Arrangement

A-01 COMPRESSOR ROOM GA-B
Air Compressor Room General Arrangement

M-01 CA MECHANICAL AND PIPING LAYOUT-B
Compressed Air Header Pipe Routing Plan

P-01 PROCESS FLOW DIAGRAM-B
Compressed Air Flow Diagram

CA Equipment Schedule
Compressed Air Equipment Schedule

M-02 NATURAL GAS PIPING LAYOUT-A
Natural Gas Header Pipe Routing Plan

M-03 PROCESS WATER PIPING LAYOUT-B
Process Water Header Pipe Routing Plan

M-03 PROCESS WATER PIPING LAYOUT-B
Process Water Header Pipe Routing Plan

NWD 3D Model dated 7-2-24

### 1.3 Plant Area Numbering

The project will use the American Gypsum Plant Numbering system shown in the table below:

#### 1.3.1 Plant Area Codes:

| Plant Area Description | Plant Area Code |
|---|---|
| ELECTRICAL DISTRIBUTION | 04-100-1000 |
| ROCK RECEIVING | 04-300-1000 |
| ROCK SYSTEM | 04-300-2000 |
| RECLAIM SYSTEM | 04-300-3000 |
| LAND PLASTER SYSTEM | 04-300-4000 |
| LAND PLASTER TRANSPORT | 04-300-4500 |
| STUCCO SYSTEM NO. 1 | 04-300-5000 |
| STUCCO SYSTEM NO. 2 | 04-300-7000 |
| STUCCO SYSTEM - SHARED | 04-300-9000 |
| BOARD STUCCO SYSTEM | 04-500-1000 |
| PAPER HANDLING | 04-500-2000 |
| GAUGING/FOAM/RECYCLE WATER SYSTEMS | 04-500-3000 |
| ADDITIVES | 04-500-4000 |
| BMA SYSTEM | 04-500-4600 |
| MIXER/BOARD LINE | 04-500-5000 |
| WET END TRANSFER | 04-500-6000 |
| DRYER INFEED | 04-500-7000 |

| | |
|---|---|
| DRYER | 04-500-7300 |
| DRYER OUTFEED | 04-500-7700 |
| TAKE-OFF NO. 1 | 04-500-8000 |
| TAKE-OFF NO. 2 | 04-500-9000 |
| WAREHOUSE | 04-600-0000 |

The Plant Area Numbering System is shown as markups on the following two drawings:



PRELIMINARY
NOT FOR CONSTRUCTION

ISSUED FOR ESTIMATING
1/30/25

DUKE BOARD PLANT AREA SKETCH NO. 1
241002-PR-SKT-001
REV A

**Figure 1 – Plant Area Numbers**



PRELIMINARY
NOT FOR CONSTRUCTION

ISSUED FOR ESTIMATING
1/30/25

DUKE BOARD PLANT AREA SKETCH NO. 2
241002-PR-SKT-002
REV A

**Figure 2 – Plant Area Numbers**

# 2. JEDSON SCOPE OF WORK

### 2.1 Division of Responsibility Matrix

The Jedson Project Engineering Services will be based on the Division of Responsibility matrix.

See the Preliminary Division of Responsibility attachment.

# 3. GOVERNING CODES & REGULATIONS

### 3.1. Governing Agency:

Town of East Duke
PO Box 340
120 W 2nd Street
Duke, OK 73532
Hours: M-F 8:00 am - 2:00 pm
Phone No.: (580) 679-3400

### 3.2. Applicable Codes:

Oklahoma has adopted the 2018 International Code Council (ICC) codes consisting of the following amendments and model codes:

- International Building Code (IBC 2018)
- International Existing Building Code (IEBC 2018)
- International Fire Code (IFC 2018)
- International Mechanical Code (IMC 2018)
- International Plumbing Code (IPC 2018)
- National Electric Code (NEC 2023)

The Project Detail Engineering work will be performed in accordance with the applicable sections of the codes and standards listed below:

- ACI - American Concrete Institute “Building Code Requirements for Reinforced Concrete Structures” (ACI 318-19)
- AISC - American Institute of Steel Construction “Manual of Steel Construction” (15th Edition)
- AISI - American Iron & Steel Institute “Cold Formed Steel Design Manual”
- ASCE - American Society of Civil Engineers Minimum Design Loads for Buildings and Other Structures (ASCE 7-16)
- ASHRAE 90.1-2013 – Energy Standard for Buildings
- ASME B31.3 – Process Piping
- ASTM - American Society of Testing and Materials
- AWS - American Welding Society D1.1-90 Structural Welding Code
- CFR – Code of Federal Regulations Title 21
- FM - Factory Mutual

- IEEE - Institute of Electrical & Electronic Engineers
- ISA -Instrument Society of America
- NEMA - National Electrical Manufacturers Association
- NEC - National Electrical Code/NFPA 70
- NESC - National Electrical Safety Code, IEEE C2-2023
- NFPA - National Fire Protection Association
- OSHA – 29 CFR 1910
- MSHA – 30 CFR 14th Edition
- SSPC - Structural Steel Painting Council
- UL - Underwriters Laboratories
- Eagle Materials provided Project Specifications and Design Criteria for Civil Structural Work.
- Oklahoma Department of Environmental Quality (DEQ)
- Oklahoma Department of Transportation (ODOT)
- Local Public Utilities
- City of Duke, Oklahoma
- Jackson County, Oklahoma
- FEMA – Floodplain Regulations (Zone A)

## 4. TOPOGRAPHY

### 4.1 Site Conditions

Location: Duke, OK
Altitude: 1431 ft
Rainfall: 5.61" in/hr (100 yr – 1 hr rain event)
10-yr – 24-hour rainfall = 5.8 inches (Ref NOAA Atlas 14 Volume 8 Version 2)
25-yr – 24-hour rainfall = 7.52 inches (Ref NOAA Atlas 14 Volume 8 Version 2)
100-yr – 24-hour rainfall = 10.4 inches (Ref NOAA Atlas 14 Volume 8 Version 2)
Groundwater: Not Encountered during Boring (Seasonal)
Temperature: 63.6F deg (average)
25F deg (minimum design)
98F deg (maximum design)

## 5. STRUCTURAL CRITERIA

### 5.1 Design Loads

Risk Category = III

Wind:
Wind Speed: 115 MPH
Exposure: C
Importance Factor = 1.0

Seismic:

Importance Factor: 1.25
Site Class: C (per UES Geotechnical Report)
Mapped Spectral Response Acceleration ($S_{DS}$): 0.13g
Mapped Spectral Response Acceleration ($S_{D1}$): 0.052g

Seismic Design Category: A

| Dead Loads: | Actual | Self-weight |
|---|---|---|
| | Floor decking | 5 psf |
| | Wall cladding | 10 psf |
| | Roof decking | 5 psf |
| | 1½" Grating | 15 psf |
| | 3/8" checkered Plate | 15 psf |

Ground Snow Load: 17 PSF

Ice Load: 1.59in concurrent 15°F with 40mph wind
Importance Factor = 1.25 (thickness)
Importance Factor = 1.0 (wind)

Live Loads:
Concrete on Grade: General = 250PSF + EQUIPMENT (500PSF if Equipment is unknown)
Elevated Concrete: General = 200PSF + EQUIPMENT (400PSF if Equipment is unknown)
Grating Floors = 100PSF + EQUIPMENT (250PSF if Equipment is unknown)
Miscellaneous Platforms and Grating: 100PSF
Stairs and Exist Ways: 100PSF
Electrical Rooms = 250PSF + EQUIPMENT (500PSF if Equipment is unknown)

Collateral Loads: 25PSF
Collateral loads are for utilities hung below the floor or roof level and should be considered as dead load for seismic considerations

Roof Loads: 20 PSF (Minimum Live Load)
10 PSF Collateral (in addition to Roof Live Load) for Piping and Lighting
Electrical Room Roofs = 40PSF plus 60PSF Collateral load = 100PSF

Building Dust Loads 10 PSF per 1" of depth and applied as follows:

a) Rock Handling Area Structures:
   - 40 PSF for roofing and purlin design.
   - 30 PSF for girder design.

b) Gypsum Board Line:
   - 10 PSF for roofing, purlin, and girder design.

Conveyor Truss Design: Actual Loads plus 60 PSF LL
Conveyor Walkways: 60 PSF
Pipe and Conduit load along Conveyor Trusses: 15PSF per level
Pipe and Conduit load along Utility Bridges: 35PSF per level

### 5.2 Vibration

Foundations: Ratio of concrete mass to the equipment static load shall be a minimum of 3 to 1.

Steel: Platform vibration cycle shall be a minimum of 50% greater than the equipment rpm.
Adequate stiffening and bracing shall be employed as deemed necessary to produce a satisfactory design for vibration using design analyses.
The minimum depth of floor members shall D (min) = SPAN/15.
When fans are supported by structural framing, adequate stiffening shall be provided to minimize possible vibrations.

### 5.3 Deflection

Roof Framing Members: L/240
Floor Framing Members: L/360
Walkways: L/360
Beams Supporting Conveyor Drives: L/1000
Hoist Beams: L/800

### 5.4 Settlement

Mills: Uniform settlement 1inch

### 5.5 Geotechnical

Reference: **UES Geotechnical Exploration, UES Report No. G241348**, dated August 12, 2024.

Per page 3 of the report, UES design criteria were developed assuming final grades are established within 2 ft of existing grade using on-site or similar imported fill material.

Drilled Pier Foundation System (Mill Loft and Board Line)

| **Design Parameters for Straight-Shaft Piers (report Table B)** | | | |
|---|---|---|---|
| **Penetration into Gray Shale** | **Allowable Skin Friction, ksf[1]** | | **Allowable End Bearing, ksf** |
| | **Compression** | **Tension** | |
| 0 to 5 ft | Neglect | Neglect | Neglect |
| 5 to 10 ft | 2.4 | 1.9 | 15.0 |
| At least 10 ft | 4.5 | 3.6 | 30.0 |
| [1]The test borings for this project extended to a maximum depth below the existing ground surface of 60 ft. Straight-shaft piers utilizing end bearing to derive part of their capacity should not be drilled deeper than two (2) | | | |

| |
|---|
| pier shaft diameters above a depth of 60 ft. Piers drilled deeper than two (2) pier shaft diameters above a depth of 60 ft should consider skin friction resistance only. Deeper test borings will be required if it is desired to utilize end bearing resistance below a depth deeper than two (2) pier shaft diameters above a depth of 60 ft, or if the piers will extend below a depth of 60 ft. |

Elastic settlement under loading: 1 in

Spacing: >= 2D clear to develop full load carrying capacity from skin friction, varies linearly down to 50% of design value with no clear spacing

Uplift: uplift adhesion estimated not to exceed 1.4 ksf, reduced to 1.0 ksf in areas where moisture conditioning is used

| Design Parameters for LPILE (report Table C) | | | | |
|---|---|---|---|---|
| **Material** | **Moisture Conditioned Clays[1]** | **Native Clay Soils below a Depth of 12 ft[1] and Upper 5 ft of Gray Shale** | **5 to 10 ft Penetration into Gray Shale** | **At least 10 ft into Gray Shale** |
| L-Pile p-y Model | Soft clay | Stiff clay | Weak rock | Weak rock |
| Effective Unit Weight (γ) | 0.069 | 0.069 | 0.081 | 0.081 |
| Undrained Cohesion (c), psi | 1.5 | 5.2 | - | - |
| Rock Uniaxial Compressive Strength ($q_u$), psi | - | - | 125 | 300 |

| | | | | |
|---|---|---|---|---|
| Rock Mass Modulus ($E_r$), psi | - | - | 12,500 | 30,000 |
| Rock Quality Designation (RQD)[2], % | - | - | 70-90 | 70-90 |
| Rock Strain Factor ($k_{rm}$) | - | - | 0.0005 | 0.0005 |
| [1]Neglect the upper 4 ft of soil due to potential disturbance and soil shrinkage.<br>[2]Rock Quality Designation (RQD) is based on our area experience and the results of the field exploration. | | | | |

Floor System for Pier-Supported Structure (Mill Loft)

Potential Vertical Rise, PVR: 2 in to 3 in

PVR with subgrade improvements, either Option 1 or Option 2: 1 in

Subgrade Improvement Option 1: Installation of 1 ft of non-expansive fill (select fill or aggregate base) overlying moisture-conditioned on-site clayey soils extending a depth of 6 ft below final grade.

Subgrade Improvement Option 2: Remove existing on-site clayey soils to a depth of 4 ft below final grade and replacing with non-expansive fill (select fill or aggregate base).

Seismic Criteria

Site Class: C

# 6. CONCRETE / FOUNDATIONS

## 6.1 General Specifications

Foundations will be constructed in accordance with ACI 318 and CRSI specifications.

Material specifications will be as follows:

Concrete: 2,000 psi strength for lean fill
2,000 psi for encasement of underground utilities
4,500 psi strength for footings and pedestals
4,500 psi strength for slabs on deck
4,500 psi strength for all other cast-in-place concrete, U.N.O.
5,000 psi strength for drilled piers, U.N.O.

Rebar: ASTM A615, Grade 60 except stirrups and ties which will be Grade 40

ASTM 1064 Flat Sheet Only – Welded Wire Fabric

Minimum Bar: Ties & stirrups: #3 or larger
Lightly loaded structures: #4 minimum
Massive Structures: #5 minimum

Anchor Bolts:
High tension structures: ASTM F1554 Grade 105
All other structures: ASTM F1554 Grade 36

Grout: ASTM C 1107 Grade B or C (6,000 psi minimum 28-day strength, UNO)

### 6.2 General Notes

1. All ground floor slabs/mats to be 12" minimum above grade level.
2. All slab on grade floors exposed to the environment shall have a minimum slope of 1/8" per foot to shed water.
3. Wet floor areas shall be pitched 1/4" per foot.
4. Non-shrink cement-based grout should be suitable for placing at a flowable consistency at temperatures between 45 - 90 degrees and exhibit no shrinkage.
5. Epoxy grout should be suitable for placing at a self-leveling consistency at temperatures between 60 - 90 degrees, have a 7-day compressive strength of 10,000 psi, and withstand elevated temperatures up to 150 ºF.

## 7. STRUCTURAL STEEL

### 7.1 General Specifications

Fabricated steel will conform to AISC "Specifications for the Design, Fabrication and Erection of Structural Steel for Buildings," subject to modifications outlined in this section, design drawings and applicable building codes and ordinances.

Materials

| | |
|---|---|
| Structural Shapes | ASTM A572 or A992 |
| Miscellaneous Steel | ASTM A36 |
| Platework | ASTM A572, Grade 50 |
| Grating | Federal Spec RR-G-661a, 1½" serrated bar (HDG) |
| Handrail Pipe | ASTM A53 |
| High Strength Bolts | ASTM A325 or A490 |
| Machine Bolts | ASTM A307 |
| Metal Floor Deck | 3", 20 Gage |

Connections

All connections will be standard AISC or as detailed.
Shop connections will be made with A325 or A490 bolts or welded.
Field connections will be punched, drilled, or plasma burning holes for bearing type A325-N bolts UNO.
Short slots transverse to the load are acceptable.

### 7.2 Structural Steel Member Size Table

The Project design will use the following preferred structural shapes to the greatest extent possible to assure availability of materials and uniform connections.

| Steel Beam/Bracing | |
|---|---|
| **Type** | **Size** |
| C-Channel | C6X8.2 |
| C-Channel | C8X11.5 |
| C-Channel | C10X15.3 |
| C-Channel | C12X20.7 |
| L-Angle | L2 1/2 X 1 1/2 x 1/2 |
| L-Angle | L3X3X3/8 |
| L-Angle | L3X3X1/2 |
| L-Angle | L4X4X1/4 |
| L-Angle | L4X4X3/8 |
| L-Angle | L5X5X1/2 |
| W-Wide Flange | W8X15 |
| W-Wide Flange | W8X18 |
| W-Wide Flange | W8X24 |
| W-Wide Flange | W10X22 |
| W-Wide Flange | W10X49 |
| W-Wide Flange | W12X26 |
| W-Wide Flange | W12X40 |
| W-Wide Flange | W12X58 |
| W-Wide Flange | W12X72 |
| W-Wide Flange | W14X30 |
| W-Wide Flange | W16X26 |
| W-Wide Flange | W16X40 |
| W-Wide Flange | W16X77 |
| W-Wide Flange | W18X35 |
| W-Wide Flange | W18X50 |
| W-Wide Flange | W18X86 |
| W-Wide Flange | W18X130 |
| W-Wide Flange | W21X62 |

| | |
|---|---|
| W-Wide Flange | W21X111 |
| W-Wide Flange | W21X182 |
| W-Wide Flange | W24X68 |
| W-Wide Flange | W24X94 |
| W-Wide Flange | W27X84 |
| W-Wide Flange | W27X129 |
| W-Wide Flange | W30X99 |
| W-Wide Flange | W30X132 |
| W-Wide Flange | W30X173 |
| W-Wide Flange | W33X118 |
| W-Wide Flange | W33X201 |
| W-Wide Flange | W33X141 |
| W-Wide Flange | W36X170 |
| W-Wide Flange | W36X231 |
| W-Wide Flange | W36X256 |
| W-Wide Flange | W40X183 |
| W-Wide Flange | W40X327 |
| W-Wide Flange | W40X397 |
| W-Wide Flange | W44X262 |
| W-Wide Flange | W44X335 |
| WT-Structural Tee | WT4X9 |
| WT-Structural Tee | WT5X11 |
| WT-Structural Tee | WT6X20 |
| WT-Structural Tee | WT6X26.5 |
| WT-Structural Tee | WT7X15 |
| WT-Structural Tee | WT7X30.5 |
| WT-Structural Tee | WT8X38.5 |
| WT-Structural Tee | WT9X43 |
| | |
| **Structural Columns** | |
| **Type** | **Size** |
| W-Wide Flange-Column | W8X18 |
| W-Wide Flange-Column | W8X31 |
| W-Wide Flange-Column | W10X33 |
| W-Wide Flange-Column | W10X49 |
| W-Wide Flange-Column | W12X53 |
| W-Wide Flange-Column | W14X48 |
| W-Wide Flange-Column | W14X61 |

| | |
|---|---|
| W-Wide Flange-Column | W14X74 |
| W-Wide Flange-Column | W14X90 |
| W-Wide Flange-Column | W14X99 |
| W Shapes-Column | W14X109 |
| W Shapes-Column | W14X120 |
| W Shapes-Column | W14X159 |
| W Shapes-Column | W14X176 |
| W Shapes-Column | W14X257 |
| W Shapes-Column | W14X342 |
| W Shapes-Column | W14X398 |
| W Shapes-Column | W14X500 |
| W Shapes-Column | W14X605 |
| W Shapes-Column | W14X730 |

# 8. STRUCTURES

## 8.1 General Notes

8.1.1 Maintain 7'-0" minimum headroom clearance above all floors for access.
8.1.2 Where possible, support secondary equipment, platforms, etc. from floor above rather than by legs below to permit clean-up underneath.
8.1.3 Stairways shall provide access wherever routine maintenance is required.
8.1.4 Ladders should not be used for access and only be provided when there is no clearance for stairs, or as a secondary means of emergency exit.
8.1.5 All elevated entries/exits, accessed by means of a ladder, shall consist of a safety gate.

## 8.2 PEMB Structures

The Project Buildings listed below will receive roofing and siding for weather protection. The roofing and siding system girts, purlins, roofing, siding and flashing will be supplied and installed by the PEMB subcontractor, per Jedson's design.

- Raw Material Hall
- Material Blending Shed
- Paper Feed Corridor
- Air Compressor Building
- Board Line Buildings

## 8.3 Steel Buildings

- The Calcining & Cooling equipment, Stucco Handling equipment, and Drying building will be a "stick built" steel building designed by Jedson.

### 8.4 Conveyors

Trusses and bents for the belt, pan and screw conveyors will be designed by Jedson.

### 8.5 Transfer Towers

Transfer towers for conveyors will consist of steel framed open structures on reinforced concrete foundations. Safe access to higher levels will be afforded by means of stairways and access platforms.

### 8.6 Gypsum Rock Handling Area

The truck unload area will be open – exposed with concrete paving and concrete foundations for equipment and conveyance support.

The Raw material hall will be supported shallow concrete mat foundation. The stacker reclaimer support structure will be designed by Pfeiffer, the reclaimer structure will be a pre-engineered metal building with the conceptual designed by Jedson/Pfeiffer. The mill feed supply and cyclone support structures will be enclosed steel structures, the main floors and service platforms will be galvanized grating, except for top operational floors, which will be checkered plate, UNO. A stair tower will be provided within the structure to provide access to all floors and service platforms.

### 8.7 Rock Drying and Crushing Area

The rock drying and crushing area will be open-exposed with concrete foundations for equipment support and gravel dressing.

### 8.8 Liquid and Solid Additives Unloading Area

The liquid and solid additives area will be open-exposed with a concrete mat foundation.

### 8.9 Dryer Heat Recovery Area

The rock drying and crushing area will be open-exposed with concrete foundations for equipment support and gravel dressing.

## 9. ARCHITECTURAL

### 9.1 Roofing & Siding

Roofing and siding will be uninsulated 22-gauge metal panels. Siding will be 1-1/2" deep ribbed construction, galvanized and/or painted with the manufacturer's standard finish (color to be Regal White, or as approved by Owner). Attachment will be with stainless steel screws and neoprene washers. Flashings, sealants, and closures will be installed to provide a weather-tight installation.

### 9.2 Doors

Access doors will be hollow metal type, provided complete with hardware and closures.

Roll-up doors will be provided for the electrical and mechanical rooms as described below. They will be provided with 20-gauge galvanized steel slats, tracks, hardware and weather stripping. The OH Doors will be manual chain operated.

### 9.3 Electrical Rooms

The Electrical Room Buildings will be supported on slab on grade, construction type to be determined. Access doors (3' x 7') will be provided for each building along with either a double door with removable transom or overhead door, as required to remove the largest panel in the room. The approximate electrical room dimensions will be provided by Grenzebach.

### 9.4 Mechanical Rooms

The Mechanical Room Buildings will be slab on grade, construction type to be determined. Access doors (3' x 7') will be provided for each building along with either a double door with removable transom or overhead door, as required for equipment removal.

- Air Compressor Room

The Electrical and Mechanical Buildings will be provided with LED lighting and 120-volt convenience receptacles. Smoke detectors and emergency lighting will be provided for the electric rooms.

## 10. CIVIL

### 10.1. Survey Information

10.1.1 Topographic survey information to be provided by Owner per Fox, Dreschsler & Brickley, INC. (Some elevations) no utilities included date of survey not provided. A full topographic survey will be required for detailed design.
10.1.2 Subsurface Utility Engineering (SUE) survey: GPRS report provided dated 5/20/24
10.1.3 The owner has not provided utility underground as-built information and construction documents.
10.1.4 The coordinate system will be based on plant horizontal coordinate grid and local control points.
10.1.5 Vertical datum will be based NAD83 Oklahoma State Planes, South Zone, US Foot.

### 10.2. Ground Water Elevations

10.2.1 Subsurface water was not observed in borings in the proposed limits for construction. Ground water is expected to be seasonal and should be anticipated during site construction.

### 10.3. Site Grading

10.3.1 The site layout is primarily influenced by the process layout required for the plant.
10.3.2 Site structures include various process buildings, utilities building, employee spaces, and storage spaces.
10.3.3 The existing parking spaces being impacted by the proposed plan expansion shall be removed in close proximity to the existing facility, per the Owner direction. It is assumed the reduced parking spaces meet local codes and will be verified in detailed design if any zoning variances are required.
10.3.4 It is assumed the existing access drives will be utilized and modified for the proposed project.
10.3.5 Rail access and modifications have been excluded from this project for the existing Stillwater Central Railroad (Subsidiary of BNSF)

10.3.6 Design for AASHTO Standard Vehicles and maximum truck size WB-67, or a 53' trailer.
10.3.7 Access and maintenance roadway widths = 26FT (min) for two-way traffic.
10.3.8 Truck roadway widths = 15FT (min) for one-way traffic and 30FT (min) for two-way traffic.
10.3.9 A loop road provides truck loading and unloading, but truck parking or trailer storage is not provided.
10.3.10 No truck docks are anticipated. All overhead doors are assumed to be overhead.
10.3.11 Minimum vertical clearance for all structures shall not be less than 16'-6" over the entire roadway width, including usable width of shoulders.
10.3.12 No fencing is anticipated per Owner discussions.

**10.4 Site Grading**

10.4.1 Earthwork: earthwork will be required for new facilities on the existing site. All earthwork and construction testing shall be per UES geo-technical report.
10.4.2 Adjust grades for new building to match existing Finish Floor Elevation (FFE), and maintain minimum 2' free board above Zone A elevation. FFE is assumed to be 1431, and the building pad shall be left 1' below at 1430. All assumptions shall be confirmed in detailed design.
10.4.3 Structures and/or equipment to provide positive drainage away from building, structures and/or equipment.
10.4.4 Side slopes = 4:1 preferred, 3:1 (max) if required
10.4.5 Gravel Paving = 1% Min
10.4.6 Concrete pavement area max. grades to be 5.0%; driveways max. 8.0%
10.4.7 Asphalt Pavement = 0.75% Min
10.4.8 Concrete Pavement = 0.5% Min.
10.4.9 Grass / Landscape Areas = 2% Min.
10.4.10 Drainage Ditch Centerline slope = 1.5% preferred, 0.8% (min)
10.4.11 ADA Accessible Routes = 4.8% Max Longitudinal; 1.8% Max Cross slope
10.4.12 Borrow Material: Offsite Borrow Sites or location as directed by owner/geo-tech will be used for fill material
10.4.13 Clearing and Grubbing: Minor to the east
10.4.14 Excavated Material: Stockpiled onsite in areas designated by the Owner for material that can be used as fill.
10.4.15 Spoil Material: Earthwork spoils may be disposed of and/or compacted onsite in areas designated by the Owner.
10.4.16 Material/Debris Disposal: Offsite by contractor in accordance with local, state, and federal guidelines
10.4.17 Stockpile Materials: Onsite in construction lay down areas designated by the Owner.
10.4.18 The environmental requirements were not reviewed as a part of this criteria and shall be the responsibility of the owner for securing and environmental engineer as necessary.

**10.5 Site Drainage**

10.5.1 Site drainage will consist of surface flow, swales, catch basins and storm sewers.
10.5.2 A portion of the west half of the site near the existing ponds falls within the Zone A in the upper reaches of Turkey Creek. The BFE is not mapped.
10.5.3 All drainage shall meet FEMA Zone A requirements for modifications to the existing ponds.
10.5.4 Storm sewer conveyance - 10-yr storm sewer conveyance, 25-yr HGL's below the grates of storm sewer & 100-yr flood routing, and per DEQ.

10.5.5 Detention design – No increase in peak flows for 2yr, 5yr, 10yr, 25yr, and 100yr 24-hour rainfall events and per DEQ.

10.5.6 Trench Drain – Trench drain to collect at truck unloading station and convey to centralized sump pit

10.5.7 Roof Drains – Gutter and downspout system discharged to grade with splash blocks minimum 5' beyond building perimeter

10.5.8 Detention – Storm water detention and water quality shall meet DEQ. Storm water will be channeled to existing underground drainage systems to existing storm-water detention ponds. A new pond to the east shall be evaluated.

10.5.9 Storm Water Discharge Point(s) – Existing Plant Storm Water System; A new pond to east shall be evaluated

10.5.10 Storm Water Erosion Control – Oklahoma Department of Environmental Quality (DEQ)

10.5.11 Practices (BMPs) for Controlling Erosion, Sediment and Pollution Runoff from Construction Sites to prevent soil/sediment/pollution transients from leaving the construction site and entering the existing plant storm water system.

10.5.12 Storm water drainage calculations shall be provided by the client of the exiting storm water facilities. At this time they have not been provided and the existing retention ponds to the north have been estimated and the overall project site reviewed to provide detention for the entire site.

10.5.13 Two (2) stormwater retention ponds are provided onsite to provide an assumed detention of 0.31 AC-FT/AC for the 80+/- AC project site.

- The existing West retention pond will be expanded to provide approximately 15.5 AC-FT of storage.
    - The assumed depth of storage in the ponds is 4FT.
- The proposed East retention pond will be created to provide approximately 9.5 AC-FT of storage
    - The assumed depth of storage in the ponds is 4FT.

10.5.14 Retention ponds to have:

- A controlled release structure.
- A permanent pool with a minimum of 8FT depth below permanent pool.
- A 20mil reinforced polyethylene liner.

## 10.6 Site Paving

10.6.1 Truck pavement to be 20-year design life with H-25 loading.

10.6.2 All onsite reinforced concrete pavement shall meet ODOT and/or geotechnical specifications.

10.6.3 Sidewalks to be 4" thick concrete on 4" DGA (per ODOT).

10.6.4 Concrete curb to be provided in the same areas as the existing facilities

10.6.5 All uncurbed pavement areas to have a 2FT wide gravel shoulder.

10.6.6 All interior areas between the truck loop and proposed building shall be infilled with gravel pavement.

10.6.7 All paving and reinforcing shall be per the geo-tech recommendations and additional structural design for areas where excessive settlement is not desired as outlined in the geo-tech report.

10.6.8 All sidewalk and paving sections shall be the greater of the existing site conditions and the geo-tech recommendations.

## 10.7 Utility Burial Depth

10.7.1 All pipes except storm drains will have a minimum of 3 feet cover for mechanical protection, where 3 feet cover is not possible, concrete pavement concrete encasement, or Class A bedding may be required.

- Frost Protection Depth = 18" (From IRBC Chapter 3 Table R301.2(1) Oklahoma City Amendment)

10.7.2 Beneath roads = 3 feet

10.7.3 Beneath structures = No preferred; 3 feet minimum, but at least 12 inches clear beneath concrete slabs, grade beams or wall footings.

10.7.4 All utility backfill shall be properly compacted as outlined in the geo-tech recommendations.

10.7.5 All utility points of connection were assumed and will need to be coordinated in detailed design.

## 10.8 Sanitary Sewer

10.8.1 PVC – SDR 26 Gravity Sewers

- 4" – 2.08% Min. Slope
- 6' – 1.04% Min. Slope
- 8" – 0.40% Min. Slope

10.8.2 Precast standard manhole (ODOT & HS25 Traffic rated) with 400-foot separation (maximum)

10.8.3 High Density Polyethylene (HDPE) Class 200 – Force Mains

10.8.4 Sanitary sewer shall be directed to existing septic and expanded as required per DEQ requirements.

## 10.9 Potable Water

10.9.1 High Density Polyethylene (HDPE) Class 200

10.9.2 Valves – FM Approved

## 10.10 Storm Water Piping

10.10.1 High Density Polyethylene (HDPE) smooth interior pipe ADS N-12 or approved equal.

10.10.2 Reinforced Concrete Pipe (RCP) Class III Pipe (Class IV at Rail), 18" min with headwalls at entrance and outflow for end treatment may be used as an alternate as approved by the Owner.

10.10.3 Pre-cast standard manhole (ODOT & HS25 Traffic rated) with 300-foot separation (maximum).

10.10.4 Slope:

- 1.0% Min. (15" or Less)
- 0.5% Min. (18" to 24")
- 0.25% Min (24" Greater)
- Or as approved by manufacturer.

## 10.11 Fire Protection Underground (FM APPROVED)

10.11.1 The plant fire water system design criteria is to be determined (requires FM approval).

10.11.2 The planned criteria is:

- High Density Polyethylene (DIPS HDPE) pipe and fittings – Class 200 at least 350 psi
- Restrained Joint Ductile Iron Pipe (DIP)

- Class 52 Ductile Iron Riser lead-in from 5'-0" outside building under footing
- Roadway (HS25 Rated) valve boxes and gate valves for isolation. All valves to be FM Approved and protected by pipe bollards.
- Fire Hydrants every 250 feet, 40 feet from building. Relocate existing fire hydrants as required.
- Existing tanks / supply to be verified
- Gate valves at all tees and every other hydrant.
- Post indicators provided for all gate valves.

### 10.12 Natural Gas Underground

10.12.1 Natural gas piping (NG) shall be schedule 40 carbon steel black pipe, coated and wrapped. All piping shall meet Oklahoma building code and public utility requirements.

## 11 HVAC / VENTILATION

### 11.1 Process Structures

All enclosed structures will have ventilation by louvers and fans.

### 11.2 Electrical Rooms

The Electrical Rooms will be provided with HVAC units to provide pressurized self-contained air conditioning for the buildings. The units will have an integral return air thermostat with filters.

- Electrical Rooms HVAC Criteria:
- Conditioned Air (Heating & Cooling)
- Single Zone, Dx Systems
- Indoor Temperature Control: 90F DB (Summer & Winter)
- Self-Contained Units with no duct supply
- No Humidity Controls

### 11.3 Mechanical Rooms

The Mechanical Rooms will be forced air ventilated to provide heat relief via wall mounted exhaust fans, with gravity discharge shutters. The air intake will be via fixed wall mounted louvers. The fans will be operated from a manual wall switch located on the wall near the door.

## 12 PIPING

### 12.1 Piping Criteria

Plant utility piping systems will be per ASME B31.3, as described below.

- All plant utility piping will conform to ASME B31.3.
- Where practical, piping will be routed underground.
- Large bore piping (2-1/2" and larger) will have welded or flanged connections.
- Small-bore piping (under 2") will have socket welded or screwed connections.
- All large-bore piping shall be shown on orthographic drawings with adequate information provided to be field routed.

- Piping at equipment shall contain flanges, unions and/or removable spools such that equipment may be maintained without removing permanent piping.
- Piping head clearance shall be 7'-0" minimum.
- Pipe bridge head clearance above roadways shall be 20'-0" minimum.
- Piping shall normally be installed in the buildings north-south or east-west direction.
- All above ground carbon steel piping will be painted or galvanized.

### 12.2 Valve Criteria

- Isolation valves between lines, systems or equipment of different services shall conform to the specifications for the higher service.
- Isolation valves shall be provided at all equipment.
- Block valves shall be provided for all instrumentation taps, such as pressure sensor lines, pressure gages, etc.
- Manual operating valves will be located accessible for operation. Operating valves which are not accessible shall be provided with chain wheel operator, valve stem extension or access platform.
- Header branch valves will be accessible by ladders and/or mobile equipment.

### 12.3 Above Ground Piping Service Index

| System | Grade | Material |
|---|---|---|
| Cooling Water | ASTM A53 | CS |
| Process Water | ASTM A53 | CS |
| Natural Gas | ASTM A53 | CS |
| Compressed Air | ASTM A53 | CS |
| Aeration Air | ASTM A53 | CS |
| Pneumatic Conveying | ASTM A53 | CS |
| Lube & Hydraulic | ASTM A53 | CS |

### 12.4 Below Ground Piping

Reference the Civil Section.

## 13 INSULATION AND REFRACTORY

Grenzebach will specify the required location and thickness of the required insulation for the project process equipment. It will be supplied and installed by the Contractor.

### 13.1 Insulation

Insulation type/thickness will be specified by Grenzebach. Insulation will be secured with pins and speed clips. Girts will be provided to support the insulation jacket as required. Insulation will be provided with a

28-gauge galvanized steel or aluminum jacket for round surfaces and 24-gauge corrugated jacket for flat surfaces. Insulation thickness will be in accordance with Grenzebach specifications for the design temperatures.

The following equipment and ductwork will be insulated. Locations included are as follows and as shown on the Grenzebach equipment drawings, equipment list and flow sheets.

- Dryer Feed and Ducting/Dust Collectors
- Mill Cyclones and Ducting
- Baghouse & Gas Handling (Stack & Ducts)
- Cooler Gas Handling
- Process Fans

# 14 PAINTING

Painting of equipment and steel for the project will be provided as follows.

## 14.1 Equipment

Mechanical and electrical equipment will be furnished with the manufacturer's standard shop paint system and color.
Equipment will be field touch-up painted after installation to repair any damaged areas, abrasions, etc.

## 14.2 Structural Steel

All exterior exposed structural steel will be hot-dipped galvanized. Other steel finishes will be in accordance with the Project Specifications or as specified below:

14.2.1 Galvanizing shall be performed after fabrication as applicable to items specified to be galvanized. Galvanizing shall be performed in accordance with ASTM A123 to deposit zinc (hot-galvanized) coatings on products fabricated from rolled, pressed and forged steel shapes, plates, bars and strips.

14.2.2 Interior Steel: 8-mil 2-coat system

- **Use**: Unprimed ferrous metal surfaces, unprimed ferrous metal surfaces of uninsulated piping and valves (excluding ferrous metal items embedded in concrete or masonry)
- **Surface Preparation**: SSPC SP-10/NACE NO. 2 Near White Blast Cleaning
- **Touch-up**: Damaged shop primed, or shop finish painted surfaces shall be touched-up with the same paint materials, same number of coats, and same resulting dry film paint thickness as the original shop paint application. Touch-up painting shall be carefully feathered into the adjacent undamaged paint surfaces.
- **Description**: Primer shall be a two-component, polyamide epoxy, zinc rich paint with DFT of 3.0 to 5.0 mils. The finish coat shall be two-component aliphatic, acrylic polyurethane paint with DFT of 5.0 to 6.0 mils. Minimum total DFT shall be 8.0 mils, not to exceed 11.0 mils. The following product combination or an approved equivalent, shall be used.

| Primer | Finish Coat | Manufacturer |
|---|---|---|
| Zinc Clad IV | Acrolon 218 HS | Sherwin-Williams |
| Carbozinc 859 | Carbothane 133 FC | Carboline |

14.2.3 Steel Paint Repair

- **Use**: Damaged shop primed and field finished painted ferrous metal surfaces or damaged shop finish painted ferrous metal surfaces
- **Surface Prep**: Clean damaged areas to bare metal, SSPC SP-11, Power Tool Cleaning to Bare Metal. Clean all moisture and other contaminants from surfaces requiring additional paint coats.
- **Touch-Up**: Damaged shop primed and field finished painted ferrous metal surfaces or damaged shop finished painted ferrous metal surfaces shall be touched-up with the same paint materials, same number of coats, and same resulting dry film paint thickness as the original shop paint application. Touch-up painting shall be carefully feathered into the adjacent undamaged paint surfaces.
- All monorails shall have the rated monorail load capacity stenciled at mid-span on both faces.

### 14.3 Piping

Carbon steel piping will be field painted as described below. Galvanized pipe will not be painted. Insulated pipe may be bare or primed only.

Carbon Steel: SSPC SP6 (Commercial blast), with one coat Glidden Alkyd Finish (4-6 mils DFT) or equal.

All pipe shall be clearly labeled with tags denoting service.

### 14.4 Color Coding

| SAFETY | |
|---|---|
| Handrails | - Yellow |
| Ladders & Cages | - Yellow |
| Aisle Stripes | - Yellow |
| Crane/Drop Areas | - Black/Yellow Stripes |
| Equipment Guards | - Orange |
| Barricades | - Reflective Yellow/Black Stripes |
| Safety Showers | - Green/White Stripe |
| Inside Electrical Panel Doors | - Orange |
| Breathing Air Stations Shall Have a 12" x 24" back board painted GREEN with the following lettering:<br>BREATHING AIR<br>FOR RESPIRATORY<br>PROTECTION ONLY | - Green/White Stripe |

| ELECTRICAL | |
|---|---|
| Motor Control Centers | - White |
| Control Panels | - Lt. Grey |
| Motors | - Mfg. Standard or<br>- Grey on Repair or Rebuild |
| Transformers and Substation Enclosures | - White |
| **EQUIPMENT** | |

| | |
|---|---|
| Hazardous Equipment | - Orange |
| Non-Hazardous Equipment | - Yellow |
| Condensers | - White |
| Storage Tanks | - White |
| Reactors | - Blue |
| **STRUCTURAL STEEL** | |
| Boiler Area | - Black |
| Exterior Structural - Other | - White or Lt. Grey |
| Interior Structural - Other | - White |
| Stair Treads/Grating - (Non-Galv) | - Black |
| Masonry Buildings | - Beige |
| **PIPING** | |
| **Air** | |
| Plant | - White |
| Instrument | - White |
| Breathing | - White/Green Stripe |
| Acetylene | - Orange |
| **Hazardous Materials** | |
| Chemicals, Gases | - Yellow |
| Nitrogen | - Yellow/Green Stripe |
| Radiation Material | - Purple |
| Steam | - Yellow/Black Stripe |

| Water | |
|---|---|
| Fire | - Red |
| Drinking | - Green/White Stripe |
| Other | - Green |
| Waste Materials | - Buff/Yellow Stripe |

# 15 ELECTRICAL

## 15.1 Electrical Area Classification

All Project areas will be classified as non-hazardous. Electrical components and devices will be designed per the NEC.

## 15.2 Ambient Temperature

Electrical installations shall be suitable for a 104 º F ambient temperature.

## 15.3 Power Distribution

The Main Substation supply will be by the Owner.

The main switchgear, transformers, 480V switchgear, MCC's, VFD's, emergency generator, and UPS will be engineered and supplied by Grenzebach.

## 15.4 Electrical Rooms

There will be a series of Electrical Rooms (ER's) distributed throughout the plant in which the main MV and LV equipment of each of the processes it feeds will be installed. The ERs will house the plant main MV and LV equipment, including SWGR, MCCs, power transformers, 480 / 208-120 Vac, LV capacitor banks, LV VF, LV electronic starters, LV electrical panels, LV capacitor batteries, LV VF, UPS, auxiliary equipment such as protection relay boxes and DC batteries and the necessary communication cabinets to contain the necessary equipment, switches, patch panels, OLM's, etc.

The ERs will consist of insulated walls and roofs, doors, and floors with one personnel door and double door with removable transom for equipment removal and HVAC. Adequate working space around equipment as defined in NEC will be taken into consideration, with sufficient room ceiling height to allow for cable tray, lighting, and other required utilities. All lighting, receptacle and distribution panels are included. Electrical rooms are currently estimated as pre-engineered buildings.

The ER floor slabs shall be raised 1' – 6" above grade to prevent water from entering the interior.

### 15.5 Grounding

A ground loop for the new plant will be provided. The loop will be #4/0 AWG bare soft-drawn copper wire. All connections will utilize thermal welds. All equipment and structures will be properly grounded in Accordance with the specifications, National Electrical Code (NEC) and local codes.

### 15.6 Raceways

Aluminum cable tray will be installed as the main plant electrical raceway. Cable tray installations will comply with NEMA VE-2, typically running tray on provided supports, parallel with or perpendicular to building structural members. Trays penetrating fire rated walls will be sealed in accordance with UL standards. Tray covers are supplied in applicable areas or per code requirements. Tray dividers are also included for cable voltage segregation and organization.

Above ground distribution from the tray will be rigid galvanized steel (RGS) conduit with a minimum size of ¾".

### 15.7 Wiring

Except as noted otherwise, all power and control circuits will be single conductor, installed in conduits. Some control circuits and all instrumentation circuits will be multi-conductor or single-pair cables.

Cables will be segregated by voltage and class (i.e., 4160 V, 480 V, 120 V, and 4-20 mA, 24 V dc)

Motor control conductors shall be allowed in the same conduit with power feeders up to #6 AWG cable. Power and control conductors will be installed in separate conduits for #4 and above power cable.

### 15.8 Lighting

Lighting will be fed from 480-208Y/120 V dry type transformers. Lighting panelboards will be rated 208Y/120 V, three-phase, four-wire. Panelboards will have isolated neutral buses and equipment ground buses. All buses shall be copper.

Lighting fixtures in process and outdoors areas will be enclosed and gasketed types. Lighting fixtures fed from emergency lighting circuits shall be furnished with auxiliary lamps.

Outdoor lighting, and lighting in open structures, will be controlled from lighting contactors switched via the PLC with input from photo eyes. Lighting in process areas will be switched from panelboards. Local switching will be provided in rooms or areas not in constant use.

Emergency lighting will be installed in structures for means of egress. Emergency lighting systems will be powered from the emergency generator.

Minimum maintained foot-candle levels shall be in accordance with the industry standards.

Some outside areas will be illuminated from floodlights, stanchion or wall-mounted fixtures supported from buildings or structures.

Aircraft warning lights will be installed on the main exhaust stack as required by FAA requirements.

### 15.9 Receptacles

Convenience receptacles will be provided at maintenance areas and in the electrical rooms. Receptacles will be duplex, 120-volt, single phase with suitable enclosures. Each circuit shall be designed for a maximum of 4 duplex receptacles per circuit.

Welding receptacles will be 60A, 480 volts, 3 phase, located at minimum in the following locations based on Owner review and approval of the drawings:

### 15.10 Lightning Protection

Lightning protection systems will be installed in accordance with NFPA Code 780. Building steel will be used as downcomers in steel frame buildings. Standard exposed lightning copper cables will be used as downcomers for all other structures.

Lightning protection systems will be installed on the following buildings and structures:

- TBD

### 15.11 Heat Tracing

- TBD

## 16. PLANT CONTROL SYSTEM

### 16.1. General

Grenzebach will provide instrumentation, control system materials and design for the Plant Control System (PCS). The PCS will provide start/stop and run confirmation status indication for all 4160V and 480V motor controls and variable frequency drives via Ethernet communication network interfaces. In cases where packaged systems require hardwired motor controls, 120V inputs and outputs will be hardwired from those system's I/O cabinets to the motor starters in the 480 VAC and 4160 VAC motor control centers. Field-mounted sensors and transmitters will provide the Plant Control System (PCS) with up-to-date information on operating variables such as valve position, pressure, level, flow, and temperature.

Instrumentation, process control system equipment and computer systems will be fed from dedicated 240/120V isolation transformers and panelboards. These systems will be located in each electric room and the plant office/control room building. Both transformers and panelboards will be furnished in 480V MCC's supplied by Grenzebach.

Jedson will design the instrumentation for the Plant Compressed Air System. They will provide Grenzebach with P&ID's for the Plant Air systems for incorporation in the PCS,

Discrete inputs and outputs will be 120 or 24 VDC signals, such as solenoid valves, indicating lights, push buttons, zero speed switches, etc. Analog inputs and outputs will generally be 4-20 mADC signals. Field instrumentation will be terminated in the control system I/O racks located in the electrical rooms local to respective operating equipment.

Control system data highways shall be fiber optic cables installed in conduits. Fiber optic cables and terminations will be installed according to the process communications drawings.

*END OF SECTION*

# Exhibit A-1 Division of Responsibilities

| | O - Owner - AG / GZ - Grenzebach / EOR - Engineer of Record - Jedson Engineering / C - Contractor - TBD | Service Required | | Engineering | | | Equipment / Material | | Labor - Supervision | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Project Services | Yes | No | Spec. / Document | Outline Dwg/Sketch | Detail & Design | Supply | Install | Installation Supervision | Commissioning | Furnish Personnel | Remarks / Comments |
| 2210 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2215 | For Equipment Supplied by Contractor | Yes | | - | - | EOR | - | - | - | - | - | - |
| 2220 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2200 | Additives Requirement (list and schematics) | - | - | - | - | - | - | - | - | - | - | - |
| 2205 | For Equipment Supplied by Grenzebach (List Only) | Yes | | GZ | GZ | EOR | - | - | - | - | - | - |
| 2210 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2215 | For Equipment Supplied by Contractor | - | - | - | - | - | - | - | - | - | - | - |
| 2220 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2225 | Process Natural Gas/Other fuels Requirements (list and schematics) | - | - | - | - | - | - | - | - | - | - | - |
| 2230 | For Equipment Supplied by Grenzebach (List Only) | Yes | | GZ | GZ | EOR | - | - | - | - | - | - |
| 2235 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2240 | For Equipment Supplied by Contractor | Yes | | - | - | EOR | - | - | - | - | - | - |
| 2245 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2250 | Dust & Burner Emissions Control systems Requirements (list and schematics) | - | - | - | - | - | - | - | - | - | - | - |
| 2255 | For Equipment Supplied by Grenzebach (List and Functional Schematic Only) | Yes | | GZ | GZ | GZ | GZ | - | - | - | - | - |
| 2255 | Burner Management System & Exhaust (List and Functional Schematic Only) | Yes | | GZ | GZ | GZ | GZ | - | - | - | - | - |
| 2260 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2265 | For Equipment Supplied by Contractor | - | No | - | - | - | - | - | - | - | - | - |
| 2270 | For Equipment Supplied by Owner | - | No | - | - | - | - | - | - | - | - | - |
| 2275 | Material pneumatic transport Requirements (list and schematics) | - | - | - | - | - | - | - | - | - | - | - |
| 2280 | For Equipment Supplied by Grenzebach (List Only - Routing per 3D Model) | Yes | | GZ | GZ | GZ | GZ | - | - | - | - | ANSI STANDARDS FOR PIPING, FLANGES, VALVES |
| 2285 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2290 | For Equipment Supplied by Contractor | - | No | - | - | - | - | - | - | - | - | - |
| 2295 | For Equipment Supplied by Owner | - | No | - | - | - | - | - | - | - | - | - |
| 2300 | Process Plot Plan | Yes | | - | GZ | EOR | - | - | - | - | - | - |
| 2400 | Process General Arrangement Drawings | Yes | | - | GZ | GZ | - | - | - | - | - | - |
| 2401 | Non Process General Arrangement Drawings | Yes | | O | EOR | EOR | - | - | - | - | - | - |
| 2402 | Master 3D Model | Yes | | - | EOR/GZ | EOR | - | - | - | - | - | - |
| 2403 | Process 3D Model | Yes | | GZ | GZ | GZ | - | - | - | - | - | - |
| 2404 | Clash Detection Check | Yes | | EOR/GZ | EOR/GZ | EOR | - | - | - | - | - | - |
| 2500 | Process Equipment List | Yes | | GZ | GZ | EOR | - | - | - | - | - | - |
| 2510 | Plant Air Compressor Room Arrangements | Yes | | EOR | - | EOR | - | - | - | - | - | - |
| 2520 | Sound Attenuation Requirements | Yes | | EOR | - | - | - | - | - | - | - | - |
| 2600 | Electrical Design: | - | - | - | - | - | - | - | - | - | - | - |
| 2605 | Single Lines | - | - | - | - | - | - | - | - | - | - | - |
| 2605a | For Equipment Supplied by Owner | - | No | - | - | - | - | - | - | - | - | - |
| 2605b | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | GZ | - | - | - | - | - | - |
| 2605c | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2605d | For Equipment Supplied by Contractor | Yes | | - | - | EOR | - | - | - | - | - | - |
| 2610 | Electrical Room Layouts | Yes | | GZ | GZ | GZ | - | - | - | - | - | CONNEX SOLUTION WILL BE UTILIZED |
| 2611 | Consumers list (including electrical load) : | - | - | - | - | - | - | - | - | - | - | - |
| 2612 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2613 | For Equipment Supplied by Grenzebach | Yes | | GZ | - | GZ | - | - | - | - | - | - |
| 2614 | For Equipment Supplied by Engineer | Yes | | EOR | - | GZ | - | - | - | - | - | - |
| 2615 | For Equipment Supplied by Contractor | Yes | | EOR | - | GZ | - | - | - | - | - | - |
| 2616 | Master Motor List | Yes | | GZ/EOR | - | - | - | - | - | - | - | - |
| 2617 | Master Consumer List | Yes | | GZ/EOR | - | - | - | - | - | - | - | - |
| 2620 | Equipment tagging and IDs | - | - | - | - | - | - | - | - | - | - | - |
| 2621 | Defining equipment tagging strategy | Yes | | GZ | - | GZ | - | - | - | - | - | - |
| 2622 | Applying on Equipment Supplied by Grenzebach | Yes | | GZ | - | GZ | - | - | - | - | - | - |
| 2623 | Applying on Equipment Supplied by Contractor | Yes | | EOR | - | - | - | - | - | - | - | - |
| 2624 | Applying on Equipment Supplied by Owner | Yes | | O | - | - | - | - | - | - | - | - |
| 2625 | Instrument Measuring Point/Process Switch/Consumer / Panel Lists: | - | - | - | - | - | - | - | - | - | - | - |
| 2626 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2627 | For Equipment Supplied by Grenzebach | Yes | | ` | - | - | - | - | - | - | - | - |
| 2628 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2629 | For Equipment Supplied by Contractor | Yes | | EOR | - | - | - | - | - | - | - | - |
| 2635 | Instrument Wiring Diagrams | - | - | - | - | - | - | - | - | - | - | - |
| 2636 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2637 | For Equipment Supplied by Grenzebach | Yes | | - | GZ | GZ | - | - | - | - | - | - |
| 2638 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2639 | For Equipment Supplied by Contractor | Yes | | - | - | EOR | - | - | - | - | - | - |
| 2640 | Electrical Equipment Locations Diagrams for Grenzebach equipment (electrical room equipment, electrical panels) | Yes | | - | GZ | EOR | - | - | - | - | - | - |
| 2641 | Electrical Equipment Locations Diagrams for Grenzebach equipment (instrumentation) | Yes | | GZ | GZ | GZ | - | - | - | - | - | - |
| 2645 | Elementary Diagrams / Schematics / Interconnect | - | - | - | - | - | - | - | - | - | - | - |
| 2646 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2647 | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | GZ | - | - | - | - | - | - |
| 2648 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2649 | For Equipment Supplied by Contractor | Yes | | - | - | EOR | - | - | - | - | - | - |
| 2670 | Grounding Details (General Requirements) | Yes | | - | - | - | - | - | - | - | - | - |
| | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| | For Equipment Supplied by Contractor | Yes | | EOR | - | EOR | - | - | - | - | - | - |
| | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | EOR | - | - | - | - | - | - |
| | For Power Distribution | **Yes** | - | GZ | GZ/EOR | GZ | - | - | - | - | - | - |
| 2675 | Grounding Details (Detailed Specification) | Yes | | - | - | - | - | - | - | - | - | - |
| | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| | For Equipment Supplied by Contractor | Yes | | EOR | - | EOR | - | - | - | - | - | - |
| | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | GZ | - | - | - | - | - | - |
| | For Power Distribution | **Yes** | - | GZ | GZ/EOR | GZ | - | - | - | - | - | - |
| 2680 | Cable, Cable Tray, and Conduit Details (General Requirements) | Yes | | - | - | - | - | - | - | - | - | - |
| | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| | For Equipment Supplied by Contractor | Yes | | GZ | EOR | EOR | - | - | - | - | - | - |
| | For Equipment Supplied by Grenzebach | Yes | | GZ | EOR | EOR | - | - | - | - | - | - |
| 2685 | Cable, Cable Tray and Conduit Details (Detailed Specification) | Yes | | EOR | EOR | EOR | - | - | - | - | - | - |
| 2740 | Power System Study for Grenzebach Equipment | - | - | - | - | - | - | - | - | - | - | - |
| 2741 | Short Circuit Study | Yes | | - | - | GZ | - | - | - | - | - | - |
| 2742 | Motor Starting Study | Yes | | - | - | GZ | - | - | - | - | - | - |
| 2743 | Protective Relay Settings | Yes | | - | - | GZ | - | - | - | - | - | - |
| 2744 | Protective Relay Configuration File (where applicable) | Yes | | - | - | GZ | - | - | - | - | - | - |
| 2745 | Harmonics study | Yes | | - | - | GZ | - | - | - | - | - | - |
| 2746 | Arcflash study for Main Plant One-Line and LV AG One Line Equipment | Yes | | - | - | GZ | - | - | - | - | - | - |
| 2747 | Arcflash labels for equip in Main Plant One Lines & LV AG One-Lines | Yes | | - | - | GZ | - | - | - | - | - | - |
| 2748 | Arcflash study for Lighting and Utility Power Panels | Yes | | - | - | EOR / GZ | - | - | - | - | - | - |
| 2749 | Arcflash Labels for Lighting and Utility Power Panels | Yes | | - | - | EOR / GZ | - | - | - | - | - | - |

DS EC ECinitial DS JF JFInitial

# Exhibit A-1 Division of Responsibilities

O - Owner - AG | EOR - Engineer of Record - Jedson Engineering
GZ - Grenzebach | C - Contractor - TBD

| | Description of Project Services | Service Required | | Engineering | | | Equipment / Material | | Labor - Supervision | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Spec. / Document | Outline Dwg/Sketch | Detail & Design | Supply | Install | Installation Supervision | Commissioning | Furnish Personnel | Remarks / Comments |
| 2740 | Power System Study for Utility Supply | - | - | - | - | - | - | - | - | - | - | - |
| 2741 | Short Circuit Study | Yes | | - | - | O | - | - | - | - | - | - |
| 2743 | Protective Relay Settings | Yes | | - | - | O | - | - | - | - | - | - |
| 2744 | Protective Relay Configuration File (where applicable) | Yes | | - | - | O | - | - | - | - | - | - |
| 2745 | Harmonics study | Yes | | - | - | O | - | - | - | - | - | - |
| 2746 | Arcflash study for Main Plant Power - Line C | Yes | | - | - | O | - | - | - | - | - | - |
| 2747 | Arcflash labels for Main Plant Power - Line C | Yes | | - | - | O | - | - | - | - | - | - |
| 2750 | Existing Power Study By Owner | Yes | | - | - | O | - | - | - | - | - | - |
| 2751 | Plant Control Panel Layout | Yes | | - | - | GZ | - | - | - | - | - | - |
| 2752 | Input/Output Master Schedules | Yes | | - | - | - | - | - | - | - | - | - |
| 2753 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2754 | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | GZ | GZ | - | - | - | - | - |
| 2755 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2756 | For Equipment Supplied by Contractor | Yes | | EOR | - | EOR | - | - | - | - | - | - |
| 2757 | Termination & Cable Schedules | - | - | - | - | - | - | - | - | - | - | - |
| 2758 | Cable list | Yes | | GZ | - | EOR | - | - | - | - | - | - |
| 2759 | Cable schedule - including cross section (sizing of conductors) | Yes | | GZ | - | EOR | - | - | - | - | - | - |
| 2760 | Electrical Lighting System (General Requirements) | Yes | | - | - | EOR | - | - | - | - | - | - |
| 2761 | For Equipment Supplied by Grenzebach | - | No | - | - | - | - | - | - | - | - | - |
| 2762 | For Equipment Supplied by Owner | Yes | | - | - | - | - | - | - | - | - | - |
| 2763 | Electrical Lighting System (Detailed Requirements) | Yes | | - | - | EOR | - | - | - | - | - | - |
| 2800 | Programming: | - | - | - | - | - | - | - | - | - | - | - |
| 2805 | Plant Control System | Yes | | - | - | - | - | - | - | - | - | - |
| 2810 | Operating Descriptions and setpoint list?? | - | - | - | - | - | - | - | - | - | - | - |
| 2811 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2812 | For Equipment Supplied by Grenzebach | Yes | | GZ | - | GZ | - | - | - | - | - | - |
| 2813 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2814 | For Equipment Supplied by Contractor | Yes | | EOR | - | O | - | - | - | - | - | - |
| 2715 | Sub Control PLCs | - | - | - | - | - | - | - | - | - | - | - |
| 2816 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2817 | For Equipment Supplied by Grenzebach | Yes | | GZ | - | GZ | GZ | - | - | - | - | - |
| 2818 | For Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 2819 | For Equipment Supplied by Contractor | Yes | | EOR | - | O | - | - | - | - | - | - |
| 2900 | Heat Load for HVAC for Electrical Rooms (Grenzebach supplied equipment) | Yes | | GZ | - | - | - | - | - | - | - | - |
| 2901 | Heat Load for HVAC for Electrical Rooms (Contractor supplied equipment) | Yes | | EOR | - | - | - | - | - | - | - | - |
| 2902 | Heat Load for HVAC for Electrical Rooms (Owner supplied equipment) | - | - | - | - | - | - | - | - | - | - | - |
| 2919 | Master Air Emissions plot plan | Yes | | - | - | - | - | - | - | - | - | - |
| 2919a | Co-ordinates For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 2919b | Co-ordinates For Equipment Supplied by Grenzebach | Yes | | GZ | - | EOR | - | - | - | - | - | - |
| 2919c | Co-ordinates For Equipment Supplied by Contractor | Yes | | EOR | - | EOR | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| **3000** | **Civil, Structural and Architectural Construction:** | - | - | - | - | - | - | - | - | - | - | - |
| 3100 | Site Preparation: | - | - | - | - | - | - | - | - | - | - | - |
| 3101 | Site Investigation | Yes | | C | - | - | - | - | - | - | - | - |
| 3102 | Geotechnical Report | Yes | | C | - | - | - | - | - | - | - | - |
| 3103 | Load Test for Caisson | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3104 | Geotechnical Report - Review & Utilization | Yes | | EOR | - | EOR | - | - | - | - | - | - |
| 3105 | Topographic Maps | Yes | | C | - | EOR | - | - | - | - | - | - |
| 3106 | Site Clearing (building relocation, scraps, material piles, utilities) | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3107 | Grubbing | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3108 | Excavation/Fill to General Plant Elevation | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3109 | Building & Equipment Foundation Excavation | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3110 | Blasting | - | - | - | - | - | - | - | - | - | - | - |
| 3111 | Sub foundation Preparation (Does Not Include Undercutting or Remediation) | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3112 | Finish Grading Within Work Area | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3113 | Tunnels, Trenches and Pits | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3114 | Removal of Subsurface Ground Water | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3115 | Removal of Surface Ground Water | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3120 | Water Drainage | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3121 | Storm drain | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3122 | General site grading to existing drainage structures or positive drainage away from new structures | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3123 | Sewer Lines | Yes | - | - | - | EOR | C | C | - | - | C | - |
| 3124 | Sanitation System | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3130 | Hook-up Temporary Utilities | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3140 | Hook-up Permanent Utilities: | - | - | - | - | - | - | - | - | - | - | - |
| 3141 | Oklahoma 115/4.16 kV Sub-Station | Yes | | O | - | O | - | - | - | - | - | - |
| 3142 | 115 kV Cabling to New Plant Sub-Station 115/4.16kV | Yes | | O | - | O | - | - | - | - | - | - |
| 3143 | 115/4.16 kV New Plant Sub-Station - Equipment | Yes | | O | - | O | - | - | - | - | - | - |
| 3144 | 115/4.16 kV New Plant Sub-Station - Distribution | Yes | | O | - | EOR | - | - | - | - | - | - |
| 3145 | Relocation / Removal of existing overhead or underground utilities | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3146 | Process/Cooling Water Supply - From Tie Point (GZ) Shut Off Valve Provided by Owner | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3147 | Natural Gas-From Tie Point (GZ) within Plant Boundary Shut Off Valve Provided by Owner | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3148 | Compressed Air-From New Compressor Room | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3150 | Temporary Utilities, Sanitary Facilities, Power, Laydown areas, Roads, Parking Lots, Fencing, Storage, Gates for Contractor's Personnel, Traffic, and Maintenance During Construction, Security (AS NEEDED) for Personnel & Equipment | Yes | | C | - | EOR | C | C | - | - | C | - |
| 3151 | Permanent Roads | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3152 | Site Topping - Gravel, Asphalt, Concrete, etc. | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3153 | Railroad Facilities (outside battery limits) | - | - | - | - | - | - | - | - | - | - | - |
| 3154 | Railroad Facilities (within process area) | - | - | - | - | - | - | - | - | - | - | - |
| 3155 | Dock or Ship loading Facilities | - | - | - | - | - | - | - | - | - | - | - |
| 3156 | Potable Water | Yes | - | EOR | - | EOR | - | - | - | - | - | - |
| 3200 | Concrete Incl. All Necessary Formwork, Reinforcing, Weather Protection, Finishing, Masonry, Grouting, Additives and Dewatering Only During Foundation Installation | - | - | - | - | - | - | - | - | - | - | - |
| 3201 | Piling or Caissons | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3202 | Building Foundations Based on Grenzebach GAs | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3203 | Equipment Foundations Based on Grenzebach GAs | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3204 | Other Foundations (including stamping) | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3205 | Concrete Block Enclosures Based on Grenzebach GAs | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3206 | Concrete Block Enclosures Based on Owner GAs | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3207 | Utility Trenches up to Tie In Point or Supports within battery limits | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3208 | Retaining Walls Based on Owner GAs | Yes | | EOR | - | EOR | - | - | - | - | - | - |
| 3209 | Elevated and Grade Floors | Yes | | EOR | - | EOR | C | C | - | - | C | - |

DS EC ECinitial DS JF JFinitial

# Exhibit A-1 Division of Responsibilities

O - Owner - AG; EOR - Engineer of Record - Jedson Engineering; GZ - Grenzebach; C - Contractor - TBD

| | Description of Project Services | Service Required: Yes | Service Required: No | Engineering: Spec. / Document | Engineering: Outline Dwg/Sketch | Engineering: Detail & Design | Equipment / Material: Supply | Equipment / Material: Install | Labor - Supervision: Installation Supervision | Labor - Supervision: Commissioning | Labor - Supervision: Furnish Personnel | Remarks / Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3210 | Sump Pits within battery limits | - | - | - | - | - | - | - | - | - | - | - |
| 3111 | Above Grade Water Proofing, Expansion Joints & Plastic Membranes-Limited To Masonry Rooms | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3220 | Embedded Steel: | - | - | - | - | - | - | - | - | - | - | - |
| 3221 | Sleeves, Curbs and Angles for Grenzebach Supplied Equipment | Yes | | EOR | GZ | EOR | C | C | - | - | C | - |
| 3222 | Mill Foundations - Embedments and Anchors | Yes | | GZ | GZ | EOR | GZ | C | - | - | C | - |
| 3225 | Sole plates or machined / tapped leveling plates. | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3226 | All Other Embedded Steel, including foundation bolts, sleeves, curbs, angles, conduits and support brackets | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3228 | Culverts | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3229 | Grouting of all Equipment Supplied by Grenzebach-Cement Based Machine Grout | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3230 | Specialty grouting of Equipment Supplied by Grenzebach - Epoxy Grout | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3231 | Grouting of all other Equipment-Cement Based Machine Grout | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3250 | Painting of Masonry (Exterior) | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3251 | Painting of Compressor Rooms (Inside) | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3252 | Painting of Electric Rooms (Inside) | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3253 | Electric Room (floor coating) | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3254 | Electrical & Compressor Rooms (Weather Tight) | Yes | | EOR | - | - | C | C | - | - | C | - |
| 3255 | Removal of debris from construction site | Yes | | - | - | - | O | - | - | - | - | - |
| 3256 | Removal of spoils from construction site to long term storage area. Owner to provide designated area. | Yes | | - | - | - | C | - | - | - | C | - |
| 3300 | Structural Steel - Incl. All Necessary Nuts, Bolts, Washers, Shims, Fasteners and Other Assembly Materials: | - | - | - | - | - | - | - | - | - | - | - |
| 3301 | Columns Including Baseplates | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3302 | Girders | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3303 | Floor Beams | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3304 | Stairs and Ladders | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3305 | Building Purlins, Girts, Siding and Roofing (Cold-Formed) | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3306 | Purlins and Girts for Baghouse Penthouses | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3307 | Trusses and Joists | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3308 | Conveyor Support Structure- Rock Handling | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3308 | Conveyor Bent - Rock Handling | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3308 | Reject Conveyor at wet transfer - Board Line | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 3308 | Conveyor - Board Line | Yes | | GZ | GZ | GZ | C | C | - | - | C | - |
| 3308 | Conveyor Support - Board Line | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3308 | Walkways | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3309 | Safety Fence | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 3309 | Handrails | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3310 | Toe Plates | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3320 | Prime Paint / Finish Paint or Galvanized As Applicable-See Exhibit A-5 | - | - | - | - | - | - | - | - | - | - | - |
| 3321 | For Structural steel Supplied by Owner | Yes | | EOR | - | EOR | - | - | - | - | - | - |
| 3322 | For Structural steel Supplied by Grenzebach | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3323 | For Structural steel Supplied by Contractor | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3330 | Supports below Equipment to Structural Platform or Foundation: | - | - | - | - | - | - | - | - | - | - | - |
| 3331 | For Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 3332 | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 3332 | For Equipment Supplied by Grenzebach - Large Baghouse | Yes | | GZ | GZ | EOR | GZ | C | - | - | C | - |
| 3333 | For Equipment Supplied by Contractor | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3338 | Belt Conveyor Counterweight Ballast-Limited To Ready Mix Concrete Placed In Vendor Supplied Form Box | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3339 | Belt Conveyor Counterweight Fencing | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3340 | Belt Conveyor Magnet Supports | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3341 | Bin Supports (8 points max), excluding skirting to grade | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3342 | Monorail Beams, within battery limit | Yes | | GZ | GZ | GZ | C | C | - | - | C | - |
| 3344 | Bucket Elevator Hoist Beams (Unless Part of Building) | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 3345 | Bin Stair Towers | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3346 | Hoist Frames and Beams | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3347 | Supports for Grenzebach Supplied Pipe | Yes | | EOR | - | EOR | GZ | C | - | - | C | - |
| 3348 | Supports for Other Pipe | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3349 | Best Matched-Field Touch-up Paint of equipment supplied pre-painted. | Yes | | - | - | GZ | C | C | - | - | C | - |
| 3350 | Field Touch-up of Galvanizing (Cold Spray) | Yes | | - | - | - | C | C | - | - | C | - |
| 3351 | Mill Roll Unit Hold-down Bolts (not drive) | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 3352 | Equipment Hold-down Bolts (Other) | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 3400 | Stairs, Ladders, Walkways, Handrails and Toe Plates Mounted on and to provide access to the following equipment necessary for operation and maintenance and associated vendor provided and mounted accesses | - | - | - | - | - | - | - | - | - | - | - |
| 3401 | Belt Conveyors walkways and stairs- Rock Area | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 3401 | Reject Conveyor at wet transfer - Board Line | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 3401 | Conveyors - Board Line | Yes | | - | GZ | EOR | C | C | - | - | C | - |
| 3402 | Process Dust Collectors or Heat Exchanger: | - | - | - | - | - | - | - | - | - | - | - |
| 3403 | Mill | Yes | | GZ | GZ | EOR | C | C | - | - | C | - |
| 3404 | Dryer | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 3405 | C. Bucket Elevator Maintenance Platforms and Access (unless part of building) | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3406 | D. Stacker/Reclaimer | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3407 | I. Stucco Cooler | Yes | | GZ | GZ | EOR | GZ | C | - | - | C | - |
| 3408 | J. Nuisance Dust Collectors | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3409 | K. Stacks (if needed) | Yes | | - | GZ | GZ | GZ | C | - | - | C | - |
| 3410 | L. All other Process Equipment | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3460 | Rock Silos | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3461 | Steel | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 3462 | Foundations | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3461 | Slip Form incl. Embeds | - | - | - | - | - | - | - | - | - | - | - |
| 3463 | Roof - Structural Integrity Inspection | - | No | - | - | - | - | - | - | - | - | - |
| 3464 | Internal Concrete Support Columns | - | - | - | - | - | - | - | - | - | - | - |
| 3462 | Grenzebach Equipment | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3465 | Dust collectors | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3466 | Grouting incl. Aeration Floors | - | No | - | - | - | - | - | - | - | - | - |
| 3467 | Silo Roof Hatch | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3468 | Silo Cone Doors for Tangential Silo | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3464 | Silo Level Detectors | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3469 | Silo Over/Under Pressure Relief Valves | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3470 | Stucco Silos | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3471 | Steel | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 3472 | Foundations | Yes | | - | - | EOR | C | C | - | - | C | - |

DS EC ECinitial DS JF JFInitial

# Exhibit A-1 Division of Responsibilities

O - Owner - AG EOR - Engineer of Record - Jedson Engineering
GZ - Grenzebach C - Contractor - TBD

| | Description of Project Services | Service Required: Yes | Service Required: No | Engineering: Spec. / Document | Engineering: Outline Dwg/Sketch | Engineering: Detail & Design | Equipment / Material: Supply | Equipment / Material: Install | Labor - Supervision: Installation Supervision | Labor - Supervision: Commissioning | Labor - Supervision: Furnish Personnel | Remarks / Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3473 | Slip Form incl. Embeds | - | - | - | - | - | - | - | - | - | - | - |
| 3474 | Roof - Structural Integrity Inspection | - | - | - | - | - | - | - | - | - | - | - |
| 3475 | Internal Concrete Support Columns | - | - | - | - | - | - | - | - | - | - | - |
| 3476 | Grenzebach Equipment | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3477 | Dust collectors | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3478 | Grouting incl. Aeration Floors | - | No | - | - | - | - | - | - | - | - | - |
| 3480 | Silo Roof Hatch | - | - | - | - | - | - | - | - | - | - | - |
| 3481 | Silo Cone Doors for Tangential Silo | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3482 | Silo Level Detectors | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3483 | Silo Over/Under Pressure Relief Valves | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3500 | Pre-Engineered Buildings | Yes | | GZ | EOR | EOR | C | C | - | - | C | - |
| 3510 | Masonry Building | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3511 | Foundation of Masonry Buildings | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3600 | Roofing, except for Baghouse Penthouses | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3601 | Roofing Package System & Accessories, for Baghouse Penthouses | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3602 | Siding except for Baghouse Penthouses | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3603 | Siding Package System & Accessories, for Baghouse Penthouses | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3604 | Flashing except for Baghouse Penthouses | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3605 | Flashing Package System & Accessories, for Baghouse Penthouses | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3606 | Doors except for Baghouse Penthouses | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3607 | Doors Package System & Accessories, for Baghouse Penthouses | Yes | | - | - | GZ | GZ | C | - | - | C | - |
| 3620 | Sash | Yes | - | - | - | EOR | C | C | - | - | C | - |
| 3625 | Glass and Glazing | Yes | - | - | - | EOR | C | C | - | - | C | - |
| 3630 | Lumber | Yes | - | - | - | EOR | C | C | - | - | C | - |
| 3635 | Millwork | Yes | - | O | - | EOR | C | C | - | - | C | - |
| 3640 | Grating and Floor Plate | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3645 | Walkways | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3650 | Electrical, Instrumentation & Equipment Access Platforms & Walkways | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3655 | Stairs | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3660 | Ladders with Safety Cages | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3665 | Plumbing Fixtures | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3670 | Sanitary Plumbing | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3675 | Lighting and Lighting Fixtures | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3680 | Masonry rooms | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3700 | Permanent Fencing and Gates Around Site | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3710 | Closures for Electrical Penetrations In/Out of Electric Rooms | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3715 | Fire suppression | Yes | | O | - | O | C | C | - | - | C | - |
| 3720 | Building-Exterior Painting | Yes | | - | - | EOR | C | C | - | - | C | - |
| 3730 | Structural Steel Demolition and Debris Removal & Onsite Stockpile - Related to Tie Points Connection | Yes | | - | - | - | O | - | - | - | O | - |
| 3731 | Structural Steel Demolition and Debris Removal from Onsite Stockpile to long term storage - Related to Tie Points Connection | Yes | | - | - | - | O | - | - | - | O | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| **4000** | **Platework, Including All Necessary Fasteners, Shims, Gaskets and Consumable Materials:** | - | - | - | - | - | - | - | - | - | - | - |
| 4001 | Prime Paint, as Necessary, all Platework Supplied by Grenzebach | Yes | | GZ | - | - | GZ | C | - | - | C | - |
| 4002 | Prime Paint, as Necessary, all Platework Supplied by Contractor | Yes | | EOR | - | - | C | C | - | - | C | - |
| 4003 | Finish Paint, as necessary, all Platework Supplied by Grenzebach | Yes | | GZ | - | - | GZ | C | - | - | C | - |
| 4004 | Finish Paint, as necessary, all Platework Supplied by Contractor | Yes | | EOR | - | - | C | C | - | - | C | - |
| 4005 | Best Matched-Field Touch-up Paint (Prime & Finish) | Yes | | GZ/EOR | - | - | GZ/C | C | - | - | C | - |
| 4100 | Bins | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4200 | Hoppers | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4300 | Tanks | Yes | | GZ | - | GZ | GZ | - | - | - | - | - |
| 4500 | Stacks: | Yes | | GZ | - | GZ | GZ | - | - | - | - | - |
| 4600 | Chutes: | - | - | - | - | - | - | - | - | - | - | - |
| 4601 | Between Conveyors At Transfer Points | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4602 | Connecting Grenzebach Supplied Equipment | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4603 | Abrasion Resistant Liners | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4604 | Expansion Joints | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4700 | Process Ductwork: | - | - | - | - | - | - | - | - | - | - | - |
| 4701 | Process Ductwork | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4702 | Duct Support Bands & Brackets (Saddles) | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4703 | Expansion Joints | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4704 | Abrasion Resistant Liners | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4705 | Abrasion Resistant Lining - Densit | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4706 | Structural Steel Duct Supports | Yes | | GZ | GZ | GZ/EOR | C | C | - | - | C | - |
| 4707 | Duct Hangers - Structural steel, not engineered spring cans | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4800 | Dedusting Ductwork: | - | - | - | - | - | - | - | - | - | - | - |
| 4801 | Dust Collection Hoods | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4802 | Dampers in Ductwork | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4803 | Dust Collector Air Ducts | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4804 | Bin Vents | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4805 | Hopper Vents (Except Open Hoppers) | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4806 | Expansion Joints | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4807 | Structural Steel Duct Supports | Yes | | GZ | GZ | GZ/EOR | C | C | - | - | C | - |
| 4808 | Duct Hangers - Structural steel, not engineered spring cans | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4900 | Miscellaneous Platework: | - | - | - | - | - | - | - | - | - | - | - |
| 4905 | Designed & Fabricated Safety Fence | Yes | | GZ | GZ | GZ | GZ | - | - | - | - | - |
| 4905 | Designed & Fabricated Safety Guard: | - | - | - | - | - | - | - | - | - | - | - |
| 4910 | Equipment Supplied by Owner | - | - | - | - | - | - | - | - | - | - | - |
| 4915 | Equipment Supplied by Grenzebach | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4920 | Equipment Supplied by Engineer | - | - | - | - | - | - | - | - | - | - | - |
| 4925 | Equipment Supplied by Contractor | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 4945 | Access Doors | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 4950 | Slide Gates | Yes | - | GZ | - | GZ | GZ | - | - | - | - | - |
| 4955 | Rock Boxes | Yes | | GZ | - | GZ | GZ | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| **5000** | **Mechanical Equipment** | - | - | - | - | - | - | - | - | - | - | - |
| 5100 | Mechanical Equipment defined as by Grenzebach in Equipment List | Yes | | - | - | - | - | - | - | - | - | - |
| 5105 | Prime Paint on Proprietary Equipment | Yes | | GZ | - | GZ | GZ | GZ | - | - | GZ | - |
| 5110 | Finish Paint on Proprietary Equipment, as necessary | Yes | | GZ | - | GZ | GZ | GZ | - | - | GZ | - |
| 5120 | Best Matched-Field Touch-Up Paint of all Grenzebach Supplied Equipment (Prime and Finish) | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 5200 | Mechanical Equipment defined as by Contractor in Equipment List | Yes | | - | - | - | - | - | - | - | - | - |
| 5205 | Prime Paint as Necessary | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 5210 | Finish Paint as Necessary | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 5120 | Best Matched-Field Touch-Up Paint of all Other Equipment (Prime and Topcoat) | Yes | | EOR | - | - | C | C | - | - | C | - |

DS EC ECinitial DS JF JFinitial

# Exhibit A-1 Division of Responsibilities

O - Owner - AG; EOR - Engineer of Record - Jedson Engineering; GZ - Grenzebach; C - Contractor - TBD

| | | Service Required | | Engineering | | | Equipment / Material | | Labor - Supervision | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Project Services | Yes | No | Spec. / Document | Outline Dwg/Sketch | Detail & Design | Supply | Install | Installation Supervision | Commissioning | Furnish Personnel | Remarks / Comments |
| 5500 | Maintenance Hoists as defined in Equipment List | Yes | | GZ | GZ | EOR | C | C | - | - | C | - |
| 5700 | All Motors, Drives, and Misc. Required Equipment for Vent Fans, Air Conditioning | Yes | | GZ/EOR | GZ/EOR | GZ/EOR | GZ/C | C | - | - | C | HVAC FOR E-HOUSES BY GZ AND PEMB AXIAL FANS BY EOR |
| 5800 | Plant Air Compressors, Air Receivers, Air Treatment, Filtering and Drying | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 5900 | Plant Oil Water Seperator | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 5905 | Chilled Water Equipment | Yes | | GZ | - | GZ | GZ | C | - | - | C | - |
| 5910 | Removal of equipment taken out of service - A line | Yes | | GZ | - | GZ | C | C | - | - | C | - |
| 5910 | Removal of equipment taken out of service - Mills and Kettles | Yes | | - | - | O | C | C | - | - | C | - |
| 5910 | Removal of equipment taken out of service - Maintenance and Storage Buildings | Yes | | - | - | O | C | C | - | - | C | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| **6000** | **Electrical Equipment:** | - | - | - | - | - | - | - | - | - | - | - |
| 6100 | Power Distribution (Main Substation) | - | - | - | - | - | - | - | - | - | - | - |
| 6110 | Main Substation (New) | Yes | | - | - | O | O | O | - | - | O | - |
| 6111 | Steel Structure, Insulators & Lightning Arrestors | Yes | | - | - | O | O | O | - | - | O | - |
| 6112 | Fence Around Substation | Yes | | - | - | O | O | O | - | - | O | - |
| 6113 | Disconnect Switches | Yes | | - | - | O | O | O | - | - | O | - |
| 6114 | Foundation | Yes | | - | - | O | O | O | - | - | O | - |
| 6115 | Main Substation Transformers | Yes | | - | - | O | O | O | - | - | O | - |
| 6116 | CT's ,PT's and Relaying | Yes | | - | - | O | O | O | - | - | O | - |
| 6117 | Lighting | Yes | | - | - | O | O | O | - | - | O | - |
| 6118 | Incoming Primary Circuit Breakers | Yes | | - | - | O | O | O | - | - | O | - |
| 6119 | Secondary Switchgear | Yes | | - | - | O | O | O | - | - | O | - |
| 6120 | UPS | Yes | | - | - | O | O | O | - | - | O | - |
| 6121 | Ground Resistor & Enclosure | Yes | | - | - | O | O | O | - | - | O | - |
| 6122 | Control House | Yes | | - | - | O | O | O | - | - | O | - |
| 6150 | Power Distribution (New Electrical Rooms) | - | - | - | - | - | - | - | - | - | - | - |
| 6151 | Metal clad Switchgear | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6152 | Medium Voltage Motor Drives | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6153 | MV Fused Load Break Switches | - | - | - | - | - | - | C | - | - | C | - |
| 6160 | MV Distribution Transformers | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6161 | LV Distribution Transformers | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6162 | LV Power Breakers | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6163 | Motor Control Centers | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6164 | MV Fused Load Break Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6165 | LV Fused Load Break Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6170 | Standby Power Generator | - | No | - | - | - | - | - | - | - | - | - |
| 6171 | Standby Load Transfer Switch | - | No | - | - | - | - | - | - | - | - | - |
| 6172 | Emergency Power Generator | - | No | - | - | - | - | - | - | - | - | - |
| 6173 | Emergency Loads Feeder Breaker | - | No | - | - | - | - | - | - | - | - | - |
| 6174 | Emergency Loads Distribution | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | 30SEC UPS FOR THE |
| 6175 | Drive panels & Starters in AG for C line provided equipment feeds. | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6242 | Variable Frequency Drives: | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6216 | For Equipment Supplied by Owner | Yes | | EOR | - | EOR | O | - | GZ | GZ | - | - |
| 6216 | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6216 | For Equipment Supplied by Contractor | Yes | | EOR | - | EOR | C | - | GZ | GZ | - | - |
| 6242 | Drive Isolation Transformers: | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6216 | For Equipment Supplied by Owner | - | - | - | - | GZ | GZ | C | - | - | C | - |
| 6216 | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6216 | For Equipment Supplied by Contractor | Yes | | EOR | - | EOR | C | - | - | - | - | - |
| 6176 | Electrical Equipment Properly Sized For Cable Bending Radius & Associated Cable Lugs | Yes | | EOR | - | EOR | EOR | C | - | - | C | - |
| 6200 | Motors | - | - | - | - | - | - | - | - | - | - | - |
| 6216 | For Equipment Supplied by Owner | Yes | | EOR | EOR | EOR | O | C | GZ | GZ | C | - |
| 6216 | For Equipment Supplied by Grenzebach | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6216 | For Equipment Supplied by Contractor | Yes | | EOR | EOR | EOR | C | C | GZ | GZ | C | - |
| 6250 | Actuators for Valves, Dampers and Flop Gates Supplied by Grenzebach | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6251 | Actuators for Valves, Dampers and Flop Gates Supplied by Contractor | Yes | | EOR | EOR | EOR | C | C | GZ | GZ | C | - |
| 6300 | Instrumentation (Field Mounted): | - | - | - | - | - | - | - | - | - | - | - |
| 6310 | For Grenzebach Supplied Equipment:: | - | - | - | - | - | - | - | - | - | - | - |
| 6315 | Continuous Emission Monitoring Systems | - | - | - | - | - | - | - | - | - | - | - |
| 6316 | Process Gas Analyzers | - | - | - | - | - | - | - | - | - | - | - |
| 6317 | Level Detectors and Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6318 | Load Cells | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6319 | Motion Detectors | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6320 | Plugged Chute Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6321 | Power Transducers | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6322 | Pressure Transmitters | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6323 | RTD's | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6324 | Signal Conditioning Equipment | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6325 | Starvation Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6326 | Temperature Thermocouples | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6327 | Temperature Transmitters | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6350 | For Equipment Supplied by Contractor, **as necessary**: | Yes | | EOR | EOR | EOR | C | - | GZ | GZ | C | - |
| 6400 | Control Equipment: | - | - | - | - | - | - | - | - | - | - | - |
| 6409 | 120V UPS | Yes | - | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6410 | Plant Control System | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6420 | I/O Cabinets, I/O Cards, Card Racks | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6421 | Sub Control PLCs | - | - | - | - | - | - | - | - | - | - | - |
| 6422 | For Grenzebach Supplied Equipment | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6423 | For Contractor Supplied Equipment | Yes | | EOR | EOR | EOR | C | C | GZ | GZ | C | - |
| 6424a | For Owner Supplied Equipment | - | - | - | - | - | - | - | - | - | - | - |
| 6424b | For Engineer Supplied Equipment | - | - | - | - | - | - | - | - | - | - | - |
| 6430 | Control Room Equipment: | - | - | - | - | - | - | - | - | - | - | - |
| 6431-A | SCADA Servers (Hardware & VM Ware) | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6431-B | Rock Handling Touch Screen Monitor - 24" 1080P | Yes | - | GZ | GZ | GZ | GZ | C | GZ | GZ | - | - |
| 6431-C | Thin Clients - Ten (10) - Plant, Two (2) - Spare, One (1) - Paper Handling | Yes | - | GZ | GZ | GZ | GZ | GZ | GZ | GZ | - | - |
| 6431-D | Factory Talk - All Software / All Licenses | Yes | - | GZ | GZ | GZ | GZ | GZ | GZ | GZ | - | - |
| 6431-E | Engineering Workstation & Maintenance Laptop | Yes | - | GZ | GZ | GZ | GZ | GZ | GZ | GZ | - | - |
| 6431-F | Engineering Workstation & Maintenance Laptop - Licenses & VM WARE | Yes | - | GZ | GZ | GZ | GZ | GZ | GZ | GZ | - | - |
| 6431-G | All 24" Monitor & Keyboard / Mouse - Nine (9) - Plant, Two (2) - Spare, One (1) - Paper Handling | Yes | - | GZ | GZ | GZ | GZ | GZ | GZ | GZ | - | - |
| 6431-H | Large Format Screens / Projection Displays (Limab TV) | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6431-I | Limab System | Yes | - | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6432 | Central Control Uninterruptable Power Supplies | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6433 | Printers | - | - | - | - | - | - | - | - | - | - | - |
| 6434 | Operator Console / Desks / Furniture | Yes | | O | - | - | O | - | - | - | - | - |
| 6434 | Engineering / Programming Desk(s) | Yes | | O | - | - | O | - | - | - | - | - |

DS EC ECinitial DS JF JFInitial

# Exhibit A-1 Division of Responsibilities

O - Owner - AG; EOR - Engineer of Record - Jedson Engineering; GZ - Grenzebach; C - Contractor - TBD

| | Description of Project Services | Service Required: Yes | Service Required: No | Engineering: Spec. / Document | Engineering: Outline Dwg/Sketch | Engineering: Detail & Design | Equipment / Material: Supply | Equipment / Material: Install | Labor - Supervision: Installation Supervision | Labor - Supervision: Commissioning | Labor - Supervision: Furnish Personnel | Remarks / Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6440 | Valves, Switches & Push Button Stations: | - | - | - | - | - | - | - | - | - | - | - |
| 6450 | For Equipment Supplied by Grenzebach: | - | - | - | - | - | - | - | - | - | - | - |
| 6455-A | Local Selector Switches Push button stations, J-Boxes, I/O Boxes | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | - | - |
| 6455-B | Local Motor Disconnect Boxes (Selection by AmGyp) | Yes | - | GZ | GZ | GZ | GZ | C | GZ | GZ | - | - |
| 6456 | HVAC Controls (Stacker/Reclaimer) | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | - | - |
| 6457 | Limit Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6458 | Local Control Panels | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6459 | Pressure Regulating Valves | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6460 | Solenoid Valves | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6461 | Temperature Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6480 | For Equipment Supplied by Contractor, as necessary: | - | - | - | - | - | - | - | - | - | - | - |
| 6455 | Local Safety Switches | Yes | | EOR | - | EOR | C | C | GZ | GZ | C | - |
| 6456 | HVAC Controls | Yes | | EOR | - | EOR | C | C | GZ | GZ | C | - |
| 6600 | Cable, Cable Trays and Conduit: | - | - | - | - | - | - | - | - | - | - | - |
| 6610 | Temporary Lighting During Construction - Parking Lot and Construction Trailer Area | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6615 | Temporary Power During Construction - Distribution Panel | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6620 | Incoming Power: | - | - | - | - | - | - | - | - | - | - | - |
| 6621 | Utility Line | Yes | | - | - | O | O | O | - | - | O | - |
| 6622 | Overhead Cable to Primary Substation | Yes | | - | - | O | O | O | - | - | O | - |
| 6623 | Cabling within Primary Substation | Yes | | - | - | O | O | O | - | - | O | - |
| 6624 | Cabling From Primary Substation to Switchgear | Yes | | - | - | O | O | C | - | - | C | - |
| 6625 | Utility Power Transformer | Yes | | - | - | O | O | O | - | - | O | - |
| 6630 | Grounding: | - | - | - | - | - | - | - | - | - | - | - |
| 6631 | Office & Maintenance Buildings | - | No | - | - | - | - | - | - | - | - | - |
| 6632 | Other Buildings (PEMB) | Yes | | EOR | EOR | EOR | C | C | - | - | C | - |
| 6633a | Equipment - Grenzebach | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 6633b | Equipment - Power Systems | Yes | - | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 6633c | Equipment - Contractor | Yes | | EOR | EOR | EOR | C | C | - | - | C | - |
| 6633d | Equipment - Owner | - | - | - | - | - | - | - | - | - | - | - |
| 6634 | Primary Substation | Yes | | - | - | O | O | O | - | - | O | - |
| 6635 | Lightning Protection System | Yes | | EOR | EOR | EOR | C | C | - | - | C | - |
| 6640 | Wiring: | - | - | - | - | - | - | - | - | - | - | - |
| 6641 | Power Cables - GZ providing Cable Schedule, EOR providing Length and Routings | Yes | | GZ / EOR | EOR | GZ / EOR | C | C | GZ | GZ | C | - |
| 6641a | Sizing (cross-section calculation) - GZ providing Cable Schedule, EOR providing Length and Routings | Yes | | GZ / EOR | EOR | GZ / EOR | C | C | GZ | GZ | C | - |
| 6642 | Lighting, Auxiliary Power Wire and Cable | Yes | | EOR | EOR | EOR | C | C | GZ | GZ | C | - |
| 6643 | Control Wire and Cable - GZ providing Cable Schedule, EOR providing Length and Routings | Yes | | GZ / EOR | EOR | GZ / EOR | C | C | GZ | GZ | C | - |
| 6644 | Instrumentation Wire and Cable - GZ providing Cable Schedule, EOR providing Length and Routings | Yes | | GZ / EOR | EOR | GZ / EOR | C | C | GZ | GZ | C | - |
| 6645 | Thermocouple Wire - GZ providing Cable Schedule, EOR providing Length and Routings | Yes | | GZ / EOR | EOR | GZ / EOR | C | C | GZ | GZ | C | - |
| 6646-A | Fiber Optic Communication Cable - GZ providing Cable Schedule, EOR providing Length and Routings | Yes | | GZ / EOR | EOR | GZ / EOR | C | C | GZ | GZ | C | - |
| 6646-B | Copper Device Network Communication Cable - GZ providing Cable Schedule, EOR providing Length and Routings (Star Device Network) | Yes | - | GZ | GZ | GZ | GZ | C | GZ | GZ | - | - |
| 6647 | Intercom Wire & Cable | - | - | - | - | - | - | - | - | - | - | - |
| 6648 | Convenience Receptacles | Yes | | - | - | EOR | C | C | - | - | C | - |
| 6649 | Welding Receptacles with disconnects | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | - | - |
| 6650 | Auxiliary Materials: | - | - | - | - | - | - | - | - | - | - | - |
| 6651 | Supports, Straps, Covers | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6652 | Trays, Ducts, Conduits | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6653 | Pull Boxes, Junction Boxes | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6655 | Fittings and Terminations | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6656 | Fiber Optic Patch Panels | Yes | | - | - | - | - | - | - | - | - | - |
| 6656a | For Grenzebach Supplied Equipment & Stratix Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6656b | For Contractor Supplied Equipment | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6656c | For Owner Supplied Equipment | - | - | - | - | - | - | - | - | - | - | - |
| 6656d | For Engineer Supplied Equipment | - | - | - | - | - | - | - | - | - | - | - |
| 6657 | Ethernet Patch Panels (copper) | Yes | | - | - | - | - | - | - | - | - | - |
| 6657a | For Grenzebach Supplied Equipment & Stratix Switches | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6657b | For Contractor Supplied Equipment | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6657c | For Owner Supplied Equipment | - | - | - | - | - | - | - | - | - | - | - |
| 6657d | For Engineer Supplied Equipment | - | - | - | - | - | - | - | - | - | - | - |
| 6700 | Lighting: | - | - | - | - | - | - | - | - | - | - | - |
| 6720 | Power Panels | Yes | | EOR | - | EOR | GZ | C | GZ | GZ | C | - |
| 6730 | Exterior Lighting | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6735 | Lighting Contactor Panels | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6750 | Walkways, Stairs, and Ladder Lighting | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6760 | Conveyor Galleries & Passageway Lighting | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6770 | Emergency Lighting (Battery) | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6771 | Emergency Lighting (Generator) | - | - | - | - | - | - | - | - | - | - | - |
| 6772 | All FAA Lighting Requirements | Yes | | O | - | O | C | - | - | - | - | - |
| 6800 | Miscellaneous: | - | - | - | - | - | - | - | - | - | - | - |
| 6810 | Heat Tracing/Insulation | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6811 | Grinding Additive Lines | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6812 | Hydraulic Lines | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6813-A | Chilled Water Skid Controls | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6813-B | Chilled Water Power Supply | Yes | - | GZ | GZ | GZ | GZ | C | GZ | GZ | - | - |
| 6813-C | Chilled Water Cabling | Yes | - | EOR | - | EOR | EOR | C | GZ | GZ | - | - |
| 6814 | Process Baghouses Bottoms | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 6815 | Bucket Elevators | - | No | - | - | - | - | - | - | - | - | - |
| 6816 | Process Water | Yes | | EOR | - | EOR | C | C | - | - | C | - |
| 6817-A | Compressor | Yes | - | EOR | - | EOR | C | C | - | - | - | - |
| 6817-B | Compressor - Power Distribution | Yes | - | GZ | - | GZ | GZ | C | - | - | - | - |
| 6830 | Fire Alarm System / Sensors | Yes | | O | O | O | O | C | - | - | - | - |
| 6840 | Additional Cameras on Site | Yes | | O | O | O | O | C | - | - | - | - |
| 6850 | Start Warning (horns and lights) in the process areas / buildings per Grenzebach design documents / lists | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 6870 | FM Radios | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| **7000** | **Miscellaneous:** | - | - | - | - | - | - | - | - | - | - | - |
| 7100 | Piping - Including All Necessary Valves, Filters, Regulators, Lubricators, Moisture Separators, Structural Supports, Fittings, Hangers, Straps, Gauges, Pipe, Expansion Joints and Consumables. Unless otherwise stated: | - | - | - | - | - | - | - | - | - | - | - |
| 7102 | Utility piping (air, water, aeration) | - | - | - | - | - | - | - | - | - | - | - |

DS EC ECinitial DS JFInitial

# Exhibit A-1 Division of Responsibilities

O - Owner - AG | EOR - Engineer of Record - Jedson Engineering
GZ - Grenzebach | C - Contractor - TBD

| | Description of Project Services | Service Required: Yes | Service Required: No | Engineering: Spec. / Document | Engineering: Outline Dwg/Sketch | Engineering: Detail & Design | Equipment / Material: Supply | Equipment / Material: Install | Labor - Supervision: Installation Supervision | Labor - Supervision: Commissioning | Labor - Supervision: Furnish Personnel | Remarks / Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Piping diagram identifying the network of consumers | Yes | | GZ | GZ | EOR | C | C | - | - | C | - |
| | Piping layout within the structure for pipes larger than 2" | Yes | | GZ | GZ | EOR | C | C | - | - | C | - |
| | Valves and manifolds | Yes | | GZ | GZ/EOR | EOR | GZ/C | C | - | - | C | - |
| | Pneumatic transport piping | - | - | - | - | - | - | - | - | - | - | - |
| | Flow Sheet identifying the network of consumers | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| | 3D Model Showing Basic Piping layout within the structure / site | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| | Detail Piping layout within the structure / site | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| | Diverter / isolation valves | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 7123a | Hydraulic Piping for Grenzebach Supplied Equipment | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 7123b | Supports for Hydraulic piping | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 7124 | Acid (Pickling and flushing) Cleaning of Hydraulic Piping - Field Welded Return Lines Only | Yes | | GZ | GZ | OEM | C | C | - | - | C | - |
| 7125 | Pressure Testing and Leak Detection | Yes | | GZ | GZ | GZ | C | C | - | - | C | - |
| 7126 | Instrument Tubing | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 7128 | Natural gas | Yes | | EOR | EOR | EOR | C | C | - | - | C | - |
| 7129a | Lubrication Piping for Grenzebach Supplied Equipment | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 7129b | Supports for Lubrication Piping | Yes | | GZ | GZ | GZ | C | C | - | - | C | - |
| 7130 | Acid (Pickling and flushing) Cleaning of Lubrication Piping for Grenzebach Supplied Equipment - Field Welded Return Lines Only | Yes | | GZ | GZ | OEM | C | C | - | - | - | - |
| 7132 | Piping welding Xray testing for pressures above 100 psi | Yes | | EOR | EOR | EOR | C | C | - | - | - | - |
| 7133 | Potable Water System | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7134 | Local Read Out Water Flowmeters | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7135 | Water Flow Local Manual Control Valves and Inline "Y" Strainers | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7136 | Fire Protection Piping | Yes | | O | O | O | C | C | - | - | C | - |
| 7137 | Sump Pump Piping | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7138 | Sewers and Drain Tile | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7139 | Sanitary Plumbing and Facilities | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7140 | Electric Coolers for Drinking Water | Yes | | - | - | O | C | C | - | - | C | - |
| 7141 | Prime Coat of Paint for Piping | Yes | | EOR | - | C | C | C | - | - | C | - |
| 7142 | Finish Coat of Paint for Piping | Yes | | EOR | - | C | C | C | - | - | C | - |
| 7143 | Instrument Thermocouple, Pressure and Process Audit Taps (Supplied Loose, Field Located) (General Locate in 3D Model) | Yes | | GZ | GZ | GZ | GZ | C | - | - | - | - |
| 7200 | Refractory: | - | - | - | - | - | - | - | - | - | - | - |
| 7201 | Unload Refractory | - | No | - | - | - | - | - | - | - | - | - |
| 7202 | Store Refractory | - | No | - | - | - | - | - | - | - | - | - |
| 7203 | Dryout After Installing | - | No | - | - | - | - | - | - | - | - | - |
| 7204 | Provide Typical Recommended Refractory Specification | - | No | - | - | - | - | - | - | - | - | - |
| 7205 | System Hot Gas Ducts | - | No | - | - | - | - | - | - | - | - | - |
| 7206 | HGG Refractory | - | No | - | - | - | - | - | - | - | - | - |
| 7207 | Ductwork as Required per Flowsheet | Yes | - | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 7208 | Coordination of Site Activities with Refractory Contractor | - | No | - | - | - | - | - | - | - | - | - |
| 7209 | Provide coordinated access and laydown space for Refractory Contractor within work areas during active installation | - | No | - | - | - | - | - | - | - | - | - |
| 7210 | Provide Coordinated Elevator access for Refractory Contractor | - | No | - | - | - | - | - | - | - | - | - |
| 7211 | Provide protection and clean up for any refractory generated debris, spoils, oversprays, etc. | - | No | - | - | - | - | - | - | - | - | - |
| 7300 | Insulation and Cladding: | Yes | - | - | - | - | - | - | - | - | - | - |
| 7301 | Ductwork | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 7302 | Fans | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 7303 | Baghouses | Yes | | GZ | GZ | GZ | GZ | C | - | - | C | - |
| 7304 | Nuisance Dust Collectors | Yes | | GZ | GZ | GZ | GZ | C | - | - | - | - |
| 7305 | Gypsum Mill | Yes | | GZ | GZ | GZ | GZ | C | - | - | - | - |
| 7306 | Misc. Equip. - Chilled Water System | Yes | | GZ | GZ | GZ | GZ | C | - | - | - | - |
| 7400 | Heating, Ventilating & Air Conditioning: | - | - | - | - | - | - | - | - | - | - | - |
| 7401 | Vent Fans | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7402 | Ductwork | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7403 | Expansion / Vibration Isolation Joints | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7404 | Louvers, Dampers and Diffusers | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7405 | Controls | Yes | | - | - | EOR | GZ | C | - | - | C | - |
| 7406 | HVAC for Mill Buildings | - | - | - | - | - | - | - | - | - | - | - |
| 7408 | Ventilation for Compressor Rooms | Yes | | - | - | EOR | C | C | - | - | C | - |
| 7410 | HVAC for Electrical Rooms | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 7411 | HVAC for Central Control Room | Yes | | GZ | GZ | GZ | GZ | C | GZ | GZ | C | - |
| 7412 | HVAC for Office Buildings | - | - | - | - | - | - | - | - | - | - | - |
| 7413 | HVAC for Maintenance / Warehouse Buildings | - | - | - | - | - | - | - | - | - | - | - |
| 7414 | Testing and Balancing of System | - | - | - | - | - | - | - | - | - | - | - |
| 7500 | Site Services: | - | - | - | - | - | - | - | - | - | - | - |
| 7510 | Receive, Unload, Inventory, Handle, Protect and Store All Materials and Equipment at Site | Yes | | GZ | GZ | - | C | - | - | - | C | - |
| 7510 | Issue All Materials and Equipment at Site to Contractors | Yes | | GZ | GZ | - | C | - | - | - | C | - |
| 7511 | Provide Dedicated Hands On Named Person To Communicate With Logistics Companies & Provide Lists / Shipping Documents to Owner to Allow Owner to Receive, Unload, Inventory, Handle, Protect and Store All Grenzebach Materials and Equipment at Site & Assist With Inspection Documentation. | Yes | | GZ | GZ | - | GZ/C | - | - | - | GZ/C | - |
| 7515 | Repair and/or Replace Materials, Equipment Damaged after transfer of custody and Process All Claims in accordance with Grenzebach System | Yes | | - | - | - | C | - | - | - | - | - |
| 7520 | Provide Manual Fire Protection at Site during Construction | Yes | | - | - | - | C | - | - | - | C | - |
| 7540 | Provide 2 single wide office trailers for Grenzebach personnel (at Grenzebach sole discretion may include part or all of the following items) | - | - | - | - | - | - | - | - | - | - | - |
| 7541 | Trailers with Power and Service water and restroom | Yes | | - | - | - | C | - | - | - | - | - |
| 7542 | Telephone Lines | Yes | | - | - | - | C | - | - | - | - | - |
| 7543 | Telephones | Yes | | - | - | - | C | - | - | - | - | - |
| 7544 | High Speed Internet Line | Yes | | - | - | - | C | - | - | - | - | - |
| 7545 | High Speed Internet Service costs | Yes | | - | - | - | C | - | - | - | - | - |
| 7546 | Ethernet cabling in office | Yes | | - | - | - | C | - | - | - | - | - |
| 7547 | Telephone Service Costs | Yes | | - | - | - | C | - | - | - | - | - |
| 7548 | Desks | Yes | | - | - | - | C | - | - | - | - | - |
| 7549 | Chairs | Yes | | - | - | - | C | - | - | - | - | - |
| 7550 | Print Tables | Yes | | - | - | - | C | - | - | - | - | - |
| 7551 | D-size Print Racks | Yes | | - | - | - | C | - | - | - | - | - |
| 7552 | Shelving | Yes | | - | - | - | C | - | - | - | - | - |
| 7553 | Fax Machine | Yes | | - | - | - | C | - | - | - | - | - |
| 7554 | Computers, Network Hubs and Printers | Yes | | - | - | - | C | - | - | - | - | - |
| 7555 | Copier | Yes | | - | - | - | C | - | - | - | - | - |
| 7556 | Water Cooler and Service | Yes | | - | - | - | C | - | - | - | - | - |
| 7557 | Radios | Yes | | - | - | - | C | - | - | - | - | - |

DS EC ECinitial DS JF JFinitial

# Exhibit A-1 Division of Responsibilities

O - Owner - AG | EOR - Engineer of Record - Jedson Engineering
GZ - Grenzebach | C - Contractor - TBD

| | Description of Project Services | Service Required | | Engineering | | | Equipment / Material | | Labor - Supervision | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Spec. / Document | Outline Dwg/Sketch | Detail & Design | Supply | Install | Installation Supervision | Commissioning | Furnish Personnel | Remarks / Comments |
| 7558 | Weekly Cleaning Service | Yes | | - | - | - | C | - | - | - | - | - |
| 7559 | Office Supplies | Yes | | - | - | - | C | - | - | - | - | - |
| 7570 | Provide Separate Offices at Site for Contractor Staff and Advisors | - | - | - | - | - | - | - | - | - | - | - |
| 7571 | Trailers with Power and Water Hook-up and Toilet Facilities | Yes | | - | - | - | C | - | - | - | - | - |
| 7572 | Telephone Lines | Yes | | - | - | - | C | - | - | - | - | - |
| 7573 | Telephones | Yes | | - | - | - | C | - | - | - | - | - |
| 7574 | High Speed Internet Line | Yes | | - | - | - | C | - | - | - | - | - |
| 7575 | High Speed Internet Service costs | Yes | | - | - | - | C | - | - | - | - | - |
| 7576 | Ethernet cabling in office | Yes | | - | - | - | C | - | - | - | - | - |
| 7577 | Telephone Service Costs | Yes | | - | - | - | C | - | - | - | - | - |
| 7578 | Desks | Yes | | - | - | - | C | - | - | - | - | - |
| 7579 | Chairs | Yes | | - | - | - | C | - | - | - | - | - |
| 7580 | Print Tables | Yes | | - | - | - | C | - | - | - | - | - |
| 7581 | D-size Print Racks | Yes | | - | - | - | C | - | - | - | - | - |
| 7582 | Shelving | Yes | | - | - | - | C | - | - | - | - | - |
| 7583 | Fax Machine | Yes | | - | - | - | C | - | - | - | - | - |
| 7584 | Computers, Network Hubs and Printers | Yes | | - | - | - | C | - | - | - | - | - |
| 7585 | Copier | Yes | | - | - | - | C | - | - | - | - | - |
| 7586 | Water Cooler and Service | Yes | | - | - | - | C | - | - | - | - | - |
| 7587 | Radios | Yes | | - | - | - | C | - | - | - | - | - |
| 7588 | Weekly Cleaning Service | Yes | | - | - | - | C | - | - | - | - | - |
| 7589 | Office Supplies | Yes | | - | - | - | C | - | - | - | - | - |
| 7590 | Provide Construction First Aid Facilities | Yes | | - | - | - | C | - | - | - | - | - |
| 7595 | Freight for Equipment and Materials Supplied By Contractor | Yes | | - | - | - | C | - | - | - | - | - |
| 7600 | Start-up Hydraulics, Lubricants, Gases, Glycol, deionized water | Yes | | GZ | GZ | GZ | GZ | - | - | - | - | - |
| 7700 | Spare Parts | Yes | | GZ | GZ | GZ | GZ | - | - | - | - | - |
| 7800 | Consumables | - | - | - | - | - | - | - | - | - | - | - |
| 7801 | Welding Rod & Wire | Yes | | - | - | - | C | - | - | - | - | - |
| 7802 | Gases For Cutting and Welding | Yes | | - | - | - | C | - | - | - | - | - |
| 7803 | Fluxes | Yes | | - | - | - | C | - | - | - | - | - |
| 7804 | Equipment Shims | Yes | | - | - | - | C | - | - | - | - | - |
| 7805 | Other Misc. Items | Yes | | - | - | - | C | - | - | - | - | - |
| 7806 | Analyzer Calibration Gases | - | No | - | - | - | - | - | - | - | - | - |
| 7807 | Supply of Construction and erection materials or tools | Yes | | - | - | - | C | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| **8000** | **Erection, Checkout and Start-Up:** | - | - | - | - | - | - | - | - | - | - | - |
| 8100 | Erection Advisors: | - | - | - | - | - | - | - | - | - | - | - |
| 8110 | Erection Advisors for Owner Supplied Equipment | Yes | | - | - | - | - | - | GZ | GZ | GZ | - |
| 8120 | Erection Advisors for Grenzebach Supplied Equipment | Yes | | - | - | - | GZ | - | GZ | GZ | GZ | - |
| 8130 | Erection Advisors for Equipment Supplied By Contractor | Yes | | - | - | - | C | - | GZ | GZ | C | - |
| 8200 | Erection Start-up Activities: | - | - | - | - | - | - | - | - | - | - | - |
| 8201 | Install Lubricants | Yes | | GZ | - | - | C | C | - | - | C | - |
| 8202 | Installation Protocols | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8203 | Visual Inspection of Equipment | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8204 | Inspection of BOP Equipment | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8205 | Mechanical and Electrical Installation | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8206 | Instrument Calibration | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8206a | I/O Checks | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8206b | Loop Check Field | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8206c | Loop Check Control System | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8207 | Analog OuGZut Calibration | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8208 | Fiber Optic Communicating / Control Network Certification | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8208a | Drive Alignment Check | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8209 | Large Motor Check-Out > 1,000 hp | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8210 | VFD Start-Up Configuration | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8211 | Continuity Checks | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8212 | Megger Checks | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8213 | Motor Data/Overload Settings Field Data | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8213a | Motor Data/Overload Settings Relay Setting | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8214 | Uncoupled Run of Motor | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8215 | Coupled Run of Equipment | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8216 | Erection QC Sign Off & Checkout on Grenzebach Supplied Equipment | Yes | | GZ | - | - | - | - | GZ | GZ | GZ | - |
| 8300 | Commissioning Advisors To be contracted | - | - | - | - | - | - | - | - | - | - | - |
| 8310 | Service Engineers for Grenzebach Supplied Equipment | Yes | | - | - | - | GZ | - | - | - | GZ | - |
| 8320 | Service Engineers for Contractor Supplied Equipment | Yes | | - | - | - | O | - | - | - | C | - |
| 8400 | Commissioning Start-Up Activities (Start Of Commissioning Hours Documented Consumption): | - | - | - | - | - | - | - | - | - | - | - |
| 8401 | Sequence Checks of System | Yes | | GZ | - | - | - | - | GZ | GZ | E | - |
| 8402 | Dry Run of System | Yes | | GZ | - | - | - | - | GZ | GZ | E | - |
| 8403 | Start-Up with Material | Yes | | GZ | - | - | - | - | GZ | GZ | O | - |
| 8404 | Operation of Plant with Material | Yes | | GZ | - | - | - | - | GZ | GZ | O/GZ | - |
| 8405 | Signature of Take-Over Certificates | Yes | | GZ | - | - | - | - | GZ | GZ | E | - |
| 8406 | Performance Tests | Yes | | GZ/O | - | - | - | - | GZ/O | GZ/O | O/GZ | - |
| 8500 | Backup Labor, Equipment and Tools | Yes | | - | - | - | O | - | - | - | O | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| **9000** | **Control System and Laboratory Automation** | - | - | - | - | - | - | - | - | - | - | - |
| 9000 | Lab equipment | Yes | | - | - | O | O | O | - | - | O | - |
| 9001 | Sampler units for mechanical installation and electrical | Yes | | - | - | O | O | O | - | - | O | - |
| 9002 | Transport system to lab | - | - | - | - | - | - | - | - | - | - | - |
| 9003 | Laboratory automation software | Yes | | - | - | O | O | O | - | - | O | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |

DS
EC
ECinitial

DS
JF
JFinitial

# MTO BASIS

| | | | |
|---|---|---|---|
| Project: | **Renaissance** | Project No.: | **241002** |
| Customer: | **American Gypsum** | Rev.: | **A** |
| Issuer: | **Jo Lafferty** | Date: | **2/6/25** |

## TABLE OF CONTENTS

1. Project Description ........ 1
2. Basis of MTO's ........ 2

## 1. PROJECT DESCRIPTION

American Gypsum is intending to develop a confidential project "Project Renaissance" that includes the installation of a new gypsum wallboard line at their Duke, Oklahoma Wallboard facility. The Duke Plant currently has two independent productions lines (A&B). The lines share a common grinding mill and rock handling equipment area. A-line consists of a single production line and wet transfer, two dryers and two take-offs. B-Line consists of a single production line, wet transfer, dryer and take-off. The common raw material handling area consists of eight grinding mills and seven continuous calcining kettles with a single rock receiving dump, crusher, rock dryer and dual elevators to feed the mill.

Project Renaissance will consist of a new gypsum wallboard line that includes the raw gypsum processing and all associated equipment to produce ½" wallboard at 675 ft/min and 5/8" wallboard at 504 ft/min.

### 1.1. Project Scope Description

American Gypsum has selected Grenzebach as the primary equipment vendor to supply the new wallboard line with Pfeiffer as their subcontractor primary equipment vendor to supply the raw material grinding & calcining systems. The project includes equipment to support an independent wallboard production line from the existing gypsum ore truck rock receiving through the warehouse delivery in end taped bundles in three-unit lifts, which are separated by automatically placed dunnage.

This project proposes replacing the A & B line equipment, while not interfering with their operation until after commissioning of the proposed line. The existing building(s) will continue to serve as the raw material warehouse, finished goods warehouse and shipping operations for the proposed production line. Once A-Line equipment is removed this area will be repurposed for additional warehousing and spare parts storage.

## 2. BASIS OF MTO'S

The primary objective for the subject Basic Engineering Services is to provide American Gypsum with preliminary engineering deliverables to support development of an appropriations grade (+/- 10% accuracy) capital cost estimate for the project. Jedson has developed material take-offs for all disciplines to support an estimate. The following sections will outline how each discipline developed the material take-offs, reference documents used, and deliverables developed. Assumptions and clarifications are identified as well.

### 2.1 Mechanical

2.1.1 Reference Documents

2.1.1.1 TXI-24-01-AG-Overall Site-7-2-24 – 3D NWD
2.1.1.2 2024-07-05_TS_Plaster_Plant_160186-01
2.1.1.3 2024-07-16_TS_Plasterboard_Plant_160186-01
2.1.1.4 2024-07-05_TS_Recycling_Plant_160186-01
2.1.1.5 20110099_FS-GP-Plant
2.1.1.6 PID-Dryer_DukeC
2.1.1.7 A-01 COMPRESSOR ROOM GA-B
2.1.1.8 E-05 -ONE LINE DIAGRAM MV XFRMs-REV03
2.1.1.9 E-06-ONE LIS DIAGRAM SWBD-C-1-Rev 03
2.1.1.10 E-07-ONE LINE DIAGRAM SWBD-C-2-Rev 03
2.1.1.11 E-08-ONE LINE DIAGRAM SWBD-C-3-Rev 03
2.1.1.12 E-09 ONE LINE DIAGRAM SWBD-C-4-Rev 03
2.1.1.13 E-10-ONE LINE DIAGRAM SWBD-C-5-Rev 03
2.1.1.14 E-11 ONE LINE DIAGRAM SWBD-C-6&8-Rev 0
2.1.1.15 E-12-ONE LINE DIAGRAM SWBD-C-7-Rev 03
2.1.1.16 E-13- ONE LINE DIAGRAM SWBD-C-9-Rev 03
2.1.1.17 E-14- ONE LINE DIAGRAM SWBD-C-10-Rev 03
2.1.1.18 E-15-ONE LINE DIAGRAM SWBD-C-11-Rev 03
2.1.1.19 E-16-ONE LINE DIAGRAM SWBD-C-12-Rev 03
2.1.1.20 E-17- ONE LINE DIAGRAM SWBD-C-13-Rev 03
2.1.1.21 D020-'A' LINE DEMOLITION PLAN
2.1.1.22 D-003-LEVEL 1 DEMO PLAN AREA C
2.1.1.23 D002-EQUIPMENT DEMOLITION PLAN - LEVEL 2
2.1.1.24 D003-EQUIPMENT DEMOLITION PLAN - LEVEL 3
2.1.1.25 D004-EQUIPMENT DEMOLITION PLAN - LEVEL 4
2.1.1.26 Demo List - Mill Area

2.1.2 MTO Basis

The Jedson equipment list was developed using a combination of existing documentation from Grenzebach, Millennium Controls, and Southern Industrial Contractors. The majority of the process related equipment was extracted from the three Grenzebach Technical Specifications (2024-07-05_TS_Plaster_Plant_160186-01, 2024-07-16_TS_Plasterboard_Plant_160186-01, and 2024-07-05_TS_Recycling_Plant_160186-01) in combination with the Grenzebach plant flow sheet (20110099_FS-GP-Plant) and the Grenzebach dryer piping and instrumentation diagram (PID-

Dryer_DukeC). The compressed air equipment was pulled from the Southern Industrial Contractors general arrangement (A-01 COMPRESSOR ROOM GA-B). These documents were compiled to create a list of the process related equipment from rock unloading through the two belt take-off points. The electrical equipment in the Jedson equipment list was populated utilizing the Millennium one line diagrams (E-05 -ONE LINE DIAGRAM MV XFRMs-REV03, E-06-ONE LIS DIAGRAM SWBD-C-1-Rev 03, E-07-ONE LINE DIAGRAM SWBD-C-2-Rev 03, E-08-ONE LINE DIAGRAM SWBD-C-3-Rev 03, E-09 ONE LINE DIAGRAM SWBD-C-4-Rev 03, E-10-ONE LINE DIAGRAM SWBD-C-5-Rev 03, E-11 ONE LINE DIAGRAM SWBD-C-6&8-Rev 03, E-12-ONE LINE DIAGRAM SWBD-C-7-Rev 03, E-13- ONE LINE DIAGRAM SWBD-C-9-Rev 03, E-14- ONE LINE DIAGRAM SWBD-C-10-Rev 03, E-15-ONE LINE DIAGRAM SWBD-C-11-Rev 03, E-16-ONE LINE DIAGRAM SWBD-C-12-Rev 03, and E-17- ONE LINE DIAGRAM SWBD-C-13-Rev 03).

The demolition scope contained within the equipment list was gathered from the Southern Industrial Contractors demolition plan documents (D020-'A' LINE DEMOLITION PLAN, D-003-LEVEL 1 DEMO PLAN AREA C, D002-EQUIPMENT DEMOLITION PLAN - LEVEL 2, D003-EQUIPMENT DEMOLITION PLAN - LEVEL 3, D004-EQUIPMENT DEMOLITION PLAN - LEVEL 4, and Demo List - Mill Area).

For any of the quantities, linear footages, etc. that are supplied in the Jedson equipment list that were not listed in any of the named documents, approximate values were generated by using the Grenzebach supplied 3D model.

2.1.3 Deliverables

The following deliverables are included:

2.1.3.1 241002-PR-SKT-001 Duke Board Plant Area Sketch No. 1
2.1.3.2 241002-PR-SKT-001 Duke Board Plant Area Sketch No. 2
2.1.3.3 241002-ME-LST-001 Renaissance Equipment List
2.1.3.4 241002-ME-LST-001B Renaissance Electrical Equipment List
2.1.3.5 241002-ME-LST-001E Renaissance Motor List

See MTO Document List for additional information on each document.

2.1.4 Assumptions and Clarifications

2.1.4.1 Full demolition scope assumed to be covered by the documents provided by Southern Industrial Contractors.
2.1.4.2 Assumed Grenzebach technical specifications are up to date with the latest project scope.
2.1.4.3 Assumed Millennium one line diagrams are up to date with the latest project scope.

## 2.2 Piping

2.2.1 Reference Documents

2.2.1.1 20207210-PID-Rock
2.2.1.2 20207214-PID-L1
2.2.1.3 20207215-PID-L2
2.2.1.4 20207223-PID-VB
2.2.1.5 PID-Dryer_DukeC

2.2.2 MTO Basis

The piping line list was compiled by identifying lines from the Process & Instrumentation Diagrams. For each line identified a sequential line number was assigned, and the service was identified using typical service abbreviations.

Where flow or capacity information was available for associated equipment the lines were sized to achieve velocities and/or head losses appropriate for the individual service. Where flow capacity information was unavailable, engineering experience was relied upon to size lines as considered typical for each identified application.

A piping specification consisting of material of construction, connection type (i.e. SW-socket weld BW-butt weld), and pipe schedule were assigned as deemed appropriate for the combination of line size and service. A copy of the piping specification can be found within the Jedson Design Criteria.

Finally, for all lines with a nominal pipe size of 2" or larger, the 3-D model was utilized to determine the length of run by summing the Eastings, Northings, and presumed elevation changes, and a complexity factor was assigned based upon the perceived congestion in the vicinity.

**NOTE:** The area number assigned was based upon the preliminary area numbering system that was proposed and has not yet been updated to align with the area numbering schema provided by American Gypsum. A table of process areas can be found within the Jedson Design Criteria.

2.2.3 Deliverables

The following deliverables are included:

2.2.3.1 241002-PP-LST-0400

See MTO Document List for additional information on each document.

2.2.4 Assumptions and Clarifications

2.2.4.1 Assumed that current P&IDs are up to date.
2.2.4.2 The NWD 3D Model dated 7-2-24 was used for layout and dimensions.

## 2.3 Civil

2.3.1 Reference Documents

2.3.1.1 11332-1000-01-SK001-A – dated 6/19/24
2.3.1.2 11332-1S01-05-EQ002RevA – dated 6/27/24
2.3.1.3 American Gypsum Geotechnical Report – dated 8/12/24
2.3.1.4 M-03 PROCESS WATER PIPING LAYOUT-A – dated 6/19/24
2.3.1.5 GPRS Utility Findings Map – dated 5/5/24

2.3.2 MTO Basis

Jedson prepared a sketch for quantities, 241002-CV-SKT-100-A (Dated 1/27/25). The sketch utilized the layout provided from the client 11332-1000-01-SK001-A (dated 6/19/24) for the layout. 11332-1S01-05-EQ002REVA (Dated 6/27/24) was referenced to review the intent of some of the previously utility concepts.

The geotechnical report prepared by UES (Dated 8/12/24) was reviewed for backfill, earthwork, groundwater, and pavement design assumptions in the material take off quantities.

The GRPS underground utility markings Findings Map (Dated 5/5/24) was utilized to quantify the existing underground impacted and needed to be relocated from the proposed layout.

The M-03 Process Piping Layout was reviewed and scoped assumed to be covered by Process Piping MTO's as noted in the Civil MTO.

Materials assumed for the MTO are defined within the Jedson Design Criteria.

2.3.3 Deliverables

The following deliverables are included:

2.3.3.1 241002-CV-SKT-100
2.3.3.2 241002-CV-MTO-0001

See MTO Document List for additional information on each document.

2.3.4 Assumptions and Clarifications
2.3.4.1 Additional parking has not been included.

## 2.4 Structural

2.4.1 Reference Documents

2.4.1.1 TXI-24-01-AG-Overall Site-7-2-24 – 3D NWD
2.4.1.2 G241348 – Geotech Report
2.4.1.3 11332-1S03-01-AR001-B – Site Plan
2.4.1.4 11332-1S03-05-AR002-A – Building Sections
2.4.1.5 11332-1S01-05-EQ002RevA – General Arrangement
2.4.1.6 11332-2S01-05-EQ002RevA – General Arrangement
2.4.1.7 11332-3S01-05-EQ002RevA – General Arrangement
2.4.1.8 11332-4S01-05-EQ002RevA – General Arrangement
2.4.1.9 11332-5S01-05-EQ002RevA – General Arrangement
2.4.1.10 11332-7S01-05-EQ002RevA – General Arrangement
2.4.1.11 11332-8S01-05-EQ002RevA – General Arrangement
2.4.1.12 ACI Building Systems – PEMB Spec Datasheets

2.4.2 MTO Development

2.4.2.1 Concrete and Steel

The Geotech findings indicated that piles and drilled piers would be required. Sketches included piles, piers, grade beams, pile caps, and mat foundations were developed. MTO's were created based on these sketches. Excel spreadsheets were developed with Concrete MTO's.

Based on the documents listed above and the NWD 3D Model, sketches were created for the various buildings, equipment, and platform steel structures. Typical girder, beam, and column sizes were developed based on historical load data for similar applications. MTO's were created based on these sketches including steel, grating, elevated slabs, handrails, and stairs.

Excel spreadsheets were developed with Concrete and Steel MTO's.

2.4.2.2 Pre-Engineered Metal Buildings
Based on the reference documents listed above and the NWD 3D model, MTOS were developed for all PEMB's. MTOS' include square footages of buildings, mandoors, rollup doors, louvers, and exhaust fans.

Excel spreadsheets were developed with PEMB MTO's.

2.4.3 Deliverables

The following concrete and steel MTO documents were created:

- 241002-ST-MTO-1000
- 241002-ST-MTO-1001
- 241002-ST-MTO-1002
- 241002-ST-MTO-1003
- 241002-ST-MTO-1004
- 241002-ST-MTO-1005
- 241002-ST-MTO-1007

The following PEMB MTO document was created:

- 241002-ST-MTO-1006

See MTO Document List for additional information on each document.

2.4.4 Assumptions and Clarifications

2.4.4.1 The NWD 3D Model dated 7-2-24 was used for layout and dimensions.

2.4.4.2 Demolition of existing auxiliary buildings on the north side of the plant has not been included.

2.4.4.3 Demolition and additions for various labs and offices in the existing plant building have not been included.

2.4.4.4 Changes to the reclaim shed to remove the push wall and increase the shed size made around January 30, 2025 were not included.

2.4.4.5 All E-Houses were sized at 20' x 40' and are of CMU construction.

2.4.4.6 Structural demolition around existing Line A has not been included.

## 2.5 Electrical

2.5.1 Reference Documents

2.5.1.1 9299 American Gypsum Preliminary Cable Schedule.xlsm
2.5.1.2 2024-06-12_AmGyp_Duke-C_BE_CAB_AreaDevision.pdf
2.5.1.3 E-05 -ONE LINE DIAGRAM MV XFRMs-REV03.pdf
2.5.1.4 E-06-ONE LIS DIAGRAM SWBD-C-1-Rev 03.pdf
2.5.1.5 E-07-ONE LINE DIAGRAM SWBD-C-2-Rev 03.pdf
2.5.1.6 E-08-ONE LINE DIAGRAM SWBD-C-3-Rev 03.pdf
2.5.1.7 E-09 ONE LINE DIAGRAM SWBD-C-4-Rev 03.pdf
2.5.1.8 E-10-ONE LINE DIAGRAM SWBD-C-5-Rev 03.pdf
2.5.1.9 E-11 ONE LINE DIAGRAM SWBD-C-6&8-Rev 03.pdf
2.5.1.10 E-12-ONE LINE DIAGRAM SWBD-C-7-Rev 03.pdf
2.5.1.11 E-13- ONE LINE DIAGRAM SWBD-C-9-Rev 03.pdf
2.5.1.12 E-14- ONE LINE DIAGRAM SWBD-C-10-Rev 03.pdf
2.5.1.13 E-15-ONE LINE DIAGRAM SWBD-C-11-Rev 03.pdf
2.5.1.14 E-16-ONE LINE DIAGRAM SWBD-C-12-Rev 03.pdf

2.5.1.15 E-17- ONE LINE DIAGRAM SWBD-C-13-Rev 03.pdf
2.5.1.16 E-64 TRANSFORMER LIST REV 03.pdf
2.5.1.17 Electrical Drawings Deliverables - PS.xlsx

2.5.2 MTO Basis

The Grenzebach and Millenium reference documents were reviewed and information was identified for MTO's. MTO's were further developed for the following items:

- System Grounding
- Equipment/Motor Grounding
- Cabling and duct banks from E-House utility transformers to switchboards
- Lighting and miscellaneous receptacles
- Welding receptacles
- 4160V transformer for E-House 2
- E-House HVAC cabling and raceway

2.5.3 Deliverables

The following electrical MTO documents were created:

- 241002-EL-MTO-1000
- 241002-Cable-Schedule
- 241002-ME-LST-001E

See MTO Document List for additional information on each document.

2.5.4 Assumptions and Clarifications

2.5.4.1 Document "E-64 Transformer List - Rev 03_241002_Supplyby" indicates transformers to be supplied by Grenzebach/Millennium. These transformers are listed in the mechanical equipment list.

2.5.4.2 Grenzebach/Millennium to supply all 480V switchboards, 480V panelboards, 208V panelboards and UPS's shown on one line diagrams for e-houses. (One Lines by Millennium)

2.5.4.3 Grenzebach/Millennium to furnish and install all cabling from switchboards to control cabinets and panelboards as shown on one line diagrams. This cabling is in addition to cables listed in cable schedule provided by Millennium.

2.5.4.4 Lighting fixtures, cables, and raceway for E-Houses, production areas, and outdoor areas by AG.

2.5.4.5 Cabling and raceway for E-House HVAC Systems by AG.

2.5.4.6 Cabling and raceway for E-House utility transformers to switchboards by AG.

2.5.4.7 Electric heat trace has not been included.

2.5.4.8 Electric fire water pump(s) have not been included.

2.5.4.9 Lightning protection has not been included.

2.5.4.10 Fire alarm system, public address system, CCTV, and card key access systems have not been included.

2.5.4.11 Stand-by diesel generators have not been included.

## 2.6 Instrumentation

2.6.1 Reference Documents

2.6.1.1 GA's and site plans
2.6.1.2 Mechanical Basis of Estimate
2.6.1.3 Quantity Estimates: Electrical.pdf
2.6.1.4 Instrument Lists (Grenzebach)
2.6.1.5 PLC Network Mill Board Plant
2.6.1.6 Panel Layouts
2.6.1.7 E-House Documentation (Control Panel locations)

2.6.2 MTO Basis

The measurements as noted in the drawings were used to extrapolate in the .pdf distances and measurements that were used to form the runs from the control cabinets to area equipment.

Control panel communications cabling to area junction boxes were assigned as assumed length based on the size of the area and also the type of communications noted in the schedule. Each junction box had various cables exiting to service various devices and were lumped in by the originator by the type of I/O (digital inputs, digital outputs, etc.) so assumed lengths from the junction box to end devices was used.

Junction boxes assumed to service equipment/instruments that are in close proximity so based on the area, height between floors, etc. a length was determined for the surrounding area. The PLC network architecture diagram was used to determine the layout for the fiber optic cabling and the general arrangement drawings as well as the mechanical elevations were used to estimate the distances between the control panels.

Fiber optic cabling was not in the original cable schedule but added due to the lengths between cabinets. Where the length fell below 300 ft, (maximum Ethernet UTP cabling is 328 ft or 100m), Category 6 cabling was used for estimating.

2.6.3 Deliverables

2.6.3.1 241002-I&C-Preliminary Cable Schedule
2.6.3.2 241002-IC-LST-0001_RevA
2.6.3.3 241002-IC-MTO-0001_RevA

See MTO Document List for additional information on each document.

# Exhibit B

## Work Schedule

American Gypsum

# 241002-02 American Gypsum - Duke C Line

# Exhibit B

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| 241002-02 American Gypsum - Duke C Line | | 20-Dec-24 A | 08-May-26 |
| Milestones | | 20-Dec-24 A | 08-May-26 |
| M1020 | Kick-Off Meeting | 25-Mar-25 A | |
| M1030 | Site Visit | 15-Apr-25 A | 16-Apr-25 A |
| M1000 | PO Received | 02-Jun-25 A | |
| M1010 | GZB LNTP | 20-Dec-24 A | 19-Aug-25 |
| M1110 | Jedson Engineering Complete | | 08-May-26 |
| Process | | 30-Sep-25 | 30-Sep-25 |
| M1270 | Jedson Process/Mechanical Equipment Packages IFB (WH) | | 30-Sep-25 |
| M1260 | Jedson Process/Mechanical Piping Utility & Compressor P&IDs IFD (WH) | | 30-Sep-25 |
| Piping | | 16-Mar-26 | 16-Mar-26 |
| M1340 | Jedson Piping Orthos IFD (WH) | | 16-Mar-26 |
| Civil | | 02-Oct-25 | 02-Oct-25 |
| M1280 | Jedson Civil Engineering IFC (WH) | | 02-Oct-25 |
| Architectural | | 15-Oct-25 | 15-Oct-25 |
| M1290 | Jedson Architectural PEMB Package IFB (WH) | | 15-Oct-25 |
| Structural | | 15-Dec-25 | 06-Apr-26 |
| M1300 | Jedson Structural Piling IFC (WH) | | 15-Dec-25 |
| M1310 | Jedson Structural Foundations IFC (WH) | | 12-Jan-26 |
| M1320 | Jedson Structural Steel Primary IFC (WH) | | 16-Feb-26 |
| M1330 | Jedson Structural Steel Misc IFC (WH) | | 06-Apr-26 |
| Electrical | | 06-Nov-25 | 08-May-26 |
| M1350 | Jedson Electrical Ductbank IFC (WH) | | 06-Nov-25 |
| M1360 | Jedson Electrical Grounding IFC (WH) | | 23-Jan-26 |
| M1370 | Jedson Electrical Cable Schedule, Cable Tray, Lighting IFC (WH) | | 08-May-26 |
| Instrumentation | | 16-Jan-26 | 02-Apr-26 |
| M1380 | Jedson Instrument Index & I/O List IFC (WH) | | 16-Jan-26 |
| M1390 | Jedson Instrument Loop Sheets IFC (WH) | | 02-Apr-26 |
| Grenzebach Engineering | | 04-Mar-25 A | 22-Apr-26 |
| Grenzebach High Level Engineering | | 04-Mar-25 A | 02-Jan-26 |
| GZB 3D Model | | 04-Mar-25 A | 31-Oct-25 |
| GZ-00-PP-1000 | 3D Model - Preliminary for Approval | 04-Mar-25 A | 11-Apr-25 A |
| GZ-00-PP-1010 | 3D Model - Revised for Structural Design | 14-Apr-25 A | 16-Jun-25 A |
| GZ-00-PP-1020 | 3D Model - Finalized & Certified | 17-Jun-25 A | 31-Oct-25 |
| GZB Overall Layout Plan | | 04-Mar-25 A | 31-Oct-25 |
| GZ-00-PP-1030 | Overall Layout Plan - Preliminary for Approval | 04-Mar-25 A | 11-Apr-25 A |
| GZ-00-PP-1040 | Overall Layout Plan - Revised for Structural Design | 14-Apr-25 A | 16-Jun-25 A |
| GZ-00-PP-1050 | Overall Layout Plan - Finalized & Certified | 17-Jun-25 A | 31-Oct-25 |
| GZB General Arrangements | | 20-Mar-25 A | 31-Oct-25 |
| GZ-00-PP-1060 | General Arrangements - Preliminary for Approval | 20-Mar-25 A | 11-Apr-25 A |
| GZ-00-PP-1070 | General Arrangements - Revised for Structural Design | 14-Apr-25 A | 16-Jun-25 A |
| GZ-00-PP-1080 | General Arrangements - Finalized & Certified | 17-Jun-25 A | 31-Oct-25 |
| GZB Sub Vendor General Arrangements | | 04-Mar-25 A | 31-Oct-25 |
| GZ-00-PP-1090 | Sub Vendor General Arrangements - Preliminary for Approval | 04-Mar-25 A | 11-Apr-25 A |
| GZ-00-PP-1100 | Sub Vendor General Arrangements - Revised for Structural Design | 14-Apr-25 A | 16-Jun-25 A |
| GZ-00-PP-1110 | Sub Vendor General Arrangements - Finalized & Certified | 17-Jun-25 A | 31-Oct-25 |
| GZB Equipment List | | 20-Mar-25 A | 02-Jan-26 |
| GZ-00-PR-1080 | Equipment List - Prelim for Approval | 20-Mar-25 A | 11-Apr-25 A |
| GZ-00-PR-1000 | Equipment List - Revised for Design (Missing WET, Dryer & Takeoff) | 14-Apr-25 A | 15-Aug-25 |
| GZ-00-PR-1010 | Equipment List - Finalized & Certified | 18-Aug-25 | 02-Jan-26 |
| GZB Equipment Load Maps | | 20-Mar-25 A | 02-Jan-26 |
| GZ-00-ST-1000 | Equipment Load Maps - Preliminary for Approval | 20-Mar-25 A | 11-Apr-25 A |
| GZ-00-ST-1010 | Equipment Load Maps - Revised for Structural Design (Missing WET, Dryer & Takeoff) | 14-Apr-25 A | 04-Aug-25 |
| GZ-00-ST-1020 | Equipment Load Maps - Finalized & Certified | 04-Aug-25 | 02-Jan-26 |
| GZB Equipment Load Maps - Reclaim & Additives Areas | | 04-Mar-25 A | 31-Oct-25 |
| GZ-00-ST-1030 | Equipment Load Maps - Reclaim & Additives Areas - Preliminary for Approval | 04-Mar-25 A | 05-May-25 A |
| GZ-00-ST-1040 | Equipment Load Maps - Reclaim & Additives Areas - Revised for Structural Design | 06-May-25 A | 16-Jun-25 A |




Current
Progress
Critical
Milestones
Summary

Docusign Envelope ID: 3DDB8D58-87CD-44D9-BAF7-1BBDD17880FB


American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-00-ST-1050 | Equipment Load Maps - Reclaim & Additives Areas - Finalized & Certified | 17-Jun-25 A | 31-Oct-25 |
| GZB Foundation Outline | | 20-Mar-25 A | 04-Nov-25 |
| GZ-00-ST-1060 | Foundation Outline - Preliminary for Approval | 20-Mar-25 A | 05-May-25 A |
| GZ-00-ST-1070 | Foundation Outline - Revised for Structural Design | 06-May-25 A | 16-Jun-25 A |
| GZ-00-ST-1080 | Foundation Outline - Finalized & Certified | 17-Jun-25 A | 04-Nov-25 |
| GZB Foundation Outline - Reclaim & Additives Areas | | 04-Mar-25 A | 31-Oct-25 |
| GZ-00-ST-1090 | Foundation Outline - Reclaim & Additives Areas - Preliminary for Approval | 04-Mar-25 A | 05-May-25 A |
| GZ-00-ST-1100 | Foundation Outline - Reclaim & Additives Areas - Revised for Structural Design | 06-May-25 A | 16-Jun-25 A |
| GZ-00-ST-1110 | Foundation Outline - Reclaim & Additives Areas - Finalized & Certified | 17-Jun-25 A | 31-Oct-25 |
| Dryer Building Heat Loads | | 16-Apr-25 A | 16-Jun-25 A |
| GZ-00-PR-1020 | Dryer Building Heat Loads - Preliminary for Approval | 16-Apr-25 A | 23-May-25 A |
| GZ-00-PR-1030 | Dryer Building Heat Loads - Finalized & Certified | 26-May-25 A | 16-Jun-25 A |
| Remaining Building Heat Loads | | 16-Apr-25 A | 15-Aug-25 |
| GZ-00-PR-1040 | Remaining Building Heat Loads - Preliminary for Approval | 16-Apr-25 A | 23-May-25 A |
| GZ-00-PR-1050 | Remaining Building Heat Loads - Finalized & Certified | 27-May-25 A | 15-Aug-25 |
| GZB Consumer Utility Loads | | 04-Mar-25 A | 20-Jun-25 A |
| GZ-00-PR-1060 | Consumer Utility Loads - Preliminary for Approval | 04-Mar-25 A | 17-Apr-25 A |
| GZ-00-PR-1070 | Consumer Utility Loads - Finalized & Certified (Missing Complete Board Line Packa... | 18-Apr-25 A | 20-Jun-25 A |
| Grenzebach Electrical Engineering | | 20-Mar-25 A | 15-Oct-25 |
| Single Lines - MV | | 20-Mar-25 A | 15-Aug-25 |
| GZ-00-EL-1000 | Single Lines - MV - Preliminary for Approval | 20-Mar-25 A | 02-Jun-25 A |
| GZ-00-EL-1010 | Single Lines - MV - Finalized & Certified | 03-Jun-25 A | 15-Aug-25 |
| Electrical Room Layouts & Locations | | 20-Mar-25 A | 29-Aug-25 |
| GZ-00-EL-1020 | Electrical Room Layouts & Locations - Preliminary for Approval | 20-Mar-25 A | 30-Apr-25 A |
| GZ-00-EL-1030 | Electrical Room Layouts & Locations - Revised for Structural Design | 01-May-25 A | 15-Aug-25 |
| GZ-00-EL-1040 | Electrical Room Layouts & Locations - Finalized & Certified | 18-Aug-25 | 29-Aug-25 |
| Electrical Cable Schedule | | 20-Mar-25 A | 01-Oct-25 |
| GZ-00-EL-1050 | Electrical Cable Schedule - Preliminary for Approval | 20-Mar-25 A | 17-Sep-25 |
| GZ-00-EL-1060 | Electrical Cable Schedule - Finalized & Certified | 18-Sep-25 | 01-Oct-25 |
| Instrument Cable Schedule | | 20-Mar-25 A | 01-Oct-25 |
| GZ-00-EL-1070 | Instrument Cable Schedule - Preliminary for Approval | 20-Mar-25 A | 17-Sep-25 |
| GZ-00-EL-1080 | Instrument Cable Schedule - Finalized & Certified | 18-Sep-25 | 01-Oct-25 |
| Electrical Room Heat Loads | | 01-May-25 A | 12-Sep-25 |
| GZ-00-EL-1090 | Electrical Room Heat Loads - Preliminary IFA | 01-May-25 A | 14-Aug-25 |
| GZ-00-EL-1100 | Electrical Room Heat Loads - Revised IFB | 15-Aug-25 | 28-Aug-25 |
| GZ-00-EL-1110 | Electrical Room Heat Loads - Finalized & AG Approved IFC | 29-Aug-25 | 12-Sep-25 |
| Heat Tracing List/Insulation (Project Dependent) | | 20-Mar-25 A | 15-Oct-25 |
| GZ-00-EL-1120 | Heat Tracing List/Insulation - Preliminary IFA | 20-Mar-25 A | 03-Sep-25 |
| GZ-00-EL-1130 | Heat Tracing List/Insulation - Revised IFB | 04-Sep-25 | 01-Oct-25 |
| GZ-00-EL-1140 | Heat Tracing List/Insulation - Finalized & AG Approved IFC | 02-Oct-25 | 15-Oct-25 |
| American Gypsum Procurement Engineering | | 04-Mar-25 A | 22-Apr-26 |
| Site Survey | | 04-Mar-25 A | 30-May-25 A |
| AG-00-CV-1000 | Site Survey - Bid Period (AG) | 04-Mar-25 A | 10-Mar-25 A |
| AG-00-CV-1010 | Site Survey - Bid Evaluation | 11-Mar-25 A | 17-Mar-25 A |
| AG-00-CV-1020 | Site Survey - Award PO (AG) & Mobilize | 18-Mar-25 A | 25-Mar-25 A |
| AG-00-CV-1030 | Site Survey - Receive Survey & Report | 26-Mar-25 A | 30-May-25 A |
| Compressor Equipment & Air Receivers | | 06-Jun-25 A | 22-Apr-26 |
| AG-10-PR-1000 | Receive Compressor Info from AG | 06-Jun-25 A | 20-Jun-25 A |
| AG-10-PR-1010 | Compressor Equipment - Issue for Bid (AG) | 09-Jun-25 A | 05-Aug-25 A |
| AG-10-PR-1020 | Compressor Equipment - Bid Period (AG) | 06-Aug-25 A | 26-Aug-25 |
| AG-10-PR-1030 | Compressor Equipment - Bid Evaluation | 27-Aug-25 | 03-Sep-25 |
| AG-10-PR-1040 | Compressor Equipment - Award PO (AG) | 04-Sep-25 | 10-Sep-25 |
| AG-10-PR-1050 | Compressor Equipment - Receive Approval Drawings | 11-Sep-25 | 22-Sep-25 |
| JEI-10-PR-1000 | Compressor Equipment - JEI Review | 22-Sep-25 | 29-Sep-25 |
| AG-10-PR-1060 | Compressor Equipment - AG Review | 22-Sep-25 | 29-Sep-25 |
| AG-10-PR-1070 | Compressor Equipment - Return to Vendor | 29-Sep-25 | 06-Oct-25 |
| AG-10-PR-1080 | Compressor Equipment - Receive Certified Drawings | 06-Oct-25 | 20-Oct-25 |




Current
Progress
Critical
Milestones
Summary

Docusign Envelope ID: 3DDB8D58-87CD-44D9-BAF7-1BBDD17880FB



# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-10-PR-1090 | Compressor Equipment - Fab & Deliver | 11-Sep-25 | 22-Apr-26 |
| PEMB - West Board Line/Wet Transfer/Dryer | | 14-Apr-25 A | 22-Dec-25 |
| AG-10-PR-1190 | PEMB 1 - Issue for Bid (AG) | 14-Apr-25 A | 02-Jun-25 A |
| AG-10-PR-1200 | PEMB 1 - Bid Period (AG) | 03-Jun-25 A | 27-Jun-25 A |
| AG-10-PR-1210 | PEMB 1 - Bid Evaluation | 30-Jun-25 A | 07-Jul-25 A |
| AG-10-PR-1220 | PEMB 1 - Award PO (AG) | 08-Jul-25 A | 10-Jul-25 A |
| AG-10-PR-1230 | PEMB 1 - Receive Approval Drawings | 11-Jul-25 A | 01-Aug-25 A |
| JEI-10-PR-1020 | PEMB 1 - JEI & AG Review | 04-Aug-25 A | 08-Aug-25 |
| AG-10-PR-1240 | PEMB 1 - Return to Vendor | 11-Aug-25 | 12-Aug-25 |
| AG-10-PR-1250 | PEMB 1 - Receive Certified Drawings & 3D Model | 13-Aug-25 | 26-Aug-25 |
| AG-10-PR-1260 | PEMB 1 - Fab & Deliver | 27-Aug-25 | 22-Dec-25 |
| PEMBs - Package 2 | | 28-Aug-25 | 06-Apr-26 |
| AG-10-ST-1000 | PEMB 2 - Issue for Bid (AG) | 28-Aug-25 | 04-Sep-25 |
| AG-10-ST-1010 | PEMB 2 - Bid Period (AG) | 05-Sep-25 | 11-Sep-25 |
| AG-10-ST-1020 | PEMB 2 - Bid Evaluation | 12-Sep-25 | 12-Sep-25 |
| AG-10-ST-1030 | PEMB 2 - Award PO (AG) | 15-Sep-25 | 18-Sep-25 |
| AG-10-ST-1120 | PEMB 2 - Receive PEMB Pkg #2 Loads | 19-Sep-25 | 02-Oct-25 |
| AG-10-ST-1040 | PEMB 2 - Receive Approval Drawings | 19-Sep-25 | 30-Oct-25 |
| JEI-10-ST-1042 | PEMB 2 - JEI & AG Review | 24-Oct-25 | 06-Nov-25 |
| AG-10-ST-1050 | PEMB 2 - Return to Vendor | 07-Nov-25 | 10-Nov-25 |
| AG-10-ST-1060 | PEMB 2 - Receive Certified Drawings & 3D Model | 11-Nov-25 | 04-Dec-25 |
| AG-10-ST-1070 | PEMB 2 - Fab & Deliver | 05-Dec-25 | 06-Apr-26 |
| Instrument Package AG Equipment | | 11-Sep-25 | 08-Apr-26 |
| AG-00-IC-1000 | Instruments - Issue for Bid (AG) | 11-Sep-25 | 24-Sep-25 |
| AG-00-IC-1010 | Instruments - Bid Period (AG) | 25-Sep-25 | 15-Oct-25 |
| AG-00-IC-1020 | Instruments - Bid Evaluation | 16-Oct-25 | 22-Oct-25 |
| AG-00-IC-1030 | Instruments - Award PO (AG) | 23-Oct-25 | 05-Nov-25 |
| AG-00-IC-1040 | Instruments - Receive Approval Drawings | 06-Nov-25 | 08-Dec-25 |
| AG-00-IC-1050 | Instruments - AG Review | 09-Dec-25 | 22-Dec-25 |
| JEI-00-IC-1055 | Instruments - JEI Review | 09-Dec-25 | 22-Dec-25 |
| AG-00-IC-1060 | Instruments - Return to Vendor | 23-Dec-25 | 07-Jan-26 |
| AG-00-IC-1070 | Instruments - Receive Certified Drawings | 08-Jan-26 | 04-Feb-26 |
| AG-00-IC-1080 | Instruments - Fab & Deliver | 06-Nov-25 | 08-Apr-26 |
| GZB Detailed Engineering Procurement (BOP) | | 04-Aug-25 | 16-Sep-25 |
| Area 20 - Rock Handling Equipment | | 04-Aug-25 | 16-Sep-25 |
| Area 20 - Hoppers | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1000 | Hoppers - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1010 | Hoppers - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-1020 | Hoppers - All Certified Drawings Received | | 16-Sep-25 |
| Gypsum Rock Unload Hoppers - 04-300-1000-0300, 04-300-1000-0100, 04-300-1000-1900, 04-300-1000-... | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1030 | Hoppers - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1000 | Hoppers - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1000 | Hoppers - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1040 | Hoppers - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1050 | Hoppers - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Belt Conveyors | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1060 | Belt Conveyors - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1070 | Belt Conveyors - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-1080 | Belt Conveyors - All Certified Drawings Received | | 16-Sep-25 |
| Gypsum Rock Unload Hopper Discharge Conveyors - 04-300-1000-0400, 04-300-1000-0200 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1090 | Hopper Discharge Conveyors - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1010 | Hopper Discharge Conveyors - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1010 | Hopper Discharge Conveyors - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1100 | Hopper Discharge Conveyors - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1110 | Hopper Discharge Conveyors - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Gypsum Rock Transfer Belt Conveyors - 04-300-1000-0500, 04-300-1000-1000 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1120 | Transfer Belt Conveyors - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |




Current — Milestones
Progress — Summary
Critical

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-20-PR-1020 | Transfer Belt Conveyors - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1020 | Transfer Belt Conveyors - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1130 | Transfer Belt Conveyors - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1140 | Transfer Belt Conveyors - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Gypsum Rock Tripper Conveyor - 04-300-1000-2200 | | 15-Aug-25 | 15-Sep-25 |
| GZ-20-PR-1150 | Tripper Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1030 | Tripper Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1030 | Tripper Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1160 | Tripper Conveyor - Tripper Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1170 | Tripper Conveyor - Receive Certified Drawings | 02-Sep-25 | 15-Sep-25 |
| Gypsum Rock Storage Discharge Conveyor No. 1 - 04-300-2000-200 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1180 | Storage Discharge Conveyor 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1040 | Storage Discharge Conveyor 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1040 | Storage Discharge Conveyor 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1190 | Storage Discharge Conveyor 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1200 | Storage Discharge Conveyor 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Gypsum Rock Storage Discharge Conveyor No. 2 - 04-300-2000-300 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1210 | Storage Discharge Conveyor 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1050 | Storage Discharge Conveyor 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1050 | Storage Discharge Conveyor 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1220 | Storage Discharge Conveyor 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1230 | Storage Discharge Conveyor 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Recycle Feed Conveyor No. 1 - 04-300-3000-600 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1240 | Recycle Feed Conveyor 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1060 | Recycle Feed Conveyor 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1060 | Recycle Feed Conveyor 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1250 | Recycle Feed Conveyor 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1260 | Recycle Feed Conveyor 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Drum Dryer Discharge Belt Conveyor - 04-300-2000-3100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1270 | Recycle Feed Conveyor 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1070 | Recycle Feed Conveyor 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1070 | Recycle Feed Conveyor 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1280 | Recycle Feed Conveyor 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1290 | Recycle Feed Conveyor 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dihydrate Silo Feed Conveyor No. 1 - 04-3000-4000-100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1300 | Dihydrate Silo Feed Conveyor 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1080 | Dihydrate Silo Feed Conveyor 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1080 | Dihydrate Silo Feed Conveyor 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1310 | Dihydrate Silo Feed Conveyor 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1320 | Dihydrate Silo Feed Conveyor 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Belt Scales | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1330 | Belt Scales - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1340 | Belt Scales - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-1350 | Belt Scales - All Certified Drawings Received | | 16-Sep-25 |
| Gypsum Rock Transfer Conveyor No. 1 Belt scale - 04-300-1000-500 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1360 | Belt Scales - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1090 | Belt Scales - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1090 | Belt Scales - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1370 | Belt Scales - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1380 | Belt Scales - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Rock Screens | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1390 | Rock Screens - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1400 | Rock Screens - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-1410 | Rock Screens - All Certified Drawings Received | | 16-Sep-25 |
| Gypsum Rock Screen - 04-300-1000-0800 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1420 | Rock Screen - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1100 | Rock Screen - JEI Review | 18-Aug-25 | 29-Aug-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-20-PR-1100 | Rock Screen - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1430 | Rock Screen - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1440 | Rock Screen - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Crushers | | 04-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1450 | Crushers - All Approval Drawing Reviews Complete | | 04-Aug-25 |
| GZ-20-PR-1460 | Crushers - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1470 | Crushers - All Certified Drawings Received | | 16-Sep-25 |
| Gypsum Rock Crusher - 04-300-1000-0900 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1480 | Gypsum Rock Crusher - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1110 | Gypsum Rock Crusher - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1110 | Gypsum Rock Crusher - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1490 | Gypsum Rock Crusher - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1500 | Gypsum Rock Crusher - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Recycle Crusher - 04-300-3000-0200 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1530 | Recycle Crusher - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1120 | Recycle Crusher - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1120 | Recycle Crusher - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1510 | Recycle Crusher - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1520 | Recycle Crusher - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Dust Collectors | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1540 | Dust Collectors - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1550 | Dust Collectors - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-1560 | Dust Collectors - All Certified Drawings Received | | 16-Sep-25 |
| Gypsum Rock Transfer System Dust Collector - 04-300-1000-1400 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1570 | GR Transfer Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1130 | GR Transfer Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1130 | GR Transfer Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1580 | GR Transfer Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1590 | GR Transfer Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Recycle System Dust Collector - 04-300-3000-300 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1600 | Recycle Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1140 | Recycle Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1140 | Recycle Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1610 | Recycle Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1620 | Recycle Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Drum Dryer Dust Collector - 04-300-2000-1600 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1630 | Drum Dryer Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1150 | Drum Dryer Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1150 | Drum Dryer Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1640 | Drum Dryer Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1650 | Drum Dryer Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Refeed Silo Dust Collector - 04-300-2000-3900 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1660 | Stucco Refeed Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1160 | Stucco Refeed Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1160 | Stucco Refeed Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1670 | Stucco Refeed Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1680 | Stucco Refeed Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dihydrate Silo Feed Conveyor No. 1 Dust Collector - 04-300-4000-0300 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1690 | Dihydrate Silo Feed Conveyor 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1170 | Dihydrate Silo Feed Conveyor 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1170 | Dihydrate Silo Feed Conveyor 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1700 | Dihydrate Silo Feed Conveyor 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1710 | Dihydrate Silo Feed Conveyor 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Dust Collector Fans | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1720 | Dust Collector Fans - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1730 | Dust Collector Fans - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-1740 | Dust Collector Fans - All Certified Drawings Received | | 16-Sep-25 |




Current
Progress
Critical
Milestones
Summary

American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| Gypsum Rock Transfer System Dust Collector Fan - 04-300-1000-1600 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1750 | GR Transfer Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1180 | GR Transfer Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1180 | GR Transfer Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1760 | GR Transfer Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1770 | GR Transfer Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Recycle System Dust Collector Fans - 04-300-3000-500 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1780 | Recycle Dust Collector Fans - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1190 | Recycle Dust Collector Fans - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1190 | Recycle Dust Collector Fans - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1790 | Recycle Dust Collector Fans - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1800 | Recycle Dust Collector Fans - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Refeed Silo Dust Collector Fan - 04-300-2000-xxx | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1810 | Stucco Refeed Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1200 | Stucco Refeed Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1200 | Stucco Refeed Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1820 | Stucco Refeed Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1830 | Stucco Refeed Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Drum Dryer Dust Collector Fan - 04-300-2000-2000 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1840 | Drum Dryer Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1210 | Drum Dryer Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1210 | Drum Dryer Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1850 | Drum Dryer Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1860 | Drum Dryer Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dihydrate Silo Feed Conveyor No. 1 Dust Collector Fan - 04-300-4000-xxx | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1870 | Dihydrate Silo Feed Conveyor 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1220 | Dihydrate Silo Feed Conveyor 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1220 | Dihydrate Silo Feed Conveyor 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1880 | Dihydrate Silo Feed Conveyor 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1890 | Dihydrate Silo Feed Conveyor 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Reclaimers | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1900 | Reclaimers - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1910 | Reclaimers - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-1920 | Reclaimers - All Certified Drawings Received | | 16-Sep-25 |
| Gypsum Rock Storage Reclaimer - 04-300-2000-0100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1930 | GR Reclaimer - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1230 | GR Reclaimer - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1230 | GR Reclaimer - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-1940 | GR Reclaimer - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-1950 | GR Reclaimer - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Box Feeders | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1960 | Box Feeders - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-1970 | Box Feeders - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-1980 | Box Feeders - All Certified Drawings Received | | 16-Sep-25 |
| Recycle Feed Box Feeder - 04-300-3000-0800 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-1990 | Recycle Feed Box Feeder - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1240 | Recycle Feed Box Feeder - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1240 | Recycle Feed Box Feeder - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-2000 | Recycle Feed Box Feeder - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-2010 | Recycle Feed Box Feeder - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Drum Dryers | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2020 | Drum Dryers - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-2030 | Drum Dryers - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-2040 | Drum Dryers - All Certified Drawings Received | | 16-Sep-25 |
| Drum Dryer - 04-300-2000-1300 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2050 | Drum Dryer - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1250 | Drum Dryer - AG Client Review | 18-Aug-25 | 29-Aug-25 |




Current
Progress
Critical
Milestones
Summary

Docusign Envelope ID: 3DDB8D58-87CD-44D9-BAF7-1BBDD17880FB


American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-20-PR-1250 | Drum Dryer - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-2060 | Drum Dryer - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-2070 | Drum Dryer - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Air Fans | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2080 | Air Fans - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-2090 | Air Fans - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-2100 | Air Fans - All Certified Drawings Received | | 16-Sep-25 |
| Drum Dryer Air Fan - 04-300-2000-1200, 04-300-2000-2600 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2110 | Drum Dryer Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1260 | Drum Dryer Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1260 | Drum Dryer Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-2120 | Drum Dryer Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-2130 | Drum Dryer Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Screw Conveyors | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2140 | Screw Conveyors - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-2150 | Screw Conveyors - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-2160 | Screw Conveyors - All Certified Drawings Received | | 16-Sep-25 |
| Drum Dryer Discharge Screw Conveyors - 04-300-2000-2300, 04-300-2000-2400, 04-300-2000-2500 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2170 | Drum Dryer Discharge Screw Conveyors - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-20-PR-1270 | Drum Dryer Discharge Screw Conveyors - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-20-PR-1270 | Drum Dryer Discharge Screw Conveyors - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-2180 | Drum Dryer Discharge Screw Conveyors - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-2190 | Drum Dryer Discharge Screw Conveyors - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Purge Screw Conveyor - 04-300-2000-4100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2200 | Stucco Purge Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1280 | Stucco Purge Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1280 | Stucco Purge Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-2210 | Stucco Purge Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-2220 | Stucco Purge Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 20 - Silos | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2230 | Silos - All Approval Drawings Received | | 15-Aug-25 |
| GZ-20-PR-2240 | Silos - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-20-PR-2250 | Silos - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Refeed Silo - 04-300-2000-3500 | | 15-Aug-25 | 16-Sep-25 |
| GZ-20-PR-2260 | Stucco Refeed Silo - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-20-PR-1290 | Stucco Refeed Silo - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-20-PR-1290 | Stucco Refeed Silo - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-20-PR-2270 | Stucco Refeed Silo - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-20-PR-2280 | Stucco Refeed Silo - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Calcining Equipment | | 04-Aug-25 | 16-Sep-25 |
| Area 30 - Silos | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1000 | Silos - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-1010 | Silos - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-1020 | Silos - All Certified Drawings Received | | 16-Sep-25 |
| Calcining Silo No. 1 - 04-300-6000-0100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1030 | Calcining Silo 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1000 | Calcining Silo 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1000 | Calcining Silo 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1040 | Calcining Silo 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1050 | Calcining Silo 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Silo No. 2 - 04-300-5000-0100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1060 | Calcining Silo 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1010 | Calcining Silo 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1010 | Calcining Silo 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1070 | Calcining Silo 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1080 | Calcining Silo 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 1 - 04-500-1000-0100 | | 15-Aug-25 | 16-Sep-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-1090 | Stucco Storage Silo 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1020 | Stucco Storage Silo 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1020 | Stucco Storage Silo 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1100 | Stucco Storage Silo 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1110 | Stucco Storage Silo 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 2 - 04-500-1000-1700 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1120 | Stucco Storage Silo 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1030 | Stucco Storage Silo 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1030 | Stucco Storage Silo 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1130 | Stucco Storage Silo 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1140 | Stucco Storage Silo 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 3 - 04-500-1000-2200 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1150 | Stucco Storage Silo 3 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1040 | Stucco Storage Silo 3 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1040 | Stucco Storage Silo 3 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1160 | Stucco Storage Silo 3 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1170 | Stucco Storage Silo 3 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 4 - 04-500-1000-2800 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1180 | Stucco Storage Silo 4 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1050 | Stucco Storage Silo 4 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1050 | Stucco Storage Silo 4 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1190 | Stucco Storage Silo 4 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1200 | Stucco Storage Silo 4 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Silo | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1210 | Starch Silo - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1060 | Starch Silo - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1060 | Starch Silo - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1220 | Starch Silo - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1230 | Starch Silo - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Silo | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1240 | Vermiculate Silo - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1070 | Vermiculate Silo - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1070 | Vermiculate Silo - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1250 | Vermiculate Silo - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1260 | Vermiculate Silo - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| BMA Silo | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1270 | BMA Silo - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1080 | BMA Silo - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1080 | BMA Silo - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1280 | BMA Silo - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1290 | BMA Silo - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Hoppers | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1300 | Hoppers - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-1310 | Hoppers - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-1320 | Hoppers - All Certified Drawings Received | | 16-Sep-25 |
| Boric Acid Feed Hopper | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1330 | Boric Acid Feed Hopper - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1090 | Boric Acid Feed Hopper - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1090 | Boric Acid Feed Hopper - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1340 | Boric Acid Feed Hopper - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1350 | Boric Acid Feed Hopper - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dextrose Feed Hopper | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1360 | Dextrose Feed Hopper - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1100 | Dextrose Feed Hopper - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1100 | Dextrose Feed Hopper - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1370 | Dextrose Feed Hopper - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1380 | Dextrose Feed Hopper - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |

Legend: Current, Progress, Critical, Milestones, Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| STMP Feed Hopper | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1390 | STMP Feed Hopper - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1110 | STMP Feed Hopper - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1110 | STMP Feed Hopper - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1400 | STMP Feed Hopper - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1410 | STMP Feed Hopper - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Feed Hopper No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1420 | Starch Feed Hopper 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1120 | Starch Feed Hopper 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1120 | Starch Feed Hopper 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1430 | Starch Feed Hopper 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1440 | Starch Feed Hopper 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Feed Hopper No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1450 | Starch Feed Hopper 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1130 | Starch Feed Hopper 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1130 | Starch Feed Hopper 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1460 | Starch Feed Hopper 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1470 | Starch Feed Hopper 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Belt Conveyors | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1480 | Belt Conveyors - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-1490 | Belt Conveyors - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-1500 | Belt Conveyors - All Certified Drawings Received | | 16-Sep-25 |
| Calcining Feed Bucket Elevator Discharge Belt Conveyor - 04-300-2000-3400 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1510 | Calcining Feed Bucket Elevator Belt Conveyor- Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1140 | Calcining Feed Bucket Elevator Belt Conveyor- JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1140 | Calcining Feed Bucket Elevator Belt Conveyor- AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1520 | Calcining Feed Bucket Elevator Belt Conveyor- Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1530 | Calcining Feed Bucket Elevator Belt Conveyor- Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Roller Mill No. 1 Feed Conveyor - 04-300-6000-0500 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1540 | Calcining Roller Mill 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1150 | Calcining Roller Mill 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1150 | Calcining Roller Mill 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1550 | Calcining Roller Mill 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1560 | Calcining Roller Mill 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Roller Mill No. 2 Feed Conveyor - 04-300-5000-0500 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1570 | Calcining Roller Mill 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1160 | Calcining Roller Mill 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1160 | Calcining Roller Mill 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1580 | Calcining Roller Mill 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1590 | Calcining Roller Mill 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Metering Belt Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1600 | Stucco Metering Belt Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1170 | Stucco Metering Belt Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1170 | Stucco Metering Belt Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1610 | Stucco Metering Belt Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1620 | Stucco Metering Belt Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Roller Mills | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1630 | Roller Mills - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-1640 | Roller Mills - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-1650 | Roller Mills - All Certified Drawings Received | | 16-Sep-25 |
| Calcining Roller Mill No. 1 - 04-300-6000-1000 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1660 | Calcining Roller Mill 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1180 | Calcining Roller Mill 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1180 | Calcining Roller Mill 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1670 | Calcining Roller Mill 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1680 | Calcining Roller Mill 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Roller Mill No. 2 - 04-300-5000-1000 | | 15-Aug-25 | 16-Sep-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-1690 | Calcining Roller Mill 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1190 | Calcining Roller Mill 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1190 | Calcining Roller Mill 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1700 | Calcining Roller Mill 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1710 | Calcining Roller Mill 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Classifiers | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1720 | Classifiers - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-1730 | Classifiers - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-1740 | Classifiers - All Certified Drawings Received | | 16-Sep-25 |
| Calcining Roller Mill No. 1 Classifier - 04-300-6000-1900 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1750 | Calcining Roller Mill 1 Classifier - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1200 | Calcining Roller Mill 1 Classifier - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1200 | Calcining Roller Mill 1 Classifier - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1760 | Calcining Roller Mill 1 Classifier - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1770 | Calcining Roller Mill 1 Classifier - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Roller Mill No. 2 Classifier - 04-300-5000-1900 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1780 | Calcining Roller Mill 2 Classifier - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1210 | Calcining Roller Mill 2 Classifier - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1210 | Calcining Roller Mill 2 Classifier - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1790 | Calcining Roller Mill 2 Classifier - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1800 | Calcining Roller Mill 2 Classifier - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Air Fans | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1810 | Air Fans - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-1820 | Air Fans - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-1830 | Air Fans - All Certified Drawings Received | | 16-Sep-25 |
| Calcining Roller Mill No. 1 Seal Air Fan - 04-300-6000-1600 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1840 | Calcining Roller Mill 1 Seal Air Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1220 | Calcining Roller Mill 1 Seal Air Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1220 | Calcining Roller Mill 1 Seal Air Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1850 | Calcining Roller Mill 1 Seal Air Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1860 | Calcining Roller Mill 1 Seal Air Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Roller Mill No. 1 Hot Gas Generator Air Fan - 04-300-6000-0800 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1870 | Calcining Roller Mill 1 Hot Gas Generator Air Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1230 | Calcining Roller Mill 1 Hot Gas Generator Air Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1230 | Calcining Roller Mill 1 Hot Gas Generator Air Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1880 | Calcining Roller Mill 1 Hot Gas Generator Air Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1890 | Calcining Roller Mill 1 Hot Gas Generator Air Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 1 Cooling Air Fan - 04-300-6000-4400 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1900 | Stucco Drum Cooler 1 Cooling Air Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1240 | Stucco Drum Cooler 1 Cooling Air Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1240 | Stucco Drum Cooler 1 Cooling Air Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1910 | Stucco Drum Cooler 1 Cooling Air Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1920 | Stucco Drum Cooler 1 Cooling Air Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Roller Mill No. 2 Hot Gas Generator Air Fan - 04-300-5000-0800 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1930 | Calcining Roller Mill 2 Hot Gas Generator Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1250 | Calcining Roller Mill 2 Hot Gas Generator Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1250 | Calcining Roller Mill 2 Hot Gas Generator Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1940 | Calcining Roller Mill 2 Hot Gas Generator Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1950 | Calcining Roller Mill 2 Hot Gas Generator Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Roller Mill No. 2 Seal Air Fan - 04-300-5000-1600 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1960 | Calcining Roller Mill 2 Seal Air Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1260 | Calcining Roller Mill 2 Seal Air Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1260 | Calcining Roller Mill 2 Seal Air Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-1970 | Calcining Roller Mill 2 Seal Air Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-1980 | Calcining Roller Mill 2 Seal Air Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 2 Cooling Air Fan - 04-300-5000-4400 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-1990 | Stucco Drum Cooler 2 Cooling Air Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |




Current
Progress
Critical
Milestones
Summary

Docusign Envelope ID: 3DDB8D58-87CD-44D9-BAF7-1BBDD17880FB


American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-30-PR-1270 | Stucco Drum Cooler 2 Cooling Air Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1270 | Stucco Drum Cooler 2 Cooling Air Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2000 | Stucco Drum Cooler 2 Cooling Air Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2010 | Stucco Drum Cooler 2 Cooling Air Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Generators | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2020 | Generators - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-2030 | Generators - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-2040 | Generators - All Certified Drawings Received | | 16-Sep-25 |
| Calcining Roller Mill No. 1 Hot Gas Generator - 04-300-6000-0700 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2050 | Calcining Roller Mill No. 1 Hot Gas Generator - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1280 | Calcining Roller Mill No. 1 Hot Gas Generator - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1280 | Calcining Roller Mill No. 1 Hot Gas Generator - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2060 | Calcining Roller Mill No. 1 Hot Gas Generator - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2070 | Calcining Roller Mill No. 1 Hot Gas Generator - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Calcining Roller Mill No. 2 Hot Gas Generator - 04-300-5000-0700 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2080 | Calcining Roller Mill No. 2 Hot Gas Generator - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1290 | Calcining Roller Mill No. 2 Hot Gas Generator - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1290 | Calcining Roller Mill No. 2 Hot Gas Generator - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2090 | Calcining Roller Mill No. 2 Hot Gas Generator - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2100 | Calcining Roller Mill No. 2 Hot Gas Generator - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Dust Collectors | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2110 | Dust Collectors - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-2120 | Dust Collectors - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-2130 | Dust Collectors - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Dust Collector No. 1 - 04-300-6000-2000 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2140 | Stucco Dust Collector No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1300 | Stucco Dust Collector No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1300 | Stucco Dust Collector No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2150 | Stucco Dust Collector No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2160 | Stucco Dust Collector No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 1 Dust Collector - 04-300-6000-5000 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2170 | Stucco Cooling Line No. 1 Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1310 | Stucco Cooling Line No. 1 Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1310 | Stucco Cooling Line No. 1 Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2180 | Stucco Cooling Line No. 1 Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2190 | Stucco Cooling Line No. 1 Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Dust Collector No. 2 - 04-300-6000-2000 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2200 | Stucco Dust Collector No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1320 | Stucco Dust Collector No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1320 | Stucco Dust Collector No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2210 | Stucco Dust Collector No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2220 | Stucco Dust Collector No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 2 Dust Collector - 04-300-5000-5100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2230 | Stucco Dust Collector No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1330 | Stucco Dust Collector No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1330 | Stucco Dust Collector No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2240 | Stucco Dust Collector No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2250 | Stucco Dust Collector No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 1 Dust Collector - 04-500-1000-0400 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2260 | Stucco Storage Silo No. 1 Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1340 | Stucco Storage Silo No. 1 Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1340 | Stucco Storage Silo No. 1 Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2270 | Stucco Storage Silo No. 1 Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2280 | Stucco Storage Silo No. 1 Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 2 Dust Collector - 04-500-1000-2000 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2290 | Stucco Storage Silo No. 2 Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1350 | Stucco Storage Silo No. 2 Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-30-PR-1350 | Stucco Storage Silo No. 2 Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2300 | Stucco Storage Silo No. 2 Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2310 | Stucco Storage Silo No. 2 Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 3 Dust Collector - 04-500-1000-2500 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2320 | Stucco Storage Silo No. 3 Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1360 | Stucco Storage Silo No. 3 Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1360 | Stucco Storage Silo No. 3 Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2330 | Stucco Storage Silo No. 3 Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2340 | Stucco Storage Silo No. 3 Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 4 Dust Collector - 04-500-1000-3100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2350 | Stucco Storage Silo No. 4 Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1370 | Stucco Storage Silo No. 4 Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1370 | Stucco Storage Silo No. 4 Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2360 | Stucco Storage Silo No. 4 Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2370 | Stucco Storage Silo No. 4 Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Metering Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2380 | Stucco Metering Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1380 | Stucco Metering Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1380 | Stucco Metering Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2390 | Stucco Metering Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2400 | Stucco Metering Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Boric Acid Dust Collectors | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2410 | Boric Acid Dust Collectors - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1390 | Boric Acid Dust Collectors - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1390 | Boric Acid Dust Collectors - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2420 | Boric Acid Dust Collectors - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2430 | Boric Acid Dust Collectors - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dextrose Dust Collectors | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2440 | Dextrose Dust Collectors - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1400 | Dextrose Dust Collectors - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1400 | Dextrose Dust Collectors - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2450 | Dextrose Dust Collectors - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2460 | Dextrose Dust Collectors - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| STMP Dust Collectors | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2470 | STMP Dust Collectors - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1410 | STMP Dust Collectors - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1410 | STMP Dust Collectors - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2480 | STMP Dust Collectors - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2490 | STMP Dust Collectors - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Silo Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2500 | Starch Silo Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1420 | Starch Silo Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1420 | Starch Silo Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2510 | Starch Silo Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2520 | Starch Silo Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Bulk Bag Unloader Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2530 | Starch Bulk Bag Unloader Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1430 | Starch Bulk Bag Unloader Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1430 | Starch Bulk Bag Unloader Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2540 | Starch Bulk Bag Unloader Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2550 | Starch Bulk Bag Unloader Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Feed Bin Dust Collector No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2560 | Starch Feed Bin Dust Collector No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1440 | Starch Feed Bin Dust Collector No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1440 | Starch Feed Bin Dust Collector No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2570 | Starch Feed Bin Dust Collector No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2580 | Starch Feed Bin Dust Collector No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |




Current
Progress
Critical
Milestones
Summary

American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| Starch Feed Bin Dust Collector No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2590 | Starch Feed Bin Dust Collector No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1450 | Starch Feed Bin Dust Collector No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1450 | Starch Feed Bin Dust Collector No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2600 | Starch Feed Bin Dust Collector No. 2 - Starch Feed Bin Dust Collector No. 2 - Return... | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2610 | Starch Feed Bin Dust Collector No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Main Bulk Bag Unloader Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2620 | Main Bulk Bag Unloader Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1460 | Main Bulk Bag Unloader Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1460 | Main Bulk Bag Unloader Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2630 | Main Bulk Bag Unloader Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2640 | Main Bulk Bag Unloader Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| 50 LB Bulk Bag Unloader Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2650 | 50 LB Bulk Bag Unloader Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1470 | 50 LB Bulk Bag Unloader Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1470 | 50 LB Bulk Bag Unloader Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2660 | 50 LB Bulk Bag Unloader Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2670 | 50 LB Bulk Bag Unloader Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Bulk Bag Unloader Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2680 | Vermiculate Bulk Bag Unloader Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1480 | Vermiculate Bulk Bag Unloader Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1480 | Vermiculate Bulk Bag Unloader Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2690 | Vermiculate Bulk Bag Unloader Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2700 | Vermiculate Bulk Bag Unloader Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Silo Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2710 | Vermiculate Silo Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1490 | Vermiculate Silo Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1490 | Vermiculate Silo Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2720 | Vermiculate Silo Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2730 | Vermiculate Silo Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Feed Bin Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2740 | Vermiculate Feed Bin Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1500 | Vermiculate Feed Bin Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1500 | Vermiculate Feed Bin Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2750 | Vermiculate Feed Bin Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2760 | Vermiculate Feed Bin Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Spare Feed Bin Dust Collector | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2770 | Spare Feed Bin Dust Collector - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1510 | Spare Feed Bin Dust Collector - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1510 | Spare Feed Bin Dust Collector - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2780 | Spare Feed Bin Dust Collector - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2790 | Spare Feed Bin Dust Collector - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Dust Collector Fans | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2800 | Dust Collector Fans - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-2810 | Dust Collector Fans - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-2820 | Dust Collector Fans - All Certified Drawings Received | | 16-Sep-25 |
| Starch Silo Dust Collector Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2830 | Starch Silo Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1520 | Starch Silo Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1520 | Starch Silo Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2840 | Starch Silo Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2850 | Starch Silo Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Bulk Bag Unloader Dust Collector Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2860 | Starch Bulk Bag Unloader Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1530 | Starch Bulk Bag Unloader Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1530 | Starch Bulk Bag Unloader Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2870 | Starch Bulk Bag Unloader Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |




Current | Milestones | Progress | Summary | Critical

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-2880 | Starch Bulk Bag Unloader Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Feed Bin Dust Collector Fan No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2890 | Starch Feed Bin Dust Collector Fan No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1540 | Starch Feed Bin Dust Collector Fan No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1540 | Starch Feed Bin Dust Collector Fan No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2900 | Starch Feed Bin Dust Collector Fan No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2910 | Starch Feed Bin Dust Collector Fan No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Feed Bin Dust Collector Fan No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2920 | Starch Feed Bin Dust Collector Fan No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1550 | Starch Feed Bin Dust Collector Fan No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1550 | Starch Feed Bin Dust Collector Fan No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2930 | Starch Feed Bin Dust Collector Fan No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2940 | Starch Feed Bin Dust Collector Fan No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Main Bulk Bag Unloader Dust Collector Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2950 | Main Bulk Bag Unloader Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1560 | Main Bulk Bag Unloader Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1560 | Main Bulk Bag Unloader Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2960 | Main Bulk Bag Unloader Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-2970 | Main Bulk Bag Unloader Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| 50 LB Bulk Bag Unloader Dust Collector Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-2980 | 50 LB Bulk Bag Unloader Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1570 | 50 LB Bulk Bag Unloader Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1570 | 50 LB Bulk Bag Unloader Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-2990 | 50 LB Bulk Bag Unloader Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3000 | 50 LB Bulk Bag Unloader Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Bulk Bag Unloader Dust Collector Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3010 | Vermiculate Bulk Bag Unloader Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1580 | Vermiculate Bulk Bag Unloader Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1580 | Vermiculate Bulk Bag Unloader Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3020 | Vermiculate Bulk Bag Unloader Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3030 | Vermiculate Bulk Bag Unloader Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Silo Dust Collector Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3040 | Vermiculate Silo Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1590 | Vermiculate Silo Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1590 | Vermiculate Silo Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3050 | Vermiculate Silo Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3060 | Vermiculate Silo Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Feed Bin Dust Collector Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3070 | Vermiculate Feed Bin Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1600 | Vermiculate Feed Bin Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1600 | Vermiculate Feed Bin Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3080 | Vermiculate Feed Bin Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3090 | Vermiculate Feed Bin Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Spare Feed Bin Dust Collector Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3100 | Spare Feed Bin Dust Collector Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1610 | Spare Feed Bin Dust Collector Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1610 | Spare Feed Bin Dust Collector Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3110 | Spare Feed Bin Dust Collector Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3120 | Spare Feed Bin Dust Collector Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - ID Fans | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3130 | ID Fans - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-3140 | ID Fans - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-3150 | ID Fans - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Dust Collector No. 1 ID Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3160 | Stucco Dust Collector No. 1 ID Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1620 | Stucco Dust Collector No. 1 ID Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1620 | Stucco Dust Collector No. 1 ID Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-3170 | Stucco Dust Collector No. 1 ID Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3180 | Stucco Dust Collector No. 1 ID Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 1 Dust Collector ID Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3190 | Stucco Cooling Line No. 1 Dust Collector ID Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1630 | Stucco Cooling Line No. 1 Dust Collector ID Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1630 | Stucco Cooling Line No. 1 Dust Collector ID Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3200 | Stucco Cooling Line No. 1 Dust Collector ID Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3210 | Stucco Cooling Line No. 1 Dust Collector ID Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Dust Collector No. 2 ID Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3220 | Stucco Dust Collector No. 2 ID Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1640 | Stucco Dust Collector No. 2 ID Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1640 | Stucco Dust Collector No. 2 ID Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3230 | Stucco Dust Collector No. 2 ID Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3240 | Stucco Dust Collector No. 2 ID Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 2 Dust Collector ID Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3250 | Stucco Cooling Line No. 2 Dust Collector ID Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1650 | Stucco Cooling Line No. 2 Dust Collector ID Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1650 | Stucco Cooling Line No. 2 Dust Collector ID Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3260 | Stucco Cooling Line No. 2 Dust Collector ID Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3270 | Stucco Cooling Line No. 2 Dust Collector ID Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Metering Dust Collector ID Fan | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3280 | Stucco Metering Dust Collector ID Fan - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1660 | Stucco Metering Dust Collector ID Fan - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1660 | Stucco Metering Dust Collector ID Fan - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3290 | Stucco Metering Dust Collector ID Fan - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3300 | Stucco Metering Dust Collector ID Fan - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Screws | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3310 | Screws - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-3320 | Screws - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-3330 | Screws - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Dust Collector No. 1 Transfer Screw No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3340 | Stucco Dust Collector No. 1 Transfer Screw No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1670 | Stucco Dust Collector No. 1 Transfer Screw No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1670 | Stucco Dust Collector No. 1 Transfer Screw No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3350 | Stucco Dust Collector No. 1 Transfer Screw No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3360 | Stucco Dust Collector No. 1 Transfer Screw No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Dust Collector No. 1 Transfer Screw No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3370 | Stucco Dust Collector No. 1 Transfer Screw No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1680 | Stucco Dust Collector No. 1 Transfer Screw No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1680 | Stucco Dust Collector No. 1 Transfer Screw No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3380 | Stucco Dust Collector No. 1 Transfer Screw No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3390 | Stucco Dust Collector No. 1 Transfer Screw No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 1 Bypass Screw No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3400 | Stucco Drum Cooler No. 1 Bypass Screw No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1690 | Stucco Drum Cooler No. 1 Bypass Screw No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1690 | Stucco Drum Cooler No. 1 Bypass Screw No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3410 | Stucco Drum Cooler No. 1 Bypass Screw No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3420 | Stucco Drum Cooler No. 1 Bypass Screw No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 1 Bypass Screw No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3430 | Stucco Drum Cooler No. 1 Bypass Screw No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1700 | Stucco Drum Cooler No. 1 Bypass Screw No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1700 | Stucco Drum Cooler No. 1 Bypass Screw No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3440 | Stucco Drum Cooler No. 1 Bypass Screw No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3450 | Stucco Drum Cooler No. 1 Bypass Screw No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 1 Feed Screw | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3460 | Stucco Drum Cooler No. 1 Feed Screw - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1710 | Stucco Drum Cooler No. 1 Feed Screw - JEI Review | 18-Aug-25 | 29-Aug-25 |




Current | Milestones
Progress | Summary
Critical

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-30-PR-1710 | Stucco Drum Cooler No. 1 Feed Screw - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3470 | Stucco Drum Cooler No. 1 Feed Screw - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3480 | Stucco Drum Cooler No. 1 Feed Screw - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Dust Collector No. 2 Transfer Screw No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3490 | Stucco Dust Collector No. 2 Transfer Screw No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1720 | Stucco Dust Collector No. 2 Transfer Screw No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1720 | Stucco Dust Collector No. 2 Transfer Screw No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3500 | Stucco Dust Collector No. 2 Transfer Screw No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3510 | Stucco Dust Collector No. 2 Transfer Screw No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Dust Collector No. 2 Transfer Screw No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3520 | Stucco Dust Collector No. 2 Transfer Screw No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1730 | Stucco Dust Collector No. 2 Transfer Screw No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1730 | Stucco Dust Collector No. 2 Transfer Screw No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3530 | Stucco Dust Collector No. 2 Transfer Screw No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3540 | Stucco Dust Collector No. 2 Transfer Screw No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 2 Bypass Screw No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3550 | Stucco Drum Cooler No. 2 Bypass Screw No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1740 | Stucco Drum Cooler No. 2 Bypass Screw No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1740 | Stucco Drum Cooler No. 2 Bypass Screw No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3560 | Stucco Drum Cooler No. 2 Bypass Screw No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3570 | Stucco Drum Cooler No. 2 Bypass Screw No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 2 Bypass Screw No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3580 | Stucco Drum Cooler No. 2 Bypass Screw No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1750 | Stucco Drum Cooler No. 2 Bypass Screw No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1750 | Stucco Drum Cooler No. 2 Bypass Screw No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3590 | Stucco Drum Cooler No. 2 Bypass Screw No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3600 | Stucco Drum Cooler No. 2 Bypass Screw No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 2 Feed Screw | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3610 | Stucco Drum Cooler No. 2 Feed Screw - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1760 | Stucco Drum Cooler No. 2 Feed Screw - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1760 | Stucco Drum Cooler No. 2 Feed Screw - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3620 | Stucco Drum Cooler No. 2 Feed Screw - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3630 | Stucco Drum Cooler No. 2 Feed Screw - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Screens | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3640 | Screens - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-3650 | Screens - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-3660 | Screens - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Cooling Line No. 1 Screen No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3670 | Stucco Cooling Line No. 1 Screen No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1770 | Stucco Cooling Line No. 1 Screen No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1770 | Stucco Cooling Line No. 1 Screen No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3680 | Stucco Cooling Line No. 1 Screen No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3690 | Stucco Cooling Line No. 1 Screen No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 1 Screen No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3700 | Stucco Cooling Line No. 1 Screen No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1780 | Stucco Cooling Line No. 1 Screen No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1780 | Stucco Cooling Line No. 1 Screen No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3710 | Stucco Cooling Line No. 1 Screen No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3720 | Stucco Cooling Line No. 1 Screen No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 2 Screen No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3730 | Stucco Cooling Line No. 2 Screen No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1790 | Stucco Cooling Line No. 2 Screen No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1790 | Stucco Cooling Line No. 2 Screen No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3740 | Stucco Cooling Line No. 2 Screen No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3750 | Stucco Cooling Line No. 2 Screen No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 2 Screen No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3760 | Stucco Cooling Line No. 2 Screen No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |

Current · Progress · Critical · Milestones · Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-30-PR-1800 | Stucco Cooling Line No. 2 Screen No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1800 | Stucco Cooling Line No. 2 Screen No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3770 | Stucco Cooling Line No. 2 Screen No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3780 | Stucco Cooling Line No. 2 Screen No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Screw Conveyors | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3790 | Screw Conveyors - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-3800 | Screw Conveyors - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-3810 | Screw Conveyors - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Dust Collector No. 1 Discharge Screw Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3820 | Stucco Dust Collector No. 1 Discharge Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1810 | Stucco Dust Collector No. 1 Discharge Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1810 | Stucco Dust Collector No. 1 Discharge Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3830 | Stucco Dust Collector No. 1 Discharge Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3840 | Stucco Dust Collector No. 1 Discharge Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 1 Discharge Screw Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3850 | Stucco Drum Cooler No. 1 Discharge Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1820 | Stucco Drum Cooler No. 1 Discharge Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1820 | Stucco Drum Cooler No. 1 Discharge Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3860 | Stucco Drum Cooler No. 1 Discharge Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3870 | Stucco Drum Cooler No. 1 Discharge Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Supply Screw Conveyor No. 1 - 04-300-9000-0300 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3880 | Stucco Storage Supply Screw Conveyor No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1830 | Stucco Storage Supply Screw Conveyor No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1830 | Stucco Storage Supply Screw Conveyor No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3890 | Stucco Storage Supply Screw Conveyor No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3900 | Stucco Storage Supply Screw Conveyor No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Supply Screw Conveyor No. 2 - 04-300-9000-0500 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3910 | Stucco Storage Supply Screw Conveyor No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1840 | Stucco Storage Supply Screw Conveyor No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1840 | Stucco Storage Supply Screw Conveyor No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3920 | Stucco Storage Supply Screw Conveyor No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3930 | Stucco Storage Supply Screw Conveyor No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Supply Screw Conveyor No. 3 - 04-300-9000-0700 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3940 | Stucco Storage Supply Screw Conveyor No. 3 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1850 | Stucco Storage Supply Screw Conveyor No. 3 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1850 | Stucco Storage Supply Screw Conveyor No. 3 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3950 | Stucco Storage Supply Screw Conveyor No. 3 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3960 | Stucco Storage Supply Screw Conveyor No. 3 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Dust Collector No. 2 Discharge Screw Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-3970 | Stucco Dust Collector No. 2 Discharge Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1860 | Stucco Dust Collector No. 2 Discharge Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1860 | Stucco Dust Collector No. 2 Discharge Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-3980 | Stucco Dust Collector No. 2 Discharge Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-3990 | Stucco Dust Collector No. 2 Discharge Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 2 Discharge Screw Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4000 | Stucco Drum Cooler No. 2 Discharge Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1870 | Stucco Drum Cooler No. 2 Discharge Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1870 | Stucco Drum Cooler No. 2 Discharge Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4010 | Stucco Drum Cooler No. 2 Discharge Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4020 | Stucco Drum Cooler No. 2 Discharge Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 1 Discharge Screw Conveyors (4x) | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4030 | Stucco Cooling Line No. 1 Discharge Screw Conveyors (4x) - Receive Approval Draw... | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1880 | Stucco Cooling Line No. 1 Discharge Screw Conveyors (4x) - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1880 | Stucco Cooling Line No. 1 Discharge Screw Conveyors (4x) - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4040 | Stucco Cooling Line No. 1 Discharge Screw Conveyors (4x) - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4050 | Stucco Cooling Line No. 1 Discharge Screw Conveyors (4x) - Receive Certified Drawi... | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Discharge Screw Conveyor No. 1 | | 15-Aug-25 | 16-Sep-25 |




Current
Progress
Critical
Milestones
Summary

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-4060 | Stucco Storage Discharge Screw Conveyor No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1890 | Stucco Storage Discharge Screw Conveyor No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1890 | Stucco Storage Discharge Screw Conveyor No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4070 | Stucco Storage Discharge Screw Conveyor No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4080 | Stucco Storage Discharge Screw Conveyor No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Discharge Screw Conveyor No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4090 | Stucco Storage Discharge Screw Conveyor No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1900 | Stucco Storage Discharge Screw Conveyor No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1900 | Stucco Storage Discharge Screw Conveyor No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4100 | Stucco Storage Discharge Screw Conveyor No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4110 | Stucco Storage Discharge Screw Conveyor No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Discharge Screw Conveyor No. 3 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4120 | Stucco Storage Discharge Screw Conveyor No. 3 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1910 | Stucco Storage Discharge Screw Conveyor No. 3 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1910 | Stucco Storage Discharge Screw Conveyor No. 3 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4130 | Stucco Storage Discharge Screw Conveyor No. 3 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4140 | Stucco Storage Discharge Screw Conveyor No. 3 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Discharge Screw Conveyor No. 4 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4150 | Stucco Storage Discharge Screw Conveyor No. 4 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1920 | Stucco Storage Discharge Screw Conveyor No. 4 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1920 | Stucco Storage Discharge Screw Conveyor No. 4 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4160 | Stucco Storage Discharge Screw Conveyor No. 4 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4170 | Stucco Storage Discharge Screw Conveyor No. 4 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Bucket Elevator Outlet Screw Conveyor No. 1 - 04-500-1000-0800 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4180 | Stucco Bucket Elevator Outlet Screw Conveyor No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1930 | Stucco Bucket Elevator Outlet Screw Conveyor No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1930 | Stucco Bucket Elevator Outlet Screw Conveyor No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4190 | Stucco Bucket Elevator Outlet Screw Conveyor No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4200 | Stucco Bucket Elevator Outlet Screw Conveyor No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Return Screw Conveyor No. 1 - 04-500-1000-0900 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4210 | Stucco Storage Return Screw Conveyor No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1940 | Stucco Storage Return Screw Conveyor No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1940 | Stucco Storage Return Screw Conveyor No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4220 | Stucco Storage Return Screw Conveyor No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4230 | Stucco Storage Return Screw Conveyor No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Return Screw Conveyor No. 2 - 04-500-1000-1100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4240 | Stucco Storage Return Screw Conveyor No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1950 | Stucco Storage Return Screw Conveyor No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1950 | Stucco Storage Return Screw Conveyor No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4250 | Stucco Storage Return Screw Conveyor No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4260 | Stucco Storage Return Screw Conveyor No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Return Screw Conveyor No. 3 - 04-500-1000-1300 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4270 | Stucco Storage Return Screw Conveyor No. 3 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1960 | Stucco Storage Return Screw Conveyor No. 3 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1960 | Stucco Storage Return Screw Conveyor No. 3 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4280 | Stucco Storage Return Screw Conveyor No. 3 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4290 | Stucco Storage Return Screw Conveyor No. 3 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Metering Supply Screw Conveyor No. 1 - 04-500-1000-5100 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4300 | Stucco Metering Supply Screw Conveyor No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1970 | Stucco Metering Supply Screw Conveyor No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1970 | Stucco Metering Supply Screw Conveyor No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4310 | Stucco Metering Supply Screw Conveyor No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4320 | Stucco Metering Supply Screw Conveyor No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Metering Supply Screw Conveyor No. 2 - 04-500-1000-5200 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4330 | Stucco Metering Supply Screw Conveyor No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-1980 | Stucco Metering Supply Screw Conveyor No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-1980 | Stucco Metering Supply Screw Conveyor No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-4340 | Stucco Metering Supply Screw Conveyor No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4350 | Stucco Metering Supply Screw Conveyor No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Drum Coolers | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4360 | Drum Coolers - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-4370 | Drum Coolers - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-4380 | Drum Coolers - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Drum Cooler No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4390 | Stucco Drum Cooler No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-1990 | Stucco Drum Cooler No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-1990 | Stucco Drum Cooler No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4400 | Stucco Drum Cooler No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4410 | Stucco Drum Cooler No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Drum Cooler No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4420 | Stucco Drum Cooler No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2000 | Stucco Drum Cooler No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2000 | Stucco Drum Cooler No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4430 | Stucco Drum Cooler No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4440 | Stucco Drum Cooler No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Bucket Elevators | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4450 | Bucket Elevators - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-4460 | Bucket Elevators - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-4470 | Bucket Elevators - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Cooling Line No. 1 Bucket Elevator | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4480 | Stucco Cooling Line No. 1 Bucket Elevator - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2010 | Stucco Cooling Line No. 1 Bucket Elevator - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2010 | Stucco Cooling Line No. 1 Bucket Elevator - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4490 | Stucco Cooling Line No. 1 Bucket Elevator - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4500 | Stucco Cooling Line No. 1 Bucket Elevator - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 2 Bucket Elevator | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4510 | Stucco Cooling Line No. 2 Bucket Elevator - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2020 | Stucco Cooling Line No. 2 Bucket Elevator - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2020 | Stucco Cooling Line No. 2 Bucket Elevator - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4520 | Stucco Cooling Line No. 2 Bucket Elevator - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4530 | Stucco Cooling Line No. 2 Bucket Elevator - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Supply Bucket Elevator - 04-500-1000-0700 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4540 | Stucco Supply Bucket Elevator - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2030 | Stucco Supply Bucket Elevator - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2030 | Stucco Supply Bucket Elevator - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4550 | Stucco Supply Bucket Elevator - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4560 | Stucco Supply Bucket Elevator - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Pneumatic Systems | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4570 | Pneumatic Systems - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-4580 | Pneumatic Systems - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-4590 | Pneumatic Systems - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Storage Silo No. 1 Pneumatic System - 04-500-1000-0200 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4600 | Stucco Storage Silo No. 1 Pneumatic System - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2040 | Stucco Storage Silo No. 1 Pneumatic System - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2040 | Stucco Storage Silo No. 1 Pneumatic System - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4610 | Stucco Storage Silo No. 1 Pneumatic System - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4620 | Stucco Storage Silo No. 1 Pneumatic System - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 2 Pneumatic System - 04-500-1000-1800 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4630 | Stucco Storage Silo No. 2 Pneumatic System - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2050 | Stucco Storage Silo No. 2 Pneumatic System - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2050 | Stucco Storage Silo No. 2 Pneumatic System - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4640 | Stucco Storage Silo No. 2 Pneumatic System - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4650 | Stucco Storage Silo No. 2 Pneumatic System - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 3 Pneumatic System - 04-500-1000-2300 | | 15-Aug-25 | 16-Sep-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-4660 | Stucco Storage Silo No. 3 Pneumatic System - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2060 | Stucco Storage Silo No. 3 Pneumatic System - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2060 | Stucco Storage Silo No. 3 Pneumatic System - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4670 | Stucco Storage Silo No. 3 Pneumatic System - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4680 | Stucco Storage Silo No. 3 Pneumatic System - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Storage Silo No. 4 Pneumatic System - 04-500-1000-2900 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4690 | Stucco Storage Silo No. 4 Pneumatic System - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2070 | Stucco Storage Silo No. 4 Pneumatic System - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2070 | Stucco Storage Silo No. 4 Pneumatic System - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4700 | Stucco Storage Silo No. 4 Pneumatic System - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4710 | Stucco Storage Silo No. 4 Pneumatic System - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Bucket Elevator Hoists | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4720 | Bucket Elevator Hoists - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-4730 | Bucket Elevator Hoists - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-4740 | Bucket Elevator Hoists - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Supply Bucket Elevator Hoist | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4750 | Stucco Supply Bucket Elevator Hoist - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2080 | Stucco Supply Bucket Elevator Hoist - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2080 | Stucco Supply Bucket Elevator Hoist - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4760 | Stucco Supply Bucket Elevator Hoist - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4770 | Stucco Supply Bucket Elevator Hoist - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Conveyor Scales | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4780 | Conveyor Scales - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-4790 | Conveyor Scales - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-4800 | Scales - All Certified Drawings Received | | 16-Sep-25 |
| Stucco Metering Belt Conveyor Scale | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4810 | Stucco Metering Belt Conveyor Scale - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2090 | Stucco Metering Belt Conveyor Scale - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2090 | Stucco Metering Belt Conveyor Scale - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4820 | Stucco Metering Belt Conveyor Scale - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4830 | Stucco Metering Belt Conveyor Scale - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Mixers | | 04-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4840 | Mixers - All Approval Drawings Received | | 04-Aug-25 |
| GZ-30-PR-4850 | Mixers - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-4860 | Mixers - All Certified Drawings Received | | 16-Sep-25 |
| Boric Acid Feed Hopper Mixer | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4870 | Boric Acid Feed Hopper Mixer - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2100 | Boric Acid Feed Hopper Mixer - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2100 | Boric Acid Feed Hopper Mixer - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4880 | Boric Acid Feed Hopper Mixer - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4890 | Boric Acid Feed Hopper Mixer - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dextrose Feed Hopper Mixer | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4900 | Dextrose Feed Hopper Mixer - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2110 | Dextrose Feed Hopper Mixer - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2110 | Dextrose Feed Hopper Mixer - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4910 | Dextrose Feed Hopper Mixer - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4920 | Dextrose Feed Hopper Mixer - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| STMP Feed Hopper Mixer | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4930 | STMP Feed Hopper Mixer - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2120 | STMP Feed Hopper Mixer - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2120 | STMP Feed Hopper Mixer - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-4940 | STMP Feed Hopper Mixer - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-4950 | STMP Feed Hopper Mixer - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Cyclones | | 04-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4960 | Cyclones - All Certified Drawings Received | | 04-Aug-25 |
| GZ-30-PR-4970 | Cyclones - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-4980 | Cyclones - All Approval Drawing Reviews Complete | | 02-Sep-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| Boric Acid Dust Collector Cyclone | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-4990 | Boric Acid Dust Collector Cyclone - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2130 | Boric Acid Dust Collector Cyclone - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2130 | Boric Acid Dust Collector Cyclone - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5000 | Boric Acid Dust Collector Cyclone - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5010 | Boric Acid Dust Collector Cyclone - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dextrose Dust Collector Cyclone | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5020 | Dextrose Dust Collector Cyclone - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2140 | Dextrose Dust Collector Cyclone - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2140 | Dextrose Dust Collector Cyclone - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5030 | Dextrose Dust Collector Cyclone - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5040 | Dextrose Dust Collector Cyclone - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| STMP Dust Collector Cyclone | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5050 | STMP Dust Collector Cyclone - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2150 | STMP Dust Collector Cyclone - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2150 | STMP Dust Collector Cyclone - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5060 | STMP Dust Collector Cyclone - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5070 | STMP Dust Collector Cyclone - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Prep Station Skids | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5080 | Prep Station Skids - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-5090 | Prep Station Skids - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-5100 | Prep Station Skids - All Certified Drawings Received | | 16-Sep-25 |
| Boric Acid Prep Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5110 | Boric Acid Prep Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2160 | Boric Acid Prep Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2160 | Boric Acid Prep Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5120 | Boric Acid Prep Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5130 | Boric Acid Prep Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dextrose Prep Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5140 | Dextrose Prep Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2170 | Dextrose Prep Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2170 | Dextrose Prep Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5150 | Dextrose Prep Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5160 | Dextrose Prep Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| STMP Prep Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5170 | STMP Prep Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2180 | STMP Prep Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2180 | STMP Prep Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5180 | STMP Prep Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5190 | STMP Prep Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Metering Station Skids | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5200 | Metering Station Skids- All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-5210 | Metering Station Skids - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-5220 | Metering Station Skids - All Certified Drawings Received | | 16-Sep-25 |
| Boric Acid Metering Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5230 | Boric Acid Metering Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2190 | Boric Acid Metering Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2190 | Boric Acid Metering Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5240 | Boric Acid Metering Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5250 | Boric Acid Metering Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dextrose Metering Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5260 | Dextrose Metering Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2200 | Dextrose Metering Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2200 | Dextrose Metering Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5270 | Dextrose Metering Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5280 | Dextrose Metering Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| STMP Metering Station Skid | | 15-Aug-25 | 16-Sep-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-5290 | STMP Metering Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2210 | STMP Metering Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2210 | STMP Metering Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5300 | STMP Metering Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5310 | STMP Metering Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Fluidizer Metering Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5320 | Fluidizer Metering Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2220 | Fluidizer Metering Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2220 | Fluidizer Metering Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5330 | Fluidizer Metering Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5340 | Fluidizer Metering Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Retarder Metering Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5350 | Retarder Metering Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2230 | Retarder Metering Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2230 | Retarder Metering Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5360 | Retarder Metering Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5370 | Retarder Metering Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Wax Metering Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5380 | Wax Metering Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2240 | Wax Metering Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2240 | Wax Metering Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5390 | Wax Metering Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5400 | Wax Metering Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Biocide Metering Station Skid | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5410 | Biocide Metering Station Skid - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2250 | Biocide Metering Station Skid - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2250 | Biocide Metering Station Skid - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5420 | Biocide Metering Station Skid - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5430 | Biocide Metering Station Skid - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Glass Fiber Metering System | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5440 | Glass Fiber Metering System - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2260 | Glass Fiber Metering System - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2260 | Glass Fiber Metering System - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5450 | Glass Fiber Metering System - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5460 | Glass Fiber Metering System - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Storage Tanks | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5470 | Storage Tanks - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-5480 | Storage Tanks - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-5490 | Storage Tanks - All Certified Drawings Received | | 16-Sep-25 |
| Fluidizer Additive Storage Tank | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5500 | Fluidizer Additive Storage Tank - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2270 | Fluidizer Additive Storage Tank - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2270 | Fluidizer Additive Storage Tank - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5510 | Fluidizer Additive Storage Tank - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5520 | Fluidizer Additive Storage Tank - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Retarder Additive Storage Tank | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5530 | Retarder Additive Storage Tank - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2280 | Retarder Additive Storage Tank - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2280 | Retarder Additive Storage Tank - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5540 | Retarder Additive Storage Tank - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5550 | Retarder Additive Storage Tank - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Wax Additive Storage Tank | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5560 | Wax Additive Storage Tank - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2290 | Wax Additive Storage Tank - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2290 | Wax Additive Storage Tank - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5570 | Wax Additive Storage Tank - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5580 | Wax Additive Storage Tank - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |




Current
Progress
Critical
Milestones
Summary

American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| Biocide Additive Storage Tank | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5590 | Biocide Additive Storage Tank - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2300 | Biocide Additive Storage Tank - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2300 | Biocide Additive Storage Tank - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5600 | Biocide Additive Storage Tank - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5610 | Biocide Additive Storage Tank - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Pumps | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5620 | Pumps - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-5630 | Pumps - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-5640 | Pumps - All Certified Drawings Received | | 16-Sep-25 |
| Fluidizer Additive Storage Tank Pump | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5650 | Fluidizer Additive Storage Tank Pump - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2310 | Fluidizer Additive Storage Tank Pump - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2310 | Fluidizer Additive Storage Tank Pump - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5660 | Fluidizer Additive Storage Tank Pump - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5670 | Fluidizer Additive Storage Tank Pump - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Retarder Additive Storage Tank Pump | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5680 | Retarder Additive Storage Tank Pump - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2320 | Retarder Additive Storage Tank Pump - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2320 | Retarder Additive Storage Tank Pump - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5690 | Retarder Additive Storage Tank Pump - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5700 | Retarder Additive Storage Tank Pump - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Wax Additive Storage Tank Pumps | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5710 | Wax Additive Storage Tank Pumps - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2330 | Wax Additive Storage Tank Pumps - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2330 | Wax Additive Storage Tank Pumps - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5720 | Wax Additive Storage Tank Pumps - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5730 | Wax Additive Storage Tank Pumps - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Biocide Additive Storage Tank Pumps | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5740 | Biocide Additive Storage Tank Pumps - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2340 | Biocide Additive Storage Tank Pumps - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2340 | Biocide Additive Storage Tank Pumps - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5750 | Biocide Additive Storage Tank Pumps - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5760 | Biocide Additive Storage Tank Pumps - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Load Cells | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5770 | Load Cells - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-5780 | Load Cells - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-5790 | Load Cells - All Certified Drawings Received | | 16-Sep-25 |
| Starch Silo Load Cells | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5800 | Starch Silo Load Cells - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2350 | Starch Silo Load Cells - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2350 | Starch Silo Load Cells - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5810 | Starch Silo Load Cells - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5820 | Starch Silo Load Cells - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Silo Load Cells | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5830 | Vermiculate Silo Load Cells - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2360 | Vermiculate Silo Load Cells - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2360 | Vermiculate Silo Load Cells - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5840 | Vermiculate Silo Load Cells - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5850 | Vermiculate Silo Load Cells - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Pneumatic Conveying Systems | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5860 | Pneumatic Conveying Systems - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-5870 | Pneumatic Conveying Systems - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-5880 | Pneumatic Conveying Systems - All Certified Drawings Received | | 16-Sep-25 |
| Starch Silo Area Pneumatic Conveying System | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5890 | Starch Silo Area Pneumatic Conveying System - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2370 | Starch Silo Area Pneumatic Conveying System - AG Client Review | 18-Aug-25 | 29-Aug-25 |




Current
Progress
Critical
Milestones
Summary

American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-30-PR-2370 | Starch Silo Area Pneumatic Conveying System - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5900 | Starch Silo Area Pneumatic Conveying System - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5910 | Starch Silo Area Pneumatic Conveying System - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Bulk Bag Pneumatic Conveying System | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5920 | Vermiculate Bulk Bag Pneumatic Conveying System - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2380 | Vermiculate Bulk Bag Pneumatic Conveying System - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2380 | Vermiculate Bulk Bag Pneumatic Conveying System - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5930 | Vermiculate Bulk Bag Pneumatic Conveying System - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5940 | Vermiculate Bulk Bag Pneumatic Conveying System - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Silo Bag Pneumatic Conveying System | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5950 | Vermiculate Silo Bag Pneumatic Conveying System - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2390 | Vermiculate Silo Bag Pneumatic Conveying System - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2390 | Vermiculate Silo Bag Pneumatic Conveying System - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-5960 | Vermiculate Silo Bag Pneumatic Conveying System - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-5970 | Vermiculate Silo Bag Pneumatic Conveying System - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Bag Unloaders | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-5980 | Bag Unloaders - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-5990 | Bag Unloaders - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-6000 | Bag Unloaders - All Certified Drawings Received | | 16-Sep-25 |
| Starch Bulk Bag Unloader | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6010 | Starch Bulk Bag Unloader - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2400 | Starch Bulk Bag Unloader - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2400 | Starch Bulk Bag Unloader - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6020 | Starch Bulk Bag Unloader - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6030 | Starch Bulk Bag Unloader - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Main Bulk Bag Unloader | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6040 | Main Bulk Bag Unloader - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2410 | Main Bulk Bag Unloader - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2410 | Main Bulk Bag Unloader - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6050 | Main Bulk Bag Unloader - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6060 | Main Bulk Bag Unloader - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| 50 LB Bulk Bag Unloader | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6070 | 50 LB Bulk Bag Unloader - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2420 | 50 LB Bulk Bag Unloader - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2420 | 50 LB Bulk Bag Unloader - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6080 | 50 LB Bulk Bag Unloader - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6090 | 50 LB Bulk Bag Unloader - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Bulk Bag Unloader | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6100 | Vermiculate Bulk Bag Unloader - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2430 | Vermiculate Bulk Bag Unloader - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2430 | Vermiculate Bulk Bag Unloader - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6110 | Vermiculate Bulk Bag Unloader - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6120 | Vermiculate Bulk Bag Unloader - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Weigh Feeders | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6130 | Weigh Feeders - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-6140 | Weigh Feeders - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-6150 | Weigh Feeders - All Certified Drawings Received | | 16-Sep-25 |
| Starch Weigh Feeder No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6160 | Starch Weigh Feeder No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2440 | Starch Weigh Feeder No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2440 | Starch Weigh Feeder No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6170 | Starch Weigh Feeder No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6180 | Starch Weigh Feeder No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Starch Weigh Feeder No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6190 | Starch Weigh Feeder No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2450 | Starch Weigh Feeder No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2450 | Starch Weigh Feeder No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |




Current | Milestones
Progress | Summary
Critical

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-6200 | Starch Weigh Feeder No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6210 | Starch Weigh Feeder No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Vermiculate Weigh Feeder | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6220 | Vermiculate Weigh Feeder - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2460 | Vermiculate Weigh Feeder - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2460 | Vermiculate Weigh Feeder - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6230 | Vermiculate Weigh Feeder - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6240 | Vermiculate Weigh Feeder - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Spare Weigh Feeder | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6250 | Spare Weigh Feeder - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2470 | Spare Weigh Feeder - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2470 | Spare Weigh Feeder - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6260 | Spare Weigh Feeder - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6270 | Spare Weigh Feeder - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| BMA Weigh Feeder | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6280 | BMA Weigh Feeder - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2480 | BMA Weigh Feeder - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2480 | BMA Weigh Feeder - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6290 | BMA Weigh Feeder - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6300 | BMA Weigh Feeder - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Glass Fiber Weigh Feeder | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6310 | Glass Fiber Weigh Feeder - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2490 | Glass Fiber Weigh Feeder - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2490 | Glass Fiber Weigh Feeder - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6320 | Glass Fiber Weigh Feeder - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6330 | Glass Fiber Weigh Feeder - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Feed Bins | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6350 | Feed Bins - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-6360 | Feed Bins - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-30-PR-6340 | Feed Bins - All Certified Drawings Received | | 16-Sep-25 |
| Vermiculate Feed Bin | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6370 | Vermiculate Feed Bin - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2500 | Vermiculate Feed Bin - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2500 | Vermiculate Feed Bin - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6380 | Vermiculate Feed Bin - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6390 | Vermiculate Feed Bin - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Spare Feed Bin | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6400 | Spare Feed Bin - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2510 | Spare Feed Bin - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2510 | Spare Feed Bin - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6410 | Spare Feed Bin - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6420 | Spare Feed Bin - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| BMA Feed Bin | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6430 | BMA Feed Bin - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2520 | BMA Feed Bin - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2520 | BMA Feed Bin - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6440 | BMA Feed Bin - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6450 | BMA Feed Bin - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Glass Fiber Feed Bin | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6460 | Glass Fiber Feed Bin - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-30-PR-2530 | Glass Fiber Feed Bin - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-30-PR-2530 | Glass Fiber Feed Bin - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6470 | Glass Fiber Feed Bin - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6480 | Glass Fiber Feed Bin - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 30 - Box Dumpers | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6490 | Box Dumpers - All Approval Drawings Received | | 15-Aug-25 |
| GZ-30-PR-6500 | Box Dumpers - All Approval Drawing Reviews Complete | | 02-Sep-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-30-PR-6510 | Box Dumpers - All Certified Drawings Received | | 16-Sep-25 |
| Glass Fiber Box Dumper | | 15-Aug-25 | 16-Sep-25 |
| GZ-30-PR-6520 | Glass Fiber Box Dumper - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-30-PR-2540 | Glass Fiber Box Dumper - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-30-PR-2540 | Glass Fiber Box Dumper - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-30-PR-6530 | Glass Fiber Box Dumper - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-30-PR-6540 | Glass Fiber Box Dumper - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Area 40 - Mixing & Paper Handling | | 15-Aug-25 | 16-Sep-25 |
| Area 40 - Screw Conveyors | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1000 | Screw Conveyors - All Approval Drawings Received | | 15-Aug-25 |
| GZ-40-PR-1010 | Screw Conveyors - All Approval Drawing Reviews Complete | | 02-Sep-25 |
| GZ-40-PR-1020 | Screw Conveyors - All Certified Drawings Received | | 16-Sep-25 |
| Forming Table Stucco Supply Screw Conveyor No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1030 | Forming Table Stucco Supply Screw Conveyor No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-40-PR-1000 | Forming Table Stucco Supply Screw Conveyor No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-40-PR-1000 | Forming Table Stucco Supply Screw Conveyor No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1040 | Forming Table Stucco Supply Screw Conveyor No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1050 | Forming Table Stucco Supply Screw Conveyor No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Forming Table Stucco Supply Screw Conveyor No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1060 | Forming Table Stucco Supply Screw Conveyor No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-40-PR-1010 | Forming Table Stucco Supply Screw Conveyor No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-40-PR-1010 | Forming Table Stucco Supply Screw Conveyor No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1070 | Forming Table Stucco Supply Screw Conveyor No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1080 | Forming Table Stucco Supply Screw Conveyor No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Forming Table Stucco Supply Screw Conveyor No. 3 | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1090 | Forming Table Stucco Supply Screw Conveyor No. 3 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-40-PR-1020 | Forming Table Stucco Supply Screw Conveyor No. 3 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-40-PR-1020 | Forming Table Stucco Supply Screw Conveyor No. 3 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1100 | Forming Table Stucco Supply Screw Conveyor No. 3 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1110 | Forming Table Stucco Supply Screw Conveyor No. 3 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Forming Table Stucco Supply Screw Conveyor No. 4 | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1120 | Forming Table Stucco Supply Screw Conveyor No. 4 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-40-PR-1030 | Forming Table Stucco Supply Screw Conveyor No. 4 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-40-PR-1030 | Forming Table Stucco Supply Screw Conveyor No. 4 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1130 | Forming Table Stucco Supply Screw Conveyor No. 4 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1140 | Forming Table Stucco Supply Screw Conveyor No. 4 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Forming Table Stucco Return Screw Conveyor No. 1 | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1150 | Forming Table Stucco Return Screw Conveyor No. 1 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-40-PR-1040 | Forming Table Stucco Return Screw Conveyor No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-40-PR-1040 | Forming Table Stucco Return Screw Conveyor No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1160 | Forming Table Stucco Return Screw Conveyor No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1170 | Forming Table Stucco Return Screw Conveyor No. 1 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Forming Table Stucco Return Screw Conveyor No. 2 | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1180 | Forming Table Stucco Return Screw Conveyor No. 2 - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-40-PR-1050 | Forming Table Stucco Return Screw Conveyor No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-40-PR-1050 | Forming Table Stucco Return Screw Conveyor No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1190 | Forming Table Stucco Return Screw Conveyor No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1200 | Forming Table Stucco Return Screw Conveyor No. 2 - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Cooling Line No. 1 Transfer Screw Conveyors | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1210 | Stucco Cooling Line No. 1 Transfer Screw Conveyors - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-40-PR-1060 | Stucco Cooling Line No. 1 Transfer Screw Conveyors - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-40-PR-1060 | Stucco Cooling Line No. 1 Transfer Screw Conveyors - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1220 | Stucco Cooling Line No. 1 Transfer Screw Conveyors - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1230 | Stucco Cooling Line No. 1 Transfer Screw Conveyors - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Stucco Metering Dust Collector Screw Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1240 | Stucco Metering Dust Collector Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-40-PR-1070 | Stucco Metering Dust Collector Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-40-PR-1070 | Stucco Metering Dust Collector Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1250 | Stucco Metering Dust Collector Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1260 | Stucco Metering Dust Collector Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Boric Acid Feed Hopper Screw Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1270 | Boric Acid Feed Hopper Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-40-PR-1080 | Boric Acid Feed Hopper Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-40-PR-1080 | Boric Acid Feed Hopper Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1280 | Boric Acid Feed Hopper Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1290 | Boric Acid Feed Hopper Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| Dextrose Feed Hopper Screw Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1300 | Dextrose Feed Hopper Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-40-PR-1090 | Dextrose Feed Hopper Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-40-PR-1090 | Dextrose Feed Hopper Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1310 | Dextrose Feed Hopper Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1320 | Dextrose Feed Hopper Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| STMP Feed Hopper Screw Conveyor | | 15-Aug-25 | 16-Sep-25 |
| GZ-40-PR-1330 | STMP Feed Hopper Screw Conveyor - Receive Approval Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-40-PR-1100 | STMP Feed Hopper Screw Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-40-PR-1100 | STMP Feed Hopper Screw Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-40-PR-1340 | STMP Feed Hopper Screw Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-40-PR-1350 | STMP Feed Hopper Screw Conveyor - Receive Certified Drawings | 03-Sep-25 | 16-Sep-25 |
| GZB Detailed Engineering Equipment (Proprietary) | | 15-Aug-25 | 13-Nov-25 |
| Area 50 - East Board Line | | 15-Aug-25 | 13-Nov-25 |
| GZB Board Line Forming Table | | 15-Aug-25 | 13-Nov-25 |
| GZ-50-PR-1000 | GZB Board Line Forming Table - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-50-PR-1000 | GZB Board Line Forming Table - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-50-PR-1000 | GZB Board Line Forming Table - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-50-PR-1010 | GZB Board Line Forming Table - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-50-PR-1020 | GZB Board Line Forming Table - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Board Line Roller Conveyor | | 15-Aug-25 | 13-Nov-25 |
| GZ-50-PR-1030 | GZB Board Line Roller Conveyor - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-50-PR-1010 | GZB Board Line Roller Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-50-PR-1010 | GZB Board Line Roller Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-50-PR-1040 | GZB Board Line Roller Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-50-PR-1050 | GZB Board Line Roller Conveyor - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Board Line Setting Belts | | 15-Aug-25 | 13-Nov-25 |
| GZ-50-PR-1060 | GZB Board Line Setting Belts - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-50-PR-1020 | GZB Board Line Setting Belts - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-50-PR-1020 | GZB Board Line Setting Belts - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-50-PR-1070 | GZB Board Line Setting Belts - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-50-PR-1080 | GZB Board Line Setting Belts - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Board Line Mixer | | 15-Aug-25 | 13-Nov-25 |
| GZ-50-PR-1090 | GZB Board Line Mixer - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-50-PR-1030 | GZB Board Line Mixer - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-50-PR-1030 | GZB Board Line Mixer - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-50-PR-1100 | GZB Board Line Mixer - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-50-PR-1110 | GZB Board Line Mixer - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Board Line Dust Collectors | | 15-Aug-25 | 13-Nov-25 |
| GZ-50-PR-1120 | GZB Board Line Dust Collectors - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-50-PR-1040 | GZB Board Line Dust Collectors - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-50-PR-1040 | GZB Board Line Dust Collectors - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-50-PR-1130 | GZB Board Line Dust Collectors - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-50-PR-1140 | GZB Board Line Dust Collectors - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Board Line Paper Handling Equipment | | 15-Aug-25 | 13-Nov-25 |
| GZ-50-PR-1150 | GZB Board Line Paper Handling Equipment - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-50-PR-1050 | GZB Board Line Paper Handling Equipment - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-50-PR-1050 | GZB Board Line Paper Handling Equipment - AG Client Review | 18-Aug-25 | 29-Aug-25 |




Current | Milestones | Progress | Summary | Critical

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| GZ-50-PR-1160 | GZB Board Line Paper Handling Equipment - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-50-PR-1170 | GZB Board Line Paper Handling Equipment - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Board Line | | 15-Aug-25 | 13-Nov-25 |
| GZ-50-PR-1180 | GZB Board Line - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-50-PR-1060 | GZB Board Line - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-50-PR-1060 | GZB Board Line - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-50-PR-1190 | GZB Board Line - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-50-PR-1200 | GZB Board Line - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| Area 60 - West Board Line - West End Transfer - Dryer - Heat Recovery | | 15-Aug-25 | 13-Nov-25 |
| GZB Wet End Transfer | | 15-Aug-25 | 13-Nov-25 |
| GZ-60-PR-1000 | GZB Wet End Transfer - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-60-PR-1000 | GZB Wet End Transfer - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-60-PR-1000 | GZB Wet End Transfer - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-60-PR-1010 | GZB Wet End Transfer - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-60-PR-1020 | GZB Wet End Transfer - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Reject Belt Conveyor | | 15-Aug-25 | 13-Nov-25 |
| GZ-60-PR-1030 | GZB Reject Belt Conveyor - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-60-PR-1010 | GZB Reject Belt Conveyor - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-60-PR-1010 | GZB Reject Belt Conveyor - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-60-PR-1040 | GZB Reject Belt Conveyor - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-60-PR-1050 | GZB Reject Belt Conveyor - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Dryer Infeed | | 15-Aug-25 | 13-Nov-25 |
| GZ-60-PR-1060 | GZB Dryer Infeed - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| AG-60-PR-1020 | GZB Dryer Infeed - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| JEI-60-PR-1020 | GZB Dryer Infeed - JEI Review | 18-Aug-25 | 29-Aug-25 |
| GZ-60-PR-1070 | GZB Dryer Infeed - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-60-PR-1080 | GZB Dryer Infeed - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Dryer Outfeed | | 15-Aug-25 | 13-Nov-25 |
| GZ-60-PR-1090 | GZB Dryer Outfeed - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-60-PR-1030 | GZB Dryer Outfeed - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-60-PR-1030 | GZB Dryer Outfeed - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-60-PR-1100 | GZB Dryer Outfeed - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-60-PR-1110 | GZB Dryer Outfeed - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| Area 70 - Take Off | | 15-Aug-25 | 13-Nov-25 |
| GZB Take Off No. 1 | | 15-Aug-25 | 13-Nov-25 |
| GZ-70-PR-1000 | GZB Take Off No. 1 - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-70-PR-1000 | GZB Take Off No. 1 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-70-PR-1000 | GZB Take Off No. 1 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-70-PR-1010 | GZB Take Off No. 1 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-70-PR-1020 | GZB Take Off No. 1 - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| GZB Take Off No. 2 | | 15-Aug-25 | 13-Nov-25 |
| GZ-70-PR-1030 | GZB Take Off No. 2 - Receive IFA Drawings | 15-Aug-25 | 15-Aug-25 |
| JEI-70-PR-1010 | GZB Take Off No. 2 - JEI Review | 18-Aug-25 | 29-Aug-25 |
| AG-70-PR-1010 | GZB Take Off No. 2 - AG Client Review | 18-Aug-25 | 29-Aug-25 |
| GZ-70-PR-1040 | GZB Take Off No. 2 - Return to Vendor | 02-Sep-25 | 02-Sep-25 |
| GZ-70-PR-1050 | GZB Take Off No. 2 - Receive Certified Drawings | 31-Oct-25 | 13-Nov-25 |
| Jedson Engineering | | 04-Mar-25 A | 16-Apr-26 |
| Area 00 - General | | 04-Mar-25 A | 25-Sep-25 |
| Area 00 - Process/Mechanical | | 18-Aug-25 | 22-Sep-25 |
| Process Equipment List | | 18-Aug-25 | 22-Sep-25 |
| JEI-00-PR-1010 | Equipment List - Develop & IFA | 18-Aug-25 | 29-Aug-25 |
| AG-00-PR-1000 | Equipment List - Client Review | 02-Sep-25 | 15-Sep-25 |
| JEI-00-PR-1020 | Equipment List - Revise & IFI | 16-Sep-25 | 22-Sep-25 |
| Area 00 - Civil | | 10-Mar-25 A | 25-Sep-25 |
| Survey Specification | | 10-Mar-25 A | 28-Mar-25 A |
| JEI-00-CV-1000 | Survey Spec - Develop & IFA | 10-Mar-25 A | 14-Mar-25 A |
| AG-00-CV-1040 | Survey Spec - Client Comment | 17-Mar-25 A | 21-Mar-25 A |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-00-CV-1010 | Survey Spec - Revise & IFB | 24-Mar-25 A | 28-Mar-25 A |
| Overall Design Review | | 12-Jun-25 A | 12-Jun-25 A |
| AG-00-CV-1050 | Overall Design Review - Review with Client | 12-Jun-25 A | 12-Jun-25 A |
| Site Plan | | 07-Jul-25 A | 25-Sep-25 |
| JEI-00-CV-1020 | Site Plan - Develop & IFA | 07-Jul-25 A | 20-Aug-25 |
| AG-00-CV-1060 | Site Plan - Client Comment | 21-Aug-25 | 27-Aug-25 |
| JEI-00-CV-1030 | Site Plan - Revise & IFB | 28-Aug-25 | 02-Sep-25 |
| JEI-00-CV-1140 | Site Plan - Revise & IFC | 03-Sep-25 | 25-Sep-25 |
| Grading & Drainage Plans | | 04-Aug-25 | 25-Sep-25 |
| JEI-00-CV-1040 | Grading & Drainage Plans - Develop & IFA | 04-Aug-25 | 20-Aug-25 |
| AG-00-CV-1070 | Grading & Drainage Plans - Client Comment | 21-Aug-25 | 27-Aug-25 |
| JEI-00-CV-1050 | Grading & Drainage Plans - Revise & IFB | 28-Aug-25 | 02-Sep-25 |
| JEI-00-CV-1150 | Grading & Drainage Plans - Revise & IFC | 03-Sep-25 | 25-Sep-25 |
| Erosion Control Plans | | 08-Jul-25 A | 25-Sep-25 |
| JEI-00-CV-1060 | Erosion Control Plans - Develop & IFA | 08-Jul-25 A | 20-Aug-25 |
| AG-00-CV-1080 | Erosion Control Plans - Client Comment | 21-Aug-25 | 27-Aug-25 |
| JEI-00-CV-1070 | Erosion Control Plans - Revise & IFB | 28-Aug-25 | 02-Sep-25 |
| JEI-00-CV-1160 | Erosion Control Plans - Revise & IFC | 03-Sep-25 | 25-Sep-25 |
| Existing Underground Utilities Relocation & Site Demolition | | 07-Jul-25 A | 25-Sep-25 |
| JEI-00-CV-1080 | Existing U/G Utils & Demo - Develop & IFA | 07-Jul-25 A | 20-Aug-25 |
| AG-00-CV-1090 | Existing U/G Utils & Demo - Client Comment | 21-Aug-25 | 27-Aug-25 |
| JEI-00-CV-1090 | Existing U/G Utils & Demo - Revise & IFB | 28-Aug-25 | 02-Sep-25 |
| JEI-00-CV-1170 | Existing U/G Utils & Demo - Revise & IFC | 03-Sep-25 | 25-Sep-25 |
| New Undergound Utilities | | 04-Aug-25 | 02-Sep-25 |
| JEI-00-CV-1100 | New U/G Utils - Develop & IFA | 04-Aug-25 | 20-Aug-25 |
| AG-00-CV-1100 | New U/G Utils - Client Comment | 21-Aug-25 | 27-Aug-25 |
| JEI-00-CV-1110 | New U/G Utils - Revise & IFC | 28-Aug-25 | 02-Sep-25 |
| Construction Management Site Plan | | 02-Sep-25 | 22-Sep-25 |
| JEI-00-CV-1120 | Construction Management Site Plan - Develop & IFA | 02-Sep-25 | 08-Sep-25 |
| AG-00-CV-1110 | Construction Management Site Plan - Client Comment | 09-Sep-25 | 15-Sep-25 |
| JEI-00-CV-1130 | Construction Management Site Plan - Revise & IFB | 16-Sep-25 | 22-Sep-25 |
| Area 00 - Architectural | | 04-Mar-25 A | 23-Sep-25 |
| PEMB - West Board Line/Wet Transfer/Dryer | | 14-Apr-25 A | 28-Aug-25 |
| JEI-00-AR-1000 | PEMB 1 - Develop & IFA | 14-Apr-25 A | 15-Apr-25 A |
| AG-00-AR-1000 | PEMB 1 - Client Comment | 16-Apr-25 A | 22-Apr-25 A |
| JEI-00-AR-1030 | PEMB 1 - Revise & IFB | 23-Apr-25 A | 30-May-25 A |
| JEI-00-AR-1010 | PEMB 1 - Incorporate Ventilation Design | 08-Aug-25 | 25-Aug-25 |
| JEI-00-AR-1020 | PEMB 1 - Revise & IFD | 25-Aug-25 | 28-Aug-25 |
| PEMBs - Package 2 | | 04-Mar-25 A | 23-Sep-25 |
| JEI-00-AR-1040 | PEMB 2 - Develop & IFA | 04-Mar-25 A | 13-Aug-25 |
| AG-00-AR-1010 | PEMB 2 - Client Comment | 14-Aug-25 | 20-Aug-25 |
| JEI-00-AR-1050 | PEMB 2 - Revise & IFB | 21-Aug-25 | 27-Aug-25 |
| JEI-00-AR-1060 | PEMB 2 - Incorporate Ventilation Design | 10-Sep-25 | 16-Sep-25 |
| JEI-00-AR-1070 | PEMB 2 - Revise & IFD | 17-Sep-25 | 23-Sep-25 |
| Area 00 - Structural | | 02-Jun-25 A | 15-Aug-25 |
| Structural Typical Details & General Notes | | 02-Jun-25 A | 15-Aug-25 |
| JEI-00-ST-1000 | Details & General Notes - Develop & IFA | 02-Jun-25 A | 01-Jul-25 A |
| AG-00-ST-1005 | Details & General Notes - Client Comment | 02-Jul-25 A | 08-Aug-25 |
| JEI-00-ST-1010 | Details & General Notes - Revise & IFC | 11-Aug-25 | 15-Aug-25 |
| Area 00 - Electrical | | 02-Sep-25 | 22-Sep-25 |
| Construction Parking Lot & Trailer Area - Temporary Lighting | | 02-Sep-25 | 22-Sep-25 |
| JEI-00-EL-1000 | Temporary Lighting - Develop & IFA | 02-Sep-25 | 08-Sep-25 |
| AG-00-EL-1005 | Temporary Lighting - Client Comment | 09-Sep-25 | 15-Sep-25 |
| JEI-00-EL-1010 | Temporary Lighting - Revise & IFC | 16-Sep-25 | 22-Sep-25 |
| Construction - Temporary Distribution Panel | | 02-Sep-25 | 22-Sep-25 |
| JEI-00-EL-1020 | Temporary Distribution Panel - Develop & IFA | 02-Sep-25 | 08-Sep-25 |
| AG-00-EL-1025 | Temporary Distribution Panel - Client Comment | 09-Sep-25 | 15-Sep-25 |




Current
Progress
Critical
Milestones
Summary

Docusign Envelope ID: 3DDB8D58-87CD-44D9-BAF7-1BBDD17880FB


American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-00-EL-1030 | Temporary Distribution Panel - Revise & IFC | 16-Sep-25 | 22-Sep-25 |
| Area 10 - Utilities | | 04-Mar-25 A | 26-Mar-26 |
| Area 10 - Process/Mechanical | | 04-Mar-25 A | 23-Oct-25 |
| Design Criteria | | 28-Apr-25 A | 15-Aug-25 |
| JEI-10-PR-1030 | Design Criteria - Develop & IFA | 28-Apr-25 A | 30-May-25 A |
| AG-10-PR-1270 | Design Criteria - Client Comment | 02-Jun-25 A | 07-Jul-25 A |
| JEI-10-PR-1040 | Design Criteria - Revise & IFD | 07-Jul-25 A | 15-Aug-25 |
| Utilities - P&IDs | | 04-Mar-25 A | 08-Sep-25 |
| JEI-10-PR-1050 | Utility P&IDs - Develop & IFA | 04-Mar-25 A | 15-Aug-25 |
| AG-10-PR-1280 | Utility P&IDs - Client Comment | 18-Aug-25 | 29-Aug-25 |
| JEI-10-PR-1060 | Utility P&IDs - Revise & IFD | 02-Sep-25 | 08-Sep-25 |
| Compressor P&IDs | | 18-Apr-25 A | 08-Sep-25 |
| JEI-10-PR-1070 | Compressor P&IDs - Develop & IFA | 18-Apr-25 A | 15-Aug-25 |
| AG-10-PR-1290 | Compressor P&IDs - Client Comment | 18-Aug-25 | 29-Aug-25 |
| JEI-10-PR-1080 | Compressor P&IDs - Revise & IFD | 02-Sep-25 | 08-Sep-25 |
| Compressor/Dryer Specifications | | 16-Jun-25 A | 16-Jul-25 A |
| JEI-10-PR-1090 | Compressor/Dryer Specifications - Develop & IFA | 16-Jun-25 A | 23-Jun-25 A |
| AG-10-PR-1300 | Compressor/Dryer Specifications - Client Comment | 24-Jun-25 A | 01-Jul-25 A |
| JEI-10-PR-1100 | Compressor/Dryer Specifications - Revise & IFB | 02-Jul-25 A | 16-Jul-25 A |
| Air Receiver Specifications | | 09-Sep-25 | 06-Oct-25 |
| JEI-10-PR-1110 | Air Receiver Specifications - Develop & IFA | 09-Sep-25 | 22-Sep-25 |
| AG-10-PR-1310 | Air Receiver Specifications - Client Comment | 23-Sep-25 | 29-Sep-25 |
| JEI-10-PR-1120 | Air Receiver Specifications - Revise & IFB | 30-Sep-25 | 06-Oct-25 |
| Booster Pump Specification | | 09-Sep-25 | 06-Oct-25 |
| JEI-10-PR-1180 | Booster Pump Specifications - Develop & IFA | 09-Sep-25 | 22-Sep-25 |
| AG-10-PR-1320 | Booster Pump Specifications - Client Comment | 23-Sep-25 | 29-Sep-25 |
| JEI-10-PR-1190 | Booster Pump Specifications - Revise & IFB | 30-Sep-25 | 06-Oct-25 |
| Compressor Room General Arrangement | | 11-Sep-25 | 09-Oct-25 |
| JEI-10-PR-1130 | Develop Compressor Room 3D Model | 11-Sep-25 | 24-Sep-25 |
| JEI-10-PR-1140 | 30% Compressor Room Model Review & Approval | 25-Sep-25 | 25-Sep-25 |
| JEI-10-PR-1160 | Compressor Room GA - Revise & IFD | 26-Sep-25 | 09-Oct-25 |
| Exhaust Fans & Louvers for Compressor Room | | 26-Sep-25 | 23-Oct-25 |
| JEI-10-PR-1170 | Exhaust Fans & Louvers for Compressor Room - Develop for PEMB Package #2 | 26-Sep-25 | 23-Oct-25 |
| Area 10 - Piping | | 07-Jul-25 A | 05-Mar-26 |
| Piping Specification | | 09-Sep-25 | 06-Oct-25 |
| JEI-10-PP-1000 | Develop Missing Pipe Specs | 09-Sep-25 | 06-Oct-25 |
| Utilities - Piping Model | | 31-Oct-25 | 22-Jan-26 |
| JEI-10-PP-1010 | Utilities - Develop 3D Piping Model | 31-Oct-25 | 16-Dec-25 |
| JEI-10-PP-1020 | Utilities - 60% Model Review | 17-Dec-25 | 15-Jan-26 |
| JEI-10-PP-1030 | Utilities - 90% Model Review | 16-Jan-26 | 22-Jan-26 |
| Utilities - Piping Orthographics | | 23-Jan-26 | 05-Mar-26 |
| JEI-10-PP-1040 | Piping Orthographics - Develop & IFI | 23-Jan-26 | 05-Mar-26 |
| Utilities - Line List | | 25-Aug-25 | 15-Sep-25 |
| JEI-10-PP-1060 | Line List - Develop & IFD | 25-Aug-25 | 15-Sep-25 |
| Utilities - Valve List | | 25-Aug-25 | 15-Sep-25 |
| JEI-10-PP-1070 | Valve List - Develop & IFD | 25-Aug-25 | 15-Sep-25 |
| Utilities - Specialty Item List | | 25-Aug-25 | 15-Sep-25 |
| JEI-10-PP-1080 | Specialty Item List - Develop & IFD | 25-Aug-25 | 15-Sep-25 |
| Utilities - Tie-In List | | 25-Aug-25 | 15-Sep-25 |
| JEI-10-PP-1090 | Tie-In List - Develop & IFD | 25-Aug-25 | 15-Sep-25 |
| Piping Construction Specifications | | 07-Jul-25 A | 29-Aug-25 |
| JEI-10-PP-1100 | Piping Construction Specifications - Develop & IFA | 07-Jul-25 A | 15-Aug-25 |
| AG-10-PP-1105 | Piping Construction Specifications - Client Comment | 18-Aug-25 | 22-Aug-25 |
| JEI-10-PP-1110 | Piping Construction Specifications - Revise & IFC | 25-Aug-25 | 29-Aug-25 |
| Area 10 - Architectural | | 24-Oct-25 | 13-Nov-25 |
| Compressor PEMB Layout | | 24-Oct-25 | 13-Nov-25 |
| JEI-10-AR-1000 | Compressor PEMB Layout - Develop & IFA | 24-Oct-25 | 30-Oct-25 |




Current
Progress
Critical
Milestones
Summary

07-Aug-25

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-10-AR-1005 | Compressor PEMB Layout - Client Comment | 31-Oct-25 | 06-Nov-25 |
| JEI-10-AR-1010 | Compressor PEMB Layout - Revise & IFB | 07-Nov-25 | 13-Nov-25 |
| Area 10 - Structural | | 10-Oct-25 | 26-Mar-26 |
| Pipe Supports | | 23-Jan-26 | 19-Mar-26 |
| JEI-10-ST-1000 | Pipe Supports - Develop & IFA | 23-Jan-26 | 05-Mar-26 |
| AG-10-ST-1080 | Pipe Supports - Client Comment | 06-Mar-26 | 12-Mar-26 |
| JEI-10-ST-1010 | Pipe Supports - Revise & IFC | 13-Mar-26 | 19-Mar-26 |
| Pipe Supports Foundations | | 06-Feb-26 | 26-Mar-26 |
| JEI-10-ST-1020 | Pipe Supports Foundations - Develop & IFA | 06-Feb-26 | 12-Mar-26 |
| AG-10-ST-1090 | Pipe Supports Foundations - Client Comment | 13-Mar-26 | 19-Mar-26 |
| JEI-10-ST-1030 | Pipe Supports Foundations - Revise & IFC | 20-Mar-26 | 26-Mar-26 |
| Compressor Building Piling | | 10-Oct-25 | 11-Dec-25 |
| JEI-10-ST-1040 | Compressor Building Piling - Develop & IFA | 10-Oct-25 | 23-Oct-25 |
| AG-10-ST-1100 | Compressor Building Piling - Client Comment | 24-Oct-25 | 30-Oct-25 |
| JEI-10-ST-1050 | Compressor Building Piling - Revise & IFC | 05-Dec-25 | 11-Dec-25 |
| Compressor Building Foundation | | 10-Oct-25 | 12-Nov-25 |
| JEI-10-ST-1060 | Compressor Building Foundation - Develop & IFA | 10-Oct-25 | 23-Oct-25 |
| AG-10-ST-1110 | Compressor Building Foundation - Client Comment | 24-Oct-25 | 30-Oct-25 |
| JEI-10-ST-1070 | Compressor Building Foundation - Revise & IFC | 31-Oct-25 | 12-Nov-25 |
| Area 10 - Electrical | | 18-Aug-25 | 04-Feb-26 |
| Master Motor/Load List - GZB & JED | | 23-Sep-25 | 06-Oct-25 |
| JEI-10-EL-1000 | Master Motor/Load List - Develop & IFD | 23-Sep-25 | 06-Oct-25 |
| Underground Ductbank Plans & Sections | | 18-Aug-25 | 27-Oct-25 |
| JEI-10-EL-1010 | U/G Ductbank Plans & Sections - Develop & IFA | 18-Aug-25 | 13-Oct-25 |
| AG-10-EL-1005 | U/G Ductbank Plans & Sections - Client Comment | 14-Oct-25 | 20-Oct-25 |
| JEI-10-EL-1020 | U/G Ductbank Plans & Sections - Revise & IFC | 21-Oct-25 | 27-Oct-25 |
| Compressor Area - Single Lines | | 06-Oct-25 | 17-Nov-25 |
| JEI-10-EL-1030 | Compressor Area - Single Lines - Develop & IFA | 06-Oct-25 | 03-Nov-25 |
| AG-10-EL-1015 | Compressor Area - Single Lines - Client Comment | 03-Nov-25 | 10-Nov-25 |
| JEI-10-EL-1040 | Compressor Area - Single Lines - Revise & IFC | 10-Nov-25 | 17-Nov-25 |
| Compressor Area - Motor Elementaries | | 06-Oct-25 | 17-Nov-25 |
| JEI-10-EL-1050 | Compressor Area - Motor Elementaries - Develop & IFA | 06-Oct-25 | 03-Nov-25 |
| AG-10-EL-1025 | Compressor Area - Motor Elementaries - Client Comment | 03-Nov-25 | 10-Nov-25 |
| JEI-10-EL-1060 | Compressor Area - Motor Elementaries - Revise & IFC | 10-Nov-25 | 17-Nov-25 |
| Electrical Room Tie Ins - GZB & JED | | 18-Aug-25 | 29-Sep-25 |
| JEI-10-EL-1070 | Electrical Room Tie Ins - Develop & IFA | 18-Aug-25 | 15-Sep-25 |
| AG-10-EL-1035 | Electrical Room Tie Ins - Client Comment | 16-Sep-25 | 22-Sep-25 |
| JEI-10-EL-1080 | Electrical Room Tie Ins - Revise & IFC | 23-Sep-25 | 29-Sep-25 |
| Cable Schedule - GZB & JED | | 18-Sep-25 | 04-Feb-26 |
| JEI-10-EL-1090 | Cable Schedule - Develop & IFA | 18-Sep-25 | 07-Jan-26 |
| AG-10-EL-1045 | Cable Schedule - Client Comment | 08-Jan-26 | 28-Jan-26 |
| JEI-10-EL-1110 | Cable Schedule - Revise & IFC | 29-Jan-26 | 04-Feb-26 |
| Heat Tracing/Insulation Specification | | 16-Oct-25 | 19-Nov-25 |
| JEI-10-EL-1120 | Heat Tracing/Insulation Spec - Develop & IFA | 16-Oct-25 | 22-Oct-25 |
| AG-10-EL-1055 | Heat Tracing/Insulation Spec - Client Comment | 23-Oct-25 | 12-Nov-25 |
| JEI-10-EL-1100 | Heat Tracing/Insulation Spec - Revise & IFC | 13-Nov-25 | 19-Nov-25 |
| Area 10 - Instrumentation | | 04-Nov-25 | 09-Mar-26 |
| Utilities & Compressor Area - Instrument Index | | 04-Nov-25 | 04-Dec-25 |
| JEI-10-IC-1000 | Instrument Index - Develop & IFA | 04-Nov-25 | 17-Nov-25 |
| AG-10-IC-1005 | Instrument Index - Client Comment | 18-Nov-25 | 24-Nov-25 |
| JEI-10-IC-1010 | Instrument Index - Revise & IFC | 25-Nov-25 | 04-Dec-25 |
| Utilities & Compressor Area - Instrument Datasheets | | 18-Nov-25 | 23-Feb-26 |
| JEI-10-IC-1020 | Instrument Datasheets - Develop Datasheets | 18-Nov-25 | 18-Dec-25 |
| JEI-10-IC-1030 | Instrument Datasheets - Datasheets to Process for Input | 19-Dec-25 | 12-Jan-26 |
| JEI-10-IC-1040 | Instrument Datasheets - IFA | 13-Jan-26 | 09-Feb-26 |
| AG-10-IC-1015 | Instrument Datasheets - Client Comment | 10-Feb-26 | 16-Feb-26 |
| JEI-10-IC-1050 | Instrument Datasheets - Revise & IFB | 17-Feb-26 | 23-Feb-26 |

Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| Utilities & Compressor Area - I/O List | | 25-Nov-25 | 05-Jan-26 |
| JEI-10-IC-1060 | I/O List - Develop & IFA | 25-Nov-25 | 11-Dec-25 |
| AG-10-IC-1025 | I/O List - Client Comment | 12-Dec-25 | 18-Dec-25 |
| JEI-10-IC-1070 | I/O List - Revise & IFC | 19-Dec-25 | 05-Jan-26 |
| Utilities & Compressor Area - Loop Sheets | | 09-Dec-25 | 09-Mar-26 |
| JEI-10-IC-1080 | Loop Sheets - Develop & IFA | 09-Dec-25 | 07-Jan-26 |
| AG-10-IC-1035 | Loop Sheets - Client Comment | 08-Jan-26 | 14-Jan-26 |
| JEI-10-IC-1090 | Loop Sheets - Revise & IFC | 24-Feb-26 | 09-Mar-26 |
| Utilities & Compressor Area - Control Panel Layout | | 19-Dec-25 | 26-Jan-26 |
| JEI-10-IC-1100 | Control Panel Layout - Develop & IFA | 19-Dec-25 | 12-Jan-26 |
| AG-10-IC-1045 | Control Panel Layout - Client Comment | 13-Jan-26 | 19-Jan-26 |
| JEI-10-IC-1110 | Control Panel Layout - Revise & IFC | 20-Jan-26 | 26-Jan-26 |
| Utilities & Cable Schedule - All Instruments | | 08-Jan-26 | 04-Mar-26 |
| JEI-10-IC-1120 | All Instruments - Develop & IFA | 08-Jan-26 | 18-Feb-26 |
| AG-10-IC-1055 | All Instruments - Client Comment | 19-Feb-26 | 25-Feb-26 |
| JEI-10-IC-1130 | All Instruments - Revise & IFC | 26-Feb-26 | 04-Mar-26 |
| Area 20 - Rock Handling | | 17-Jun-25 A | 06-Mar-26 |
| J2320 | 04-300-2000 Rock System | | 04-Aug-25 |
| J2350 | 04-300-4500 Landplaster Transport System | | 04-Aug-25 |
| J2330 | 04-300-3000 Reclaim System | | 04-Aug-25 |
| J2340 | 04-300-4000 Landplaster System | | 04-Aug-25 |
| J2310 | 04-300-1000 Rock Receiving | | 04-Aug-25 |
| Area 20 - Process/Mechanical | | 07-Jul-25 A | 09-Sep-25 |
| Exhaust Fans & Louvers for Area 20 Buildings | | 07-Jul-25 A | 09-Sep-25 |
| JEI-20-PR-1300 | Exhaust Fans & Louvers - Develop for PEMB Package #2 | 07-Jul-25 A | 22-Aug-25 |
| AG-20-PR-1300 | Exhaust Fans & Louvers - Client Comment | 25-Aug-25 | 02-Sep-25 |
| JEI-20-PR-1310 | Exhaust Fans & Louvers - Revise for PEMB Package #2 | 03-Sep-25 | 09-Sep-25 |
| Area 20 - Architectural | | 17-Jun-25 A | 05-Sep-25 |
| Rock Shed PEMB Layout | | 17-Jun-25 A | 05-Sep-25 |
| JEI-20-AR-1000 | Rock Shed PEMB Layout - Develop & IFA | 17-Jun-25 A | 22-Aug-25 |
| AG-20-AR-1310 | Rock Shed PEMB Layout - Client Comment | 25-Aug-25 | 29-Aug-25 |
| JEI-20-AR-1010 | Rock Shed PEMB Layout - Revise & IFB | 02-Sep-25 | 05-Sep-25 |
| Truck Unloading & Conveyor Shed PEMB Layout | | 17-Jun-25 A | 05-Sep-25 |
| JEI-20-AR-1020 | Truck Unloading & Conveyor Shed PEMB Layout - Develop & IFA | 17-Jun-25 A | 22-Aug-25 |
| AG-20-AR-1320 | Truck Unloading & Conveyor Shed PEMB Layout - Client Comment | 25-Aug-25 | 29-Aug-25 |
| JEI-20-AR-1030 | Truck Unloading & Conveyor Shed PEMB Layout - Revise & IFB | 02-Sep-25 | 05-Sep-25 |
| Blending Shed PEMB Layout | | 17-Jun-25 A | 28-Aug-25 |
| JEI-20-AR-1040 | Blending Shed PEMB Layout - Develop & IFA | 17-Jun-25 A | 15-Aug-25 |
| AG-20-AR-1330 | Blending Shed PEMB Layout - Client Comment | 18-Aug-25 | 22-Aug-25 |
| JEI-20-AR-1050 | Blending Shed PEMB Layout - Revise & IFB | 25-Aug-25 | 28-Aug-25 |
| Area 20 - Structural | | 04-Aug-25 | 06-Mar-26 |
| Area 20 - Rock Handling Piling | | 04-Aug-25 | 20-Nov-25 |
| JEI-20-ST-1000 | Area 20 - All Rock Handling Piling IFA Complete | | 30-Oct-25 |
| AG-20-ST-1340 | Area 20 - All Rock Handling Piling Client Comments Complete | | 06-Nov-25 |
| JEI-20-ST-1010 | Area 20 - All Rock Handling Piling IFC | | 20-Nov-25 |
| Truck Dumper Piling | | 03-Oct-25 | 20-Nov-25 |
| JEI-20-ST-1020 | Truck Dumper Piling - Develop & IFA | 03-Oct-25 | 30-Oct-25 |
| AG-20-ST-1350 | Truck Dumper Piling - Client Comment | 31-Oct-25 | 06-Nov-25 |
| JEI-20-ST-1030 | Truck Dumper Piling - Revise & IFC | 07-Nov-25 | 20-Nov-25 |
| Rock Shed Piling | | 03-Oct-25 | 20-Nov-25 |
| JEI-20-ST-1040 | Rock Shed Piling - Develop & IFA | 03-Oct-25 | 30-Oct-25 |
| AG-20-ST-1360 | Rock Shed Piling - Client Comment | 31-Oct-25 | 06-Nov-25 |
| JEI-20-ST-1050 | Rock Shed Piling - Revise & IFC | 07-Nov-25 | 20-Nov-25 |
| Conveyor Bents Piling | | 03-Sep-25 | 23-Sep-25 |
| JEI-20-ST-1060 | Conveyor Bents Piling - Develop & IFA | 03-Sep-25 | 03-Sep-25 |
| AG-20-ST-1370 | Conveyor Bents Piling - Client Comment | 03-Sep-25 | 09-Sep-25 |
| JEI-20-ST-1070 | Conveyor Bents Piling - Revise & IFC | 10-Sep-25 | 23-Sep-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| | Conveyor Transfer Towers Piling | 03-Sep-25 | 23-Sep-25 |
| JEI-20-ST-1080 | Conveyor Transfer Towers Piling - Develop & IFA | 03-Sep-25 | 03-Sep-25 |
| AG-20-ST-1380 | Conveyor Transfer Towers Piling - Client Comment | 03-Sep-25 | 09-Sep-25 |
| JEI-20-ST-1090 | Conveyor Transfer Towers Piling - Revise & IFC | 10-Sep-25 | 23-Sep-25 |
| | Equipment Support Piling | 04-Aug-25 | 22-Sep-25 |
| JEI-20-ST-1100 | Equipment Support Piling - Develop & IFA | 04-Aug-25 | 29-Aug-25 |
| AG-20-ST-1390 | Equipment Support Piling - Client Comment | 02-Sep-25 | 08-Sep-25 |
| JEI-20-ST-1110 | Equipment Support Piling - Revise & IFC | 09-Sep-25 | 22-Sep-25 |
| | Drum Dryer Area Piling | 04-Aug-25 | 22-Sep-25 |
| JEI-20-ST-1120 | Drum Dryer Area Piling - Develop & IFA | 04-Aug-25 | 29-Aug-25 |
| AG-20-ST-1400 | Drum Dryer Area Piling - Client Comment | 02-Sep-25 | 08-Sep-25 |
| JEI-20-ST-1130 | Drum Dryer Area Piling - Revise & IFC | 09-Sep-25 | 22-Sep-25 |
| | Blending Shed Piling | 04-Aug-25 | 22-Sep-25 |
| JEI-20-ST-1140 | Blending Shed Piling - Develop & IFA | 04-Aug-25 | 29-Aug-25 |
| AG-20-ST-1410 | Blending Shed Piling - Client Comment | 02-Sep-25 | 08-Sep-25 |
| JEI-20-ST-1150 | Blending Shed Piling - Revise & IFC | 09-Sep-25 | 22-Sep-25 |
| | Area 20 - Rock Handling Foundations | 04-Aug-25 | 12-Dec-25 |
| JEI-20-ST-1160 | Area 20 - All Rock Handling Foundations IFA | 19-Nov-25 | 25-Nov-25 |
| AG-20-ST-1420 | Area 20 - All Rock Handling Foundations Client Comments Complete | 01-Dec-25 | 05-Dec-25 |
| JEI-20-ST-1170 | Area 20 - All Rock Handling Foundations IFC | 08-Dec-25 | 12-Dec-25 |
| | Truck Dumper Foundations | 04-Aug-25 | 12-Dec-25 |
| JEI-20-ST-1180 | Truck Dumper Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-20-ST-1430 | Truck Dumper Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-20-ST-1190 | Truck Dumper Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| | Rock Shed Foundation | 04-Aug-25 | 12-Dec-25 |
| JEI-20-ST-1200 | Rock Shed Foundation - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-20-ST-1440 | Rock Shed Foundation - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-20-ST-1210 | Rock Shed Foundation - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| | Conveyor Bents Foundations | 04-Aug-25 | 12-Dec-25 |
| JEI-20-ST-1220 | Conveyor Bents Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-20-ST-1450 | Conveyor Bents Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-20-ST-1230 | Conveyor Bents Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| | Conveyor Transfer Towers Foundations | 04-Aug-25 | 12-Dec-25 |
| JEI-20-ST-1240 | Conveyor Transfer Towers Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-20-ST-1460 | Conveyor Transfer Towers Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-20-ST-1250 | Conveyor Transfer Towers Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| | Equipment Support Foundations | 04-Aug-25 | 12-Dec-25 |
| JEI-20-ST-1260 | Equipment Support Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-20-ST-1470 | Equipment Support Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-20-ST-1270 | Equipment Support Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| | Drum Dryer Area Foundations | 04-Aug-25 | 12-Dec-25 |
| JEI-20-ST-1280 | Drum Dryer Area Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-20-ST-1480 | Drum Dryer Area Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-20-ST-1290 | Drum Dryer Area Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| | Blending Shed Foundations | 04-Aug-25 | 12-Dec-25 |
| JEI-20-ST-1300 | Blending Shed Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-20-ST-1490 | Blending Shed Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-20-ST-1310 | Blending Shed Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| | Area 20 - Rock Handling Steel | 04-Aug-25 | 06-Mar-26 |
| JEI-20-ST-1320 | Area 20 - All Rock Handling Steel IFA | 16-Feb-26 | 20-Feb-26 |
| AG-20-ST-1500 | Area 20 - All Rock Handling Steel Client Comments Complete | 23-Feb-26 | 27-Feb-26 |
| JEI-20-ST-1330 | Area 20 - All Rock Handling Steel IFC | 02-Mar-26 | 06-Mar-26 |
| | Conveyor Bents Steel | 03-Sep-25 | 18-Nov-25 |
| JEI-20-ST-1340 | Conveyor Bents Steel - Develop & IFA | 03-Sep-25 | 04-Nov-25 |
| AG-20-ST-1510 | Conveyor Bents Steel - Client Comment | 05-Nov-25 | 11-Nov-25 |
| JEI-20-ST-1350 | Conveyor Bents Steel - Revise & IFC | 12-Nov-25 | 18-Nov-25 |
| | Conveyor Transfer Towers Steel | 03-Sep-25 | 25-Nov-25 |




Current
Progress
Critical
Milestones
Summary

American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-20-ST-1360 | Conveyor Transfer Towers Steel - Develop & IFA | 03-Sep-25 | 04-Nov-25 |
| AG-20-ST-1520 | Conveyor Transfer Towers Steel - Client Comment | 05-Nov-25 | 18-Nov-25 |
| JEI-20-ST-1370 | Conveyor Transfer Towers Steel - Revise & IFC | 19-Nov-25 | 25-Nov-25 |
| Equipment Support Steel | | 04-Aug-25 | 13-Oct-25 |
| JEI-20-ST-1380 | Equipment Support Steel - Develop & IFA | 04-Aug-25 | 29-Sep-25 |
| AG-20-ST-1530 | Equipment Support Steel - Client Comment | 30-Sep-25 | 06-Oct-25 |
| JEI-20-ST-1390 | Equipment Support Steel - Revise & IFC | 07-Oct-25 | 13-Oct-25 |
| Rock Shed Auxiliary Steel | | 24-Oct-25 | 20-Nov-25 |
| JEI-20-ST-1400 | Rock Shed Auxiliary Steel - Develop & IFA | 24-Oct-25 | 06-Nov-25 |
| AG-20-ST-1540 | Rock Shed Auxiliary Steel - Client Comment | 07-Nov-25 | 13-Nov-25 |
| JEI-20-ST-1410 | Rock Shed Auxiliary Steel - Revise & IFC | 14-Nov-25 | 20-Nov-25 |
| Rock Shed Stair Tower Steel | | 11-Nov-25 | 11-Dec-25 |
| JEI-20-ST-1420 | Rock Shed Stair Tower Steel - Develop & IFA | 11-Nov-25 | 24-Nov-25 |
| AG-20-ST-1550 | Rock Shed Stair Tower Steel - Client Comment | 25-Nov-25 | 04-Dec-25 |
| JEI-20-ST-1430 | Rock Shed Stair Tower Steel - Revise & IFC | 05-Dec-25 | 11-Dec-25 |
| Pipe Support/Cable Tray Steel | | 09-Feb-26 | 06-Mar-26 |
| JEI-20-ST-1440 | Pipe Support/Cable Tray Steel - Develop & IFA | 09-Feb-26 | 20-Feb-26 |
| AG-20-ST-1560 | Pipe Support/Cable Tray Steel - Client Comment | 23-Feb-26 | 27-Feb-26 |
| JEI-20-ST-1450 | Pipe Support/Cable Tray Steel - Revise & IFC | 02-Mar-26 | 06-Mar-26 |
| Area 20 - Electrical | | 05-Dec-25 | 20-Feb-26 |
| Grounding Plans & Details | | 05-Dec-25 | 05-Jan-26 |
| JEI-20-EL-1000 | Grounding Plans & Details - Develop & IFA | 05-Dec-25 | 11-Dec-25 |
| AG-20-EL-1570 | Grounding Plans & Details - Client Comment | 12-Dec-25 | 18-Dec-25 |
| JEI-20-EL-1010 | Grounding Plans & Details - Revise & IFC | 19-Dec-25 | 05-Jan-26 |
| Lighting Plans | | 19-Jan-26 | 20-Feb-26 |
| JEI-20-EL-1020 | Lighting Plans - Develop & IFA | 19-Jan-26 | 06-Feb-26 |
| AG-20-EL-1580 | Lighting Plans - Client Comment | 09-Feb-26 | 13-Feb-26 |
| JEI-20-EL-1030 | Lighting Plans - Revise & IFC | 16-Feb-26 | 20-Feb-26 |
| Power Plans - Receptacles & Cable Tray | | 12-Jan-26 | 13-Feb-26 |
| JEI-20-EL-1040 | Power Plans - Receptacles & Cable Tray - Develop & IFA | 12-Jan-26 | 30-Jan-26 |
| AG-20-EL-1590 | Power Plans - Receptacles & Cable Tray - Client Comment | 02-Feb-26 | 06-Feb-26 |
| JEI-20-EL-1050 | Power Plans - Receptacles & Cable Tray - Revise & IFC | 09-Feb-26 | 13-Feb-26 |
| Area 30 - Calcining | | 04-Aug-25 | 19-Mar-26 |
| J3260 | 04-300-4500 Land Plaster Transport System | | 04-Aug-25 |
| J3290 | 04-300-9000 Stucco System Shared | | 04-Aug-25 |
| J3270 | 04-300-5000 Stucco System #1 | | 04-Aug-25 |
| J3300 | 04-500-1000 Board Stucco System | | 04-Aug-25 |
| J3310 | 04-500-4000 Additives | | 04-Aug-25 |
| J3280 | 04-300-7000 Stucco System #2 | | 04-Aug-25 |
| J3320 | 04-500-4600 BMA System | | 04-Aug-25 |
| Area 30 - Process/Mechanical | | 18-Aug-25 | 04-Dec-25 |
| Specifications for Hoists | | 28-Oct-25 | 17-Nov-25 |
| JEI-30-PR-2550 | Specifications for Hoists - Develop & IFA | 28-Oct-25 | 03-Nov-25 |
| AG-30-PR-2550 | Specifications for Hoists - Client Comment | 04-Nov-25 | 10-Nov-25 |
| JEI-30-PR-2560 | Specifications for Hoists - Revise & IFB | 11-Nov-25 | 17-Nov-25 |
| Exhaust Fans & Louvers for Calcine Building | | 30-Oct-25 | 04-Dec-25 |
| JEI-30-PR-2570 | Exhaust Fans & Louvers - Develop for Calcine Building | 30-Oct-25 | 17-Nov-25 |
| AG-30-PR-2560 | Exhaust Fans & Louvers - Client Comment Calcine Building | 18-Nov-25 | 24-Nov-25 |
| JEI-30-PR-2580 | Exhaust Fans & Louvers - Revise for Calcine Building | 25-Nov-25 | 04-Dec-25 |
| Exhaust Fans & Louvers for Additives Building | | 18-Aug-25 | 17-Sep-25 |
| JEI-30-PR-2590 | Exhaust Fans & Louvers - Develop for Additives Building | 18-Aug-25 | 03-Sep-25 |
| AG-30-PR-2570 | Exhaust Fans & Louvers - Client Comment Additives Building | 04-Sep-25 | 10-Sep-25 |
| JEI-30-PR-2600 | Exhaust Fans & Louvers - Revise for Additives Building | 11-Sep-25 | 17-Sep-25 |
| Area 30 - Architectural | | 04-Aug-25 | 22-Aug-25 |
| Additive Building PEMB Layout | | 04-Aug-25 | 22-Aug-25 |
| JEI-30-AR-1060 | Additive Building PEMB Layout - Develop & IFA | 04-Aug-25 | 08-Aug-25 |
| AG-30-AR-2580 | Additive Building PEMB Layout - Client Comment | 11-Aug-25 | 15-Aug-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-30-AR-1070 | Additive Building PEMB Layout - Revise & IFB | 18-Aug-25 | 22-Aug-25 |
| Area 30 - Structural | | 04-Aug-25 | 12-Dec-25 |
| Area 30 - Calcining Piling | | 30-Sep-25 | 20-Nov-25 |
| JEI-30-ST-1000 | Area 30 - All Calcining Piling IFA | | 06-Nov-25 |
| AG-30-ST-2590 | Area 30 - All Calcining Piling Client Comments Complete | | 13-Nov-25 |
| JEI-30-ST-1010 | Area 30 - All Calcining Piling IFC | | 20-Nov-25 |
| Calcine Building & Equipment Piling | | 30-Sep-25 | 10-Nov-25 |
| JEI-30-ST-1020 | Calcine Building & Equipment Piling - Develop & IFA | 30-Sep-25 | 27-Oct-25 |
| AG-30-ST-2600 | Calcine Building & Equipment Piling - Client Comment | 28-Oct-25 | 03-Nov-25 |
| JEI-30-ST-1030 | Calcine Building & Equipment Piling - Revise & IFC | 04-Nov-25 | 10-Nov-25 |
| Additive Building Piling | | 17-Oct-25 | 20-Nov-25 |
| JEI-30-ST-1040 | Additive Building Piling - Develop & IFA | 17-Oct-25 | 06-Nov-25 |
| AG-30-ST-2610 | Additive Building Piling - Client Comment | 07-Nov-25 | 13-Nov-25 |
| JEI-30-ST-1050 | Additive Building Piling - Revise & IFC | 14-Nov-25 | 20-Nov-25 |
| Area 30 - Calcining Foundations | | 04-Aug-25 | 12-Dec-25 |
| JEI-30-ST-1060 | Area 30 - All Calcining Foundations IFA | | 18-Nov-25 |
| AG-30-ST-2620 | Area 30 - All Calcining Foundations Client Comments Complete | | 25-Nov-25 |
| JEI-30-ST-1070 | Area 30 - All Calcining Foundations IFC | | 12-Dec-25 |
| Calcine Building & Equipment Foundations | | 04-Aug-25 | 12-Dec-25 |
| JEI-30-ST-1080 | Calcine Building & Equipment Foundations - Develop & IFA | 04-Aug-25 | 18-Nov-25 |
| AG-30-ST-2630 | Calcine Building & Equipment Foundations - Client Comment | 19-Nov-25 | 25-Nov-25 |
| JEI-30-ST-1090 | Calcine Building & Equipment Foundations - Revise & IFC | 01-Dec-25 | 12-Dec-25 |
| Additive Building Foundations | | 10-Oct-25 | 20-Nov-25 |
| JEI-30-ST-1100 | Additive Building Foundations - Develop & IFA | 10-Oct-25 | 06-Nov-25 |
| AG-30-ST-2640 | Additive Building Foundations - Client Comment | 07-Nov-25 | 13-Nov-25 |
| JEI-30-ST-1110 | Additive Building Foundations - Revise & IFC | 14-Nov-25 | 20-Nov-25 |
| Area 30 - Calcining Steel | | 04-Aug-25 | 11-Dec-25 |
| JEI-30-ST-1120 | Area 30 - All Calcining Steel IFA | | 27-Oct-25 |
| AG-30-ST-2650 | Area 30 - All Calcining Steel Client Comments Complete | | 03-Nov-25 |
| JEI-30-ST-1130 | Area 30 - All Calcining Steel IFC | | 11-Dec-25 |
| Calcine Building & Equipment Steel | | 04-Aug-25 | 11-Dec-25 |
| JEI-30-ST-1140 | Calcine Building & Equipment Steel - Develop & IFA | 04-Aug-25 | 27-Oct-25 |
| AG-30-ST-2660 | Calcine Building & Equipment Steel - Client Comment | 28-Oct-25 | 03-Nov-25 |
| JEI-30-ST-1150 | Calcine Building & Equipment Steel - Revise & IFC | 04-Nov-25 | 11-Dec-25 |
| Area 30 - Electrical | | 19-Nov-25 | 19-Mar-26 |
| Grounding Plans & Details | | 19-Nov-25 | 12-Dec-25 |
| JEI-30-EL-1000 | Grounding Plans & Details - Develop & IFA | 19-Nov-25 | 25-Nov-25 |
| AG-30-EL-2670 | Grounding Plans & Details - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-30-EL-1010 | Grounding Plans & Details - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| Lighting Plans | | 20-Feb-26 | 19-Mar-26 |
| JEI-30-EL-1020 | Lighting Plans - Develop & IFA | 20-Feb-26 | 05-Mar-26 |
| AG-30-EL-2680 | Lighting Plans - Client Comment | 06-Mar-26 | 12-Mar-26 |
| JEI-30-EL-1030 | Lighting Plans - Revise & IFC | 13-Mar-26 | 19-Mar-26 |
| Power Plans - Receptacles & Cable Tray | | 20-Feb-26 | 19-Mar-26 |
| JEI-30-EL-1040 | Power Plans - Receptacles & Cable Tray - Develop & IFA | 20-Feb-26 | 05-Mar-26 |
| AG-30-EL-2690 | Power Plans - Receptacles & Cable Tray - Client Comment | 06-Mar-26 | 12-Mar-26 |
| JEI-30-EL-1050 | Power Plans - Receptacles & Cable Tray - Revise & IFC | 13-Mar-26 | 19-Mar-26 |
| Area 40 - Mixing & Paper Handling | | 04-Mar-25 A | 16-Apr-26 |
| J3810 | 04-500-2000 Paper Handling | | 04-Aug-25 |
| J3820 | 04-500-5000 Mixer Board Line (in Calcine Building) | | 04-Aug-25 |
| Area 40 - Process/Mechanical | | 04-Mar-25 A | 22-Aug-25 |
| Exhaust Fans & Louvers for PEMB | | 04-Mar-25 A | 22-Aug-25 |
| JEI-40-PR-1110 | Exhaust Fans & Louvers Develop for PEMB Package #2 - IFA | 04-Mar-25 A | 08-Aug-25 |
| AG-40-PR-1110 | Exhaust Fans & Louvers FOR PEMB 2 - Client Comment | 11-Aug-25 | 15-Aug-25 |
| JEI-40-PR-1120 | Exhaust Fans & Louvers - Revise for PEMB Package #2 | 18-Aug-25 | 22-Aug-25 |
| Area 40 - Architectural | | 04-Mar-25 A | 22-Aug-25 |
| Mixing & Paper Handling Area PEMB Layout | | 04-Mar-25 A | 22-Aug-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-40-AR-1080 | Mixing & Paper Handling Area PEMB Layout - Develop & IFA | 04-Mar-25 A | 08-Aug-25 |
| AG-40-AR-2700 | Mixing & Paper Handling Area PEMB Layout - Client Comment | 11-Aug-25 | 15-Aug-25 |
| JEI-40-AR-1090 | Mixing & Paper Handling Area PEMB Layout - Revise & IFB | 18-Aug-25 | 22-Aug-25 |
| Area 40 - Structural | | 10-Oct-25 | 20-Nov-25 |
| Mixing & Paper Handling Building & Equipment Piling | | 24-Oct-25 | 20-Nov-25 |
| JEI-40-ST-1000 | Mixing & Paper Handling Building & Equipment Piling - Develop & IFA | 24-Oct-25 | 06-Nov-25 |
| AG-40-ST-2710 | Mixing & Paper Handling Building & Equipment Piling - Client Comment | 07-Nov-25 | 13-Nov-25 |
| JEI-40-ST-1010 | Mixing & Paper Handling Building & Equipment Piling - Revise & IFC | 14-Nov-25 | 20-Nov-25 |
| Mixing & Paper Handling Building & Equipment Foundations | | 10-Oct-25 | 20-Nov-25 |
| JEI-40-ST-1020 | Mixing & Paper Handling Building & Equipment Foundations - Develop & IFA | 10-Oct-25 | 06-Nov-25 |
| AG-40-ST-2720 | Mixing & Paper Handling Building & Equipment Foundations - Client Comment | 07-Nov-25 | 13-Nov-25 |
| JEI-40-ST-1030 | Mixing & Paper Handling Building & Equipment Foundations - Revise & IFC | 14-Nov-25 | 20-Nov-25 |
| Area 40 - Electrical | | 05-Dec-25 | 16-Apr-26 |
| Grounding Plans & Details | | 05-Dec-25 | 20-Jan-26 |
| JEI-40-EL-1000 | Grounding Plans & Details - Develop & IFA | 05-Dec-25 | 06-Jan-26 |
| AG-40-EL-2730 | Grounding Plans & Details - Client Comment | 07-Jan-26 | 13-Jan-26 |
| JEI-40-EL-1010 | Grounding Plans & Details - Revise & IFC | 14-Jan-26 | 20-Jan-26 |
| Lighting Plans | | 06-Mar-26 | 16-Apr-26 |
| JEI-40-EL-1020 | Lighting Plans - Develop & IFA | 06-Mar-26 | 02-Apr-26 |
| AG-40-EL-2740 | Lighting Plans - Client Comment | 03-Apr-26 | 09-Apr-26 |
| JEI-40-EL-1030 | Lighting Plans - Revise & IFC | 10-Apr-26 | 16-Apr-26 |
| Power Plans - Receptacles & Cable Tray | | 06-Mar-26 | 16-Apr-26 |
| JEI-40-EL-1040 | Power Plans - Receptacles & Cable Tray - Develop & IFA | 06-Mar-26 | 02-Apr-26 |
| AG-40-EL-2750 | Power Plans - Receptacles & Cable Tray - Client Comment | 03-Apr-26 | 09-Apr-26 |
| JEI-40-EL-1050 | Power Plans - Receptacles & Cable Tray - Revise & IFC | 10-Apr-26 | 16-Apr-26 |
| Area 50 - Board Line | | 04-Mar-25 A | 16-Apr-26 |
| J4070 | 04-500-5000 Mixer Board Line (in Board Line Building) | | 04-Aug-25 |
| Area 50 - Process/Mechanical | | 28-Aug-25 | 29-Sep-25 |
| Exhaust Fans & Louvers for PEMBs | | 28-Aug-25 | 29-Sep-25 |
| JEI-50-PR-1070 | Exhaust Fans & Louvers - Develop for PEMB Package #2 | 28-Aug-25 | 15-Sep-25 |
| AG-50-PR-1070 | Exhaust Fans & Louvers for PEMB Package #2- Client Comment | 16-Sep-25 | 22-Sep-25 |
| JEI-50-PR-1080 | Exhaust Fans & Louvers - Revise for PEMB Package #2 | 23-Sep-25 | 29-Sep-25 |
| Area 50 - Architectural | | 04-Mar-25 A | 22-Aug-25 |
| East Board Line Building PEMB Layouts | | 04-Mar-25 A | 22-Aug-25 |
| JEI-50-AR-1100 | East Board Line Building PEMB Layouts - Develop & IFA | 04-Mar-25 A | 08-Aug-25 |
| AG-50-AR-1080 | East Board Line Building PEMB Layouts - Client Comment | 11-Aug-25 | 15-Aug-25 |
| JEI-50-AR-1110 | East Board Line Building PEMB Layouts - Revise & IFB | 18-Aug-25 | 22-Aug-25 |
| Area 50 - Structural | | 04-Aug-25 | 21-Nov-25 |
| East Board Line Building & Equipment Piling | | 17-Oct-25 | 20-Nov-25 |
| JEI-50-ST-1000 | East Board Line Building & Equipment Piling - Develop & IFA | 17-Oct-25 | 06-Nov-25 |
| AG-50-ST-1090 | East Board Line Building & Equipment Piling - Client Comment | 07-Nov-25 | 13-Nov-25 |
| JEI-50-ST-1010 | East Board Line Building & Equipment Piling - Revise & IFC | 14-Nov-25 | 20-Nov-25 |
| East Board Line Building & Equipment Foundations | | 26-Sep-25 | 21-Nov-25 |
| JEI-50-ST-1020 | East Board Line Building & Equipment Foundations - Develop & IFA | 26-Sep-25 | 06-Nov-25 |
| AG-50-ST-1200 | East Board Line Building & Equipment Foundations - Client Comment | 07-Nov-25 | 14-Nov-25 |
| JEI-50-ST-1030 | East Board Line Building & Equipment Foundations - Revise & IFC | 17-Nov-25 | 21-Nov-25 |
| East Board Line Equipment Platform Steel | | 04-Aug-25 | 10-Nov-25 |
| JEI-50-ST-1040 | East Board Line Equipment Platform Steel - Develop & IFA | 04-Aug-25 | 27-Oct-25 |
| AG-50-ST-1210 | East Board Line Equipment Platform Steel - Client Comment | 28-Oct-25 | 03-Nov-25 |
| JEI-50-ST-1050 | East Board Line Equipment Platform Steel - Revise & IFC | 04-Nov-25 | 10-Nov-25 |
| Area 50 - Electrical | | 05-Dec-25 | 16-Apr-26 |
| Grounding Plans & Details | | 05-Dec-25 | 06-Jan-26 |
| JEI-50-EL-1000 | Grounding Plans & Details - Develop & IFA | 05-Dec-25 | 12-Dec-25 |
| AG-50-EL-1220 | Grounding Plans & Details - Client Comment | 15-Dec-25 | 19-Dec-25 |
| JEI-50-EL-1010 | Grounding Plans & Details - Revise & IFC | 22-Dec-25 | 06-Jan-26 |
| Lighting Plans | | 06-Mar-26 | 16-Apr-26 |
| JEI-50-EL-1020 | Lighting Plans - Develop & IFA | 06-Mar-26 | 02-Apr-26 |




Current — Progress — Critical — Milestones — Summary

American Gypsum

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-50-EL-1230 | Lighting Plans - Client Comment | 03-Apr-26 | 09-Apr-26 |
| JEI-50-EL-1030 | Lighting Plans - Revise & IFC | 10-Apr-26 | 16-Apr-26 |
| Power Plans - Receptacles & Cable Tray | | 06-Mar-26 | 16-Apr-26 |
| JEI-50-EL-1040 | Power Plans - Receptacles & Cable Tray - Develop & IFA | 06-Mar-26 | 02-Apr-26 |
| AG-50-EL-1240 | Power Plans - Receptacles & Cable Tray - Client Comment | 03-Apr-26 | 09-Apr-26 |
| JEI-50-EL-1050 | Power Plans - Receptacles & Cable Tray - Revise & IFC | 10-Apr-26 | 16-Apr-26 |
| Area 60 - Wet End & Drying | | 04-Mar-25 A | 16-Apr-26 |
| J4320 | 04-500-6000 Wet End Transfer | | 04-Aug-25 |
| J4350 | 04-500-7700 Dryer Outfeed | | 04-Aug-25 |
| J4340 | 04-500-7300 Dryer | | 04-Aug-25 |
| J4330 | 04-500-7000 Dryer Infeed | | 04-Aug-25 |
| Area 60 - Process/Mechanical | | 17-Jun-25 A | 08-Aug-25 |
| Exhaust Fans & Louvers for PEMBs | | 17-Jun-25 A | 08-Aug-25 |
| JEI-60-PR-1040 | Exhaust Fans & Louvers for PEMBs - Develop for PEMB Package #1 | 17-Jun-25 A | 25-Jul-25 A |
| AG-60-PR-1040 | Exhaust Fans & Louvers for PEMBs - Client Comment for PEMB 1 | 28-Jul-25 A | 29-Jul-25 A |
| JEI-60-PR-1050 | Exhaust Fans & Louvers for PEMBs - Revise for PEMB Package #1 | 30-Jul-25 A | 08-Aug-25 |
| Area 60 - Architectural | | 04-Mar-25 A | 08-Aug-25 |
| West Board Line & Wet End & Drying Area PEMB Layouts | | 04-Mar-25 A | 08-Aug-25 |
| JEI-60-AR-1120 | West Board Line & Wet End & Drying Area PEMB Layouts - Develop & IFA | 04-Mar-25 A | 17-Mar-25 A |
| AG-60-AR-1050 | West Board Line & Wet End & Drying Area PEMB Layouts - Client Comment | 18-Mar-25 A | 24-Mar-25 A |
| JEI-60-AR-1130 | West Board Line & Wet End & Drying Area PEMB Layouts - Revise & IFB | 25-Mar-25 A | 30-May-25 A |
| JEI-60-AR-1140 | West Board Line & Wet End & Drying Area PEMB Layouts - Revise for Ventilation & ... | 02-Jun-25 A | 08-Aug-25 |
| Area 60 - Structural | | 04-Aug-25 | 15-Jan-26 |
| Area 60 - Wet End & Drying Piling | | 04-Aug-25 | 02-Oct-25 |
| JEI-60-ST-1000 | Area 60 - All Wet End & Drying Piling IFA | | 02-Oct-25 |
| JEI-60-ST-1010 | Area 60 - All Wet End & Drying Piling IFC | | 02-Oct-25 |
| AG-60-ST-2000 | Area 60 - All Wet End & Drying Piling - Client Comments Complete | | 02-Oct-25 |
| West Board Line & Wet End & Drying Building & Equipment Piling | | 04-Aug-25 | 15-Sep-25 |
| JEI-60-ST-1020 | West Board Line & Wet End & Drying Building & Equipment Piling - Develop & IFA | 04-Aug-25 | 29-Aug-25 |
| AG-60-ST-2010 | West Board Line & Wet End & Drying Building & Equipment Piling - Client Comment | 02-Sep-25 | 08-Sep-25 |
| JEI-60-ST-1030 | West Board Line & Wet End & Drying Building & Equipment Piling - Revise & IFC | 09-Sep-25 | 15-Sep-25 |
| Dryer Heat Recovery Piling | | 04-Aug-25 | 30-Sep-25 |
| JEI-60-ST-1040 | Dryer Heat Recovery Piling - Develop & IFA | 04-Aug-25 | 16-Sep-25 |
| AG-60-ST-2020 | Dryer Heat Recovery Piling - Client Comment | 17-Sep-25 | 23-Sep-25 |
| JEI-60-ST-1050 | Dryer Heat Recovery Piling - Revise & IFC | 24-Sep-25 | 30-Sep-25 |
| Board Rejects Bunker Piling | | 04-Aug-25 | 30-Sep-25 |
| JEI-60-ST-1060 | Board Rejects Bunker Piling - Develop & IFA | 04-Aug-25 | 16-Sep-25 |
| AG-60-ST-2030 | Board Rejects Bunker Piling - Client Comment | 17-Sep-25 | 23-Sep-25 |
| JEI-60-ST-1070 | Board Rejects Bunker Piling - Revise & IFC | 24-Sep-25 | 30-Sep-25 |
| Board Rejects Tower Piling | | 04-Aug-25 | 30-Sep-25 |
| JEI-60-ST-1080 | Board Rejects Tower Piling - Develop & IFA | 04-Aug-25 | 16-Sep-25 |
| AG-60-ST-2040 | Board Rejects Tower Piling - Client Comment | 17-Sep-25 | 23-Sep-25 |
| JEI-60-ST-1090 | Board Rejects Tower Piling - Revise & IFC | 24-Sep-25 | 30-Sep-25 |
| Area 60 - Wet End & Drying Foundations | | 04-Aug-25 | 12-Dec-25 |
| JEI-60-ST-1100 | Area 60 - All Wet End & Drying Foundations IFA | | 25-Nov-25 |
| AG-60-ST-2050 | Area 60 - All Wet End & Drying Foundations Client Comments Received | | 05-Dec-25 |
| JEI-60-ST-1110 | Area 60 - All Wet End & Drying Foundations - IFC | | 12-Dec-25 |
| West Board Line & Wet End & Drying Building & Equipment Foundations | | 04-Aug-25 | 30-Oct-25 |
| JEI-60-ST-1120 | West Board Line & Wet End & Drying Building & Equipment Foundations - Develop ... | 04-Aug-25 | 16-Oct-25 |
| AG-60-ST-2060 | West Board Line & Wet End & Drying Building & Equipment Foundations - Client C... | 17-Oct-25 | 23-Oct-25 |
| JEI-60-ST-1130 | West Board Line & Wet End & Drying Building & Equipment Foundations - Revise &... | 24-Oct-25 | 30-Oct-25 |
| Dryer Heat Recovery Foundations | | 04-Aug-25 | 12-Dec-25 |
| JEI-60-ST-1140 | Dryer Heat Recovery Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-60-ST-2070 | Dryer Heat Recovery Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-60-ST-1150 | Dryer Heat Recovery Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| Board Rejects Bunker Foundations | | 04-Aug-25 | 12-Dec-25 |
| JEI-60-ST-1160 | Board Rejects Bunker Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |




Current — Milestones
Progress — Summary
Critical

# 241002-02 American Gypsum - Duke C Line

Jedson Engineering

| ID | Name | Start | Finish |
|---|---|---|---|
| AG-60-ST-2080 | Board Rejects Bunker Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-60-ST-1170 | Board Rejects Bunker Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| Board Rejects Tower Foundations | | 04-Aug-25 | 12-Dec-25 |
| JEI-60-ST-1180 | Board Rejects Tower Foundations - Develop & IFA | 04-Aug-25 | 25-Nov-25 |
| AG-60-ST-2090 | Board Rejects Tower Foundations - Client Comment | 01-Dec-25 | 05-Dec-25 |
| JEI-60-ST-1190 | Board Rejects Tower Foundations - Revise & IFC | 08-Dec-25 | 12-Dec-25 |
| Area 60 - Wet End & Drying Steel | | 15-Aug-25 | 15-Jan-26 |
| JEI-60-ST-1200 | Area 60 - All Wet End & Drying Steel IFA | | 19-Dec-25 |
| AG-60-ST-2100 | Area 60 - All Wet End & Drying Steel Client Comments Received | | 08-Jan-26 |
| JEI-60-ST-1210 | Area 60 - All Wet End & Drying Steel IFC | | 15-Jan-26 |
| West Board Line & Wet End & Drying Building Platform Steel | | 15-Aug-25 | 26-Sep-25 |
| JEI-60-ST-1220 | West Board Line & Wet End & Drying Building Platform Steel - Develop & IFA | 15-Aug-25 | 12-Sep-25 |
| AG-60-ST-2110 | West Board Line & Wet End & Drying Building Platform Steel - Client Comment | 15-Sep-25 | 19-Sep-25 |
| JEI-60-ST-1230 | West Board Line & Wet End & Drying Building Platform Steel - Revise & IFC | 22-Sep-25 | 26-Sep-25 |
| Board Rejects Tower Steel | | 15-Aug-25 | 15-Jan-26 |
| JEI-60-ST-1240 | Board Rejects Tower Steel - Develop & IFA | 15-Aug-25 | 19-Dec-25 |
| AG-60-ST-2120 | Board Rejects Tower Steel - Client Comment | 22-Dec-25 | 08-Jan-26 |
| JEI-60-ST-1250 | Board Rejects Tower Steel - Revise & IFC | 09-Jan-26 | 15-Jan-26 |
| Area 60 - Wet End & Drying Duct Supports | | 12-Nov-25 | 15-Jan-26 |
| Dryer Heat Recovery Duct Supports | | 12-Nov-25 | 15-Jan-26 |
| JEI-60-ST-1280 | Dryer Heat Recovery Duct Supports - Develop & IFA | 12-Nov-25 | 19-Dec-25 |
| AG-60-ST-2140 | Dryer Heat Recovery Duct Supports - Client Comment | 22-Dec-25 | 08-Jan-26 |
| JEI-60-ST-1290 | Dryer Heat Recovery Duct Supports - Revise & IFC | 09-Jan-26 | 15-Jan-26 |
| Area 60 - Electrical | | 05-Dec-25 | 16-Apr-26 |
| Ground Plans & Details | | 05-Dec-25 | 26-Jan-26 |
| JEI-60-EL-1000 | Ground Plans & Details - Develop & IFA | 05-Dec-25 | 12-Jan-26 |
| AG-60-EL-1220 | Ground Plans & Details - Client Comment | 13-Jan-26 | 19-Jan-26 |
| JEI-60-EL-1010 | Ground Plans & Details - Revise & IFC | 20-Jan-26 | 26-Jan-26 |
| Lighting Plans | | 06-Mar-26 | 16-Apr-26 |
| JEI-60-EL-1020 | Lighting Plans - Develop & IFA | 06-Mar-26 | 02-Apr-26 |
| AG-60-EL-1230 | Lighting Plans - Client Comment | 03-Apr-26 | 09-Apr-26 |
| JEI-60-EL-1030 | Lighting Plans - Revise & IFC | 10-Apr-26 | 16-Apr-26 |
| Power Plans - Receptacles & Cable Tray | | 06-Feb-26 | 16-Apr-26 |
| JEI-60-EL-1040 | Power Plans - Receptacles & Cable Tray - Develop & IFA | 06-Feb-26 | 02-Apr-26 |
| AG-60-EL-1240 | Power Plans - Receptacles & Cable Tray - Client Comment | 03-Apr-26 | 09-Apr-26 |
| JEI-60-EL-1050 | Power Plans - Receptacles & Cable Tray - Revise & IFC | 10-Apr-26 | 16-Apr-26 |
| Area 70 - Take Off Lines | | 04-Aug-25 | 16-Apr-26 |
| Area 70 - Process/Mechanical | | 04-Aug-25 | 11-Sep-25 |
| JEI-70-PR-1020 | 04-500-8000 Take Off #1 | | 04-Aug-25 |
| JEI-70-PR-1030 | 04-500-9000 Take Off #2 | | 04-Aug-25 |
| Exhaust Fans & Louvers for PEMBs | | 28-Aug-25 | 11-Sep-25 |
| JEI-70-PR-1040 | Exhaust Fans & Louvers - Develop for PEMB Package #2 | 28-Aug-25 | 28-Aug-25 |
| AG-70-PR-1020 | Exhaust Fans & Louvers - Client Comment for PEMB 2 | 28-Aug-25 | 04-Sep-25 |
| JEI-70-PR-1050 | Exhaust Fans & Louvers - Revise for PEMB Package #2 | 05-Sep-25 | 11-Sep-25 |
| Area 70 - Architectural | | 04-Aug-25 | 08-Sep-25 |
| Take Off Area PEMB Layouts | | 04-Aug-25 | 08-Sep-25 |
| JEI-70-AR-1150 | Take Off Area PEMB Layouts - Develop & IFA | 04-Aug-25 | 22-Aug-25 |
| AG-70-AR-1030 | Take Off Area PEMB Layouts - Client Comment | 25-Aug-25 | 29-Aug-25 |
| JEI-70-AR-1160 | Take Off Area PEMB Layouts - Revise & IFB | 02-Sep-25 | 08-Sep-25 |
| Area 70 - Structural | | 04-Aug-25 | 15-Jan-26 |
| Take Off Building & Equipment Piling | | 17-Oct-25 | 20-Nov-25 |
| JEI-70-ST-1000 | Take Off Building & Equipment Piling - Develop & IFA | 17-Oct-25 | 06-Nov-25 |
| AG-70-ST-1040 | Take Off Building & Equipment Piling - Client Comment | 07-Nov-25 | 13-Nov-25 |
| JEI-70-ST-1010 | Take Off Building & Equipment Piling - Revise & IFC | 14-Nov-25 | 20-Nov-25 |
| Take Off Building & Equipment Foundations | | 19-Sep-25 | 20-Nov-25 |
| JEI-70-ST-1020 | Take Off Building & Equipment Foundations - Develop & IFA | 19-Sep-25 | 06-Nov-25 |
| AG-70-ST-1050 | Take Off Building & Equipment Foundations - Client Comment | 07-Nov-25 | 13-Nov-25 |




Current
Progress
Critical
Milestones
Summary

# 241002-02 American Gypsum - Duke C Line

| ID | Name | Start | Finish |
|---|---|---|---|
| JEI-70-ST-1030 | Take Off Building & Equipment Foundations - Revise & IFC | 14-Nov-25 | 20-Nov-25 |
| Take Off Conveyor Support Steel | | 04-Aug-25 | 15-Jan-26 |
| JEI-70-ST-1040 | Take Off Conveyor Support Steel - Develop & IFA | 04-Aug-25 | 19-Dec-25 |
| AG-70-ST-1060 | Take Off Conveyor Support Steel - Client Comment | 22-Dec-25 | 08-Jan-26 |
| JEI-70-ST-1050 | Take Off Conveyor Support Steel - Revise & IFC | 09-Jan-26 | 15-Jan-26 |
| Area 70 - Electrical | | 05-Dec-25 | 16-Apr-26 |
| Grounding Plans & Details | | 05-Dec-25 | 05-Jan-26 |
| JEI-70-EL-1000 | Grounding Plans & Details - Develop & IFA | 05-Dec-25 | 11-Dec-25 |
| AG-70-EL-1070 | Grounding Plans & Details - Client Comment | 12-Dec-25 | 18-Dec-25 |
| JEI-70-EL-1010 | Grounding Plans & Details - Revise & IFC | 19-Dec-25 | 05-Jan-26 |
| Lighting Plans | | 06-Mar-26 | 16-Apr-26 |
| JEI-70-EL-1020 | Lighting Plans - Develop & IFA | 06-Mar-26 | 02-Apr-26 |
| AG-70-EL-1080 | Lighting Plans - Client Comment | 03-Apr-26 | 09-Apr-26 |
| JEI-70-EL-1030 | Lighting Plans - Revise & IFC | 10-Apr-26 | 16-Apr-26 |
| Power Plans - Receptacles & Cable Tray | | 06-Mar-26 | 16-Apr-26 |
| JEI-70-EL-1040 | Receptacles & Cable Tray - Develop & IFA | 06-Mar-26 | 02-Apr-26 |
| AG-70-EL-1090 | Receptacles & Cable Tray - Client Comment | 03-Apr-26 | 09-Apr-26 |
| JEI-70-EL-1050 | Receptacles & Cable Tray - Revise & IFC | 10-Apr-26 | 16-Apr-26 |




Current
Progress
Critical
Milestones
Summary

# Exhibit C

## Critical Milestones

| American Gypsum Duke C Line<br>Critical Milestone Schedule<br>241002-02 | |
|---|---|
| | **Date** |
| **Mechanical** | |
| Piping Utility & Compressor P&IDs IFD | 30-Sep-25 |
| Equipment Packages IFB | 30-Sep-25 |
| | |
| **Civil** | |
| Civil Package IFC | 2-Oct-25 |
| | |
| **Architectural** | |
| Architectural PEMB Package IFD | 15-Oct-25 |
| | |
| **Structural** | |
| Structural Piling IFC | 15-Dec-25 |
| Structural Foundations IFC | 12-Jan-26 |
| Structural Steel Primary IFC | 16-Feb-26 |
| Structural Steel Miscellaneous IFC | 6-Apr-26 |
| | |
| **Piping** | |
| Piping Orthographics IFD | 16-Mar-26 |
| | |
| **Electrical** | |
| Ductbank IFC | 6-Nov-25 |
| Grounding IFC | 23-Jan-26 |
| Cable Schedule, Cable Tray, Lighting IFC | 10-May-26 |
| | |
| **Instrumentation** | |
| Instrument Index & I/O List IFC | 16-Jan-26 |
| Instrument Loop Sheets IFC | 2-Apr-26 |
| | |

# Exhibit D

## Lien Waiver Forms

Exhibit D-1
Interim Conditional Lien Waiver

Name of Project: ______________________________

Location/Address: ______________________________

City/State/Zip: ______________________________

Invoice No(s): ______________________________

In considerations of ______________________________dollars, ($______________________), and other valuable considerations, the undersigned does hereby waive, release and forever discharge any and all lines on or against the premises described above for and on account of work performed and labor, equipment and/or materials supplied at or in connection with construction or improvement at the premises described above.

**This waiver is conditional on actual receipt of payment.**

**Upon receipt of payment by Subcontractor, all liens are waived.**

______________________________
(Company Name)

______________________________
(Printed name of lien claimant)

______________________________
(Signature of lien claimant)

______________________________
(Title of lien claimant)

______________________________
(Date)

State of ______________________________

County of ______________________________

Subscribed and sworn to before me by ______________________________,

as ______________________ on ______________________.

My Commission Expires ______________________________.

______________________________
Notary Public

# Exhibit D-2

## Interim Unconditional Lien Waiver

Name of Project: ______________________________

Location/Address: ______________________________

City/State/Zip: ______________________________

Invoice No(s): ______________________________

In considerations of ______________________________dollars, ($______________________), and other valuable considerations, the undersigned does hereby waive, release and forever discharge any and all lines on or against the premises described above for and on account of work performed and labor, equipment and/or materials supplied at or in connection with construction or improvement at the premises described above.

______________________________
(Company Name)

______________________________
(Printed name of lien claimant)

______________________________
(Signature of lien claimant)

______________________________
(Title of lien claimant)

______________________________
(Date)

State of ______________________________

County of ______________________________

Subscribed and sworn to before me by ______________________________,

as ____________________ on ____________________.

My Commission Expires ______________________________.

______________________________
Notary Public

Exhibit D-3
Final Conditional Lien Waiver

Name of Project: ______________________________

Location/Address: ______________________________

City/State/Zip: ______________________________

Invoice No(s): ______________________________

In considerations of ______________________________dollars, ($______________________________), and other valuable considerations, the undersigned does hereby waive, release and forever discharge any and all lines on or against the premises described above for and on account of work performed and labor, equipment and/or materials supplied at or in connection with construction or improvement at the premises described above.

The undersigned further acknowledges that **the sum above constitutes the entire unpaid balance** due the undersigned in connection with said project, whether under said contract or otherwise, and that the payment of said sum will constitute payment in full and will fully satisfy any and all liens, claims and demands which the undersigned may have or assert against the Owner in connection with said contract or project.

**This waiver is conditional on actual receipt of payment.**

**Upon receipt of payment by Subcontractor, all liens are waived.**

______________________________
(Company Name)

______________________________
(Printed name of lien claimant)

______________________________
(Signature of lien claimant)

______________________________
(Title of lien claimant)

______________________________
(Date)

State of ______________________________

County of ______________________________

Subscribed and sworn to before me by ______________________________,

as ______________________________ on ______________________________.

My Commission Expires ______________________________.

______________________________
Notary Public

Exhibit D-4
Final Unconditional Lien Waiver

Name of Project: ______________________________

Location/Address: ______________________________

City/State/Zip: ______________________________

Project Total ($): ______________________________

In considerations of ______________________________dollars, ($______________________________), and other valuable considerations, the undersigned does hereby waive, release and forever discharge any and all lines on or against the premises described above for and on account of work performed and labor, equipment and/or materials supplied at or in connection with construction or improvement at the premises described above.

The undersigned further acknowledges that **the entire balance has been paid** in connection with said project, whether under said contract or otherwise, and that the payment of said balance will constitute payment in full and will fully satisfy any and all liens, claims and demands which the undersigned may have or assert against the Owner in connection with said contract or project.

______________________________
(Company Name)

______________________________
(Printed name of lien claimant)

______________________________
(Signature of lien claimant)

______________________________
(Title of lien claimant)

______________________________
(Date)

State of ______________________________

County of ______________________________

Subscribed and sworn to before me by ______________________________,

as ______________________________ on ______________________________.

My Commission Expires ______________________________.

______________________________
Notary Public

**Exhibit E**

**PAYMENT SCHEDULE**

Billed monthly by Area (invoice template included as reference)

# DUKE C LINE - ENGINEERING SERVICES
# SCHEDULE OF VALUES

| | | | |
|---|---|---|---|
| **American Gypsum** | **Billing To:** | **Payment To:** | **Invoice Number:** xx |
| **Project Renaissance** | **American Gypsum** | **Jedson Engineering** | **Period Ending:** xx |
| **Engineering Services** | **5960 Berkshire Lane Suite 800** | | |
| | **Dallas, TX 75225** | **Cincinnati, OH** | **Invoice Date:** xx |
| | **Attention:** AGMFG@americangypsum.com; luke.milner@americangypsum.com | **Attention:** | **Jedson Project No.:** 241002-02 |

**1. Base Contract**

| Item | Area | Description | Quantity | Unit | Original Amount | Change Order | Total Amount | Previous Invoices | | This Period (Jul-Aug) | | To Date EV (August) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Percent Complete | Amount | Percent Complete | Amount | Percent Complete | Amount |
| 1 | 0 | General | 1 | LS | $1,060,000.00 | $0.00 | $1,060,000.00 | 0.0% | $0.00 | 0.0% | $0.00 | 0.0% | $0.00 |
| 2 | 10 | Site/Utilties | 1 | LS | $500,000.00 | $76,426.00 | $576,426.00 | 0.0% | $0.00 | 0.0% | $0.00 | 0.0% | $0.00 |
| 3 | 20 | Rock Handling | 1 | LS | $720,000.00 | $0.00 | $720,000.00 | 0.0% | $0.00 | 0.0% | $0.00 | 0.0% | $0.00 |
| 4 | 30 | Calcining | 1 | LS | $640,000.00 | $0.00 | $640,000.00 | 0.0% | $0.00 | 0.0% | $0.00 | 0.0% | $0.00 |
| 5 | 40 | Mixing and Paper Handling | 1 | LS | $900,000.00 | $0.00 | $900,000.00 | 0.0% | $0.00 | 0.0% | $0.00 | 0.0% | $0.00 |
| 6 | 50 | East Board Line | 1 | LS | $680,000.00 | $0.00 | $680,000.00 | 0.0% | $0.00 | 0.0% | $0.00 | 0.0% | $0.00 |
| 7 | 60 | West Boardline & Wet End Transfer & Dryer | 1 | LS | $480,000.00 | $0.00 | $480,000.00 | 0.0% | $0.00 | 0.0% | $0.00 | 0.0% | $0.00 |
| 8 | 70 | Take Off | 1 | LS | $422,500.00 | $0.00 | $422,500.00 | 0.0% | $0.00 | 0.0% | $0.00 | 0.0% | $0.00 |
| | | **TOTALS** | | | **$5,402,500.00** | **$76,426.00** | **$5,478,926.00** | **18.4%** | **$1,010,000.00** | **0.0%** | **$0.00** | **0.0%** | **$0.00** |

**Total Due This Invoice: $0.00**

Exhibit F

Company Safety Manual

# Table of Contents

I. Introduction and General Information ....................5

A. Our Commitment to Safety .................... 6

B. Management Tenets .................... 7

C. Supervisor Responsibility .................... 8

D. American Gypsum Employee Safety Commitment .................... 9

E. Important Numbers .................... 10

I. Document Control....................15

A. Safety Manual Document Control Policy .................... 16

B. Revision Request .................... 17

C. Safety Manual Document Locations .................... 18

II. Meeting and Audit Requirements ....................19

A. Meeting and Audits Requirements Policy.................... 20

III. People Safe Program ....................22

A. People Safe Program Policy .................... 23

IV. On-Site Visitor Safety ....................24

A. Visitor On-Site Safety Policy .................... 25

B. Visitor Safety Hazard Briefing Document .................... 26

C. Visitor Release of Liability Document .................... 27

D. Visitor Presentation .................... 28

V. On-Site Contractor Safety ....................38

A. Contractor Safety Policy .................... 39

**B. Rules and Regulations Procedures ..... 42**

**a) General Rules and Procedures ..... 42**

**b) Personal Protective Equipment ..... 45**

**c) Scaffolds, Ladders, Man Baskets, and Fall Protection ..... 45**

**d) Excavations ..... 47**

**e) Barricades ..... 47**

**f) Lockout/Tagout ..... 48**

**g) Hot Work Permits ..... 49**

**h) Confined Space Entry Permits ..... 50**

**i) Flammable Liquid / Toxic Substances ..... 51**

**j) Emergency Procedures ..... 52**

**k) Medical Treatment ..... 52**

**l) Environmental ..... 52**

**m) Compliance Statement ..... 54**

**C. Sample Pre-Job Safety Briefing Form ..... 55**

**D. Contractor Release of Liability Document ..... 56**

**E. Truck Driver On-Site Safety Policy ..... 57**

**F. Truck Driver Release of Liability Document ..... 59**

**VI. On-Site OSHA Inspection Procedures ..... 60**

**A. OSHA Visitation Procedures ..... 61**

**VII. OSHA Training Requirements ..... 67**

**A. OSHA Training Requirements Summary ..... 68**

**B. Accident Reporting and Investigation Policy ..... 69**

**a) Incident Investigation Report ..... 72**

**b) Injured Employee Report ..... 76**

**C. Blood Borne Pathogens Exposure Control Policy .......... 77**

**a) Hepatitis B Immunization Consent/Refusal Form .......... 82**

**D. Confined Space Entry Policy .......... 83**

**a) Confined Space Permit .......... 88**

**b) Confined Space Roster Sheet .......... 89**

**c) Albuquerque Confined Space List .......... 90**

**d) Bernalillo Confined Space List .......... 91**

**e) Duke Confined Space List .......... 92**

**f) Eagle Confined Space List .......... 98**

**g) Georgetown Confined Space List .......... 100**

**E. Emergency Action Plans .......... 102**

**a) Active Shooter Emergency Response Policy .......... 103**

**b) Fire Prevention and Control Policy .......... 107**

**c) Albuquerque and Bernalillo Plants .......... 112**

**d) Duke Plant .......... 142**

**e) Eagle Plant .......... 149**

**f) Georgetown .......... 158**

**F. Fall Protection Policy .......... 168**

**G. Forklift Operation Policy .......... 171**

**H. Hazard Communication Policy .......... 177**

**I. Hearing Conservation Policy .......... 179**

**J. Hoists and Overhead Crane Policy .......... 181**

**K. Lockout / Tagout Policy .......... 183**

**L. Personal Protective Equipment (PPE) Policy .......... 186**

**M. Respiratory Protection Policy .......... 189**

a) Respirator Acknowledgment Form .... 192

b) Worksite-Specific Respiratory Plan Form .... 193

VIII. Other Training and Policy Requirements .... 194

A. Other Training and Policy Requirements Summary .... 195

B. Arc Flash Safety Policy .... 196

C. Hot Work Policy .... 200

a) Hot Work Permit Example .... 205

D. Risk Management .... 208

a) Risk Management Policy .... 209

b) Passenger Vehicle Driving Policy .... 212

c) Driver Records Review Safety Policy .... 214

d) Confidential Information and Invention Agreement .... 216

IX. American Gypsum Safety Policy Manual Appendices .... 219

# Introduction and General Information

# Our Commitment to Safety

At American Gypsum, the safety of our employees is our first and highest priority. We are all responsible not only for our own safety, but also that of our fellow employees. We are committed to creating a safe work environment. Our policy and procedures manual is intended to serve as a guide for maintaining an effective, ongoing, safety and health program. Working safely is a requirement for continued employment at American Gypsum. We expect everyone to play an active role in our safety program. Suggestions to help create a safer work place and improve our safety program are welcome and encouraged. Safety is measured each and every day. We have succeeded when all of our employees return home safely to their families every day.

*Keith Metcalf*
American Gypsum President

# Management Tenets

- Safety starts with us. Lead by example.
- We will empower our people to stop any job they feel cannot be completed safely.
- We will not compromise safety for production, quality, or financials.
- Working safely is a condition of employment.
- Eagle will have one standardized safety system.
    - We will learn from our failures to eliminate repeating them.
    - Knowledge is just data unless shared and applied.
- We will not stop until we achieve ZERO.

*Michael Hack*
Eagle Materials President / COO

# Supervisor Responsibility

The responsibility for implementing this Safety Policy is placed with all supervisory personnel. Supervisors may delegate certain authority and responsibility regarding safety to subordinates, but they maintain final accountability. Supervisors must take appropriate steps to ensure that unsafe acts or conditions are brought to their attention and corrected. They should personally inspect the plant at frequent intervals for compliance with safety rules and regulations, unsafe acts, unsafe conditions and housekeeping.

Department Managers and Foremen are the Key People in promoting safety on the job. They are directly and personally responsible for the safety of all employees under their direction.

Department Managers, through the Foremen, have the following primary safety responsibilities:

1. To teach each new employee the safe way to do the job and how to avoid injury from the hazards present in the operation;
2. To teach each employee the safety rules and regulations of the plant and department and to consistently enforce those rules and regulations;
3. To impress on each employee the importance of their own safety and that of others and to support the plant's policy of "Safety First";
4. To be alert to unsafe acts and unsafe conditions and to take immediate corrective action;
5. To make daily inspections of their department, specifically for safety and housekeeping conditions;
6. To request the necessary safety and protective equipment, to insist that all employees use them when necessary, and to see that equipment is maintained in good operating condition;
7. Insure that tools and machines are kept in proper repair and adjustment, and report any unsafe conditions;
8. Insure that all injuries are promptly reported and properly treated;
9. Investigate each accident in the department and take appropriate corrective action to avoid recurrence;
10. Take immediate action to get appropriate medical care for the injured employee. Immediately contact the site Safety Director and the Department Manager;
11. Conduct Safety meetings with employees at least once a week. Discuss issues relating to safety, such as accident prevention, accidents occurring on other shifts or departments, safety suggestions. Explain changes that are made in the operation which would affect safety;
12. Set the example for other employees by observance of all safety requirements.

# American Gypsum Employee Safety Commitment

Safety is more than our priority; it is our core value and a condition of employment with American Gypsum. We must work together to change unsafe behavior; injuries are unacceptable and completely preventable.

Personal Safety Pledge:

*I am dedicated to maintaining a safe work environment and will demonstrate my commitment to safety through these actions and understandings:*

- *I am responsible for my safety and the safety of others.*
- *I am committed to an incident and injury free workplace.*
- *I will anticipate and communicate situations where risk is elevated.*
- *I will not perform or permit an unsafe act; I have the responsibility and authority to stop work.*
- *I will encourage, reinforce and promote the safe behavior of others.*
- *I will not take shortcuts; I will set the example of safe behavior for my coworkers.*
- *I will go above and beyond the minimum safety standards.*
- *I will continually improve my safety behaviors.*
- *I will work with management to decrease exposure to risk.*
- *When in doubt, I will stop and ask supervision before proceeding.*
- *I commit to being safe as part of my everyday life at work and at home.*
- *Every incident can be avoided, every accident is preventable.*
- *Every job can be done safely, no job is so important that it cannot be done safely.*
- *I understand that working safe is a condition of my employment.*

# List of Important Numbers

Albuquerque Plant

| | | |
|---|---|---|
| **Main Contacts** | | |
| HR/Safety Manager | Office 505-346-2142 | Cell 505-639-1718 |
| Plant Manager | Office 505-346-2139 | |
| | | |
| **Department Managers Contacts** | | |
| Maintenance Superintendent | Office 505-346-2148 | |
| Production Superintendent | Office 505-346-2142 | |
| Loading Superintendent | Office 505-346-2153 | |
| Automation/Controls Engineer | Office 505-346-2146 | |
| | | |
| **Accident Reporting Contacts** | | |
| OSHA | 505-476-8702 | |
| MSHA | 505-254-2537 | |
| Liberty Mutual | 505-881-2007 | |
| Triage Hotline | 844-883-5992 | |
| | | |
| **Local Emergency Contacts** | | |
| Local Fire Department | 505-314-0130 | |
| Local Sheriff's Department | 505-242-2677 | |
| Nearest Hospital | 505-727-7800 | |

# List of Important Numbers

Bernalillo Plant

| | | |
|---|---|---|
| **Main Contacts** | | |
| HR/Production Manager | Office 505-771-1702 | Cell 505-313-1111 |
| Plant/Safety Manager | Office 505-771-4722 | Cell 505-933-3266 |
| | | |
| **Department Managers Contacts** | | |
| Maintenance Superintendent | Office 505-771-4720 | |
| Production Superintendent | Office 505-771-1702 | |
| Loading Superintendent | Office 505-771-1702 | |
| Automation/Controls Engineer | Office 505-771-7103 | |
| | | |
| **Accident Reporting Contacts** | | |
| OSHA | 505-476-8702 | |
| MSHA | 505-254-2537 | |
| Liberty Mutual | 505-881-2007 | |
| Triage Hotline | 844-883-5992 | |
| | | |
| **Local Emergency Contacts** | | |
| Local Fire Department | 505-867-0245 | |
| Local Sheriff’s Department | 505-867-7570 | |
| Nearest Hospital | 505-727-7800 | |

# List of Important Numbers

Duke Plant

| | | |
|---|---|---|
| **Main Contacts** | | |
| HR/Safety Manager | Office 580-679-3391 ext 109 | Cell 580-649-3104 |
| Plant Manager | Office 580-679-3391 ext 107 | Cell 214-205-8785 |
| | | |
| **Department Managers Contacts** | | |
| Plant Engineer | Office 580-679-3391 ext 131 | Cell 580-210-9849 |
| Production Superintendent | Office 580-679-3391 ext 106 | Cell 580-679-4583 |
| Loading Superintendent | Office 580-679-3391 ext 134 | Cell 580-706-9597 |
| Mine Superintendent | | Cell 580-512-9020 |
| | | |
| **Accident Reporting Contacts** | | |
| OSHA | 800-321-6742 | |
| MSHA | 800-746-1553 | Cell 225-235-3185 |
| Liberty Mutual | 800-362-0000 | |
| Triage Hotline | 844-883-5992 | |
| | | |
| **Local Emergency Contacts** | | |
| Local Fire Department | 580-679-3400 | |
| Local Sheriff's Department | 580-482-0408 | |
| Jackson County Memorial Hospital | 580-379-5000 | |
| Main Street Clinic | 580-248-9966 | Cell 580-678-1708 |
| Altus Urgent Care | 580-379-0855 | |

# List of Important Numbers

Eagle Plant

**Main Contacts**

| | | |
|---|---|---|
| HR/Safety Manager | Office 970-524-8108 | Cell 970-306-9424 |
| Plant Manager | Office 970-524-8110 | Cell 970-930-5702 |

**Department Managers Contacts**

| | | |
|---|---|---|
| Maintenance Superintendent | Office 970-524-8164 | Cell 970-930-5707 |
| Production Department | Office 970-524-8126 | Cell 970-343-0514 |
| Production Department | Office 970-524-8120 | Cell 970-319-0283 |
| Loading Superintendent | Office 970-524-8124 | Cell 970-390-6076 |
| Mine Superintendent | | Cell 970-274-1383 |
| Quality Control | Office 970-524-8129 | |
| Automation/Controls Engineer | Office 970-524-8127 | Cell 970-390-4516 |

**Accident Reporting Contacts**

| | |
|---|---|
| OSHA | 303-844-5285 |
| MSHA | 303-231-5458 |
| Liberty Mutual | 505-881-2007 |
| Triage Hotline | 844-883-5992 |

**Local Emergency Contacts**

| | |
|---|---|
| Local Fire Department | 970-524-7101 |
| Local Sheriff's Department | 970-328-8500 |
| Colorado Mountain Medical | 970-926-6340 |
| Urgent Care | 970-777-2800 |

**Other Useful Numbers**

| | |
|---|---|
| National Spill Response Center | 800-424-8802 |
| Colorado Spill Line | 877-518-5608 |
| National Poison Control Center | 800-222-1222 |
| Colorado Dig Safe | 8-1-1 |

# List of Important Numbers

Georgetown Plant

**Main Contacts**

| | | |
|---|---|---|
| HR/Safety Manager | Office 843-520-7727 | Cell 540-904-3835 |
| Plant Manager | Office 843-520-7729 | Cell 843-359-2923 |

**Department Managers Contacts**

| | | |
|---|---|---|
| Plant Engineer | Office 843-520-7754 | Cell 843-325-5977 |
| Production Superintendent | Office 843-520-7755 | Cell 843-310-4553 |
| Loading Superintendent | Office 843-520-7734 | Cell 843-325-8276 |

**Accident Reporting Contacts**

| | |
|---|---|
| OSHA | 803-896-7665 |
| Liberty Mutual | 800-362-0000 |
| Triage Hotline | 844-883-5992 |

**Local Emergency Contacts**

| | |
|---|---|
| Local Fire Department | 843-545-4200 |
| Local Sheriff's Department | 843-546-5102 |
| Tidelands Georgetown Memorial | 843-527-7000 |

# Document Control

# Safety Manual Document Control Policy

**Purpose**

This policy is to describe the internal process intended to ensure that American Gypsum Company Safety Manual complies with all OSHA and MSHA standards and regulations. To maintain the American Gypsum Company Safety Manual, it requires a procedure to be in place for any modifications that may be required. This procedure will maintain that all plant locations have the correct revision on site, and that all locations are in compliance with any new standards or procedures.

**Controller**

Modifications or revisions to the American Gypsum Company Safety Manual will be controlled by the Safety Manual Project Manager. He will be responsible for the distribution of the latest revision to the document(s) to all the HR/Safety Managers.

**Revision Initiation Procedure**

Revisions to documents can be initiated by any American Gypsum Company employee through the use of the "Revision Request" form. When initiated at the plant level, the employee should notify the plant manager. The "Revision Request" form must be submitted to the Safety Manual Project Manager who will be responsible for distributing the "Revision Request" for approval. A plant may work on an officially submitted "Revision Request", but will not hand alter any document under the revision control. The "Revision Request" shall act as a temporary document until the request is approved and the policy is revised, or until the revision request is denied.

**Revision Request Approval Signatures**

Albuquerque Plant Manager
Bernalillo Plant Manager
Duke Plant Manager
Eagle Plant Manager
Georgetown Plant Manager
VP of Manufacturing

Albuquerque HR/Safety Manager
Bernalillo HR/Safety Manager
Duke HR/Safety Manager
Eagle HR/Safety Manager
Georgetown HR/Safety Manager

**Revision Notification Procedure**

When a "Revision Request" is approved, the Safety Manual Project Manager will be responsible for writing the revision into the document, documenting all revision data, and distributing the new revised document (or portion of the document). The changed page(s) along with a new revision of the American Gypsum Safety Manual will be distributed to all American Gypsum HR/Safety Managers. When the HR/Safety Managers receive any newly revised document (or portion of a document), the old revision (or portion) will be destroyed. The HR/Safety Managers and Plant Managers shall review the new documents; ensure proper distribution of changes; ensure old revisions are destroyed; then initial and return the "Revision Request" form with reason for not approving noted to the Safety Manual Project Manager by email. When a "Revision Request" is not approved, the Safety Manual Project Manager returns the "Revision Request" form to the person who submitted it, with annotations explaining why the change was rejected.

# American Gypsum Company - Revision Request

Name: ________________________ Date: ___________

Title: ________________________

Document Title Name: _____________________________________________

Description of Revision (attach copy of marked up original, if necessary)

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
________________

| Approved | Not Approved | Title of Approver |
|---|---|---|
| | | Albuquerque HR/Safety Manager |
| | | Bernalillo HR/Safety Manager |
| | | Duke HR/Safety Manager |
| | | Georgetown HR/Safety Manager |
| | | Albuquerque Plant Manager |
| | | Bernalillo Plant Manager |
| | | Duke Plant Manager |
| | | Georgetown Plant Manager |
| | | VP of Manufacturing |

Reason Not Approved:

______________________________________________________________________________
______________________________________________________________________________
________________________________

| Document Updated By | Effective Date | Distribution Date |
|---|---|---|
| | | |



Revised Date: 2/25/2019
Last Updated: 08/20/2012

# Safety Manual Document Locations

**Dallas Office**

| | |
|---|---|
| 1 – President | 2 – Vice President of Manufacturing |

**Albuquerque Plant**

| | |
|---|---|
| 1 – Plant Manager | 2 – HR/Safety Manager |
| 3 – Production Superintendent | 4 – Loading Superintendent |
| 5 – Mill Engineer | 6 –General Foreman |
| 7 – Foreman's Office | 8 – Maintenance Superintendent |

**Bernalillo Plant**

| | |
|---|---|
| 1 – Plant Manager | 2 – HR/Safety Manager |
| 3 – Production Superintendent | 4 – Loading Superintendent |
| 5 – Ore Haul Mine Superintendent | 6 –General Foreman |
| 7 – Foreman's Office | 8 – Maintenance Superintendent |

**Duke Plant**

| | |
|---|---|
| 1 – Plant Manager | 2 – HR/Safety Manager |
| 3 – Plant Engineer | 4 – Production Manager |
| 5 – Loading Superintendent | 6 – Loading Assistant Foreman |
| 7 – Process Engineer | 8 – General Foreman A |
| 9 – General Foreman B | 10 – Foreman's Office |
| 11 – Maintenance Manager | 12 – Mine Superintendent |
| 13 – Mine Engineer | |

**Eagle Plant**

| | |
|---|---|
| 1 – Plant Manager | 2 – HR/Safety Manager |
| 3 – Controls Engineer | 4 – Production Superintendent |
| 5 – Loading Superintendent | 6- Co Generation |
| 7 – Process Engineer | 8- Maintenance Superintendent |
| 9- Training Room | 10 – Production Foreman's Office |
| 11 – Maintenance Foreman | 12 – Mine Superintendent |
| 13- Mine Office | |

**Georgetown Plant**

| | |
|---|---|
| 1 – Plant Manager | 2 – HR/Safety Manager |
| 3 – Plant Engineer / Maint. Manager | 4 – Production Superintendent |
| 5 – Loading Superintendent | 6 – Loading Assistant Foreman |
| 7 – Process Engineer | 8 – Supervisor (Supply and Take-off) |
| 9 – Foreman's Office | 10 – Maintenance Supervisor |

# Meeting & Audit Requirements

# Meetings & Audits Requirement Policy

**New Hire:**

1. New Employee Safety Orientation
   A. Minimum 8 hours of safety training required before employee can perform any work in the plant.
2. Position Qualification Safety Training
   A. Each employee will be trained and must demonstrate their safety knowledge for items specific to the position they are training for. This must be documented and filed with any request for wage rate change or any time employee changes job positions. This will be completed by the employee's immediate supervisor.
3. New Miner Training – Quarry Employees
   A. Minimum 16 hours of safety training required before employee can perform any work in the Quarry.
   B. Minimum 8 hours of Site Specific Training

**Daily:**

1. Safety Tool Box Meetings
   A. Must meet daily before start of shift
   B. Must have hourly participation
2. Change Management Procedures
   A. Site safety manager must be notified any time equipment or process is to be changed.
   B. Supervisors responsible for implementing change activities must incorporate appropriate safety policies into change event.

**Weekly:**

1. Weekly Crew meetings
   A. Each crew will meet a minimum of once a week to discuss safety issues. Meetings will be documented as to topics covered.
2. Job Safety Analysis
   A. Identify complex activities and document Job Safety Analysis for each activity.
   B. Use weekly crew safety huddles to include the development of new JSA's when performing non-routine activities.
   C. Review and revise applicable JSA when an accident occurs.

**Monthly:**

1. Plant Safety Committee
   A. Must meet monthly
   B. Must have hourly participation
   C. All activities documented
2. Plant Monthly Safety Meeting
   A. Must meet monthly
   B. Must have hourly participation
   C. All activities documented
3. Supervisors Safety Meeting
   A. Monthly meeting required
   B. All salaried personnel will attend – failure to attend should reflect on annual evaluation
   C. All activities documented
4. Internal Audits

A. Local Safety Manager Audit

**Quarterly:**

1. American Gypsum Safety Manual Review
   A. Each Quarter
      a. Plant HR/Safety Managers review topics for the next Quarter
      b. Conference call on the 3rd Wednesday of the last month of the quarter

**Annual:**

1. Annual Recertification of Position Safety Training
   A. Each employee must demonstrate the Safety knowledge of their position each year. This must be documented. This may be completed along with the annual evaluation.
2. Internal Audits
   A. Safety Managers from all plant locations audit one facility each year
      a. Must be a different facility each year
3. Annual Miner Refresher Training
   A. Each employee must demonstrate the Safety knowledge of their position each year. This must be documented.

**Safety Meeting Schedule:**

January – Accident Investigation / MSHA Refresher Training
February – Lockout / Tagout Program
March – Emergency Action Plan
April – Industrial Hygiene Program
May – Hazardous Communication Program
June – Fall Protection Program
July – Confined Space Program
August – Bloodborne Pathogens Program
September – Hearing Conservation Program
October – Forklift Safety Program
November – Hoist and Overhead Crane Safety Program
December – Slips, Trips, and Falls Safety Program

# People Safe Program

# People Safe Program Policy

**Purpose**
This policy is designed to provide a standard on-site safety policy and reporting system for all gypsum plants. This is a program is design to standardize the reporting and investigation procedures throughout the company.

**Scope**
This policy applies to all HR/Safety Managers or any person responsible for reporting an accident or incident within the company.

**Reporting Procedures**
People Safe is designed to standardize the safety reporting system through the company. Any incident, accident, near miss, or citation must be reported into People Safe in a timely manner. People Safe allows each of the facilities to view other facilities incidents, accidents, near misses and citations. This system will also allow each facility to learn from each other failures to eliminate repeating similar incidents throughout the company. It allows knowledge to be shared and applied throughout the organization.

**Near Miss Reporting**
People Safe is a proactive approach to safety and prevention of large scale injuries and property damages by focusing on the small scale items. Focusing on the small scale incidents will get the root cause of all incidents and prevent future or further occurrences. Small incidents are often referred to as Near Misses. The goal is to create a safer working environment for our employees, managers, contractors, and visitors.

OSHA Near Miss Definition: An incident in which no property damage and no personal injury was sustained, but where, given a slight shift in time or position, damage or injury easily could have occurred.

American Gypsum Company Near Miss Definition: A violation of an established procedure or an incident in which no property damage and no personal injury was sustained, but where, given a slight shift in time or position, damage or injury easily could have occurred.

**People Safe Approved Access**
1. President
2. Vice President
3. Plant Manager
4. HR/Safety Manager
5. Plant Engineer
6. Production Superintendent
7. Loading Superintendent
8. Mine Superintendent

# On-Site Visitor Safety

# Visitor On-Site Safety Policy

**Purpose**
This policy is designed to provide a standard on-site safety policy for all gypsum plant visitors. This policy does not cover truck drivers as that group is covered in the Trucker On-Site Safety policy. The goal is to reduce the risk of injury or property damage from an accident involving visitors on the plant grounds.

**Scope**
This policy applies to all visitors while on American Gypsum property.

**Responsibility**
All vendor or visitor sponsors are required to brief their visitors on the proper place to report when arriving on American Gypsum property.

A visitor must have a Point of Contact (POC) at the plant and must be escorted by that POC, or a designated replacement, while on company property. Visitors who arrive unannounced will not be permitted to proceed until the party they are visiting is reached and assumes responsibility for their guest.

All American Gypsum employees shall be informed of this policy by the site safety director, or a designated representative, and receive refresher training on an as needed basis.

**Safety Procedures**
1. All visitors who enter a facility beyond the front offices must sign a release of liability form. These visitors will receive a site hazard safety briefing that will cover at a minimum:
    a. Movement of mobile equipment eg. Forklift, Sweeper, Trucks
    b. Rotation and movement of processing equipment
    c. Hazards of wet and slippery floors
    d. Board movement and reject area hazards
2. Under no circumstances will visitors under the age of 16 be allowed in the mill calcining building or allowed down the board production line or allowed to be pedestrians in an active loading/unloading area.
3. All visitors must be accompanied by an authorized employee and wear required hardhat, glasses and hearing protection at all times. Visitors should arrive with closed toe shoes if their visit does not require steel toe shoes to be worn.
4. All visitor groups will be restricted to a manageable size of no more than 8 visitors in a single group.
5. Visitors to any site with MSHA jurisdiction will follow all the MSHA site safety rules and requirements.

**Accident Reporting**
1. Any visitor involved in a workplace accident or injury on company property must report it immediately to plant personnel.
2. Any incident involving company owned equipment or vehicles must also be immediately reported to plant personnel.
3. An incident report and investigation will be completed when any visitor or contractor is involved in an accident or injury. This investigation will follow the current safety policy on Accident Reporting and Investigation.

AMERICAN GYPSUM

# Visitor Safety Hazard Briefing Document

As a visitor at American Gypsum, the following information is important to your safety.
The manufacturing of our products utilizes processes and equipment that is operated by trained and experienced employees. No employee is allowed to operate any equipment without being thoroughly trained in all the safety requirements of the job. While you will not require the level of training or knowledge of an operator, there are a number of things you must be aware of to ensure your safety while in our facility. Please be aware of and adhere to the following:

- Visitors must be escorted by an American Gypsum employee at all times.
- Be aware of surroundings at all times.
- Be aware of emergency exit locations in case of a need to evacuate the facility.
- You were issued PPE by your Point of Contact. Wear it at all times while in our Plant.
- No open-toed shoes allowed in our plant. (No Exceptions).
- Look and listen for mobile equipment moving through our facility. Mobile equipment can't always stop or maneuver quickly so stay alert and always give mobile equipment the right-of-way.
- Do not touch equipment. Rotation and movement of belts, pulleys and processing equipment can be hazardous.
- Our process may result in wet and slippery floors. Watch your step and avoid slipping.
- The board making process has automatic reject areas that allow product to be rejected. Be aware of your surroundings and potential hazards.
- Read safety signs that are in place for your safety. They include warnings such as Caution; Pinch Point; Hot Surface and others.
- Report all accidents to your American Gypsum point of contact before leaving the facility.

This facility is a manufacturing site where materials are stored, processed and handled. A copy of the American Gypsum Hazard Communication Program and appropriate SDS material is available for your review from the site Safety Manager.

If you observe what appears to be an abnormal or potentially hazardous situation, you should leave the area immediately and report it to an American Gypsum representative. Moreover, for the safety of everyone working at our facility, it is essential that you strictly adhere to safety rules and established work procedures while at this facility.

____________________________ ____________________________

Visitor Name (Printed) Visitor Name (Signed)

_________________________

Company Name

____________

Date



Revised Date: 2/25/2019
Last Updated: 08/20/2012

AMERICAN GYPSUM

# Visitor Release of Liability Document

The risk of injury from entering into the gypsum plant and the surrounding grounds is significant, including the potential for permanent disability and death, and while particular protective equipment and personal discipline will minimize this risk, the risk of serious injury does exist. In consideration for, and as a condition to, access to this facility and the surrounding grounds, the undersigned does hereby, for himself or herself and his or her heirs, administrators, executors, successors and assigns:

(1) I agree to abide by all rules and regulations of American Gypsum Company LLC;

(2) I fully and unconditionally waive, release and forever discharge, acquit and hold harmless American Gypsum Company LLC and its affiliates and their managers, members, employees, directors, officers, agents, successors and assigns (the "AGC Released Parties") from any and all claims, causes of action, suits, charges, demands, losses, costs, expenses (including court costs, litigation expenses and attorney's fees), obligations, liabilities and/or damages of every kind and nature whatsoever (collectively, "Claims") relating in any way, directly or indirectly, to his or her visit to this facility and the surrounding grounds, including, but not limited to, bodily injury, disability, death or loss or damage to person or property;

(3) I agree to indemnify, defend and hold harmless the AGC Released Parties against any and all Claims arising out of or in connection with his or her visit to this facility and the surrounding grounds or any breach of this release by the undersigned; and

(4) CERTIFY THAT HE OR SHE HAS READ THIS DOCUMENT AND UNDERSTANDS ITS TERMS AND THAT IT IS A RELEASE OF LIABILITY. THE UNDERSIGNED SIGNS THIS RELEASE FREELY, VOLUNTARILY AND WITHOUT INDUCEMENT.

| Signature | Printed Name | Date |
|---|---|---|
| Signature | Printed Name | Date |
| Signature | Printed Name | Date |
| Signature | Printed Name | Date |

**IMPORTANT! READ THIS RELEASE BEFORE SIGNING IN.**

# Visitor Presentation

AMERICAN GYPSUM

Visitor Site-Specific
Hazard Awareness Training

Albuquerque Plant



Bernalillo Plant



Eagle Plant



Duke Plant



Georgetown Plant



# Occupational Safety and Health Administration (OSHA)

- American Gypsum facilities is federally regulated by the Occupational Safety and Health Administration.
- As a visitor, you are also regulated by this agency and must follow their standards.
- Anyone entering these premises may encounter certain hazards.
- By law, you must be informed of their possible existence and how to avoid them.

## Site Access

- Due to the processes and equipment in our plant, visitors are not allowed unescorted access.
- Escorted access may be granted after completion of this abbreviated site-specific hazard training presentation.







## Site Access (continued)

- Make sure your vehicle is secured at all times.
- At no time are you to leave your escort. It is your responsibility to follow the directions of your escort, who will provide you with directions on how to avoid specific site hazards throughout your visit.
- Leaving your escort may result in denials of future visit requests to the facility.





# Smoking Policy



- Smoking is not allowed onsite except in designated smoking areas.
- Areas of the Site where fuels or other flammable materials are used or stored are noted with appropriate warning signs such as “No Smoking” or “No Open Flames”.
- Fire extinguishers are available throughout the Site in the event of a controllable fire.



# Drugs / Alcohol




- The use, or possession, of alcoholic beverages, drug paraphernalia, or illegal drugs is not permitted on American Gypsum premises and is grounds for immediate and permanent ejection from site.

- This would include being under the influence of intoxicant drugs, medication, and/or alcohol that would affect your judgment.

# No Weapons Permitted on Property




- American Gypsum prohibits employees or visitors from carrying weapons on American Gypsum property.
- While some state law permits “Open Carry” or “Conceal to Carry” of firearms that does not mean that you may bring weapons to an American Gypsum Company location.

## Mobile Equipment Operation

- Watch out for mobile equipment. As a pedestrian, you should never come within 5’ of a running piece of mobile equipment when a driver is in the seat, including:
  - Forklifts, Sweepers, Man Lifts, Scissor Lifts, Trucks, Rail Cars, Locomotive, CAT Loaders
- You must be careful around heavy mobile equipment.
- Large pieces of mobile equipment have many blind spots.
- Seat belts are required at all times while operating or riding in mobile equipment.






# Cell Phone and Camera Use

- The use of cell phones and cameras to take pictures or videos is prohibited inside the facility.
- Cell phones can be used for phone calls in designated office and break areas.




# Personal Protective Equipment







- Minimum personal protective equipment (PPE) required at our facilities
  - Hard Hats
  - Safety Glasses
  - Ear Plugs
  - Closed Toe Shoes
  - Other safety items as required by task
    - Such as face shields, gloves, and etc.

## Clothing Limitations


ACCEPTABLE


UNACCEPTABLE

- Shoulder length or longer hair must be secured and worn inside hardhat when working at this site.
- Do not tie jackets and/or shirtsleeves around the waist while near moving machinery.
- All shirts must be tucked in.
- Clothing must be appropriate for an industrial environment.


UNACCEPTABLE


ACCEPTABLE

## Barricade Tape

- **Caution Tape**
  - Yellow in color and is to be used only to warn against potential hazards and to caution that special procedures must be followed.
- **Danger Tape**
  - Red in color and is to be used only where an immediate hazard exists.





# Accident / Injury / Unsafe Conditions

- Immediately report any accident, injury, near miss, or unsafe condition. Some incidents require rapid notification to outside agencies – timely notification is critical.





# Plant Emergencies

- This facility uses radio communication and sirens as notification of all emergency procedures.
- Should an emergency occur, your escort will direct you to the appropriate evacuation and assembly areas. Follow their directions at all times.
- Be prepared to participate in a headcount at your assembly area.





# Environmental Considerations



**Care** must be taken to conduct all operations in accordance with federal, state, local and American Gypsum environmental rules, regulations and policies. Please do your part while you are visiting our plant:









- Reduce dust emissions. Operate vehicles only on paved areas whenever possible, and keep speed to minimum.
- Report any spills or releases of chemicals.
- Avoid releasing grease, oil or mud into storm sewers.
- Recycle waste materials when possible. Properly manage and dispose of all waste materials.
- Ask questions any time you are uncertain about what to do.

## This Concludes Your Site Specific Training

Thank you for your attention and participation.




AMERICAN
GYPSUM
Visitor Site Specific Training

# On-Site Contractor Safety

# CONTRACTOR SAFETY POLICY

**American Gypsum Company Commitment to Safety**

American Gypsum recognizes and acts upon the need for safety and health in the workplace. The personal safety and health of our workers, visitors, and contractor employees is our FIRST priority. We continue to strive to prevent all work-related injuries and illnesses and to provide a workplace that is free from all recognized hazards.

During Contractor Selection, safety and health factors will be considered. Employees, visitors and contractors must follow safe practices when present in our facilities.

Contractor Work is governed by:

OSHA
EPA
State and Local Laws
American Gypsum Safety Policies and Rules
Terms and Conditions of Purchase Orders, Contracts, and Covenants

Contractor work is governed by the Occupational Safety and Health Act of 1970, which is enforced by the Occupational Safety and Health Administration (OSHA), plus other applicable federal, state, and local laws as well as our facility safety policies and procedures. This includes, but is not limited to, OSHA's Hazard Communication standard. Copies of all plant Safety Data Sheets (SDS) are available upon request from the Contractor's host employer. Contractors must also provide American Gypsum Company with copies of SDS's for any and all substances or commodities that the contractor might use on the property.

**Required Contractor Documentation**

To assist American Gypsum Company in evaluating contractor safety performance, we may review the contractors written Safety and Health Program, insurance rating, and past safety performance. Therefore, in addition to insurance and other requirements, every contractor may be asked to provide American Gypsum Company with:

1. Written Safety and Health Policies, Program, and /or Procedures
2. Copy of Safety Training Logs
3. Copy of the contractor company's OSHA Form 300A for the past three years.
4. Certificate of Liability Insurance

American Gypsum Company will engage in business with contractors that demonstrate a continuing commitment to safety as evidenced by their safety record and a comprehensive written Safety and Health Program. While American Gypsum Company will provide the environment and encouragement, it is the contractor's responsibility to establish, maintain, and manage their own Safety and Loss Prevention Programs.

**Contractor's Role in our Plant Safety Program**

Contractor employees have a significant role in the plant's safety and loss prevention efforts and thus American Gypsum will attempt to familiarize them with the facility's basic safety rules and practices in these ways:

1. Through these Contractor Rules and Regulations

2. By providing digital or paper copies of American Gypsum Company's Safety Policy Manual and the Employee Safety Rule Book.

3. In Pre-job safety meetings

**Pre-Job Safety Meeting**

A pre-job safety meeting is required on each job prior to starting work each day. Attendance by all contractor employees is mandatory. Contractors may be asked to develop appropriate safety action plans for specific job functions under the contract. These plans will detail to American Gypsum Company the procedure contractors will use to safely perform these functions. Examples of safety topics that should be covered in the daily pre-job safety meetings are:

- PPE that is required in the contractor work area and for the work that will be performed. Clothing and hair length standards must also be discussed.
- Fire Safety/Emergency Response: locations of fire extinguishers, emergency exits, emergency assembly area, non-smoking areas, and fire alarm pull-stations. The local emergency phone number is 9-911.
- Ladder safety
- Lockout Safety: discuss and show the specific lockout points the contactors will utilize for the day's work
- Forklift safety and awareness/right-of-way
- Fall Protection requirements for the work
- Locations of SDS/Right-to-Know stations
- Other safety issues as the job requires

All contractor employees and supervisors will complete and sign the Pre-Job Safety Briefing Form and maintain on file for reference or inspection by American Gypsum Company representatives.

**Evaluation of Contractor Safety Performance**

Contractor safety performance while on the premises will be evaluated by the project manager or his/her designated representative. Any hazards or standard violations discovered during these evaluations will be promptly communicated to key contractor personnel who will be responsible for corrective action. Contractors are responsible for regular safety and health inspections of subcontractors under their authority. The prime contractor for the project is responsible for regular safety and health inspections of all subcontractors and cannot delegate or negotiate away their responsibility.

**Contractor Violations of Safety Rules**

Contractors who flagrantly or repeatedly violate American Gypsum Company Safety Policies and Rules will be deemed to be in breach of their contracts and consequently be dismissed and barred from working on site. Remember that it is the contractor's responsibility to fully comply at all times with all of the facility's safety policies and rules.

**Contractor Responsibility**

The contractor safety Pre-Job Safety Meeting does not release the contractor from the responsibility of providing its employees with all necessary and appropriate safety training and information required by federal, state, and local safety and health regulations. Nothing herein shall diminish or otherwise limit the obligations undertaken by the contractor in its agreement or contract with American Gypsum Company.

**Contractor Communication of American Gypsum Company Safety Policies and Rules**

Every contractor must communicate these safety rules to all employees and subcontractors, and enforce them. If a contractor does not understand these rules or regulations, or desires additional information concerning these Safety Policies and Rules, the American Gypsum Company project manager or his/her designated representative should be contacted.

RULES AND REGULATIONS FOR
CONTRACTORS PERFORMING WORK AT
AMERICAN GYPSUM COMPANY

# I. GENERAL RULES AND PROCEDURES

## A. General Rules

1. It is the responsibility of the contractor to check their sub-contractor's work area and methods to determine that the work is being performed within the rules and intentions of these safety rules for contractors.

2. The contractor will submit and maintain a complete supervisory, hourly employee, and subcontractor roster. This roster is to be kept up to date throughout the project.

3. Any contractor employee terminated during working hours must immediately be escorted off the property by the contractor. The names of employees terminated during the project will be forwarded to the American Gypsum project manager or his/her designated representative.

4. In the event of an emergency, all contractor personnel will report to the designated evacuation meeting area and remain there until instructed otherwise.

5. Cameras and digital recorders are not allowed on the site without prior authorization.

6. Warning Tags and Signs - All warning tags and signs pointing out hazards must be obeyed.

7. Smoking is allowed only in approved areas. No smoking is permitted when handling solvents, gasoline, etc.

8. Contractor's personnel are limited to areas in which they are working and rest room and break room areas. All other areas are "**OFF-LIMITS**".

9. All plant safety rules must be followed at all times.

10. Running is not permitted except during an extreme emergency.

11. Conduct--Horseplay, fighting, gambling, possession of firearms, drinking alcoholic beverages, or using unauthorized drugs is prohibited and will result in baring those involved from the site.

12. Equipment--Contractor shall provide the equipment necessary for safe performance of their work.

13. Flammable and Other Liquid Disposal - Do not pour any waste liquid into a drain or sewer.

14. Safety, Access, and Blockages -- Do not place any materials in such a position as to block aisles, doors, exits, fire hoses, fire extinguishers, or electrical boxes.

15. Overhead Work--When working overhead (six feet or more above main floor), a Danger-Workmen Above sign must be placed in a position that it can be seen by men passing under. DO NOT purposely drop material before giving warning to those below. The area shall be roped off.

16. Violation of a safety regulation or general term and condition observed may result in stoppage of work until remedied.

17. All accidents which occur on or to American Gypsum Company property must be reported immediately. A copy of a completed First Report of Injury or Illness (OSHA 301 or equivalent Worker's Compensation form) must be given to American Gypsum Company project manager or his/her designated representative within 24 hours of any accident which results in a work-related injury or illness of any type.

18. Air hose coupling must be pinned together including those that are attached to pneumatic power tools {see 29CFR 1926.302b}.

19. All compressed gas cylinders must be clearly labeled as to their contents. Cylinders will remain upright at all times and must be securely tied off with wire or chain. Cylinders not in use must be properly capped.

20. All electrical extension cords, their receptacles, and attachment cords used in hazardous locations will conform to the electrical classification of the area in which they are being used and be of the 3-wire grounding or approved double-insulated type. Contractors will use either an assured equipment grounding program or ground fault circuit interrupters in accordance with the OSHA standards {see 29 CFR 1926.40(b)(1)} when working outside, in wet areas, or with temporary wiring.

21. All industrial hygiene monitoring required by federal, state, or local regulations will be provided by

the contractor. The American Gypsum Company project manager or his/her designated representative will approve and be advised of any industrial hygiene monitoring in advance.

22. The contractor and his subcontractors will confine their equipment, storage of materials, and operation of workmen to the limits of the area stipulated by American Gypsum Company.

23. At no time will a contract employee open, close, or tamper with any valve or switch which is part of the American Gypsum operating equipment. If it becomes necessary to use air, steam, or another utility, first contact the American Gypsum Company representative. Unless specifically authorized to do so by American Gypsum Company, contractor employees must not make inoperative or operate safety devices, such as relief valves, deluge valves, gate valves, electrical and mechanical interlocks, guards, or electrical switches while the plant is operating.

24. The contractor will provide daily clean up of the work area. The work area must be kept free from accumulation of waste and rubbish. Upon completion of the work day and/or the work being done, the contractor will restore the work area to the same degree of neatness as when work commenced. The contractor will furnish the necessary equipment or receptacle to remove waste and rubbish from the job site unless other arrangements have been made. Disposal off the job site will be made in strict accordance with applicable laws and regulations governing such disposal.

25. All construction activity shall be performed in such a manner that there will be a minimum of interference with normal operations. Contractor's employees shall remain in their assigned work areas. Any violation or deviation from the above conditions by the contractor may result in the dismissal of the contractor or contractor's employee from the property and cancellation of this contract.

**B. Vehicles and Traffic**

1. Vehicles and mobile equipment are to be operated by authorized and trained operators only.

2. Drivers will yield the right-of-way to pedestrians, forklifts or motorized carts. Caution will be taken when approaching walkways which cross plant roadways.

3. Parking on roads, or blocking traffic routes and marked fire lanes, is prohibited.

4. No vehicle will be left unattended with the engine running.

5. In the event of an emergency, all vehicles will yield the right-of-way to emergency vehicles.

6. Movement of large cranes requires posting of a "walker" in front of the crane. The crane walker has full control of all traffic in the area and will be identified by wearing a bright orange vest {see 29 CFR 1926.201} All vehicles approaching moving crane must stop at least 200 feet away and await a signal from the walker before proceeding.

## II. PERSONAL PROTECTIVE EQUIPMENT

1. Contractors will ensure that their personnel are provided appropriate safety equipment for the job. All safety equipment must meet the appropriate OSHA standards. Hard hats, steel-toed boots, and safety glasses will be worn at all times. Hearing protection will be worn while inside the facility (with the exception of the Office Area).

2. It is the contractor responsibility to make sure their employees have been trained in the proper selection, use and maintenance of all Personal Protective Equipment. The training must meet OSHA [29 CFR 1910, and 29 CFR 1926] standards.

3. Hazard Communication training for all employees must be provided by the contractor prior to entry on site, in accordance with OSHA standards [29 CFR 1926.59]. PPE will be worn according to MSDS directions.

4. The contractor employee must be informed of the nearest emergency equipment: safety showers, eyewash station, fire extinguishers, and fire blankets.

5. Proper work clothing is defined as long pants, shirt (tucked in at all times), and steel-toed shoes.

6. Plastic or rubber coated gloves are required when handling solvents, acids, or chemically-treated material.

7. Loose jewelry will not be worn on the property.

## III. SCAFFOLDS, LADDERS, MANBASKETS, AND FALL PROTECTION

1. All scaffolds and ladders erected by contractors on company premises will meet or exceed OSHA standards [see 29 CFR 1926.451 and 1926.1053] and American Gypsum Company requirements.

2. American Gypsum Company requires personnel to wear properly tied-off safety harnesses on scaffold platforms not equipped with standard handrails or complete decking. Safety Harnesses must be tied off to independent lifelines on building structures. One lifeline per man is required.

3. No one is allowed to ride a rolling scaffold while it is being moved. All tools and materials must either be removed or secured on the deck before moving.

4. Scaffold handrails, mid rails, or brace members should not be climbed. Use ladders for access.

5. All scaffolds must be erected level and plumb, on a firm base.

6. When space permits, all scaffold platforms must be equipped with standard 42-inch high handrails rigidly secured and completely decked with safety planking or manufactured scaffold decking.

7. Scaffolds, under which personnel are required to pass, shall be provided with 1/2inch #18 gauge wire screen between toe board and rail.

8. Never exceed safe working loads on scaffolds.

9. Rolling scaffolds shall be used only on smooth, level surfaces, or the wheels must be contained in wooden or channel iron runners that are level and stabilized. Check overhead clearances before moving.

10. No alteration is permitted to any scaffold member by welding, burning, cutting, drilling, or bending.

11. Brick, tile, block, or similar materials may not be stacked higher than 24 inches on a scaffold deck.

12. Never rig from scaffold handrails or braces.

13. Scaffold planks will not be used for skids, ramps, runways, workbenches, or purposes other than scaffold decking.

14. Suspended work platforms or man baskets may be used only as a last resort and then only because it is less hazardous than any other means of accomplishing the work. Proper construction and load testing of man baskets according to the OSHA standards [see 29 CFR 1910.550(g)] will be the responsibility of the contractor.

## IV. EXCAVATIONS

1. Excavation approval is required before digging may begin. Approval will be obtained from American Gypsum Company.

2. All excavations or trenches dug by contractors will meet or exceed the OSHA standards [see 29 CFR 1926.650-652], including shoring, sloping, safe accesses, or use of an appropriate trench box.

3. Any design plan and soil testing required under Federal, State, or Local regulations will be the responsibility of the contractor.

4. All dirt must be piled at least 3 feet back from edge of the excavation (and at least 3 feet high when used as a barricade).

5. Check all excavation walls before entering and after a heavy rain. No one is permitted in an excavation while equipment is working next to the edge. Check shoring daily or more often in wet weather.

## V. BARRICADES

1. Barricades are required around trenches, excavations, holes, elevated platforms, work being conducted overhead where tools, materials, or equipment are subject to falling and wherever necessary to warn people against falling or danger.

2. Barricades must be 42 inches high, square and level.

3. Warning barricades must be kept back a minimum of 6 feet from the edge of excavations, holes, platforms, and roofs. At night and during non-working hours, the barricades around the above areas, must have suitable lighting that is rated for the classification of the area where it is installed. This also applies to roadblocks.

4. A gate or access opening should be provided when practical.

5. All holes or opening through floors, decking, or walls less than 3 feet above floor, at all elevations, must have properly identified hole covers or barricades. Covers must be secured so they cannot slip, and must extend sufficiently beyond the edge of the hole. Never store materials or equipment on a hole cover.

6. Covers may be 1/4-inch plywood, provided one dimension of the opening is less than 18 inches, otherwise, 2-inch lumber is required.

## VI. LOCKOUT/TAGOUT

1. This program establishes minimum requirements of procedure and scope of the Lockout/Tagout of energy isolating devices. This program shall be used to ensure that equipment is isolated from all potentially hazardous energy, locked out and tagged out before employees and contractors perform any service or maintenance activities where the unexpected energizing, start-up or release of stored energy could cause harm. A copy of the contractor(s) lockout/Tagout Program will be provided to American Gypsum Company prior to starting work.

2. Only American Gypsum Company authorized personnel and approved outside contractors shall be qualified to perform Lockout/Tagout functions.

3. Outside contractors are required to provide proof of adequate employee training in the area of Lockout/Tagout Safety and Procedures.

4. The following is a list of minimum requirements to be met by outside contractors in the performance of any Lockout/Tagout procedure on American Gypsum Company property.

- Provide prominently identified locks.
- All locks must be set up for one-lock, one key operation. Locks must be identical and only used for the purpose of the lock out program
- All locks must show the identification of the employee using the lock. Tags alone are not suitable substitutes for locks when Lockout mechanisms can be utilized.
- All lockout/tagout must be cleared before operation of the equipment resumes.

5. Piping must be properly isolated, drained, purged and/or blanketed with inert gas. MSDS's for the contents of the pipe must be obtained by the contractor prior to beginning work.

6. If the line contained a material that is considered to be hazardous, special precautions must be taken before opening up the line or connecting to it. Be aware of the physical and chemical properties of the material as indicated on the MSDS. The contractor will advise American Gypsum if additional permits are needed.

## VII. HOT WORK PERMITS

1. A Hot Work Permit is required for, but not limited to; welding, burning, open flames, portable grinders, electric and battery operated equipment, soldering irons, hot tapping, sandblasting, etc.

2. Hot Work Permits may be issued for up to 24 hours if the work is continuous, at which time a new permit will be required. The duration of the permit may be affected by changing conditions, in the Hot Work environment. When conditions change, the permit is null and void. All tests and inspections must be repeated before a new permit is issued.

3. Permits for Hot Work will be posted in a prominent place in the immediate vicinity of the work.

4. Combustible materials below welding and burning areas must be removed to a safe location or covered with fire-retardant material. An approved spark catcher should also be used.

5. Hoses and welding leads run through doorways must be protected from damage. The door should be braced open. They must be supported by a minimum of 7 feet above passageways. Do not hang from conduits, process lines, sprinkler lines, etc.

6. The user must inspect all leads, grounds, clamps, welding machines, hoses, gauges, torches, cylinders, fittings, couplings and connections before they are put into operation.

7. Burning or welding on a closed tank or vessel, or any tank previously in use unless it has been decontaminated and a Confined Space Entry Permit issued is prohibited.

8. Exposed sewer openings must be covered with a fire blanket or other noncombustible covering before any hot work can be performed in the vicinity of the sewer.

9. Never use oxygen as a substitute for compressed air or other gases.

10. Do not lift cylinders with slings or by the protective cap.

11. When burning, make sure cylinders and hoses are not exposed to sparks and slag.

12. Shield the welding area while arc welding for extended periods in areas where other employees are working.

13. A fire watcher will be utilized when required according to OSHA Standards for General Industry, Subpart Q. The contractor will supply these personnel. Fire watch duties include;

a. Adequate fire extinguisher training and is instructed to serve as a Fire Watcher during and 30 minutes after the hot work operation.

b. Know how and where to turn in a fire alarm

c. Prevent ignition of flammable materials

d. Maintain the conditions on the Hot Work Permit and stop the job if unsafe and/or hazardous conditions are observed

e. Make sure fire extinguishers and water are available at the work site

14. Prior to hot work operations, the authorized individual will make an inspection of the hot work area and complete the Hot Work Permit. All points of the permit must be addressed and the required atmospheric testing must occur before the permit is issued.

15. Hot work permits will be filed and maintained by the contractor.

## VIII. CONFINED SPACE ENTRY PERMITS

1. American Gypsum Company considers a confined space any enclosure with limited means of egress, not designated for human occupancy, and has a potential health or safety hazard.

2. Confined spaces include, but are not limited to, storage tanks, vessels, towers, pits, ducts, sewers, pipelines, excavations, etc. It is strictly prohibited to enter any of these spaces without a Confined Space Entry. A copy of the contractor Confined Space Program will be provided to the American Gypsum Company project manager or his/her designated representative prior to starting work.

3. Permits expire after 24 hours, unless specified, or there is a change in the work environment, and if work is discontinued for an hour or more. In either case all tests and inspections must be completed prior to issuing a new permit.

4. Prior to requesting permit approval, all preparatory work required by American Gypsum Company Confined Space Entry Permit must be completed.

5. The original copy of the permit must be posted at the main entrance of the space in full view.

6. The Entry Supervisor shall ensure that all employees involved in the entry process have received proper training and notified of potential hazards of the space they are entering.

7. The Entry Supervisor must approve all tools and equipment used in a confined space.

8. Space attendants must be properly equipped with Personal Protective Equipment, maintain the safety of the personnel inside the confined space, knowing how and where to get emergency help, and ordering evacuation of the space if unsafe or hazardous conditions are observed.

9. Primary rescue services for confined space entries **shall be provided by the contractor**. Call 911 as the emergency dictates.

10. Space Attendants are not permitted to enter a confined space for rescue purposes. Non-entry rescue methods shall be used for all entries unless the equipment would increase the risk to the entry or would not contribute to the rescue.

11. All contractors will insure that all of their employees involved in confined space entry work have received appropriate training prior to beginning the work.

## IX FLAMMABLE LIQUID/TOXIC SUBSTANCES

1. Contractors will provide a list of all substances and MSDS's for all hazardous and/or toxic substances brought onto the site prior to commencing work.

2. MSDS's for American Gypsum Company hazardous and toxic substances will be provided upon request.

3. The employees of the contractor must be aware of the hazards of the job and any hazardous chemicals they could be exposed to. This is the responsibility of the contractor.

4. Any containers brought on site by the contractor must be properly labeled. Contractors must remove the containers from the site after the job is finished.

5. "Safety" cans, which are identified according to their contents, are to be used for flammable liquids in quantities of less than 55-gallon drums.

6. Containers of 55 gallon or more must be labeled, grounded, equipped with self-venting bungs, and self-closing faucets. They must be stored at least 20 feet away from smoking, welding, burning, or other heat sources.

## X EMERGENCY PROCEDURES

1. To report an emergency, report the emergency to the nearest supervisor and call 911.

2. If there is a fire in the contractor work area, contact the nearest American Gypsum Company supervisor. If the fire is not put out immediately, call 911 and evacuate the building.

3. The emergency alarm is activated either manually or automatically.

4. In case of an emergency, contractor personnel should turn off their equipment and evacuate to the evacuation meeting area. The meeting area is (to be determined). Take a head count to ensure that all the contractors are accounted for. After approval is received to return to the work area, all permits need to be redone before continuing the work.

5. All fires or emergencies must be reported immediately, regardless of size and nature to Newspaper Company ABC Safety Manager.

## XI. MEDICAL TREATMENT

1. It is the contractor's responsibility to furnish their own supply of first aid supplies, first aid treatment, and ambulatory services. Notify American Gypsum Company immediately if an outside ambulance is summoned.

2. The contractor is responsible for reporting accidents required under government regulations. The contractor must investigate all injuries, accidents, and serious incidents and provide a written report to American Gypsum Company Safety Manager within 24 hours. A joint investigation may be held if American Gypsum Company personnel or property were involved, or if the nature of the incident deems it necessary.

3. In case of serious injury or illness, dial 911. Always give the specific location address where you are working.

## XII. ENVIRONMENTAL

The contractor is expected to operate in a manner that protects the environment and the health of its employees and of the surrounding community.

Releases to the environment, including spills, oil or gas releases, explosions, etc. are considered a serious matter. A release constitutes potential for ground water contamination, surface water contamination or releases of hazardous materials into the atmosphere, even if the material released is not generally considered hazardous.

Releases that could be encountered at the location include, but not limited to the following:

1) Oil/Petroleum Spills (diesel, gasoline, etc.)
2) Hazardous Waste Spills
3) Hazardous Substance Spills/Releases (solvents, acid, paint, etc.)
4) Fires or Explosions related to any of the above

Contractor shall provide impermeable secondary containment in storage areas where flowable materials are subject to spilling.

If a release occurs, the Contractor shall take the following steps:

1) Attempt to contain the release, if possible, without risking bodily harm. If there is immediate danger, evacuate the area.
2) Immediately contact Local Emergency Response Personnel and provide them with the details of the release.
3) Immediately inform American Gypsum Company personnel of all spills/releases, even if the material involved is not considered hazardous.

When notifying the Local Emergency Response Personnel and American Gypsum Company personnel, provide the following information:

1) Exact location of the release
2) Type and description of release (what material)
3) Estimated amount of material released (or size of the fire)
4) Extent of injury or property damage occurring
5) Extent of actual or potential environmental damage (if known)
6) What actions, if any, have been taken to control the release?

The Contractor is required to comply with the Emergency Planning and Community Right-to-Know Law and all applicable State Right-to-Know Laws.

The DISPOSAL of "Contractor generated " batteries, engine oil, transmission fluids, hydraulic fluids, filters, radiator fluids, tires and fluorescent light bulbs shall be in accordance with American Gypsum Company Environmental Waste Disposal Procedures.

The contractor's role regarding such special hazardous materials (asbestos, PCBs, lead, etc.), which might be encountered during the course of the contractor's work shall specify precautions or procedures to be employed when dealing with such conditions. If such special materials are to be transported or disposed of, procedures for doing so shall be specified.

## XIII. COMPLIANCE STATEMENT

I have read the **Rules and Procedures For Contractors Performing Work At American Gypsum Company,** and I agree to make all of my personnel and subcontractors aware of its provisions and assure their compliance. I also state that I am aware of the applicable safety, health, and environmental regulations pertinent to this job and am in compliance with those requirements. I understand that if I need further information or have questions, I can contact the American Gypsum Company representative. Nothing herein shall diminish or otherwise limit the obligations I undertake in my agreement or contract with American Gypsum Company.

CONTRACTING FIRM:

_____________________________________________

BY (PRINT NAME) ____________________________

SIGNATURE________________________________

TITLE _______________________________________

DATE_________________________________________

# Sample Pre-Job Safety Briefing Form (for Contract Worker)

Date: ____________________

Job: ____________________________________________________

Briefer/Trainer: ______________________________

Topics covered:

1. PPE
2. Emergency Response/Fire Safety
3. Lockout/Tagout
4. Ladder Safety/Fall Protection
5. ___________________________________________
6. ___________________________________________
7. ___________________________________________
8. ___________________________________________

**Compliance Statement:**

By signing below, I am stating that I fully understand and will implement the above safety issues in my assigned work area. I am also stating that I fully understand and will implement all federal, state, and local safety and environmental regulations and standards, as well as the safety rules and safety policies of American Gypsum Company.

| | |
|---|---|
| ____________________________ | ____________________________ |
| (Employee's Printed Name) | (Employee's Signature) |
| ____________________________ | ____________________________ |
| (Employee's Printed Name) | (Employee's Signature) |
| ____________________________ | ____________________________ |
| (Employee's Printed Name) | (Employee's Signature) |
| ____________________________ | ____________________________ |
| (Employee's Printed Name) | (Employee's Signature) |
| ____________________________ | ____________________________ |
| (Employee's Printed Name) | (Employee's Signature) |
| ____________________________ | ____________________________ |
| (Employee's Printed Name) | (Employee's Signature) |
| ____________________________ | ____________________________ |
| (Employee's Printed Name) | (Employee's Signature) |
| ____________________________ | ____________________________ |
| (Employee's Printed Name) | (Employee's Signature) |

AMERICAN GYPSUM

# Contractor Release of Liability Document

The risk of injury from entering into the gypsum plant and the surrounding grounds is significant, including the potential for permanent disability and death, and while particular protective equipment and personal discipline will minimize this risk, the risk of serious injury does exist. In consideration for, and as a condition to, access to this facility and the surrounding grounds, the undersigned does hereby, for himself or herself and his or her heirs, administrators, executors, successors and assigns:

(1) I agree to abide by all rules and regulations of American Gypsum Company LLC;

(2) I fully and unconditionally waive, release and forever discharge, acquit and hold harmless American Gypsum Company LLC and its affiliates and their managers, members, employees, directors, officers, agents, successors and assigns (the "AGC Released Parties") from any and all claims, causes of action, suits, charges, demands, losses, costs, expenses (including court costs, litigation expenses and attorney's fees), obligations, liabilities and/or damages of every kind and nature whatsoever (collectively, "Claims") relating in any way, directly or indirectly, to his or her visit to this facility and the surrounding grounds, including, but not limited to, bodily injury, disability, death or loss or damage to person or property;

(3) I agree to indemnify, defend and hold harmless the AGC Released Parties against any and all Claims arising out of or in connection with his or her visit to this facility and the surrounding grounds or any breach of this release by the undersigned; and

(4) CERTIFY THAT HE OR SHE HAS READ THIS DOCUMENT AND UNDERSTANDS ITS TERMS AND THAT IT IS A RELEASE OF LIABILITY. THE UNDERSIGNED SIGNS THIS RELEASE FREELY, VOLUNTARILY AND WITHOUT INDUCEMENT.

| Signature | Printed Name | Date |
|---|---|---|
| Signature | Printed Name | Date |
| Signature | Printed Name | Date |
| Signature | Printed Name | Date |

**IMPORTANT! READ THIS RELEASE BEFORE SIGNING IN.**



Revised Date: 2/25/2019
Last Updated: 08/20/2012

# Truck Driver On-Site Safety Policy

**Purpose**
This policy provides a standard on-site safety policy for all third party truck drivers to follow to reduce the risk of bodily injury from any accident occurring while on company property.

**Scope**
This policy applies to all third party or contract truck drivers while on American Gypsum property.

**Responsibility**
All vendors are responsible for training their employees who are required to drive on American Gypsum property on these safety procedures.

All American Gypsum employees shall be informed of this policy by the site safety director, or their designated representative, during the *New Employee Safety Orientation* training received on the first day of employment. Refresher training will also be conducted on an as needed basis.

**Safety Procedures**
1. All truck drivers who enter the plant grounds, who have not previously supplied the required Certificate of Insurance, must sign a Release of Liability form.
2. Only truck drivers who have an approved Certificate of Insurance on file and have successfully completed safety training may be granted unescorted access to the property. This access will be valid for one year from the date of safety training. This determination will be made at the superintendent level or above.
3. Truck drivers entering any site with MSHA jurisdiction will follow all appropriate MSHA safety requirements
4. All drivers are required to report to their designated location upon arriving at an American Gypsum property. Depending on the plant location, this may require the driver to stop at a guard shack, a traffic information mailbox, or the Loading/ Receiving Department check-in location. As part of the check-in process, all drivers will be required to read the safety requirements pertaining to them while on company property & sign the Safety Procedure Acknowledgement Log **(See Appendix T1)**.
5. While the loading or unloading process is being performed, drivers will not be allowed to wander in the plant. Each plant shall establish and communicate a location where the driver shall remain while the loading/unloading is being performed.
6. No unsecure climbing on loads will be allowed on company property which is manned with a tarping crew.
7. All personnel required to perform pre-loading operations must be certified on, and shall be required to the use, fall protection equipment when climbing on loads.
8. Following completion of the loading or unloading process and all necessary paperwork, the driver shall return to their truck and safely exit the property.

**Accident Reporting**
1. Any incident involving company owned equipment or vehicles must be immediately reported to plant personnel.
2. Any driver involved in a workplace accident or injury on company property must report it immediately to plant personnel.
3. A complete incident report and investigation will be completed on any

driver or contractor involved accident or injury. This investigation will follow the current safety policy on Accident Reporting and Investigation.

AMERICAN
GYPSUM

# Truck Driver Release of Liability Document

The risk of injury from entering into the gypsum plant and the surrounding grounds is significant, including the potential for permanent disability and death, and while particular protective equipment and personal discipline will minimize this risk, the risk of serious injury does exist. In consideration for, and as a condition to, access to this facility and the surrounding grounds, the undersigned does hereby, for himself or herself and his or her heirs, administrators, executors, successors and assigns:

(1) I agree to abide by all rules and regulations of American Gypsum Company LLC or AG South Carolina LLC;

(2) I fully and unconditionally waive, release and forever discharge, acquit and hold harmless American Gypsum Company LLC and its affiliates and their managers, members, employees, directors, officers, agents, successors and assigns (the "AGC Released Parties") from any and all claims, causes of action, suits, charges, demands, losses, costs, expenses (including court costs, litigation expenses and attorney's fees), obligations, liabilities and/or damages of every kind and nature whatsoever (collectively, "Claims") relating in any way, directly or indirectly, to his or her visit to this facility and the surrounding grounds, including, but not limited to, bodily injury, disability, death or loss or damage to person or property;

(3) I agree to indemnify, defend and hold harmless the AGC Released Parties against any and all Claims arising out of or in connection with his or her visit to this facility and the surrounding grounds or any breach of this release by the undersigned; and

(4) CERTIFY THAT HE OR SHE HAS READ THIS DOCUMENT AND UNDERSTANDS ITS TERMS AND THAT IT IS A RELEASE OF LIABILITY. THE UNDERSIGNED SIGNS THIS RELEASE FREELY, VOLUNTARILY AND WITHOUT INDUCEMENT.

| Signature | Printed Name | Date |
|---|---|---|
| Signature | Printed Name | Date |
| Signature | Printed Name | Date |
| Signature | Printed Name | Date |

**IMPORTANT! READ THIS RELEASE BEFORE SIGNING IN.**



Revised Date: 2/25/2019
Last Updated: 08/20/2012

# On-Site OSHA Inspection Procedures

# OSHA Visitation Procedures

**Purpose**

Outline the procedures and steps for handling inspections, citations, and penalties under OSHA for all American Gypsum Company facilities. This will ensure that all the correct steps are taken to minimize any citations or penalties from OSHA during an inspection being conducted by a compliance officer.

**Scope**

This procedure applies to all management employees for American Gypsum Company involved in the handling of OSHA inspections, processing OSHA citations, or the payment of OSHA citation penalties.

**Inspection**

**A. Arrival of the compliance officer**

1. The compliance officer must follow the established procedure.

2. The compliance officer must sign into the visitor register book.

3. The gate guard or receptionist should immediately notify the facility Plant Manager and HR/Safety Manager or his/her representative that the compliance officer is at the gate.

4. A management representative will examine the compliance officer's credentials and will then escort the compliance officer to the Main Office conference room.

**B. Opening Conference**

1. At a minimum, there should be two management individuals with the compliance officer during the course of the opening conference. One of the two management individuals should be designated as the primary spokesperson.

2. The compliance officer's credentials should be examined, and the name, title, and district recorded.

3. The compliance officer should sign the visitor Confidentiality Agreement.

4. The compliance officer will then explain the scope (what will be inspected) and type of inspection to be conducted. (general scheduled, complaint, or other). Listen carefully during this explanation. Until a decision is made whether or not to request a warrant, make sure not to lead the compliance officer into believing that entry into the facility will be granted.

5. Ask the compliance officer his/her schedule and timing of the closing conference to discuss findings.

6. Industrial Hygiene Monitoring

   Ask the compliance officer if industrial hygiene monitoring will be conducted. If it is, then find out what contaminants will be sampled. The HR/Safety Manager will notify the Corporate Safety Department promptly so that concurrent sampling can be scheduled. Inform the compliance officer that the company would like to conduct concurrent monitoring, if possible, and request that the monitoring phase of the inspection be delayed until a corporate industrial hygienist or consultant is available. Normally the compliance officer will delay the survey. If the compliance officer insists that the survey be conducted immediately, then the compliance officer has a right to commence with the survey unless a warrant has been requested.

7. If the inspection is due to a complaint, the HR/Safety Manager should request a copy of the complaint. Upon request, the compliance officer is required to provide a copy of the complaint if entry into the facility will be granted either voluntary or with a warrant, such entry should not be allowed until a copy of the complaint is received.

8. Inspection Warrants

   a) After the opening remarks by the compliance officer, the management representatives should excuse themselves so that they can discuss what has been presented by the compliance officer. The compliance officer is to remain in the meeting room.

   b) The compliance officer should be informed that the break in the meeting will only be for a short while.

   c) ***The facility will decide if a warrant will be required. Although the facility has the right to require a warrant, such decision should be made on a case-by-case basis. If the facility is confident it is in full compliance, it may want to voluntarily provide entry to the compliance officer. If assistance is needed in making the decision between voluntary entry and requiring a warrant, the Vice President should be contacted.*** If it is decided that a warrant is needed, the compliance officer should be told that a warrant must be obtained prior to performing the inspection.

**<u>Inspection Activities</u>**

If the facility decides to allow the inspection without a warrant or when the compliance officer returns with a warrant, the HR/Safety Manager or his/her representative will accompany the compliance officer on the inspection. The representative should be familiar with the area to be inspected. If a warrant was previously requested, make sure the area to be surveyed is listed on the warrant and do not permit entry into any areas of the plant not listed in the warrant.

9. HR/Safety Manager will present the Visitor Site-Specific Hazard Awareness Training for the facility.

10. Have the compliance officer sign the Visitor Safety Hazard Briefing Document.

11. Have the compliance officer sign the Visitor Release of Liability Document.

12. Have the compliance officer sign the Confidential Information and Invention Agreement Form.

13. Employee Representative

    a) At the request of the compliance officer, an employee representative should be obtained.

    b) The compliance officer should be advised if the employees have no authorized representative.

    c) Do not allow the union representative to control the walk-through or take the compliance officer to areas not covered by the complaint or warrant.

14. Only records and procedures requested by the compliance officer that are required by the OSHA standards, and pertaining to the areas of the warrant will be made available for review and discussion, e.g. OSHA 300 Logs, Hazard Communication, Lockout/Tagout, Confined Space, Emergency Evacuation, and Bloodborne Pathogens. No other documents will be provided, especially records of facility safety meetings, safety committee minutes, and written procedures that do not affect the area to be inspected. (For example, if the complaint pertains to an area where Lockout/Tagout is not used, then there is no reason to give the compliance officer a copy of the Lockout/Tagout Procedure.)

15. If an area of the facility to be inspected contains or might reveal a trade secret, the compliance officer will be informed and reminded to maintain any information developed on a confidential basis.

16. Compliance officers have authority to take or obtain photographs and to collect samples.

    a) If the compliance officer has a camera in his/her possession, the management representative will have a camera and will take as many pictures as possible of each site photographed by the compliance officer.

    b) If the compliance officer collects any environmental health sample, the management representative will collect a sample of the same material at the same location and will subsequently arrange for analysis.

17. Expansion of the Inspection

    a) The compliance officer will be escorted by the HR/Safety Manager or his/her representative on the most direct route to the area and operation covered by the complaint. Since the compliance officer can expand the scope of the inspection if he/she sees a violation not

covered by the complaint or warrant, do not walk through any area unless absolutely necessary. (For example, if the area in question is at the rear of the facility, you should walk around the outside of the building to the rear door, go straight to the complaint area, and return the same way.)

b) Only when a compliance officer sees a violation can the scope of the inspection be expanded without approval of the company. If the compliance officer asks or attempts to expand the scope of the inspection to an area not covered in the compliant or warrant, then it is the responsibility of the management representative to make a decision whether to grant or deny access to that area. If access is denied, then the compliance officer must be told that a warrant will be required to expand the scope of the inspection.

18. Explain any condition or practice questioned by the compliance officer, but remember to be as brief as possible and explain only the process in question. You should never volunteer any extra information no matter how trivial it may seem.

19. The compliance officer has the right to question privately any employee, however management may be present at the employee's request.

20. The inspection must not disrupt facility operations. The management representative is responsible for ensuring that the inspection does not cause an unreasonable disruption of the operation.

21. Where the compliance officer indicates that an alleged violation exists, but the management representative does not agree, the management representative should ask why the compliance officer takes that position. Do not attempt to solve the issue verbally unless it is obvious that the compliance officer has overlooked something. The best time to disagree with the compliance officer is at the closing conference where he/she must work from his/her notes and memory.

22. The management representative will prepare on-the-spot notes, including time, date, and indicating conditions or practices the compliance officer considers to be a violation. Be as specific as possible in your notes and if you feel that the compliance officer may be wrong, note your reason. Do not share the reason with the compliance officer.

23. The management representative must never imply or agree that a given situation may constitute a violation.

24. Remember, for a violation to exist the compliance officer must show both a hazard and an exposure to that hazard. (For example, an unguarded saw is only a violation if the compliance officer can find an employee who has used it within the past 6 months.) If the compliance officer is looking at equipment that is no longer in use then you should make him/her aware that it is no longer used.

25. To the extent possible, the management representative will immediately correct findings of the compliance officer without admitting a violation exists. Conditions which are corrected prior to the compliance officer leaving

the facility should be conveyed to the compliance officer.

**Closing Conference**

26. The compliance officer will schedule a closing conference that will be attended by the HR/Safety Manager and/or his/her representatives.

27. This is the time to defend any recommended alleged violations cited by the compliance officer.

28. At the request of the compliance officer attendance of the employee representative will be allowed in the closing conference.

29. The management representative will record:

    a) Date and time of the closing conference.

    b) Names and affiliations of everyone present.

    c) A copy of the notes taken during the course of the inspection.

    d) Summary of comments by compliance officer.

    e) Summary of any management comments in rebuttal of compliance officer's findings.

**Contractors**

All outside contractors must be notified, before starting work, that an OSHA compliance officer is allowed on the facility site only after the HR/Safety Manager and his/her representative is notified of the inspection. An American Gypsum Company representative will accompany the contractor and OSHA compliance officer during the entire inspection. Handling of the opening conference, closing conference and communication with the compliance officer during the inspection is the responsibility of the contractor.

**Citation and Penalty**

**C. Review of Citations**

1. If it is concluded that the citation is valid and will not be contested, the HR/Safety Manager will take appropriate action to pay penalties and to abate the violation.

2. Prior to filing a Notice of Contest, the HR/Safety Manager will request an informal conference with the OSHA Area Director to discuss the disputed aspects of the citation and attempt to resolve such disputes.

3. The informal conference must be requested within fifteen (15) working days of the receipt of the citation, and be held within twenty (20) working days. Working days includes all days except Saturdays, Sundays, and

federal holidays. ***Participation in an informal conference does not suspend or alter the time limitation for contesting citations.***

4. The representative from the facility attending the informal conference will prepare and present comprehensive documentation to support the company's position.

**Contest of Citations**

When it is determined that a citation should be contested, the HR/Safety Manager after consultation will file the Notice of Contest by certified mail within fifteen (15) working days of receipt of the citation.

**Posting of Citations**

5. Immediately upon receipt of a citation, management will post a copy of the citation, with the penalty section removed, in a prominent place where it is readily observable by all affected employees.

6. The citation will remain posted until the violation has been abated or for three working days, whichever is later.

7. When a citation is contested, a copy of the Notice of Contest will be posted beside the citation.

**Abatement of Citations**

8. The filing of a Notice of Contest delays any abatement action required by the citation.

9. However, if the abatement date specified in the citation is not contested, the cited violation must be abated by the specified date.

10. Upon completion of abatement, the HR/Safety Manager will advise the OSHA Area Director in writing by certified mail.

11. When an uncontested abatement date cannot be met, the HR/Safety Manager will file a written petition by certified mail for modification of abatement date with the OSHA Area Director.

**Payment of Penalties**

12. Upon determination that a citation will not be contested or upon a judicial order sustaining a contested citation, the HR/Safety Manager will pay the assessed penalty by certified mail to the OSHA Area Director

# OSHA Training Requirements

# OSHA Training Requirements Summary

- **Accident Reporting and Investigation Policy**
- **Blood Borne Pathogens Exposure Control Policy**
- **Confined Space Entry Policy**
- **Emergency Action Plans**
- **Fall Protection Policy**
- **Forklift Operation Policy**
- **Hazard Communication Policy**
- **Hearing Conservation Policy**
- **Hoists and Overhead Crane Policy**
- **Lockout / Tagout Policy**
- **Personal Protective Equipment (PPE) Policy**
- **Respiratory Protection Policy**

# Accident Reporting and Investigation Policy

**Purpose**
This policy is designed to provide the standard procedures to follow after an accident/incident has occurred to reduce the risk of another similar incident or injury.

**Scope**
**This program applies to company employees, contractors and visitors on AGC property and includes any and all accidents and injuries. These incidents will be investigated thoroughly and documented per this policy.**

**Training**
Each employee shall be informed of this program by the site Safety Director during the *New Employee Safety Orientation* training received on the first day of employment. The Department Manager or Area Supervisor for the employee will also train the employee during the departmental orientation process and annually thereafter.

**Immediate Action**
1. Provide emergency medical treatment or first aid as needed.
2. Inform the supervisor and safety director of the accident/incident.
3. Secure accident scene, take photos, videos, etc., make sketches, list accident victims and witnesses. Preserve items which would have direct bearing on accident investigation, before the scene is disturbed.
4. Interview witnesses as soon as possible:
   A. In private
   B. Keep information confidential
   C. Have the witnesses write down what happened, date, location, etc.
5. Complete a "notice of accident" form.
6. **Administer an on-site drug screen and alcohol test to company employees as soon as possible. Visitors and contractors are not required to participate in AGC drug screening or alcohol testing.**

**Accident Reporting**
1. Employees injured on the job are to report the injury immediately to the area supervisor.
2. Any incident involving company owned equipment or vehicles must also be immediately reported to the area supervisor.
3. Medical attention is provided first. If the injury cannot be taken care of at the plant facility, follow the procedures outlined in "Medical/First Aid Procedures".
4. Employee is to immediately complete a "notice of accident" form. One copy is for the supervisor, the other is for the employee.
5. Take any witness statements in writing.
6. Notify the site Safety Director and Department Managers of any incident requiring medical attention or involving property damage. If a department manager is involved in an incident, the Plant Manager must be notified.
7. Notify the site Safety Director and/or Plant Manager of any fatalities or hospitalization of employees. If three or more employees are involved, the site Safety Director or Plant Manager will call OSHA or MSHA.

   OSHA must be notified within eight (8) hours of any accident that results in one or more fatalities or

the hospitalization of three or more employees. Contact the local OSHA regional office or call 1-800-321-OSHA.

The nearest MSHA office must be notified within 15 minutes of an accident or occurrence involving a "grave danger". This applies to a fifteen minute notification requirement in the event of a fatality or serious injury requiring transport to a hospital. Contact with MSHA should be made by the Mine Superintendent, Plant Manager or the site safety director.

8. Any employee witnessing an accident at work shall inform the supervisor or provide whatever assistance appears to be necessary.
9. The supervisor is to initiate the accident investigation procedures. The department manager or site safety director must conduct the accident investigation if the supervisor is involved in an accident. A supervisor may not complete his or her own accident investigation.
10. The site Safety Director will complete an "accident alert" for immediate plant posting. A copy of the Alert will be sent to the other plants for posting.

**"Near Miss" Procedures**

"Near miss" situations and accidents with no injuries are to be taken seriously. "Near miss" situations must be reported to the supervisor immediately.

**Equipment Damage Incidents**

The following procedure is to be adhered to when incidents involving equipment or property damage occur.

1. All incidents involving equipment or property damage shall be reported and documented immediately. The equipment involved in the incident shall not be moved from the scene unless immediate treatment for personal injury requires the movement.
2. As soon as the supervisor in charge is made aware of a damage incident the area shall be secured until an accident investigation is completed. Unless continued closure of an accident area causes a further safety issue or a severe disruption of operations, it shall remain secured until the department manager or supervisor is available to conduct a formal accident investigation. In cases of severe damage, the supervisor shall call out the department manager to conduct the investigation immediately. In all accidents or incidents not involving the supervisor, the supervisor in charge shall conduct the investigation and complete the report.
3. If a foreman or manager deems that an Accident Investigation is required, any employee involved in the property damage incident must be administered on-site drug and alcohol screening immediately. If the tests do not return a negative result the employee must be transported to a facility that can process a formal drug/alcohol screen.

**Accident Investigation Procedures**

The accident investigation shall be a systematic approach to reviewing the events surrounding an accident or incident with the purpose of identifying causal factors and initiating (or recommending) corrective action in order to eliminate future accidents/incidents.

Use the Accident Investigation Kit. The kit contains a disposable camera, tape measure, first aid supplies, gloves, note pad, pencils/pens. Also a roll of caution tape and 3 accident barriers shall be accessible to use.

Complete the following forms:

1. Supervisor Incident Investigation Report. **See Appendix A1.**
2. Checklist for Accident Investigation Report. **See Appendix A2**.
3. Guide for Identifying Causal Factors and Corrective Actions. **See Appendix A3.**

The investigation must be completed within 24 hours of the incident and submitted to the Plant

Manager and site Safety Director. The site Safety Director will post an Accident Alert.

**Medical/First Aid Procedures**

When emergency first aid treatment is required, personnel trained in first aid and CPR should be immediately contacted to render appropriate treatment. The company provides annual First aid/CPR training to designated personnel.

The following procedure is to be adhered to if an employee is injured on the job and transport to the clinic or hospital (treatment center) is required:

1. When the injury is deemed severe enough to require ambulance response, the supervisor in charge will call 911 and request ambulance service. If transport to the treatment center via ambulance is necessary, the supervisor shall make arrangements for a management employee to meet the injured employee at the treatment center. It is not necessary for a management employee to travel in the ambulance with the injured employee.
2. When ambulance transport is not necessary, a management employee shall transport the injured employee to the treatment facility. If a management employee is not available in a timely manner, the supervisor in charge shall transport the injured employee but this is only a last resort option. *In no case shall the injured employee be allowed to drive to the treatment center alone.*
3. In all cases, the management employee arriving at the hospital or clinic shall ensure that a drug screen with alcohol testing is administered to the injured employee in accordance with state law.
4. The immediate priority in all cases of employee injuries shall be the *most timely medical care available.*
5. In cases of serious injuries the Plant Manager and the site Safety Director shall be notified immediately.
6. The employee must notify the site Safety Director and/or Department Manager of any on-going medical treatment needs or restrictions. The report issued by the doctor's office must be turned in to the site Safety Director by the next business day after the doctor's appointment.

# Incident Investigation Report

☐ Property Damage ☐ Near Miss ☐ Personal Injury ☐ Fire ☐ Other

| **Management Responsible** | | | |
|---|---|---|---|
| ***Department*** | Production | ***Team/Crew*** | Crew |
| ***Immediate Supervisor*** | | | |

| **Time of Accident/Incident** | | | | | | | |
|---|---|---|---|---|---|---|---|
| ***Date*** | | ***Time*** | ☐ **AM** ☐ **PM** | **Day of Week** | Wednesday | ***Shift*** | Days |

| **Employee Involved** | | | |
|---|---|---|---|
| ***Name*** | | **Date of Hire** | |
| **Job/Skill** | Relief Foreman | | |
| **Experience in Job/Skill** | ☐ Skill training/on job | ☐ 6-12 Months | ☐ 2-5 Years |
| | ☐ Less than 6 months | ☐ 1-2 Years | ☐ 5+ Years |
| **Department** | | | |

| **Bodily Injury/Illness** | | | |
|---|---|---|---|
| **Type/Probable Classification** | ☐ First Aid | ☐ OSHA/MSHA Recordable/Reportable | ☐ Hearing Loss |
| | | ☐ OSHA/MSHA lost time | ☐ OSHA/MSHA Illness |
| **Type of Accident** | ☐ Abrasion | ☐ Electric Shock | ☐ Laceration (Cut) |
| | ☐ Amputation | ☐ Fracture | ☐ Poisoning |
| | ☐ Burn | ☐ Hearing Impairment | ☐ Puncture |
| | ☐ Cold Effects | ☐ Heat Effects | ☐ Sprain/Strain |
| | ☐ Concussion | ☐ Dermatitis | ☐ Vision Impairment |
| | ☐ Contusion (Bruise) | ☐ Hernia (Rupture) | ☐ Animal bite, sting, or scratch |
| | ☐ Crush | ☐ Infection | |
| | ☐ Dislocation | ☐ Inflamed Muscles (Tendonitis) | ☒ Other: None |
| **Employee Description of Incident** (PRINT in own words) | | | |

| **Medical Treatment** | |
|---|---|
| **Description** | None |
| **Facility/ Phone** | |
| **Contact/ Phone** | |
| ☐ **Refused treatment –** Explain, if necessary. | |
| ☐ **Was employee provided a prescription?** **If So, What?** | |



Revised Date: 2/25/2019
Last Updated: 08/20/2012

| **Incident – Bodily Injury/Illness** | | | |
|---|---|---|---|
| **Process Status in Area** | ☐ Normal<br>☐ Start Up | ☐ Minor Shutdown<br>☐ Major Shutdown | ☐ Upset Condition (dryer jam, etc.) |
| **Exact Location** | Rock handlers shack. | | |
| **Equipment in Use(include serial #'s)**<br>**Removed From Service?** | | | |
| **Activity** | | | |
| **Description of Events Leading to Personal Injury** (who did what, when, where, and why) | n/a | | |
| **Names of Witnesses** | | | |

| **Near Miss** | |
|---|---|
| **Description of Near Miss** (Be specific; i.e., activity, mill site, etc.) | . |

| **Property Damage** | | | |
|---|---|---|---|
| **Severity (Estimate)** | ☐ Minor (Less than $1,000)<br>☐ Serious ($1,000-$50,000) | ☐ Major ($50,000-$1 Million)<br>☐ Catastrophic (Greater than $1 Million) | ☐ N/A |
| **Description of Damage** (Be specific; i.e., motors, pumps, doorways, etc.) | . | | |
| **Actual Damages (Cost)** | | | |

| Contact | | |
|---|---|---|
| | ***Type of Contact*** | ***Material Contacted*** |
| | ☐ Struck against (ran, bumped into) | ☐ Electricity |
| | ☐ Struck by moving object | ☐ Heat |
| | ☐ Fall on same level | ☐ Cold |
| | ☐ Fall to lower level | ☐ Noise |
| | ☐ Slip | ☐ Radiation |
| | ☐ Caught in or between | ☐ Toxic or noxious substance |
| | ☐ Caught on (snagged, hung) | ☐ Caustics |
| | ☐ Overexertion, overload | ☐ Equipment |
| | ☐ Contacted harmful energy/substance | ☐ Structure |
| | | ☐ Product |
| | Other: | Other: |

| Immediate Causes (List all) | |
|---|---|
| ***Substandard Acts/Practices*** | ***Substandard Conditions*** |
| ☐ Operating equipment without authority | ☐ Inadequate guards or barriers |
| ☐ Failure to warn | ☐ Inadequate/improper PPE |
| ☐ Failure to secure | ☐ Defective tools, equipment, materials |
| ☐ Operating at improper speed | ☐ Congestion or restricted action |
| ☐ Failure to follow procedures | ☐ Inadequate warning systems |
| ☐ Disabling or removing safety devices | ☐ Fire or explosion hazards |
| ☐ Using defective equipment | ☐ Poor housekeeping and disorder |
| ☐ Using equipment improperly | ☐ Air contaminants |
| ☐ Failure to use PPE properly | ☐ Noise exposure |
| ☐ Improper loading | ☐ Radiation exposure |
| ☐ Improper placement | ☐ Temperature extremes |
| ☐ Improper lifting | ☐ Inadequate ventilation |
| ☐ Improper position/action for task | ☐ Inadequate or excess illumination |
| ☐ Horseplay | ☐ Blind spots |
| ☐ Under the influence of alcohol/drugs | ☐ Weather |
| Other: | Other: |

| Basic Causes | |
|---|---|
| ***Personal Factors*** | ***Job Factors*** |
| ☐ Inadequate capability (mental) | ☐ Inadequate leadership/supervision |
| ☐ Inadequate capability (physical) | ☐ Inadequate engineering |
| ☐ Lack of knowledge | ☐ Inadequate purchasing |
| ☐ Lack of skill | ☐ Inadequate maintenance |
| ☐ Stress (mental) | ☐ Inadequate tools, equipment, materials |
| ☐ Stress (physical) | ☐ Inadequate work standards/instructions |
| ☐ Improper motivation | ☐ Wear and Tear |
| | ☐ Abuse or misuse |
| Other: | Other |

| Immediate Corrective Action | |
|---|---|
| **Description** | |



Revised Date: 2/25/2019
Last Updated: 08/20/2012

| Other | | | |
|---|---|---|---|
| **Post Incident Drug Test** | Drug testing performed? ☐ Yes ☒ No | | Where? |
| | If not, why? | Under 500 dollars | |
| | | | |
| **Reporter's Comments** | | | |
| **Name** | | | |
| **Title** | | | |
| **Date** | | | |

| Approvals | |
|---|---|
| **SUPERVISOR:** | DATE: |
| **DEPARTMENT MANAGER** | DATE: |
| **SAFETY MANAGER:** | DATE: |
| **PLANT MANAGER:** | DATE: |

**PIPD Addendum**
**Injured Employee Report**

**Employee completes form and returns to supervisor within three days of injury.**

## ANATOMICAL ILLUSTRATION

Circle area(s) that was injured.




Front




Back










Mark facial or head disfigurement



State whether right or left eye or both

Date of injury: ______________________________ Time: _______________

Is this the only injury that occurred to you on this date? ___________________

How did this accident happen? ____________________________________________________________

__________________________________________________________________________________________

What types of problems are you presently having as a result of this injury? _________________________

__________________________________________________________________________________________

Have you ever injured this area before? _________ If so, when? ______________________________

Did you receive any compensation benefits? _______________________________________________

Have you ever been in a motor vehicle accident? __________ If so, when? ______________________

Have you ever had any sports-related injuries? __________ If so, what kind and when? ____________

__________________________________________________________________________________________

What are some of your hobbies/work outside American Gypsum? ______________________________________________

Are you allergic to any medication? _____________________________________________________

Social Security Number: ______________________________ Date of birth: ______________________

Home Phone Number: ______________________________

---

I declare under penalty of perjury that all statements contained herein, to the best of my knowledge and belief, are true, correct, and complete. Any person whom commits Workers' Compensation fraud, upon conviction, shall be guilty of a felony.

Signature ____________________________________________ Date _________________________



Revised Date: 2/25/2019
Last Updated: 08/20/2012

# Blood Borne Pathogens Exposure Control Policy

**Purpose**

These guidelines provide policy and safe practices to prevent the spread of disease resulting from handling blood or Other Potentially Infectious Materials (O.P.I.M.) during the course of work. The purpose of this ECP includes the following:

1. Eliminating or minimizing occupational exposure of employees to blood or certain other body fluids; and
2. Complying with OSHA's Bloodborne Pathogens Standard, 29 CFR 1910.1030.

**Scope**

This document serves as the written procedures for Bloodborne Pathogens Exposure Control Plan (ECP) for American Gypsum Company, This plan has been developed in accordance with the OSHA Bloodborne Pathogens Standard, 29 CFR 1910.1030.

**Training Requirements**

Initial Training will be provided during a new employee's orientation and then on annual basis thereafter. The training will be interactive and cover the following:

1. The standard and its contents.
2. The epidemiology and symptoms of bloodborne diseases.
3. The modes of transmission of bloodborne pathogens.
4. American Gypsum Bloodborne Pathogen ECP, and a method for obtaining a copy.
5. The recognition of tasks that may involve exposure.
6. The use and limitations of methods to reduce exposure, for example, engineering controls, work practices and personal protective equipment (PPE).
7. The types, use, location, removal, handling, decontamination, and disposal of PPE.
8. The basis of selection of PPE.
9. The Hepatitis B vaccination, including efficacy, safety, method of administration, benefits, and that it will be offered free of charge to personnel with reasonable anticipated exposure.
10. The appropriate actions to take and persons to contact in an emergency involving blood or OPIM.
11. The procedures to follow when an exposure incident occurs, including the method of reporting and medical follow-up.
12. The evaluation and follow-up required after an employee exposure incident.
13. The signs, labels, and color-coding systems.

Additional training is provided to employees when there are any changes of tasks or procedures affecting the employee's occupational exposure. Employees who have received training on bloodborne pathogens in the 12 months preceding the effective date of this plan will only receive training in provisions of the plan that were not covered.

**Administrative Duties**

The Site Safety Director is responsible for developing and maintaining the program. Employees may review a copy of the plan during normal working hours. Each Plant will specify a location where employees may review the plan. **See Appendix B1.**

The Site Safety Director is responsible for maintaining any records related to the Exposure Control Plan.

**Exposure Determination**

Each plant must determine which employees may incur occupational exposure to blood or OPIM. The exposure determination is made without regard to the use of personal protective equipment (i.e., employees are considered to be exposed even if they wear personal protective equipment). Ex. "First Responders."

**Compliance Strategies**

Universal precaution techniques developed by the Center for Disease Control and Prevention (CDC) will be observed at this facility to prevent contact with blood or OPIM. All blood or OPIM will be considered infectious regardless of the perceived status of the source individual.

**Engineering and Work Practice Controls**

Engineering and work practice controls will be used to eliminate or minimize exposure to employees at this facility. Where occupational exposure remains after institution of these controls, employees are required to wear personal protective equipment. At this facility the following engineering controls are used:

1. Removing soiled PPE as soon as possible.
2. Cleaning and disinfecting all equipment and work surfaces potentially contaminated with blood or OPIM.
   Note: A solution of 1part chlorine bleach per 9 parts of water is to be used.
3. Thorough hand washing with soap and water immediately after providing care or provision for antiseptic towelettes or hand cleanser where hand washing facilities are not available.
4. Where exposure to infectious materials has occurred, eating, drinking, smoking, applying cosmetics, handling contact lenses, is prohibited until the area has been disinfected.
5. Leak-proof, labeled containers for contaminated disposable waste or laundry are to be used.
6. First aid kits have been equipped with exposure control kits including latex gloves, 2-way CPR valves. Biohazard kits are located in designated areas throughout the plant and chlorine bleach will be provided for disinfecting contaminated areas and / or objects.

***Hand Washing & Restroom Facilities***

Hand washing facilities are available to employees who have been exposed to blood or OPIM. Sinks for washing hands after occupational exposure are near locations where exposure to bloodborne pathogens could occur. Hand washing facilities are located in restrooms, with utility sinks in limited areas, such as: Mixer area or Maintenance areas.

Supervisors must make sure that employees wash their hands and any other contaminated skin after immediately removing personal protective gloves or as soon as feasible with soap and water.

***Contaminated Equipment***

Equipment which has become contaminated, with blood or OPIM is decontaminated before servicing or shipping as necessary unless the decontamination of the equipment is not feasible. Procedures for equipment decontamination are as follows. Equipment decontamination is done using bleach and water solution containing1 part bleach to 9 parts water.

***Personal Protective Equipment***

All personal protective equipment (PPE) used is provided without cost to employees. PPE is chosen based on the anticipated exposure to blood or OPIM. The protective equipment is considered appropriate only if it does not permit blood or OPIM to pass through or reach the employees' clothing, skin, eyes, mouth, or other mucous membranes under normal conditions of use and for the duration of time that the protective equipment will be used.

P.P.E. will be inspected and re-stocked on a routine basis. Following an accident involving a release of body fluids where infection control measures have been used, the Site Safety Director will ensure first aid stations have adequate supplies available.

Employees must remove all garments which are penetrated by blood or other OPIM as soon as possible. They must remove all PPE before leaving the work area. When PPE is removed, it will be placed in a designated container for disposal, storage, washing, or decontamination.

***Gloves***
Rubber latex gloves to be used for protection against potentially infectious bodily fluids when assisting a worker who is bleeding, vomiting, or releasing other fluids; such as urine, saliva, or cerebral-spinal fluid. In addition, gloves are used when cleaning any bodily fluid either following an accident/injury or during a general housekeeping.

**Labels and Signs**
Biohazard labels are affixed to containers of regulated waste. The label is fluorescent orange or orange-red. Red bags or containers may be substituted for labels.

**Record Keeping**
Training records shall be maintained for three years from the date of training. The following information shall be documented:

1. The dates of the training sessions;
2. An outline describing the material presented;
3. The names of persons conducting the training;
4. The names of all persons attending the training sessions;
5. Medical records shall be maintained in accordance with OSHA Standard 29 CFR 1910.20. These records shall be kept confidential, and must be maintained for at least the duration of employment plus 30 years. The records shall include the following:
   A. The name and social security number of the employee.
   B. A copy of the employee's HBV vaccination status, including the dates of vaccination.
   C. A copy of all results of examinations, medical testing, and follow-up procedures.
   D. A copy of the information provided to the healthcare professional, including a description of the employee's duties as they relate to the exposure incident, and documentation of the routes of exposure and circumstances of the exposure.

***Availability***
All employee records shall be made available to the employee in accordance with 29 CFR 1910.20. All employee records shall be made available to the Assistant Secretary of Labor for the Occupational Safety and Health Administration and the Director of the National Institute for Occupational Safety and Health upon request.

***Transfer of Records***
If this facility is closed or there is no successor employer to receive and retain the records for the prescribed period, the Director of the NIOSH shall be contacted for final disposition.

***Evaluation and Review***
This program and its effectiveness will be reviewed every year and updated as needed. All provisions required by this standard will be implemented by the Site Safety Director.

**Hepatitis B Vaccination Program**

The Hepatitis B vaccine and vaccination series will be offered to all employees who have occupational exposure to bloodborne pathogens, and post exposure follow-up to employees who have had an exposure incident. Laboratory tests are conducted at accredited laboratories at no cost to the employee. All medical evaluations and procedures including the Hepatitis B vaccine and vaccination series and post exposure follow up, including prophylaxis are:

1. Made available at no cost to the employee.
2. Made available to the employee at a reasonable time and place.
3. Performed by or under the supervision of a licensed physician or by or under the supervision of another licensed healthcare professional.
4. Provided according to the recommendations of the U.S. Public Health Service.

***Hepatitis B vaccination:***

Vaccination is made available to all employees who have occupational exposure unless a given employee has previously received the complete Hepatitis B vaccination series, antibody testing has revealed that the employee is immune, or the vaccine is contraindicated for medical reasons. Participation in a pre-screening program is not a prerequisite for receiving Hepatitis B vaccination. If the employee initially declines Hepatitis B vaccination, but at a later date while still covered under the standard, decides to accept the vaccination, the vaccination will be made available. All employees who decline the Hepatitis B vaccination offered must sign the OSHA-required waiver indicating their refusal. **See Appendix B2.**

If at a future date a routine booster dose of Hepatitis B vaccine is recommended by the U.S. Public Health Service, such booster doses will be made available.

***Post-Exposure Evaluation and Follow-Up***

All exposure incidents are reported, investigated, and documented. When the employee is exposed to blood or OPIM, the incident is reported to the Site Safety Director. When an employee is exposed, he or she will receive a confidential medical evaluation and follow-up, including at least the following elements:

1. Documentation of the route of exposure, and the circumstances under which the exposure-occurred.
2. Identification and documentation of the source individual, unless it can be established that identification is infeasible or prohibited by state or local law.
3. The source individual’s blood shall be tested as soon as feasible and after consent is obtained in order to determine HBV and HIV infectivity. If consent is not obtained, the Site Safety Director establishes that legally required consent cannot be obtained. When law does not require the source individual’s consent, the source individual’s blood, if available, will be tested and the results documented.
4. When the source individual is known to be infected with HBV or HIV, testing for the source individual’s known HBV or HIV status need not be repeated.
5. Results of the source individual’s testing are made available to the exposed employee, and the employee is informed of applicable laws and regulations concerning disclosure of the identity and infectious status of the source individual.

Collection and testing of blood for HBV and HIV serological status will comply with the following:

1. The exposed employee’s blood is collected as soon as possible and tested after consent is obtained.
2. The employee will be offered the option of having their blood collected for testing of the employee’s HIV/HBV serological status. If the employee consents to baseline blood collection, but does not give consent for HIV serologic testing, the blood sample will be preserved for up to 90 days to allow the employee to decide if the blood should be tested for HIV serological status. If the employee

elects to have it tested, it will be done as quickly as feasible.

3. All employees who incur an exposure incident will be offered post-exposure evaluation and follow-up according to the OSHA standard. All post exposure follow-up will be performed by each Plant's contracted medical emergency center.

The healthcare professional responsible for the employee's Hepatitis B vaccination is provided with the following:

1. A copy of 29 CFR 1910.1030.
2. A written description of the exposed employee's duties as they relate to the exposure incident.
3. Written documentation of the route of exposure and circumstances under which exposure occurred.
4. Results of the source individuals blood testing, if available.
5. All medical records relevant to the appropriate treatment of the employee including vaccination status.

The employee is provided a copy of the evaluating healthcare professional's written opinion within 15 days of the completion of the evaluation. The healthcare professional's written opinion for HBV vaccination must be limited to whether HBV vaccination is indicated for an employee, and if the employee has received such vaccination.

The healthcare professional's written opinion for post-exposure follow-up is limited to the following information:

1. A statement that the employee has been informed of the results of the evaluation.
2. A statement that the employee has been told about any medical conditions resulting from exposure to blood or OPIM, which require further evaluation or treatment.

Note: All other findings or diagnosis shall remain confidential and will not be included in the written report.

# Hepatitis B Immunization Consent/Refusal Form

Please check one:

☐ **Yes, I want to receive the Hepatitis B vaccine.**

I read the information given to me about Hepatitis B virus and Hepatitis B vaccine and I had the opportunity to ask questions. My questions were answered.

I want to participate in the vaccination program. I understand this includes three injections at prescribed intervals over a 6-month period. I understand that there is no guarantee that I will become immune to Hepatitis B and that I might experience an adverse side effect as the result of the vaccination.

| | Date Given | Lot # | Administered By | Next Date Due |
|---|---|---|---|---|
| 1st Dose | ___________ | _________ | __________________ | ______________ |
| 2nd Dose | ___________ | _________ | __________________ | ______________ |
| 3rd Dose | ___________ | _________ | __________________ | ______________ |

☐ **No, I don't want to receive the Hepatitis B Vaccine.**

I understand that due to my occupational exposure to blood or other potentially infectious material, I may be at risk of acquiring Hepatitis B Virus (HBV). I was given the opportunity to be vaccinated with Hepatitis B vaccine at no charge to me. However, I **decline** Hepatitis B vaccination at this time. I understand that by declining this vaccine, I continue to be at an increased risk of acquiring Hepatitis B, a serious disease.

If in the future I want to be vaccinated with the Hepatitis B vaccine, I understand that I can receive the vaccine series at no charge to me.

_________________________________________________________________

Employee Name Facility

_________________________________________________________________

City, State, Zip Address

____________________________

Telephone Number

_________________________________________________________________

Signature / Date

Privacy Act Statement:
This information is sensitive and is protected by the Privacy Act of 1974 (5 U.S.C. 552a). The records will be stored in locked file cabinets or locked rooms. Electronic records will be protected by restricted access procedures and audit trails. Access to records will be strictly limited to agency or contractor officials with a bona fide need for the records.

# Confined Space Entry Policy

**Purpose**
The purpose of this policy is to provide proper and specific work safety procedures for confined spaces. This policy is in compliance with 29 CFR 1910.146.

**Scope**
This policy applies to all employees and contractors.

**Training:**
1. All employees shall be trained to recognize confined spaces.
2. Employees shall be trained prior to any assigned task that will involve confined space entry and re-trained annually.
3. Additional training shall take place in any of the following circumstances:
   A. An employee is assigned a new task.
   B. There are changes in permit space operations.
   C. There are deviations in the permit space entry procedures.
   D. There is evidence of the employee's lack of knowledge.

**Training for Authorized Entrants:**
1. Know the hazards including information on the mode, signs or symptoms and consequences of exposure to hazards.
2. Know how to use the equipment required by the conditions of the permit.
3. Understand the importance of communicating personal conditions to the attendant.
4. Know how to recognize any warning sign or symptom of exposure and when to evacuate.

**Training for Attendants:**
1. Know the hazards including information on the mode, signs or symptoms and consequences of exposure to hazards.
2. Know the type of materials and processes in the surrounding area.
3. Know how to complete and read an entry permit.
4. Know how to use and be authorized for the same PPE required for an entrant.
5. Know how to monitor all activities inside and outside the confined space without actual entry.
6. Know how to prevent entry of unauthorized persons.
7. Know when to order immediate evacuation should any hazard arise.
8. Know how to summon Rescue Services and what to do in case of an emergency.

**Definitions**
**Acceptable Entry Conditions:** The conditions which must exist in a permit space to allow entry and to ensure that the employees involved can safely enter into and work within the space.

**Attendant:** An individual stationed outside the permit-required confined spaces who monitors the authorized entrants and performs all the attendant's duties assigned in the company program.

**Authorized Entrant:** An employee who is authorized by the company to enter a permit space.

**Authorized Person:** The person designated by the company who is responsible for the assessment of the hazards, the determination of the conditions of permitted entry, the specification of the required protective

equipment, determination of the provisions for rescue and the issuance of the permit. This would usually be a member of management in the department.

**Blanking or Blinding:** The closure of a pipeline or duct by the insertion of solid plate (rated blind) of sufficient strength to withstand the maximum pressure of the pipeline or duct without leakage or failure.

**Confined Space:** A space that: (1) is large enough and so configured that an employee can enter and perform assigned work; (2) has limited or restricted means of entry and egress and (3) is not designed for continuous human occupancy. **For Confined Space Listing See Appendix C1**.

**Double Block and Bleed:** The closure of a pipeline by the closing of two line valves and the opening of a drain or vent valve between the two line valves.

**Emergency:** Any event internal or external to the confined space that might endanger the entrants.

**Engulfment:** The surrounding and entrapment of a person by liquid or finely divided solid materials that can cause death by suffocation, constriction or crushing.

**Entry:** the passing of a person through an opening into a permit-required confined space, considered to have occurred when any part of the body breaks the plane of the opening into the space.

**Entry Supervisor:** The person (trained and authorized by the company) who is responsible for determining if acceptable entry conditions are present at a space where entry is planned, authorizing entry, overseeing the entry operations and terminating the entry as required. The entry supervisor can be either a qualified manager or hourly employee.

**Hazardous Atmosphere:** An atmosphere that may expose employees to the risk of death, incapacitation, impairment of ability to self-rescue (escape unaided from a permit space), injury or acute illness from one or more of the following causes:
1. Atmospheric oxygen concentration below 19.5% or above 23.5%
2. Flammable gas, mist or vapor in excess of 10% of its lower flammable limit (LFL)
3. Airborne combustible dust, at a concentration that meets or exceeds its LFL
4. Atmospheric concentration of any substance which could result in employee exposure in excess of its dose or permissible exposure limit (PEL)
5. Any other atmospheric condition that is immediately dangerous to life and health

**Hot Work Permit:** The company's written authorization to perform operations (i.e., riveting, welding, cutting, burning, and heating) capable of providing a source of ignition.

**Non-Permit Confined Space:** A confined space that does not contain, or with respect to atmospheric hazards, have the potential to contain any hazard capable of causing death or serious physical harm.

**Non-Routine Entry:** An entry to a space which is not a normal area for entry and for which a standard written procedure has not been prepared.

**Permit-Required Confined Space:** a confined space that has one or more of the following characteristics:
1. Contains or has potential to contain a hazardous atmosphere
2. Contains material that has the potential to engulf the entrant

3. Has an internal configuration such that an entrant could be trapped or asphyxiated by inward converging walls or floor which slopes downward and tapers to a smaller cross-section
4. Contains any other recognized serious safety or health hazard

**Retrieval System:** The equipment used for non-entry rescue of persons from permit spaces.

**Routine Entry:** An entry to a space normally entered for the routine business conduct for which a written procedure has been prepared.

**Testing:** The process by which hazards that may confront entrants of a permit space are identified and evaluated. Testing includes the specifying of the tests that are to be performed in the space.

**Responsibilities:**

**Department Heads:**
1. Identify and be aware of all confined spaces in their area.
2. Consider all confined spaces to be permit-required until proper hazard analyses and atmospheric testing are performed.
3. Implement a confined space entry procedure.
4. Ensure that permit-required spaces are posted, **"DANGER – CONFINED SPACE – ENTRY BY PERMIT ONLY"**
5. Ensure that all confined spaces that are to be entered are completely drained, thoroughly cleaned and appropriately ventilated.
6. Ensure that all the pipelines or other connections with the confined space are disconnected, blocked or isolated to make sure the confined space is completely isolated from harmful agents.
7. Ensure that any moving equipment is de-energized and proper lockout is in place.
8. Ensure that personal protective equipment is available and in use when necessary.
9. Ensure that ladders or other safe means are utilized for access when depth into the confined space exceeds 4 (four) feet.
10. Investigate the safest possible entry and eliminate the need for entry, where possible.
11. Maintain a current review of SDS.

**Reclassification of a Permit-Required Confined Space:**
The Department Head and/or the Site-Safety Director can reclassify a space as non-permit required when:
1. All hazards are eliminated, not controlled, without entry into the space.
2. The Site-Safety Director shall document the basis for reclassification through a form that contains the date, the location of the space and the signature of person making the determination. The Site-Safety Director shall also sign the document. **See Appendix C2.**

**Confined Spaces Not Requiring Permits:**
Confined spaces not requiring permits are those spaces that only contain actual or potential atmospheric hazards which continuous forced air ventilation will maintain in a condition safe for entry.

**Permit Entry Requirements:**
Any conditions making it unsafe to remove an entrance cover shall be eliminated before the cover is removed.

**Confined Space Entry Permit:**
**See Appendix C3**

1. Trained and authorized supervisors only shall issue permits.
2. Permits shall be issued and posted at the point of entry prior to entering the space.
3. The duration of permits shall not exceed the time required to complete the assigned task and shall, in no case, exceed the duration of an employee's shift. At the end of the shift, the permit shall be cancelled. If a new crew will continue the work, new permitting is required.
4. Permits must be reviewed with all employees participating in the entry prior to entry.

The Entry Supervisor must also insure, prior to an entry, that the local rescue service has been notified.

**Cancellation of a Confined Space Permit:**
A Confined Space Permit expires when:
1. The date and/or time on the permit expire.
2. The job or task is completed.
3. A condition prohibited under the permit is observed.
4. The job is interrupted by a plant emergency requiring evacuation.

Cancelled entry permits shall be forwarded to the Site-Safety Director upon job completion.
The Confined Space Program shall be audited annually by the Site-Safety Director and selected Department Managers using canceled permits for compliance.
Records shall be retained for the past 12 months or within 1 year of each entry.

**Evacuation of a Confined Space:**
The confined space must be evacuated immediately under any of the following conditions:
1. The attendant detects any prohibited condition.
2. The attendant observes the behavioral effects of hazardous exposure in an entrant.
3. The attendant detects a situation outside of the confined space that could threaten entrants. (i.e., smoke, fire, gas, etc.)
4. The attendant cannot safely and effectively perform all of the required duties.

**Rescue Services:**
1. The Site-Safety Director shall designate an outside Rescue Service, (the local ambulance service and/or fire department) and inform all employees of this designation.
2. Company personnel shall not perform rescues—other than by a retrieval line from outside the confined space.
3. The **Entry Supervisor** shall:
   - Inform the Rescue Service of the hazards within the confined space if rescue needs to be performed.
   - Make SDS available to the Rescue Service and medical facility when exposure has occurred.
4. The **Site-Safety Director** shall:
   - Provide the Rescue Service with assistance in access and rescue planning.

**Special Provisions:**
Prior to any welding or cutting, a hot work permit must be secured.

Non-Routine Entries:
When it becomes necessary to enter a space which is determined to be a permit-required space but, because of its non-routine nature, does not have a written procedure governing the entry, all hazards, work procedures, job requirements and special instructions will be reviewed by the entry team.

**Contractors:**

When a contractor will be involved in permit space entry the American Gypsum Supervisor will:

1. Inform the contractor of our policy
2. Tell the contractor about the hazards in the space and the experiences with the space
3. Tell the contractor about any precautions or procedures in place for protection of the employees in or near permit spaces where contractor personnel will be working
4. Coordinate entry operations if both American Gypsum personnel and contractors will be entering the space
5. Debrief the contractor at the conclusion of entry operations regarding the hazards confronted or created in the space during entry operations

AMERICAN GYPSUM

## CONFINED SPACE ENTRY PERMIT

| | |
|---|---|
| CONFINED SPACE LOCATION: | DATE: |
| PURPOSE OF ENTRY: | TIME: |
| DEPARTMENT: | EXPIRATION TIME: |
| ENTRANT(S): SEE ATTACHED ROSTER | CERTIFICATE DATE: |
| SPOTTER: | ATTENDANT: |

**Must have a minimum of two entrants at all times. One of the entrants must spot for the other entrant / entrants on a rotating basis.**

### SPECIAL REQUIREMENTS

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| ELECTRICAL LOCKOUT /DEENERGIZE | | | CORROSIVE MATERIAL | | |
| MECHANICAL LOCKOUT | | | FLAMMABLE MATERIAL | | |
| AREA PURGED / VENTILATION | | | TOXIC MATERIAL | | |
| CHEMICAL IDENTIFIED / TESTED | | | HOT EQUIPMENT | | |
| METHOD OF COMMUNICATION DEFINED | | | WORK RELATED HAZARDS | | |
| RESCUE EQUIPMENT SECURED | | | SPARK PRODUCING OPERATION | | |
| FIRE PROTECTION AVAILABLE | | | WELDING BURNING / OPEN FLAME | | |
| HOT WORK PERMIT | | | EXTREME TEMPERATURES (Rotate Every 10-15 min) | | |
| GAS VALVE LOCKED OUT | | | WELDING BURNING / OPEN FLAME | | |
| SPECIFIC JOB PROCEDURES (JSA) | | | SPILLED LIQUIDS | | |
| AREA SECURED | | | ENGULFMENT POTENTIAL | | |
| ADEQUATE LIGHTING | | | ENTRAPMENT POTENTIAL | | |
| MSDS AVAILABLE | | | DEHYDRATION POTENTIAL | | |
| Lock Out: | | | | | |
| | | | | | |

| TEST TYPE | ACCEPTABLE RANGE | TOP | MIDDLE | BOTTOM | TIME | TIME |
|---|---|---|---|---|---|---|
| % OXYGEN | 19.5% TO 23.5% | | | | | |
| % LEL | LESS THAN 10% | | | | | |
| CO | LESS THAN 20 PPM | | | | | |
| H2S | LESS THAN 5 PPM | | | | | |
| TOXICITY | LESS THAN PEL | | | | | |
| OTHER | Temp: | | | | | |
| | INSTRUMENT USED: | | | CALIBRATION DATE: | | |
| | TEST PERFORMED BY: | | | SIGNATURE: | | |

| PERSONAL PROTECTIVE EQUIPMENT | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| MAN HOIST | | | WELDING HOOD | | |
| SAFETY BELT | | | FACE SHIELD | | |
| LIFELINE | | | SAFETY SHOES | | |
| HARNESS | | | GLOVES | | |
| LONG SLEEVE COAT OR WELDING LEATHERS | | | HEAD PROTECTION | | |
| SAFETY GLASSES | | | HEARING PROTECTION | | |
| GOGGLES | | | OTHER | | |

**In the event that toxic gases in a vessel cannot be reduced below the acceptable level as posted on the procedure, NO ONE shall enter except in an emergency where LIFE is in danger. If such an emergency situation arises, either self-contained breathing apparatus or and air respirator with compress cylinder must be worn at all times.**

ENTRY SUPERVISOR:______________________ SIGNATURE:______________________

PERMIT CLOSED BY:______________________ TIME:______________________

**CONFINED SPACE PERMIT ENTRANT ROSTER**

| TECHNICIAN | TIME IN | TIME OUT | TIME IN | TIME OUT | TIME IN | TIME OUT | TIME IN | TIME OUT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

# American Gypsum Confined Space Locations

## Albuquerque Plant

Confined Space Locations

| | |
|---|---|
| 1 | Kettle #1 Hot Pit |
| 2 | Kettle #2 Hot Pit |
| 3 | Kettle #3 Hot Pit |
| 4 | Kettle #4 Hot Pit |
| 5 | Kettle #1 Land Plaster Bin |
| 6 | Kettle #2 Land Plaster Bin |
| 7 | Kettle #3 Land Plaster Bin |
| 8 | Kettle #4 Land Plaster Bin |
| 9 | Kettle #1 Fire Box |
| 10 | Kettle #2 Fire Box |
| 11 | Kettle #3 Fire Box |
| 12 | Kettle #4 Fire Box |
| 13 | Kettle #1 Flues |
| 14 | Kettle #2 Flues |
| 15 | Kettle #3 Flues |
| 16 | Kettle #4 Flues |
| 17 | Raymond mill #1 Bag house |
| 18 | Raymond mill #2 Bag house |
| 19 | Raymond mill #3 Bag house |
| 20 | Raymond mill #1 Rock Bin |
| 21 | Raymond mill #2 Rock Bin |
| 22 | Raymond mill #3 Rock Bin |
| 23 | Norba Finish Saw Dust Collector |
| 24 | Norba Nuisance Duct Collector |
| 25 | Norba Roller Screen |
| 26 | Dryer Zone #1 |
| 27 | Dryer Zone #2 |
| 28 | Dryer Zone #3 |
| 29 | Sprinkle Man Hole |
| 30 | Rock Pit |
| 31 | North Bin |
| 32 | East Bin |
| 33 | West Bin |

## Bernalillo Plant

| NUMBER | CONFINED SPACE | DESIGNATION | | HAZARDS |
|---|---|---|---|---|
| | | PERMIT | NON-PERMIT | |
| 1 | Rock Silo | x | | A,E,C,HE |
| 2 | North Stucco Silo | x | | A,E,C,HE |
| 3 | South Stucco Silo | x | | A,E,C,HE |
| 4 | Starch Silo | x | | A,E,C,HE |
| 5 | Dispersant Bulk Tank | x | | A,E |
| 6 | Soap Bulk Tank (OOS) | x | | A,E |
| 7 | Spare Bulk Tank (OOS) | x | | A,E |
| 8 | Process Water Tank #1 | x | | E |
| 9 | Process Water Tank #2 | x | | E |
| 10 | Vermiculite Day Bin | x | | A,E,C,HE |
| 11 | Accelerator Day Bin | x | | A,E,C,HE |
| 12 | Stucco Day Bin | x | | A,E,C,HE |
| 13 | Dryer Zone 1 Burner Plenum | x | | A |
| 14 | Dryer Zone 2 Burner Plenum | x | | A |
| 15 | Dryer Zone 3 Burner Plenum | x | | A |
| 16 | Dryer Heat Exchanger | x | | A |
| 17 | Exhaust Fan | x | | A |
| 18 | Supply Fan | x | | A |
| 19 | CP Mill Main Plenum | | x | A |
| 20 | CP Mill Lower Plenum | x | | A,C,HE |
| 21 | CP Mill System Fan | x | | A,C,HE |
| 22 | CP Mill  Burner Tube | x | | A,E,C,HE |

## Duke Plant

DUKE CONFINED SPACE LIST

| NUMBER | CONFINED SPACE | Designation: Permit | Designation: Non-Permit | HAZARDS |
|---|---|---|---|---|
| 1 | Rock Hopper | | X | E,C,HE |
| 2 | Crusher Sizer | | X | E,C,HE |
| 3 | Rotary Dryer | X | | A,E,C,HE |
| 4 | East Dryer DC | X | | A,E,C,HE |
| 5 | East Dryer DC Plenum | | X | A,C |
| 6 | West Dryer DC | X | | A,E,C,HE |
| 7 | West Dryer DC Plenum | X | X | A,C |
| 8 | Rock Elevator DC | X | | E,C,HE |
| 9 | Rock Elev DC Plenum | X | | A,C |
| 10 | # 1 Rock Belt DC | X | | E,C,HE |
| 11 | # 1 Rock Belt DC Plenum | X | | A,C |
| 12 | Rock Belt # 1 Back Section | | X | C,HE |
| 13 | Rock Belt # 2 Back Section | X | | A,E,C,HE |
| 14 | Rock Belt #1 Head Pulley | X | | C,HE |
| 15 | Rock Belt #2 Head Pulley | X | | C,HE |
| 16 | Rock Belt #3 Head Pulley | X | | C,HE |
| 17 | Raymond Mill # 1 | X | | A,E,C,HE |
| 18 | RM #1 - DC Plenum | X | | A,C |
| 19 | RM #1 - DC | X | | E,C,HE |
| 20 | RM #1 - Cyclone | X | | E,C,HE |
| 21 | RM #1 Rock Silo | X | | A,E,C,HE |
| 22 | RM #1 LP Silo | X | | A,E,C,HE |
| 23 | Raymond Mill # 2 | X | | A,E,C,HE |
| 24 | RM #2 - DC Plenum | X | | A,C |
| 25 | RM #2 - DC | X | | E,C,HE |
| 26 | RM #2 - Cyclone | X | | E,C,HE |
| 27 | RM #1 Rock Silo | X | | A,E,C,HE |
| 28 | RM #2 LP Silo | X | | A,E,C,HE |
| 29 | RM #3 - DC | X | | E,C,HE |
| 30 | RM #3 - Cyclone | X | | E,C,HE |
| 32 | RM #3 LP Silo | X | | A,E,C,HE |
| 33 | Raymond Mill # 4 | X | | A,E,C,HE |
| 34 | RM #4 - DC Plenum | X | | A,C |
| 35 | RM #4 - DC | X | | E,C,HE |
| 36 | RM #4 - Cyclone | X | | E,C,HE |
| 37 | RM #4 Rock Silo | X | | A,E,C,HE |
| 38 | RM #4 LP Silo | X | | A,E,C,HE |
| 39 | Raymond Mill # 5 | X | | A,E,C,HE |

A = Atmospheric
E = Engulfment
C - Configuration
H = Hazardous Energy

None-Permit Required
No Atmospheric Hazard or Potential Atmospheric Hazard Present
Permit Required
Atmospheric Hazard or Potential Atmospheric Hazard Present



Revised Date: 2/25/2019
Last Updated: 08/20/2012

DUKE CONFINED SPACE LIST

| NUMBER | CONFINED SPACE | Designation Permit | Designation Non-Permit | HAZARDS |
|---|---|---|---|---|
| 40 | RM #5 - DC Plenum | X | | C |
| 41 | RM #5 - DC | X | | E,C,HE |
| 42 | RM #5 - Cyclone | X | | E,C,HE |
| 43 | RM #5 Rock Silo | X | | A,E,C,HE |
| 44 | RM #5 LP Silo | X | | A,E,C,HE |
| 45 | Raymond Mill # 6 | X | | A,E,C,HE |
| 46 | RM #6- DC Plenum | X | | C |
| 47 | RM #6 - DC | X | | E,C,HE |
| 48 | RM #6 - Cyclone | X | | E,C,HE |
| 49 | RM #6 Rock Silo | X | | A,E,C,HE |
| 50 | RM #6 LP Silo | X | | A,E,C,HE |
| 51 | Raymond Mill #7 | X | | A,E,C,HE |
| 52 | RM #7 - DC Plenum | X | | C |
| 53 | RM #7 - DC | X | | E,C,HE |
| 54 | RM #7 - Cyclone | X | | E,C,HE |
| 55 | RM #7 Rock Silo | X | | A,E,C,HE |
| 56 | RM #7 Rock Silo DC | X | | A,E,C,HE |
| 57 | RM #7 LP Silo | X | | A,E,C,HE |
| 58 | Raymond Mill # 8 | X | | A,E,C,HE |
| 59 | RM #8 - DC Plenum | X | | C |
| 60 | RM #8 - DC | X | | E,C,HE |
| 61 | RM #8- Cyclone | X | | E,C,HE |
| 62 | RM #8 Rock Silo | X | | A,E,C,HE |
| 64 | RM #8 LP Silo | X | | A,E,C,HE |
| 65 | # 3 Rock Belt DC | X | | C,HE |
| 66 | #3 Rock Belt DC - Plenum | X | | C |
| 67 | #3 Rock Belt DC - Bin | X | | C,HE |
| 68 | North Rock Elevator | | X | E,C,HE |
| 69 | South Rock Elevator | | X | E,C,HE |
| 70 | # 1 Stucco Elevator | | X | E,C,HE |
| 71 | # 2 Stucco Elevator | | X | E,C,HE |
| 72 | Kettle #1 Pot | X | | A,E,C,HE |
| 73 | Kettle Firebox #1 | X | | A,C,HE |
| 74 | Kettle Eyes #1 | X | | A,C,HE |
| 75 | Kettle #1 DC Plenum | X | | C |
| 76 | Kettle #1 DC | X | | A,C |
| 77 | Hot Pit DC #1 | X | | A,C |
| 78 | Hot Pit #1 | X | | A,E,C,HE |

A = Atmospheric
E = Engulfment
C - Configuration
H = Hazardous Energy

None-Permit Required
No Atmospheric Hazard or Potential Atmospheric Hazard Present
Permit Required
Atmospheric Hazard or Potential Atmospheric Hazard Present

DUKE CONFINED SPACE LIST

| NUMBER | CONFINED SPACE | Designation Permit | Non-Permit | HAZARDS |
|---|---|---|---|---|
| 79 | Kettle #2 Pot | X | | A,E,C,HE |
| 80 | Kettle Firebox #2 | X | | A,C,HE |
| 81 | Kettle Eyes #2 | X | | A,C,HE |
| 82 | Kettle #2 DC Plenum | X | | C |
| 83 | Kettle #2 DC | X | | A,C |
| 84 | Hot Pit DC #2 | X | | A,C |
| 85 | Hot Pit # 2 | X | | A,E,C,HE |
| 86 | Kettle #3 Pot | X | | A,E,C,HE |
| 87 | Kettle Firebox #3 | X | | A,C,HE |
| 88 | Kettle Eyes #3 | X | | A,C,HE |
| 89 | Kettle #3B DC Plenum | X | | A,C |
| 90 | Kettle #3 DC | X | | A,C |
| 91 | Hot Pit DC #3 | X | | A |
| 92 | Hot Pit # 3 | X | | A,E,C,HE |
| 93 | Kettle #3A DC | X | | A,C |
| 94 | Kettle #4 Pot | X | | A,E,C,HE |
| 95 | Kettle Firebox #4 | X | | A,C,HE |
| 96 | Kettle Eyes #4 | X | | A,C,HE |
| 97 | Kettle #4 DC Plenum | X | | A,C |
| 98 | Kettle #4 DC | X | | A,C |
| 99 | Hot Pit DC #4 | X | | A |
| 100 | Hot Pit # 4 | X | | A,E,C,HE |
| 101 | Kettle #5 Pot | X | | A,E,C,HE |
| 102 | Kettle Firebox #5 | X | | A,C,HE |
| 103 | Kettle Eyes #5 | X | | A,C,HE |
| 104 | Kettle #5 DC Plenum | X | | A,C |
| 105 | Kettle #5 DC | X | | A,C |
| 106 | Hot Pit DC #5 | X | | A |
| 107 | Hot Pit #5 | X | | A,E,C,HE |
| 108 | Kettle #6 Pot | X | | A,E,C,HE |
| 109 | Kettle Firebox #6 | X | | A,C,HE |
| 110 | Kettle Eyes #6 | X | | A,C,HE |
| 111 | Kettle #6 DC Plenum | X | | A,C |
| 112 | Kettle #6 DC | X | | A,C |
| 113 | Hot Pit DC #6 | X | | A |
| 114 | Hot Pit #6 | X | | A,E,C,HE |
| 115 | Kettle #7 Pot | X | | A,E,C,HE |
| 116 | Kettle Firebox #7 | X | | A,C,HE |

A = Atmospheric
E = Engulfment
C - Configuration
H = Hazardous Energy

None-Permit Required
No Atmospheric Hazard or Potential Atmospheric Hazard Present
Permit Required
Atmospheric Hazard or Potential Atmospheric Hazard Present

DUKE CONFINED SPACE LIST

| | | Designation | | |
|---|---|---|---|---|
| NUMBER | CONFINED SPACE | Permit | Non-Permit | HAZARDS |
| 117 | Kettle Eyes #7 | X | | A,C,HE |
| 118 | Kettle #7 DC Plenum | | X | A |
| 119 | Kettle #7 DC | X | | A,C |
| 120 | Hot Pit DC #7 | X | | A |
| 121 | Hot Pit #7 | X | | A,E,C, HE |
| 122 | Stucco Cooler | X | | A,E,C,HE |
| 123 | Stucco Cooler DC #1 | X | | A |
| 124 | Stucco Cooler DC #1 Plenum | X | | A |
| 125 | Stucco Cooler DC #2 | X | | A |
| 126 | Stucco Cooler DC #2 Plenum | X | | A |
| 127 | Stucco Cooler DC #3 | X | | A,E,C,HE |
| 128 | Stucco Cooler DC #3 Plenum | X | | A |
| 129 | Stucco Cooler DC #4 | X | | A |
| 130 | Stucco Cooler DC #4 Plenum | X | | A |
| 131 | Rail Silo # 3 | X | | A,E,C,HE |
| 132 | Rail Silo # 4 | X | | A,E,C, HE |
| 133 | # 1 Prod Stucco Silo | X | | A,E,C,HE |
| 134 | # 1 Prod Elevator | | X | E,C,HE |
| 135 | B Mixing Screw DC | X | | A,HE |
| 136 | B Mixing Screw Plenum | X | | A |
| 137 | Mixing Screw Bin | X | | A,HE |
| 138 | # 2 Prod Stucco Silo | X | | A,E,C,HE |
| 139 | # 2 Prod Elevator | | X | E,C,HE |
| 140 | # 3 Prod Stucco Silo | X | | A,E,C,HE |
| 141 | # 3 Prod Elevator | | X | E,C,HE |
| 142 | Prod Stucco Silo # 3 DC | X | | A,E,C |
| 143 | Prod Stucco Silo #3 DC Plenum | X | | A |
| 144 | # 4 Prod Stucco Silo | X | | A,E,C,HE |
| 145 | # 4 Prod Elevator | | X | E,C,HE |
| 146 | # 5 Prod Stucco Silo | X | | |
| 147 | # 5 Prod Elevator | | X | E,C,HE |
| 148 | # 6 Prod Stucco Silo | X | | |
| 149 | # 6 Prod Elevator | | X | E,C,HE |
| 150 | BMA LP Tank | X | | A,E |
| 151 | B-BMA Day Tank | X | | A,E,C,HE |
| 152 | B- Vermi Day Tank # 2 DC | X | | A,E |
| 153 | B- Vermi Day Tank Plenum | X | | A |
| 154 | Vermi Day Tank Bin #2 | X | | A,E |

A = Atmospheric
E = Engulfment
C - Configuration
H = Hazardous Energy

None-Permit Required
No Atmospheric Hazard or Potential Atmospheric Hazard Present
Permit Required
Atmospheric Hazard or Potential Atmospheric Hazard Present

## DUKE CONFINED SPACE LIST

| NUMBER | CONFINED SPACE | Designation: Permit | Designation: Non-Permit | HAZARDS |
|---|---|---|---|---|
| 155 | B- Vermi Day Tank #3 | X | | A,E |
| 156 | B-Starch Day Tank | X | | A,E |
| 157 | Starch Bulk Tank DC | X | | A,E,C,HE |
| 158 | Starch Bulk Tank Plenum | X | | A |
| 159 | Bulk Starch Bin Silo | X | | A,E,C,HE |
| 160 | B-Starch Prejel Tank | X | | A,E, |
| 161 | A - Mixing Screw DC | X | | A,E,HE |
| 162 | A- Mixing Screw Plenum DC | X | | A |
| 163 | A - BMA Day Tank Bin | X | | A,E |
| 164 | A - Sugar Day Tank Bin | X | | A,E |
| 165 | A-Ver Day Tank Bin #3 DC | X | | A,E |
| 166 | A-Vermi DC Plenum | X | | A |
| 167 | A - Vermi DC Tank | X | | A,E, |
| 168 | A-Vermi Day Tank 4 DC | X | | A,E |
| 169 | A-Vermi DC Plenum | X | | A |
| 170 | A - Vermi DC Tank | X | | A,C |
| 171 | A-Starch Day Tank | X | | A,C |
| 172 | Ball Mill DC | X | | A,E,C,HE |
| 173 | Ball Mill DC Plenum | X | | A,C |
| 174 | Ball Mill Mix Bin | X | | A,E,C,HE |
| 175 | Big Blue DC | X | | A,E,C,HE |
| 176 | Big Blue Dust Plenum | X | | A,C |
| 177 | A-Line East DC | X | | A,E,C |
| 178 | East DC Plenum | X | | A,C |
| 179 | East DC Tank | X | | A,E,C |
| 180 | A-Line West DC | X | | A,E,C |
| 181 | West DC Plenum | X | | A,C |
| 182 | West DC Tank | X | | A,E,C |
| 183 | Kiln # 1 Zone #1 Burner Plenum | X | | A |
| 184 | Kiln # 1 Zone #2 Burner Plenum | X | | A |
| 185 | Kiln # 1 Zone #3Burner Plenum | X | | A |
| 186 | Kiln # 2 Zone #1 Burner Plenum | X | | A |
| 187 | Kiln # 2 Zone #2 Burner Plenum | X | | A |
| 188 | Kiln # 2 Zone #3 Burner Plenum | X | | A |
| 189 | Kiln # 3 Zone #1 Burner Plenum | X | | A |
| 190 | Kiln # 3 Zone #2 Burner Plenum | X | | A |
| 191 | Kiln # 3 Zone #3 Burner Plenum | X | | A |
| 192 | Mid Drive | | X | A |

A = Atmospheric
E = Engulfment
C - Configuration
H = Hazardous Energy

None-Permit Required
No Atmospheric Hazard or Potential Atmospheric Hazard Present
Permit Required
Atmospheric Hazard or Potential Atmospheric Hazard Present

## DUKE CONFINED SPACE LIST

| NUMBER | CONFINED SPACE | Designation: Permit | Designation: Non-Permit | HAZARDS |
|---|---|---|---|---|
| 193 | Kiln # 3 Zone #4 Burner Plenum | X | | A |
| 194 | Kiln # 3 Zone #5 Burner Plenum | X | | A |
| 195 | Soap Bulk Tank | X | | A,E |
| 196 | Dispersant Bulk Tank | X | | A,E |
| 197 | Dispersant Rail Tank | X | | A,E |
| 198 | Wax Bulk Tank | X | | A,E |
| 199 | Water Chiller Tank | X | | E,C |
| 200 | STMP Bulk Tank | X | | A,E |
| 201 | Retarter Bulk Tank | X | | A,E |
| 202 | B-Line Stacker Pit 1-2 | | X | HE |
| 203 | B-Line Stacker Pit 3-4 | | X | HE |

A = Atmospheric
E = Engulfment
C - Configuration
H = Hazardous Energy

None-Permit Required
No Atmospheric Hazard or Potential Atmospheric Hazard Present
Permit Required
Atmospheric Hazard or Potential Atmospheric Hazard Present

# Eagle Plant

| NUMBER | CONFINED SPACE | DESIGNATION | | HAZARDS |
|---|---|---|---|---|
| | | PERMIT | NON-PERMIT | |
| 1 | # 3 Rock Belt Discharge Chute | X | | E,C |
| 2 | #1 Rock Bin | X | | A,E,C |
| 3 | #2 Rock Bin | X | | A,E,C |
| 4 | #3 Rock Bin | X | | A,E,C |
| 5 | #1 Mill Dust Collector (CAP) | | X | A |
| 6 | #2 Mill Dust Collector (CAP) | | X | A |
| 7 | #3 Mill Dust Collector (CAP) | | X | A |
| 8 | #1 Mill Dust Collector (DAP) | X | | A,E,C |
| 9 | #2 Mill Dust Collector (DAP) | X | | A,E,C |
| 10 | #3 Mill Dust Collector (DAP) | X | | A,E,C |
| 11 | #1 Stucco Dust Collector (CAP) | | X | A |
| 12 | #1 Stucco Dust Collector (DAP) | X | | A,E,C |
| 13 | #2 Stucco Dust Collector (CAP) | | X | A |
| 14 | #2 Stucco Dust Collector (DAP) | X | | A,E,C |
| 15 | #1 Stucco Bin (Top Access) | X | | A,E,C |
| 16 | #2 Stucco Bin (Top Access) | X | | A,E,C |
| 17 | #1 Stucco Bin (Side Access) | X | | A,E,C |
| 18 | #2 Stucco Bin (Side Access) | X | | A,E,C |
| 19 | Reject Stucco Bin | X | | A,E,C |
| 20 | LP Rock Bin | X | | A,E,C |
| 21 | #1 Mill Cyclone | X | | A,E,C |
| 22 | #2 Mill Cyclone | X | | A,E,C |
| 23 | #3 Mill Cyclone | X | | A,E,C |
| 24 | Starch Silo | X | | A,E,C |
| 25 | Starch Silo Bin Vent | X | | A,E,C |
| 26 | Starch Day Bin | X | | A,E,C |
| 27 | LP Dust Collector | | X | A |
| 28 | BMA Dust Collector | | X | A |
| 29 | LP Bin (Top Access) | X | | A,E,C |
| 30 | LP Bin (Side Access) | | X | A |
| 31 | BMA Day Bin (Top Access) | X | | A,E,C |
| 32 | Fiberglass Bin (Top Access) | X | | A,E,C |
| 33 | #1 Mill Burner Tube | X | | A,E,C |
| 34 | #2 Mill Burner Tube | X | | A,E,C |
| 35 | #3 Mill Burner Tube | X | | A,E,C |
| 36 | #1 Mill Housing (Lwr Hatch) | X | | A,E,C |
| 37 | #2 Mill Housing (Lwr Hatch) | X | | A,E,C |
| 38 | #3 Mill Housing (Lwr Hatch) | X | | A,E,C |
| 39 | End Trim Dust Collector (DAP) | X | | A,E,C |
| 40 | Reclaim Dust Collector (DAP) | X | | A,E,C |
| 41 | Reclaim Hopper | X | | A,E,C |
| 42 | East Cooling Tower Man Hole | X | | A,E,C |
| 43 | West Cooling Tower Man Hole | X | | A,E,C |
| 44 | Sewer Line Man Hole #1 | X | | A,E,C |
| 45 | Sewer Line Man Hole #2 | X | | A,E,C |
| 46 | Sewer Line Man Hole #3 | X | | A,E,C |
| 47 | Sewer Line Man Hole #4 | X | | A,E,C |
| 48 | Sewer Line Man Hole #5 | X | | A,E,C |
| 49 | Process Water Tank | X | | A,E,C |
| 50 | Wax Storage Tank (Bottom Access) | X | | A,E,C |
| 51 | Wax Storage Tank (Top Access) | X | | A,E,C |
| 52 | Soap Storage Tank (Top Access) | X | | A,E,C |
| 53 | Retarder Storage Tank (Top Access) | X | | A,E,C |
| 54 | Dispersant Storage Tank (Top Access) | X | | A,E,C |
| 55 | Schick Dust Collector (DAP) | X | | A,E,C |
| 56 | Schick Super Sack Hopper | | X | A,E,C |
| 57 | Dryer Zone #1 Burner Plenum | X | | A |
| 58 | Dryer Zone #2 Burner Plenum | X | | A |
| 59 | Dryer Zone #3 Burner Plenum | X | | A |
| 60 | Dryer Zone #4 Burner Plenum | X | | A |
| 61 | #1and #2 Stacker Pit | | X | A |
| 62 | #3 and #4 Stacker Pit | | X | A |
| 63 | Cogen Diesel Storage Tank | X | | A,E,C |

| | | | | |
|---|---|---|---|---|
| 64 | Isolation Damper Inspection Entry | X | | A |
| 65 | Truck Dump Station Hopper | X | | A,E,C |
| 66 | Sluetter Dust Collector (DAP) | X | | A,E,C |

## Georgetown Plant

| NUMBER | CONFINED SPACE | DESIGNATION | | HAZARDS |
|---|---|---|---|---|
| | | PERMIT | NON-PERMIT | |
| 1 | Stacker Pits | | x | HE |
| 2 | Reject Feedback Standby Stacker Pits | | x | HE |
| 3 | Reject Feedback Main Stacker Pits | | x | HE |
| 4 | Wet End Forming Station | | x | HE |
| 5 | Fiberglass Silo | x | | A,E,C |
| 6 | Mobile Equipment Pit | x | | A,E,C |
| 7 | Starch Bulk Silo | x | | A,E,C,HE |
| 8 | Retarder Bulk Tank | x | | A,E |
| 9 | Wax Emulsion Bulk Tank | x | | A,E |
| 10 | Foaming Agent Bulk Tank | x | | A,E |
| 11 | Edge Glue Bulk Tank | x | | A,E |
| 12 | Dispersant Bulk Tank | x | | A,E |
| 13 | Waste Water Tank | x | | A,E |
| 14 | Process Water Tank #1 | x | | E |
| 15 | Process Water Tank #2 | x | | E |
| 16 | Stucco Return Elevator | | x | E,C,HE |
| 17 | Stucco Supply Elevator | | x | E,C,HE |
| 18 | Imp Mill # 1 | x | | A,E,C,HE |
| 19 | Imp Mill # 2 | x | | A,E,C,HE |
| 20 | Cage Mill | x | | A,E,C,HE |
| 21 | Imp Mill # 1 System Fan | x | | A,C,HE |
| 22 | Imp Mill # 2 System Fan | x | | A,C,HE |
| 23 | Cage Mill System Fan | x | | A,C,HE |
| 24 | Imp Mill # 1 Burner Tube | x | | A,E,C,HE |
| 25 | Imp Mill # 2 Burner Tube | x | | A,E,C,HE |
| 26 | Cage Mill Burner Tube | x | | A,E,C,HE |
| 27 | Stucco Silo # 1 | x | | A,E,C,HE |
| 28 | Stucco Silo # 2 | x | | A,E,C,HE |
| 29 | Wet DSG Silo | x | | A,E,C,HE |
| 30 | LP Silo # 1 | x | | A,E,C,HE |
| 31 | LP Silo # 2 | x | | A,E,C,HE |
| 32 | Cage Mill Dust Collector (DAS) | x | | A,E,C |
| 33 | Cage Mill Dust Collector (CAS) | | x | C |
| 34 | Imp Mill # 1 Dust Collector (DAS) | x | | A,E,C |
| 35 | Imp Mill # 1 Dust Collector (CAS) | | x | C |
| 36 | Imp Mill # 2 Dust Collector (DAS) | x | | A,E,C |
| 37 | Imp Mill # 2 Dust Collector (CAS) | | x | C |
| 38 | Stucco Cooler System Fan | x | | A,C,HE |
| 39 | Starch Day Silo Dust Collector (DAS) | x | | A,C |
| 40 | Starch Day Silo Dust Collector (CAS) | | x | C |
| 41 | Vermiculite Silo | x | | A,E,C,HE |
| 42 | LP Day Silo Dust Collector | x | | A,E,C,HE |
| 43 | Stucco General Dust Collector (DAS) | x | | A,E,C,HE |
| 44 | Stucco General Dust Collector (CAS) | | x | C |
| 45 | RS Truck Dump | | x | E,C,HE |
| 46 | End Trim Dust Collector (DAS) | x | | A,E,C,HE |
| 47 | End Trim Dust Collector (CAS) | | x | C |
| 48 | Reclaim Area Dust Collector (DAS) | x | | A,E,C,HE |
| 49 | Reclaim Area Dust Collector (CAS) | | x | C |
| 50 | Norba Crusher | | x | E,C,HE |
| 51 | BMA Day Silo | x | | A,E,C,HE |
| 52 | Dryer Zone 1 Burner Plenum | x | | A |
| 53 | Dryer Zone 2 Burner Plenum | x | | A |



Revised Date: 2/25/2019
Last Updated: 08/20/2012

| | | | | |
|---|---|---|---|---|
| 54 | Dryer Zone 3 Burner Plenum | x | | A |
| 55 | Dryer Heat Exchanger | x | | A |
| 56 | Lift stations 1, 2, 3, 4 | x | | A,E,C |
| 57 | Truck Wheel Wash | x | | A,E |
| 58 | Dryer Recirc Fans | x | | A |
| 59 | LP General Dust Collector (DAS) | x | | A |
| 60 | Forklift Wash Pit | x | | A |
| 61 | Zonee 1, 2, 3 Exhaust Fans | x | | A |
| 62 | Pre Heat Fan | x | | A |
| 63 | Waste Storage Silo | x | | E, C |
| 64 | DSG Truck Dump | | x | E |

# Emergency Action Plans

# Active Shooter Emergency Response Policy

**Purpose**
This policy is intended to provide guidance in the event an individual is actively shooting persons at the workplace and to comply with applicable regulations of the Occupational Safety and Health Administration (OSHA) and Mine Safety and Health Administration (MSHA).

**Policy**
It is the policy of the Company to provide an active shooter emergency response plan to alert employees that an active shooter appears to be actively engaged in killing or attempting to kill people at the workplace.

**Definitions**
For purposes of this Policy: An **active shooter** is defined as a person or persons who appear to be actively engaged in killing or attempting to kill people at the Company's premises. In most cases, active shooters use a firearm(s) and display no pattern or method for selection of their victims. In some cases, active shooters use other weapons and/or improvised explosive devices to cause additional victims and act as an impediment to police and emergency responders. These improvised explosive devices may detonate immediately, have delayed detonation fuses, or detonate on contact.

**Procedures**
1. The first employee to identify an active shooter situation:
As soon as possible, should call main office and announce on all radio stations "Active Shooter" (with the location of the incident) and a physical description of the person(s) with the weapon, and type of weapon, if known.
2. The emergency operator upon notification will:
Provide a public announcement "Code Red" via radio.
3. The emergency operator or any employee who is at a location distant from the active shooter, such as in a different area or floor, will contact 911.
4. The phone call to 911 (from the area where the caller is safely concealed) should provide the following information to the police:
a. Description of suspect and possible location.
b. Number and types of weapons.
c. Suspect's direction of travel.
d. Location and condition of any victims

**Potential Responses**
In response to an active shooter event, there will be three potential courses of action 1) evacuate, 2) hide out, 3) self-defense. The following guidelines identify these courses of action:

**Evacuation**
If there is an accessible escape path, attempt to evacuate the premises, following these recommendations:
- Have an escape route and plan in mind
- Evacuate regardless of whether others agree to follow
- Leave your belongings behind
- Help others escape, if possible
- Prevent individuals from entering an area where the active shooter may be
- Keep your hands visible

• Follow the instructions of any police officers
• Do not attempt to move wounded people
• Call 911 when you are safe

**Hide Out**
If evacuation is not possible, find a place to hide where the active shooter is less likely to find you, with these recommendations:
The hiding place should:
• Be inconspicuous
• Be out of the active shooter's view
• Provide physical protection if shots are fired in your direction (e.g., locating into a bathroom and locking the door, staying as low to the floor as possible and remaining quiet and motionless)
• Not trap you or restrict your options for movement

To prevent an active shooter from entering the hiding place:
• Lock the door
• Blockade the door with heavy furniture

If the active shooter is nearby:
• Lock the door
• Silence cell phones and/or pagers
• Turn off any source of noise (i.e., radios, televisions)
• Hide behind large items (i.e., cabinets, desks)
• Remain quiet and motionless

**Self-Defense**
If it is not possible to evacuate or hide, then consider self-defense, with these recommendations:
• Remain calm
• Dial 911, if possible, to alert police to the active shooter's location
• If you cannot speak, leave the line open and allow the 911 dispatcher to listen

Take action against the active shooter and only when you believe your life is in imminent danger, attempt to disrupt and/or incapacitate the active shooter as follows:
• Acting as aggressively as possible against him/her
• Throwing items and improvising weapons
• Yelling
• Commit yourself to defensive physical actions

**Law Enforcement Response**
The police will arrive to respond to the emergency, follow these recommendations:

1. Comply with the police instructions. The first responding officers will be focused on stopping the active shooter and creating a safe environment for medical assistance to be brought in to aid the injured.

2. When the police arrive at your location:

a) Remain calm, and follow officers' instructions
b) Put down any items in your hands (i.e., bags, jackets)
c) Immediately raise your hands and spread your fingers

d) Keep your hands visible at all times
e) Avoid making quick movements toward officers such as attempting to hold on to them for safety.
f) Avoid pointing, screaming and/or yelling
g) Do not stop to ask officers for help or direction when evacuating, just proceed in the direction from which officers are entering the area or to an area to which they direct you
h) Notify Company representatives that you have evacuated the premises

3. When the police arrive, the following information should be available:

a) Number of shooters
b) Number of individual victims and any hostages
c) The type of problem causing the situation
d) Type and number of weapons possibly in the possession of the shooter
e) All necessary Company representatives still in the area as part of the Company's emergency management response
f) Identity and description of participants, if possible
g) Keys to all involved areas as well as floor plans
h) Locations and phone numbers in the affected area

**Post-Incident Action**
When the police have determined that the active shooter emergency is under control, the emergency operator will provide a public announcement that the emergency is over by announcing "All Clear" via radio communication.

**Police Investigation**
After the police have secured the premises, the Company will arrange to have designated Management representatives participate in the law enforcement investigation of the incident, including identifying witnesses and providing requested documents.

**Medical Assistance**
The Company will designate Management representatives who will engage with emergency responders who provide medical assistance to injured employees, including ensuring that all required medical benefit and insurance documentation is provided.

**Notification of Relatives**
The Company will designate Management representatives to notify relatives of any injured employees in a timely fashion.

**OSHA**
In the event that there is a fatality or one employee is hospitalized for treatment, OSHA must be notified. If there is a fatality, OSHA must be notified within eight (8) hours. In the event of a hospitalization of one employee for treatment, OSHA must be notified within twenty-four (24) hours.

In addition, if the fatality or injury is work-related, the Company may have to record the incident on its OSHA 300 Log within seven (7) calendar days.

**MSHA**
In the event that there is a fatality or one employee is hospitalized for treatment, MSHA must be notified. If there is a fatality, MSHA must be notified within fifteen (15) minutes. In the event of a

hospitalization of one employee for treatment which has a reasonable potential to cause death, MSHA must be notified within 15 (15) minutes.

In addition, if the fatality or injury is work-related, the Company may have to record the incident on its MSHA 7000 Log within ten (10) business days.

**Media**

The Company will designate Management representatives who will respond to any media requests for information. Such representatives will carefully consider the nature of any such requests in order to avoid disclosing information about any person that is confidential and protected by Federal and state privacy and medical information laws and regulations and interfering with any ongoing police or internal Company investigation.

**References**

US Department of Homeland Security Active Shooter-How to Respond, October 2008
US Federal Bureau of Investigation Active Shooter Planning and Response in a Healthcare Setting, April 2015

**Coordination**

1. This policy has been coordinated with the facility’s local police department

# Fire Prevention and Control Policy

**Purpose**
The objective of this Construction Fire Safety Plan is to eliminate the causes of fire, prevent loss of life and property by fire, and to comply with the Occupational Safety and Health Administration's (OSHA) standard on fire prevention, 29 CFR 1926.24. Additionally, it provides employees with information and guidelines that will assist them in recognizing, reporting, and controlling fire hazards.

**Risk Identification and Assessment**
This Fire Prevention Plan serves to reduce the risk of fires at American Gypsum Plants in the following ways:

A. Identifies materials that are potential fire hazards and their proper handling and storage procedures;
B. Distinguishes potential ignition sources and the proper control procedures of those materials;
C. Describes fire protection equipment and/or systems used to control fire hazards;
D. Identifies persons responsible for maintaining the equipment and systems installed to prevent or control ignition of fires;
E. Identifies persons responsible for the control and accumulation of flammable or combustible material;
F. Describes good housekeeping procedures necessary to insure the control of accumulated flammable and combustible waste material and residues to avoid a fire emergency; and
G. Provides training to employees with regard to fire hazards to which they may be exposed.

**Assignment of Responsibility**
Fire safety is everyone's responsibility. All employees should know how to prevent and respond to fires, and are responsible for adhering to company policy regarding fire emergencies.

A. Management

Management determines American Gypsum fire prevention and protection policies based on Federal, and applicable state and local laws related to fires. Management will provide adequate controls to provide a safe workplace, and will provide adequate resources and training to its employees to encourage fire prevention and the safest possible response in the event of a fire emergency. In responding to fire emergencies, employees shall not fight fires beyond the incipient stage. Management is responsible and will ensure that the engineering, procurement, and construction contract(s) for the proposed project shall clearly state the requirements of all personnel who will work on the site as presented in Fire Safety Plan.

B. Plan Administrator

The Site Safety Coordinator shall manage the Fire Prevention Plan for American Gypsum and shall maintain all records pertaining to the plan. The Plan Administrator shall also:
1. Develop and administer the American Gypsum fire prevention training program.
2. Ensure that fire control equipment and systems are properly maintained.
3. Control fuel source hazards.
4. Site Safety Coordinator shall be responsible for posting evacuation routines.
6. Fires ignited onsite shall be ***immediately*** reported to Local Fire Department

C. Supervisors

Supervisors are responsible for notifying the Site Safety Coordinator when changes in operation increase the risk of fire. Supervisors are also responsible for enforcing American Gypsum fire prevention and protection policies.

D. Employees

All employees shall:
1. Complete all required training before working without supervision.
2. Conduct operations safely to limit the risk of fire.
3. Report potential fire hazards to their supervisors.
4. Follow fire emergency procedures.

**Risk Control**

A. Good Housekeeping

To limit the risk of fires, employees shall take the following precautions:
1. No Smoking except in designated safe smoking areas which include cleared area with no combustible vegetation or materials and approved butt receptacles.
2. Minimize the storage of combustible materials.
3. Make sure that all exit or evacuation routes are kept free of obstructions.
4. Dispose of combustible waste in accordance with all applicable laws and regulations.
5. Use and store flammable materials in areas away from ignition sources.
6. Keep incompatible (i.e., chemically reactive) substances away from each other.
7. Perform "hot work" (i.e., welding or working with an open flame or other ignition sources) in controlled areas. Hot work permits are required for all hot work.
7. Keep equipment in good working order (i.e., inspect electrical wiring and appliances regularly and keep motors and tools free of dust and grease.
8. Ensure that heating units are safeguarded.
9. Report all fuel or petroleum leaks immediately. The Site Mechanic shall ensure that all leaks are repaired immediately upon notification.
10. Repair and clean up flammable liquid leaks immediately.
11. Keep work areas free of combustible materials.
12. Do not rely on extension cords if wiring improvements are needed, and take care not to overload circuits with multiple pieces of equipment.
13. Turn off electrical equipment when not in use.

B. Maintenance

The Site Mechanic will ensure that equipment is maintained according to manufacturers' specifications. American Gypsum will also comply with requirements of the National Fire Protection Association (NFPA) codes for specific equipment. Only properly trained individuals shall perform maintenance work. The following equipment is subject to the maintenance, inspection, and testing procedures:
1. Portable fire extinguishers;
2. Fire alarm systems;

3. Water trucks and associated equipment; and
4. Emergency backup systems and the equipment they support.

**Type of Risk**
The following sections address the major workplace fire risks at American Gypsum jobsites and the procedures for controlling those risks.

A. Electrical Fire Hazards

Electrical system failures and the misuse of electrical equipment are leading causes of workplace fires. Fires can result from lose ground connections, wiring with frayed insulation, or overloaded fuses, circuits, motors, or outlets.
To prevent electrical fires, employees shall:
1. Make sure that worn wires are replaced.
2. Use only appropriately rated fuses.
3. Never use extension cords as substitutes for wiring improvements.
4. Use only approved extension cords [i.e., those with the Underwriters Laboratory (UL) or Factory Mutual (FM) label].
5. Check cords and equipment in hazardous locations where the risk of fire is especially high.
6. Check electrical equipment to ensure that it is either properly grounded or double insulated.

B. Portable Heaters

All portable heaters shall be approved by the Site Plant Engineer and Safety Manager

C. Office Fire Hazards

Fire risks are not limited to American Gypsum jobsites. Fires in offices have become more likely because of the increased use of electrical equipment, such as computers and fax machines. To prevent office fires, employees shall:
1. Avoid overloading circuits with office equipment.
2. Turn off nonessential electrical equipment at the end of each workday.
3. Keep storage areas clear of rubbish.
4. Ensure that extension cords are not placed under carpets.
5. Ensure that trash and paper set aside for recycling is not allowed to accumulate.
6. Equipment that indicates that it is beginning to malfunction, such as a noisy cooling fan on a computer or similar on copy machines and other office equipment, will result in replacement of the equipment in a timely fashion

D. Cutting, Welding, and Open Flame Work Supervisors will ensure the following:

1. A jobsite evaluation for fire hazards is completed prior to work beginning.
2. A Hot Work Permit is obtained and all requirements of the permit are observed.
3. Cutting and welding are done by authorized personnel in designated cutting and welding areas whenever possible.
4. Torches, regulators, pressure-reducing valves, and manifolds are FM approved.

5. Oxygen-fuel gas systems are equipped with listed and/or approved backflow valves and pressure-relief devices.

6. Cutters, welders, and helpers are wearing eye protection and protective clothing as appropriate.

7. Cutting or welding is prohibited in areas where explosive atmospheres of gases, vapors, or dusts could develop from residues.

8. Small tanks, piping, or containers that cannot be entered are cleaned, purged, and tested before cutting or welding on them begins.

9. Fire watch has been established.

E. Flammable and Combustible Materials

The Site Safety Coordinator shall regularly evaluate the presence of combustible materials at all jobsite locations. Certain types of substances can ignite at relatively low temperatures or pose a risk of explosion if ignited. Such substances obviously require special care and handling.

1. Class A combustibles.
These include common combustible materials (wood, paper, cloth, rubber, vegetation and plastics) that can act as fuel and are found in non-specialized areas such as offices.
To handle Class A combustibles safely:
a. Dispose of waste daily.
b. Keep trash in metal-lined receptacles with tight-fitting covers (metal wastebaskets that are emptied every day do not need to be covered).
c. Keep work areas clean and free of fuel paths that could allow a fire to spread.
d. Keep combustibles away from accidental ignition sources, such as hot plates, soldering irons, or other heat- or spark-producing devices.
e. Store paper stock in metal cabinets.
f. Store rags in metal bins with self-closing lids.
g. Do not order excessive amounts of combustibles.
h. Make frequent inspections to anticipate fires before they start.
Water, multi-purpose dry chemical (ABC), and halon 1211 are approved fire extinguishing agents for Class A combustibles.
2. Class B combustibles.
These include flammable and combustible liquids (oils, greases, tars, oil-based paints, and lacquers), flammable gases, and flammable aerosols.
To handle Class B combustibles safely:
• Use only approved pumps, taking suction from the top, to dispense liquids from tanks, drums, barrels, or similar containers (or use approved self-closing valves or faucets).
• Do not dispense Class B flammable liquids into containers unless the nozzle and container are electrically interconnected by contact or by a bonding wire. Either the tank or container must be grounded.
• Store, handle, and use Class B combustibles only in approved locations where vapors are prevented from reaching ignition sources such as heating or electric equipment, open flames, or mechanical or electric sparks.
• Do not use a flammable liquid as a cleaning agent inside a building or tool van (the only exception is in a closed machine approved for cleaning with flammable liquids).
• Do not use, handle, or store Class B combustibles near areas normally used as exits.
• Do not weld, cut, grind, or use unsafe electrical appliances or equipment near Class B combustibles.
• Water should not be used to extinguish Class B fires caused by flammable liquids. Water can cause the

burning liquid to spread, making the fire worse. To extinguish a fire caused by flammable liquids, exclude air around the burning liquid. The following fire-extinguishing agents are approved for Class B combustibles: carbon dioxide, multi-purpose dry chemical (ABC), Halon 1301, and Halon 1211.

• Do not generate heat, allow an open flame, or smoke near Class B combustibles.

F. Fuel Storage Refueling Area

Class B fuel storage shall be maintained per NFPA requirements and provide the following life safety appliances:

1. Each tank shall be grounded.
2. Secondary containment shall be designed and installed to accommodate the capacity of the largest tank contained within.
3. At least four 30 lbs. Class BC dry chemical fire extinguishers shall be maintained within immediate access to storage/refueling area.
4. No smoking signs shall be posted on each tank of the storage/refueling area.
5. GHS placards designating the hazard and product contained within shall be posted on each tank.
6. All engines shall be shut off during refueling operations.
7. No portable electrical generators shall be operated with the storage area.

G. Smoking

Smoking is prohibited inside all American Gypsum plants. Designated smoking areas are assigned by the local facilities.

# Albuquerque & Bernalillo Plants

AMERICAN GYPSUM

# EMERGENCY ACTION PLAN



Revised Date: 2/25/2019
Last Updated: 08/20/2012

# INTRODUCTION

Because of the seriousness of the safety and health hazards related to emergency response operations, we have adopted this Emergency Action Plan in order to cover those emergency situations in which action must be taken to ensure safety from fire, explosion and any other emergencies.

This Emergency Action Plan is designed to identify, evaluate, and control safety and health hazards, and provide emergency response procedures. Our plan will be periodically updated as needed. It will be made available to all affected employees, and to our contractors and subcontractors so that they will know what to do when their workers are on our premises. Our contractors and subcontractors will also be informed of potential fire or explosion hazards before they enter the worksite.

# SCOPE AND APPLICATION

- Proper planning and response are important elements of our Emergency Action Plan. There are OSHA standards that require that we develop and implement a written Emergency Action Plan to handle possible emergencies before performing operations. We have done that. Our plan is explained below.
- Our Emergency Action plan includes onsite and offsite personnel with specific emergency response roles, but will also cover others who may be on site, such as contractors and visitors.
- All personnel, whether directly involved in emergency response or not, should know their own responsibilities in an emergency. They must also know the names of those in authority, and the extent of that authority. Any person, who does not know, is obligated to request that information from their immediate supervisor at once.
- In any emergency situation, one person must be able to assume total control and decision-making on site. For the Albuquerque Plant that person will be Carey Slater:
  - He has been designated as the company person responsible for this Emergency Action plan. He will be our Emergency Response Coordinator, will have the authority to make decisions and implement changes when necessary, will identify all individuals and teams who will participate in emergency response and define their roles.

    In addition, he will:

  - Be backed up by a specified alternate(s) of his choice.
  - Have the authority to resolve all disputes about health and safety requirements and precautions.
  - Be authorized to seek and purchase supplies as necessary.
  - Have control over activities of everyone entering the site, for example, contractors, fire departments, and police.
  - Have the clear **support of management.**

# TRAINING AND INSTRUCTIONS

Training is important to assure that everyone clearly understands their role and can react properly without delay.

**All training will include the following elements:**

- Emergency escape procedures and emergency escape route assignments;
- Procedures to be followed by employees who remain to operate critical plant operations before they evacuate;
- Procedures to account for all employees after emergency evacuation has been completed;
- Rescue and medical duties for those employees who are to perform them;
- The preferred means of reporting fires and other emergencies; and
- Names or regular job titles of persons or departments who can be contacted for further information or explanation of duties under this plan.

Each supervisor is responsible for assuring that each employee under his/her direction and control is properly aware of and fully trained in each of those elements, is familiar with the alarm system, knows that he must evacuate the premises in the event of fire and other emergencies, and is familiar with the emergency escape routes. In addition, employee training in hazard prevention and control and all elements of this program will be covered during periodic safety meetings and in the training that is provided under our Hazard Communication Program (HAZCOM).

- **Training will be provided as follows:**
    - For all affected employees at the time of adoption of this plan and for new employees during their indoctrination period;
    - Whenever the employee's responsibilities or designated actions under the plan change;
    - Whenever the plan is changed;
    - For transferred or promoted employees -- if the job change includes a change in hazards, emergency duties or emergency escape routes;

  - When new equipment or materials are introduced that could affect the response in an emergency;
  - When a fire drill -- or anything else -- indicates that employee performance needs improvement;
  - Whenever required by an OSHA standard or recommended or required by applicable authorities or insurance carriers;
  - Training will include the potential hazards of the employees' jobs that could be involved in an emergency situation, the emergency response procedures called for in our emergency action plan, and those parts of the plan which the employee must know in order to protect himself/herself in the event of an emergency.

- Because immediate, informed response is essential in an emergency, all personnel on the premises and others entering it (visitors, contractors, offsite emergency response groups, other company representatives) must have some level of emergency training. We have put into effect such a training program that will:
  - Relate directly to anticipate situations.
  - Be brief and repeated often ie weekly/monthly safety meetings.
  - Be realistic and practical.
  - Provide an opportunity for special skills to be practiced regularly.
  - Feature frequent drills (e.g., site-specific mock rescue operations).
  - Acquaint everyone with the appropriate emergency escape routes and procedures.
  - Ensure that training records are maintained.

- Everyone entering the site will be made aware of the hazards that could create the need for emergency action -- and the hazardous actions that are forbidden or should be avoided (e.g, smoking in non-approved areas, horseplay, running), as well as what to do in case of an emergency. In the event that they should be permitted, visitors will be briefed on basic emergency procedures such as emergency signals and evacuation routes.

- All visitors and contractors (or designated rep) must view the site specific visitors safety power point/brief located on the shared Albuquerque drive titled “Visitor Training”

- Personnel without defined emergency response roles (e.g., contractors, federal agency representatives) will nevertheless, receive a level of training that includes at a minimum:
  - Hazard recognition
  - Standard Operating Procedures

  - Signaling an emergency: the alarm used how to summon help, what information to give and who to give it to.
  - Evacuation routes and refuges.
  - The person or station to report to when an alarm sounds.

- Onsite emergency personnel, who have been assigned emergency roles in addition to their ordinary duties, have been specifically designated. Each of them must have a thorough understanding of emergency response. Their training will be directly related to their specific roles and include subjects such as:

  - Emergency chain-of-command.
  - Communication methods and signals.
  - How to call for help.
  - Emergency equipment and its use (including personal protective equipment).
  - Emergency evacuation (including wearing of protective equipment during the evacuation process).
  - Removing injured personnel.
  - Offsite support and how to use it.

- Designated American Gypsum employees must obtain certification in first-aid and CPR, and practice treatment techniques at least every two years, with an emphasis on:

  - Recognizing and treating chemical and physical injuries.
  - Recognizing and treating heat and cold stress.
  - The applicability to such person of the OSHA bloodborne pathogens standard.

- Offsite emergency personnel such as local firefighters and ambulance crews often are first responders and run a risk of acute hazard exposure equal to that of any onsite worker. They will therefore be informed of ways to recognize and deal effectively with onsite hazards. That is necessary because lack of information may inadvertently worsen an emergency by improper actions (e.g., spraying water on a water-reactive chemical and causing an explosion), and because inadequate knowledge of the onsite emergency chain-of-command may cause confusion and delays. Site management will take appropriate action to avoid such problems and will also, at a minimum, provide offsite emergency personnel and information about:

  - Site-specific hazards.

  - Appropriate response techniques.
  - Our emergency procedures.
  - Decontamination procedures.

- More particular training and education provisions are listed in other parts of this plan. Those will be carried into effect and all training programs will include instruction on all applicable provisions of our Emergency Action Plan.

# EMERGENCY RECOGNITION AND PREVENTION

- Each employee, as well as anyone else on our premises, will know an emergency when it happens, as a result of prior experience, knowledge, training and common sense, the matters covered in this program, and our implementation of established work rules, hazard communication, right-to-know, and similar programs.

- ***The Alarm System*** - As soon as an emergency occurs, the alarm will sound. Our alarm gives the same familiar signal that is used in schools, hospitals, movie theaters and other public places – in the form of a siren. It can be heard everywhere in this facility. With the exception of the Mill. In which case it is the responsibility of the Mill Engineer to notify affected employees of the alarm signal.

- ***Evacuation*** - When the alarm sounds, you must leave the premises at once by the safest, shortest route, unless you have emergency response duties that require otherwise. Do not try to complete what you are doing, perform any plant operations (unless designated to do so by this plan) or try to save anything. Things can be replaced. People can't. After leaving the premises, you must move away from the exit doors and avoid congregating in any area where it may hamper emergency operations. As soon as you have successfully escaped harm, you must gather outside the gate, in the employee parking lot adjacent to the guard shack. That will aid in accountability and avoid unnecessary rescue operations. Assembly area is outside the of the guard shack by the employee parking lot.

- ***Emergency Escape Routes*** - Everyone on the premises must be familiar with our emergency escape routes -- and must use them when an emergency occurs. They are well marked in full compliance with applicable regulations. They are prominently posted throughout the facility and at each designated workstation. Everyone who works here -- now or in the future -- will be instructed in the location and use of the emergency escape routes during their initial new employee indoctrination and before beginning work. There are no less than two emergency escape routes from every workstation. If fire or any other hazard prevents the use of one such route, use one of the others.

- ***Accountability Procedure*** - Once the evacuation is complete, all employees must be accounted for. That is the only way missing persons that may need to be rescued can be identified. Each department supt/manager is responsible for (1) making or obtaining a head count of all employees in his unit as soon as an evacuation occurs, and (2) making a report on the results to the emergency response coordinator or designated representative. If there is any possibility that an employee who is missing or unaccounted for may still be in a danger area, the onsite rescue people must be notified at once.

- The key to emergency response is anticipating, identifying, and eliminating hazards that can cause emergencies. Some of the biggest hazards of that kind can be eliminated or,

at least minimized, through good housekeeping, proper control of flammable and toxic substances, proper welding and cutting procedures, proper use and care of electrical and mechanical machinery and equipment, and careful control of smoking and other ignition sources. The following rules are designed to aid in that hazard control program:

- ***Good Housekeeping*** - Don't let scrap and trash accumulate. Use trash cans, pick up oily rags, clean up oily deposits, keep storage areas neat. If there is nothing to ignite or burn, fires and explosions won't happen. Also, don't block extinguisher and first-aid stations with materials or equipment. In the event of a fire or other emergency situation, such obstructions could add costly minutes to responses.

- ***Flammable and Toxic Substances*** - All toxic substances, paints, thinners, spray cans, solvents, fuels, and combustibles must be properly stored. All flammable liquids must be in approved safety lockers. Solvents are provided and checked out in those cans and all unused solvent, as well as used portions, should be returned to the proper storage area when no longer need for the task. When working with solvents and other flammables, stay away from ignition sources, flames, sparks, and heat generating sources. Rags which have been soaked with flammables should be properly discarded.

- ***Welding and Cutting*** - Before beginning, move all combustibles a safe distance away; or, move the work to a safe location. If neither of the foregoing steps is possible, protect the exposed combustibles with suitable fire resistant barriers (i.e., welding screen, fire cloth, or treated plywood), and provide a fire watch with extinguishing equipment readily available.

***REMINDER:***
***A Permit Is Required Before Welding & Cutting Is Allowed!***

- ***Electrical Components*** - Approximately one out of every four industrial emergencies is of electrical origin. They are caused by short circuit fault or by arcs and sparks from damaged or defective components. Care must be taken not to damage insulation to plant wiring, cables, welding leads, and drop cords. Don't use plugs that are cracked or have the outer insulation pulled away. Don't overload an outlet.

***Operation of Machinery and Equipment*** - Operators of mechanical equipment have a special responsibility to themselves and others with respect to safety. Operators should be alert to the following:

- Variations in the operating pressure and temperature of equipment from the levels recommended by the manufacturers.
- Potential sources of ignition from cutting, welding, faulty wiring, friction (due to such factors as belts operating at the wrong tension or poorly lubricated bearings); and mechanical sparks caused by the moving metallic parts of a faulty or poorly maintained machine.
- Corrosion of motor parts, or build of up dust or lint around machinery.
- Leakage of lubricants from motors or drip pans onto floors and walls.
- Pre-use inspection checklist will be utilized to document mobile equipment discrepancies. Mobile equipment operators are expected and required to complete the checklist prior to using all mobile equipment (do not depend on someone else to do this for you).
- All machinery and equipment that are in need of maintenance or repair will be reported promptly to the immediate supervisor, maintenance personnel, and/or the mobile equipment mechanic.

***Each of those is a Potential Hazard***
***IT MUST BE CORRECTED IMMEDIATELY!***

- ***Faulty Materials and Equipment*** - As part of the normal operating procedures, there will be regular inspection, maintenance and repair of equipment (including the equipment installed on heat producing equipment) to prevent accidental ignition of combustible materials. The following procedures will be observed:
  - The inspections will check for properly operating valves; electrical wiring and motors, ventilating, heating and air conditioning equipment. Flues and vents must be kept free of dirt and combustibles. A strict maintenance schedule will be observed for such items as motors, switches, wiring, fans, bearings, chains and conveyor belts.
  - Combustible wastes will be removed from the plant as needed
  - Safe shutdown procedures must be followed at the end of a work day or in an emergency.
- ***Smoking*** - There is another common source of ignition that is not associated with the plant, materials, maintenance or equipment -- but with habits of some workers. Failure to observe smoking restrictions while on company property or careless disposal of ashes, cigarette butts, and matches cause deaths, injuries, and the destruction of property worth millions of dollars each year. We will not permit that here. Smoking is

limited only to places designated as safe smoking areas where there are non-combustible receptacles that are inspected and emptied regularly. Smoking is prohibited in all other places on the premises.

- ***Other Sources of Ignition*** - There are many other potential causes of explosions and fires that each of us must be aware of, and take precautions against:
    - Chemical reactions that produce explosion, fire, or heat.
    - Ignition of explosive or flammable chemicals.
    - Ignition of materials due to oxygen enrichment.
    - Agitation of shock or friction-sensitive compounds.
    - Sudden release of materials under pressure.

- ***Precautions*** - Explosions and fires may arise spontaneously. However, more commonly, they result from work activities, such as moving drums, accidentally mixing incompatible chemicals, or introducing an ignition source (such as a spark from equipment) into an explosive or flammable environment. Explosions and fires not only pose the obvious hazards of intense heat, open flame, smoke inhalation, and flying objects, but may also cause the release of toxic chemicals into the environment. Such releases can threaten both our personnel and members of the general public living or working nearby. We protect against those hazards by monitoring for explosive atmospheres and flammable vapors; keeping all potential ignition sources away from an explosive or flammable environment; using non-sparking and explosion-proof equipment when needed; and following safe practices when performing any task that might result in the agitation or release of chemicals or other sources of ignition.

- ***Protective Procedures*** - Employees must immediately report the existence of any of the things mentioned above as well as all other potentially hazardous conditions to their supervisor. Preventing such conditions also requires adherence to the schedule of regular periodic equipment inspection, maintenance, and testing that we have in effect. The fundamental point to remember in all of our prevention activities is that all sources of combustion must be separated from all sources of ignition. In addition to those mentioned above, sources of combustion could be an undetected gas leak, a high concentration of dust or flammable vapors, a flammable liquid spill, oil soaked rags, or improperly stored trash. Ignition sources often are faulty electrical wiring, equipment or controls. Each of us must be constantly on the alert for those things.

- ***Anyone who is ever aware of any potential hazard must immediately report it to their supervisor -- and that supervisor must take whatever action is necessary to eliminate the hazard.***

- ***Fire Exits*** - All fire exits are now -- and must continue to be -- prominently marked/illuminated in accordance with applicable regulations. All emergency escape routes are posted so that they are readily observable and easily understood and all

employees must know them. No fire exit may ever be blocked, locked or obstructed when employees are on the premises. All exit routes must be clear and free of obstruction at all times.

- ***Fire Extinguishers*** - In order to control a fire resulting from one of the sources listed above, we have suitable fire extinguishing systems and portable fire extinguishers located in places throughout the premises as required by applicable regulations and as recommended by appropriate authorities. While in the warehouse fire extinguishers are mark with a red stripe at the top of the support beam they are secured to. They are appropriate for the particular hazards that exist. They inspected monthly by a qualified company vendor and maintained as required by law and regulation. No one other than a person properly trained and authorized for that purpose shall ever use or handle a fire extinguishing device. No employee shall ever disturb or tamper with any fire extinguisher.

- ***Fire and Emergency Drills*** - will be conducted from time-to-time. The objective of such a drill is to evaluate the thoroughness and effectiveness of our emergency action plans and procedures by testing them under simulated conditions. All aspects will be tested, such as:

  - The plan's practically (structure and organization)
  - Communications (internal and external)
  - Emergency equipment effectiveness
  - Adequacy of detailed action plans
  - Emergency first aid and rescue procedures
  - Emergency personnel response
  - Isolation, control and restoring situation to normal
  - Evacuation (including the physically/hearing impaired)
  - Head count and accountability procedures
  - Dealing with the news media

- ***Medical Treatment/First Aid.*** In emergencies, toxic exposures and hazardous situations that cause injuries and illnesses will vary from place to place and from one emergency situation to another. Medical treatment may range from bandaging of minor cuts and abrasions to life-saving techniques. In many cases, essential medical help may not be immediately available. For this reason, our first-aid trained employees will provide on-the-spot treatment.

  NOTE: Onsite emergency first aid stations are to be inspected at monthly by the company licensed vendor; making sure that they are well supplied and restocked immediately after each emergency.

- It is equally important that a telephone or two-way radio be available, along with the necessary phone numbers for medical and other emergency services (for example, local rescue squad, fire, and police departments). Emergency first aid equipment and medical personnel, or someone who knows how to provide emergency first aid, must always be present and readily available at the worksite. Instructions for the fastest route to the nearest hospital or medical facility is available, along with necessary transportation equipment.

# RESCUE/RESPONSE ACTIONS

Based on the information available, the type of rescue/response action required shall be determined and the necessary steps implemented. Some actions may have to be done concurrently. No one should attempt emergency response or rescue until backup personnel and evacuation routes have been identified. Some of the accepted principles of rescue/response actions are set forth below:

- ***Survey casualties***. Locate all victims and assess their condition. Determine resources needed for stabilization and transport.
- ***Request aid***. Contact the required offsite personnel or facilities, such as the ambulance, fire department, and police.
- ***Control***. Bring the hazardous situation under complete or temporary control; use measures to prevent the spread of emergency.
- ***Extricate***. Remove or assist victims from the area.
- ***Decontaminate***. Use established procedures to decontaminate uninjured personnel when necessary. Decontaminate victims before or after stabilization as their medical condition indicates.
- ***Stabilize***. Administer any medical procedures that are necessary before the victims can be moved. Stabilize or permanently fix the hazardous condition (e.g., repack; empty filled runoff dikes). Attend to what caused the emergency and anything (e.g, drums, tanks) damaged or endangered in the emergency.
- ***Evacuate:*** Get out of harm's way as quickly and as safely as possible.
- Move on-site personnel to a safe distance upwind of the incident.
- Monitor the incident for significant changes. The hazards may diminish, permitting personnel to reenter the site, or increase and require public evacuation. Be alert to such changes and react accordingly.
- Inform public safety personnel when there is a potential or actual need to evacuate the offsite population. Do not attempt large-scale public evacuation. That is the responsibility of government authorities.

# ONSITE SECURITY AND CONTROL

- Onsite security and control is necessary to:
  - Prevent the exposure of unauthorized, unprotected people -- and others -- to

onsite hazards.

  - Avoid the increased hazards from vandals or persons improperly seeking to take advantage of the situation.
  - Prevent theft.
  - Avoid interference with safe working procedures.

- The following measures shall be taken as appropriate in order to maintain security during working hours:
  - Maintain security in the emergency area and at all entry control points.
  - Establish an identification system to identify authorized persons and limitations to their approved activities.
  - Assign responsibility for enforcing authority for entry and exit requirements.
  - The Emergency Response Coordinator or designated representative must approve all visitors. Make sure they have a valid purpose for entering the premises. Have trained personnel accompany visitors at all times and provide them with the appropriate protective equipment.

# RECORDKEEPING

Whenever an emergency action activity has occurred, our Emergency Response Coordinator will initiate an investigation and documentation of the incident. That is important in all cases, but especially so when the incident has resulted in personal injury, onsite property damage, or damage to the surrounding environment. Documentation will be used to learn from experience, to help avert recurrences, as evidence in future legal actions, for assessment of liability by insurance companies, and for review by government agencies when appropriate. Methods of documenting will include photographs, tape recordings (video and audio), witness statements, a written transcript taken from tape recordings made during the emergency, and notes. The documentation must be:

- ***Accurate***. All information must be recorded objectively.
- ***Authentic***. A chain-of-custody procedure should be used. Each person making an entry must date and sign the document. The number of documenters shall be kept to a minimum (to avoid confusion and because they may have to give testimony at hearings or in court). Nothing should be erased. If details change or revisions are needed, the person making the notation should mark a horizontal line through the old material and initial the change.
- ***Complete***. At a minimum, the following should be included:
  - Chronological history of the incident, including: what happened, where, when, how, etc.

- Facts about the incident and when they became available
- Title and names of personnel; composition of emergency action teams.
- Actions: decisions made by whom; orders given: to whom, by whom, and when; and actions taken: who did what, when, where, and how.
- Types of samples and test results; air monitoring results.
- Possible exposures of site personnel.
- History of all injuries or illnesses during or as a result of the emergency.

- A critique of each emergency response action will be conducted by management as soon thereafter as possible. The documentation so obtained will be utilized in the critique. All additional information that may be relevant will also be obtained and analyzed. The critique will include all aspects of this Emergency Action Plan and revisions thereto will be made as necessary.

# EMERGENCY ACTION PLAN AVAILABILITY

Employees must be advised of this plan and it will be made available for their inspection and copying. Any employee who is uncertain of his/her emergency action responsibilities or any provision of this Plan and any employee who does not know how to obtain a copy of this plan or wants further information, shall advise his immediate supervisor at once. That supervisor will see to it that appropriate information and/or access is provided. This plan will also be made available to relevant government agents in accordance with law. A copy of the plan must be kept on the premises at all times.

# ADDITIONAL PROGRAMS AND PROVISIONS

This program is designed to be a written statement of the company's emergency action plans. There are a number of additional work rules and separate programs that apply in particular situations, in some jobs, at some workstations, in some operations, or that are required by particular laws or regulations (for example: hazard communication/right-to-know). Some of them are in writing and some are not. Others will be added from time to time in the future whenever needed or when required by applicable local, state or federal law or regulation or when deemed desirable by the company.

**All employees of the company must observe those rules and programs just as they are required to observe the provisions of this program.**

# ADDITIONAL PROGRAMS AND PROVISIONS (Production Department include all areas)

During an emergency requiring evacuation production employees should follow these guidelines:

- **Foreman**
  - Sound audible alarm to alert employees, or notify wet end employee to turn on the alarm
  - Using the safety path, move to the evacuation point
  - If there is a danger of fire or gas release, shut off the main gas valve adjacent to the security building
  - Using the notification list at the guard shack , notify management
    - Plant Manager
    - Production Superintendent
    - Maintenance Superintendent
    - Loading Superintendent
  - If necessary, call emergency personnel or 911
  - Once all employee are assembled, confirm everyone is present
- **Wet End Supervisor**
  - Quickly shut down the machine and stop the board line
  - Using the safety path, move to the evacuation point
- **Dry End Operator**
  - Shut down and stop the dryer (E-stop if necessary)
  - Using the safety path, move to the evacuation point
- **Dry End Supervisor**
  - Shut down takeoff equipment (E-stop if necessary)
  - Using the safety path, move to the evacuation point
- **Calcine Operator**
  - Shut down and dump all kettles from the control room
  - Using the safety path, move to the evacuation point
- All other employees and visitors
  - Using the safety path, move to the evacuation point

# ADDITIONAL PROGRAMS AND PROVISIONS (Maintenance Department include all areas)

Exit shop.
Assemble in evacuation area.
Use phone in guard shack to call notify key personnel for Albuquerque plant (pg. 28 of this document) and emergency response (911).

# ADDITIONAL PROGRAMS AND PROVISIONS (Mobile Equipment Shop include all areas)

Exit shop.
Assemble in evacuation area.
Use phone in guard shack to call notify key personnel for Albuquerque plant (pg. 28 of this document) and emergency response (911).

# ADDITIONAL PROGRAMS AND PROVISIONS (Milling/Calcining Area, included all areas)

- **Calcine Operator**
  - Shut down and dump all kettles from the control room
  - Using the safety path, move to the evacuation point

# ADDITIONAL PROGRAMS AND PROVISIONS (Security/Guard Shack)

Call Emergency Response Services if possible.

Assist with assembling personnel in orderly fashion in area.

# ADDITIONAL PROGRAMS AND PROVISIONS (Loading Department include all areas)

- **OFFICE:** Exit the trailer. DO NOT go into the warehouse.

- **TRUCK LOADER:** Lower forklifts to the ground and shut off forklift. Exit the building to the closest door taking all truck drivers or any non-plant personnel.

- **RAIL CREW:** If on top of a rail car, get to the ground immediately.

- **SWING SHIFT:** Same as above.

- **LEADS:** Lead on shift will take the head count to insure all loading personnel are accounted for and report to plant manager in designated assembly area.

**ALL LOADING PERSONNEL WILL HEAD TO THE ASSEMBLY AREA VIA THE WEST ROAD. DO NOT TRAVEL BETWEEN THE ROCK PILE AND THE MILL.**

# ADDITIONAL PROGRAMS AND PROVISIONS (Administrative Offices)

**If you suspect or discover a fire:**

1. If you feel confident operating the fire extinguisher, and as long you are not placing yourself in jeopardy, you may attempt to extinguish the fire. Otherwise, evacuate the area immediately. If safe to do so, close the door of the room where the fire is located and pull the nearest fire alarm.
2. If possible, call 911 state your name, building address and the location of fire.

**If the fire is small and contained**: Call another employee to assist in extinguishing the fire. Once extinguished notify supervision.

**If you cannot extinguish the fire (the fire can be large, very smoky or spreading):**

1. Pull the nearest fire alarm, and evacuate the building immediately.
2. Meet at the designated meeting area in the employee parking lot. Advise supervision or the safety manager is you notice anyone missing from the group.
4. Do not re-enter the building until the public safety officials or emergency personnel authorize to do so.

*Evacuation notes:*

- If applicable, save your file, shut down and secure your equipment before leaving. Close the door behind you. If possible, leave the doors unlocked so that emergency personnel have immediate access to your area if necessary.
- Evacuate the building using the nearest exit (or alternate, if nearest exit is blocked).
- Do not take coffee or beverages with you when exiting the building.
- Once you are out of the building, begin to move towards the designated meeting area. Stay there so that all personnel have been accounted for.
- Assist person with a disability to a designated rescue or safe room, if he or she is unable to evacuate the building.

# ORGANIZATIONAL CHART

# EMERGENCY PHONE PROCEDURES

1. Dial 9-1-1 in the event of a fire, serious injury requiring first-responders, or death.

(You may dial 9-1-1 directly; you do not need to get an outside line)

2. Speak calm and clear to the 9-1-1 operator: State the nature of the emergency and what emergency services are being requested (fire dept, ambulance, police, etc.)

3. The property addresses are:

| **Albuquerque Plant** | **Bernalillo Plant** | **Mine** |
|---|---|---|
| American Gypsum<br>4600 Paseo Del Norte, NE<br>Albuquerque, NM 87113 | American Gypsum<br>1000 North Hill Road<br>Bernalillo, NM 87004 | American Gypsum<br>White Mesa Mine<br>Highway 550 two miles west of mile maker 21 |
| Directions:<br>SW Corner of Paseo Del Norte and Jefferson Avenue | Directions:<br>1 mile north of State Highway 550 on North Hill Road (I-25 Frontage Road) | Directions:<br>West of entrance to the Zia Pueblo and Big Chief's convenience store. |

4. After emergency personnel are notified, contact the key management personnel listed in Appendix B.

5. After all notifications are complete make note of the time and await further instructions from on-site supervision.

# KEY PERSONNEL MANAGEMENT & PHONE NUMBERS

All numbers are (505) unless otherwise indicated

**MUST GET OUTSIDE LINE FIRST**

| POSITION | Cell Phone |
|---|---|
| **ABQ Plant Manager** | **362-0720** |
| **Bern Plant Manager** | **933-3266** |
| ABQ Maintenance Supt | 362-0315 |
| Bern. Maintenance Mgr | 678-756-4613 |
| ABQ Automation Engineer | 362-6447 |
| **Loading Supt** | **362-6316** |
| **HR/Safety Manager** | **362-0719** |
| Mine Mechanic | 362-0504 |
| Truck Mechanic | 401-4189 |
| Mine Supervisor | 379-4869 |
| Ore Truck Supervisor | 228-3845 |

***Emergency Personnel***: Fire, ambulance, or police emergency **911**

Bernalillo Co. Fire Dept: 314-0130

Sandoval County Fire Dept: 505-867-0245

Poison and Drug Information: 843-2551

Police – Non-Emergency Calls

| | |
|---|---|
| Albuquerque: | 242-COPS (2677) |
| Bernalillo County Sheriff: | 798-7000 |
| Sandoval County Sheriff: | 505-867-7570 |

**Electric – PNM**

Emergencies/Damage to Electrical lines: 246-5700, option #5

**Gas – NM Gas Company**

Emergencies: 1-888-NM-GAS-CO (1-888-664-2726), option #1

# DOCUMENTATION OF DRILLS AND EXERCISES

# DOCUMENTATION OF ANNUAL REVIEWS

# Duke Plant

# Emergency Evacuation Plan
# Duke Plant

In the event it becomes necessary to evacuate the Duke Plant facility, an Evacuation Siren inside the plant will be activated by the HR/Safety Manager or his delegated authority. The Siren will start with a solid sound followed by an automated voice notifying the evacuation order. The Emergency Evacuation Warning siren button is located in the Production Foreman's Office. In extreme emergencies, the Evacuation siren can be activated by any plant supervisor or his delegated authority.

Once the siren is alarmed, Production will shut down immediately by stopping the board lines, dryers, and takeoffs with the emergency stop button. The B-line Dry End Operator will be responsible for shutting off the main gas line. The main gas line is located by Loading #1 overhead door. The Mill Department will dump all kettles and shut all equipment down in the Mill. Mobile Equipment Operators will park their equipment immediately in their current location. Once Production and Mill Departments have completed their shutdown, employees need to immediately proceed to the nearest exit in a calm and orderly fashion and report to their designated gathering locations. This shall include all employees, visitors, and contractors.

The HR/Safety Manager or his delegated authority will notify emergency personnel by calling 911 about the situation during normal business hours. During off hours and weekends, the Production Foreman will be responsible for calling emergency personnel. Once outside the facility, all employees should proceed calmly to their Gathering Point and report to their immediate supervisor.

- Loading department and loading contractors – West truck parking lot
- All other employees, visitors, and contractors – West of the Main Office

The Payroll-Benefit Administrator will take the daily visitor sign-in log to the Main Gathering Point. The Maintenance Manager will take the Maintenance Safety Log to the Main Gathering Point. All supervisors shall report an employee and contractor headcount, via cell phone, to the HR / Safety Manager or his delegated authority. Included will be the last known location of any missing employees. The HR / Safety Manager or his delegated authority will communicate directly with emergency personnel as to the number and the last known location of any missing employees.

All employees are to remain in their gathering locations until the "All Clear" is given by the Plant Manager or his delegated authority. An "All Clear" will be announced via the radio and siren. The All Clear siren button is located in the Production Foreman's Office. The siren is an automated voice notifying employees that it is All Clear and they can resume normal activities. The siren will be activated by the HR/Safety Manager or his delegated authority.

AMERICAN GYPSUM

# Severe Weather Emergency Plan
# Duke Plant

When severe weather threatens the Duke Plant facility, weather report updates from the National Weather Service will be monitored via the internet at www.accuweather.com and www.kswo.com. The HR/Safety Manager and Department Heads will monitor weather during normal business hours. The HR/Safety Manager will notify by email weather alerts that there is a possible existence of severe weather in the area during off hours and weekends to the Production Foreman. After notification of possible severe weather in the area or if Production Foreman has weather concerns, the Production Foreman will monitor the weather via internet at http://www.kswo.com/story/35473763/live-severe-weather-coverage. During times of severe weather, the HR/Safety Manager, Department Heads, and Foreman will maintain in constant, up-to-date line of communication.

Definitions:
Tornado Watch – Local conditions are right for the development of tornados.
Tornado Warning – A Tornado has been sighted in the immediate Area
All Clear – It is safe for employees to return to their work area.

Tornado Watch:
When conditions result in the issuing of a Tornado Watch for the area, a Tornado Watch notice will be sent to all radio users. Normal operations will continue until further information or instructions are given.

Tornado Warning:
When conditions result in the issuing of a Tornado Warning for the area, the tornado siren inside the plant will be alarmed along with a “Tornado Warning” announcement via radio to inform all employees to proceed to their designated shelter areas in a calm and orderly fashion. The Tornado Warning siren button is located in the Production Foreman’s Office. The siren will start with a winding sound followed by an automated voice notifying of the tornado warning. The siren will be activated by the HR/Safety Manager or his delegated authority. Once the siren is alarmed, Production will shut down immediately by stopping the board lines, dryers, and takeoffs with the emergency stop button. The B-line Dry End Operator will be responsible for shutting off the main gas line. The main gas line is located by Loading #1 overhead door. The Mill Department will dump all kettles and shut all equipment down in the Mill. Mobile Equipment Operators will park their equipment immediately in their current location. Once Production and Mill Departments have completed their shutdown, employees need to immediately report to their designated shelters in a calm and orderly fashion.

All Clear:
All employees are to remain in the shelter area until the “All Clear” is given by the Plant Manager or his delegated authority when severe weather has passed. An “All Clear” will be announced via the radio and siren. The All Clear siren button is located in the Production Foreman’s Office. The siren is an automated voice notifying employees that it is All Clear and they can resume normal activities. The siren will be activated by the HR/Safety Manager or his delegated authority. Once an “All Clear” has been announced, all supervisors shall report an employee headcount via cell phone to the HR/Safety Manager or his delegated authority before exiting the shelters.

AMERICAN GYPSUM

09-01-17

## Severe Weather Emergency Plan
## Duke Plant

**Shelter 1: West of Main Office**

- Office Employees: Shelter 1

**Shelter 2-10: South of Paper Warehouse**

- A-Line: Shelter 2 & 3
- Loading: Shelter 4 & 5
- B-line: Shelter 6 & 7
- Maintenance: Shelter 8 & 9
- Lab, Utility, & Overflow: Shelter 10

**Shelter Under #3 Dryer**

- Emergency Use for Personnel Overflow Only

**Evacuation Points of Interest**

- ■-Emergency Exits
- ✖-Main Gathering Point
- ✖-Loading Gathering Point




## Duke Front Office

### Emergency & Evacuation Map



AMERICAN GYPSUM

# BOMB THREAT CHECKLIST

- **When is the bomb going to explode?**
- **Where is the bomb right now?**
- **What does the bomb look like?**
- **What kind of bomb is it?**
- **What will cause the bomb to explode?**
- **Did you place the bomb?**
- **Why?**
- **What is your address?**
- **What is your name?**

**EXACT WORDING OF BOMB THREAT:**

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**SEX: ________ RACE: ________ AGE: ________ LENGTH OF CALL: ________**

## CALLER VOICE

| | | | |
|---|---|---|---|
| _____ CALM | _____ LAUGHTER | _____ NASAL | _____ SLOW |
| _____ SOFT | _____ RASP | _____ ANGRY | _____ CRYING |
| _____ STUTTER | _____ NORMAL | _____ LOUD | _____ DEEP |
| _____ EXCITED | _____ RAGGED | _____ LISP | _____ DISTANT |
| _____ SLURRED | _____ CRACKING | _____ ACCENT | _____ DEEP BREATHING |
| _____ WHISPERED | _____ RAPID | _____ CLEARING THROAT | _____ DISGUISED |

_____ FAMILIAR (WHO DID IT SOUND LIKE) ______________________________________

## BACKGROUND

| | | | |
|---|---|---|---|
| _____ STREET NOISES | _____ MUSIC | _____ CROCKERY | _____ LONG DISTANCE |
| _____ VOICES | _____ MOTOR | _____ LOCAL | _____ FACTORY MACHINERY |
| _____ ANIMAL NOISES | _____ BOOTH | _____ CLEAR | _____ OFFICE MACHINERY |
| _____ PA SYSTEM | _____ STATIC | _____ HOUSE NOISES | _____ OTHER (SPECIFY) _______________ |

## LANGUAGE

| | | | |
|---|---|---|---|
| _____ FOUL | _____ TAPED | _____ IRRATIONAL | _____ WELL SPOKEN (EDUCATED) |
| _____ INCOHERANT | _____ MESSAGE READ BY THREAT MAKER | | |

**REMARKS: -**

______________________________________________________________________

**YOUR NAME:**

______________________________________________________________________

**PHONE #: ______________________ DATE: ____________________**
**POSITION: _____________________**



Revised Date: 2/25/2019
Last Updated: 08/20/2012

AMERICAN GYPSUM

# SEVERE WEATHER EMERGENCY PLAN
# AMERICAN GYPSUM SOUTH QUARRY

**When severe weather threatens the area in and around the Quarry location, the Quarry Superintendent will monitor weather report updates from the National Weather Service via the internet.**

**In the event that a tornado warning is issued, a "TAKE COVER" order will be communicated by the Quarry Superintendent to all employees over the radio with instructions to proceed to the main crusher location or Gilbreath storm shelter and take cover immediately.**

**In the event that employees working in the pit area are not able to make it to the crusher for shelter, they will take cover in Gilbreath storm shelter located in pit area.**

**Leadmen will account for employees in the pit area.**
**Quarry Superintendent will account for employees at the crusher.**
**Quarry Superintendent and Leadmen will communicate with each other by radio or cell phone. The Quarry Superintendent will be responsible for reporting to the main office.**

**The Quarry Superintendent will monitor the two way radio from just outside the shelter area for additional weather updates and keep all employees informed of weather conditions.**

**When severe weather has passed, an "ALL CLEAR" will be announced over the radio and the Superintendent will verify receipt of the broadcast and inform all employees that it is safe to leave the shelter location and return to work.**

***OUR NUMBER ONE GOAL, EVERYDAY, IS THE SAFETY OF EACH AND EVERY ONE OF OUR EMPLOYEE***



Revised Date: 2/25/2019
Last Updated: 08/20/2012

AMERICAN GYPSUM

# Emergency Medical Procedures

- ✓ Determine whether the scene is safe.
- ✓ Check the responses of the injured person.

**ONE** person will be directed to call:

**Main Office** __________(580) 679-3391

**Payroll Administrator** ________ ext 112
**Production Assistant** __________ ext 109

If you reach one of the listed extensions, they will call 911. If the Main office is closed or cannot be reached, the following Calls should be made:

**Emergency**____________________911

**HR/Safety Manager**____________ext. 103

- Cell phone____________(580) 649-3104

**Plant Manager**________________ext. 107

- Cell phone____________(214) 205-8785

**On-site Managers**

- ✓ ONE person will be directed to the entrance to control traffic.
- ✓ ONE person will be directed to the entrance to lead the ambulance to the injured person.
- ✓ ONE person will be directed to go and get the equipment.
- ✓ A non-responder (a supervisor, if available) will maintain crowd control and keep the rescue path clear.

Alternate phone numbers:
**Jackson County EMS**____________________(580) 477-4100 or (580) 477-4112

The above information is to be posted by each phone, as a guide, in the event of a medical emergency.
You may be directed to help in some way.

It is important for an employee that is not a member of the response team to:

- ✓ Get help by radio or notify your Lead man, Assistant Foreman, or Foreman; as soon as possible.
- ✓ Quickly follow any and all directions that are given by the Response Team and/or Management.
- ✓ If your help is not needed, maintain a safe distance from the emergency.

# Eagle Plant

# SITE SPECIFIC

# EMERGENCY ACTION PLAN
# AMERICAN GYPSUM COMPANY-- EAGLE PLANT

(Revised 1-15-18)

## PURPOSE

This plan establishes an Emergency Action Plan (EAP) to be used at American Gypsum Company -- Eagle Plant (the company) in the event that a fire or any other imminent threat to the safety and welfare of employees requires immediate evacuation from the plant building. The program supports compliance with the Occupational Safety and Health Administration (OSHA) Emergency Action Plan Standard of 29CFR 1910.38(a).

## SCOPE

The program applies to all company employees, vendors and contractors upon entering the plant and warehouse area.

## EMERGENCY PROCEDURES

Under fire or other imminent safety hazard, all employees, contractors, vendors, visitors, etc. inside the plant building at the time of such an event shall be required to evacuate the building according to the procedures outlined in this plan.

## ALARM SYSTEM

An emergency situation shall be signaled using the fire alarm system. When the fire alarm system is activated by using a manual pull station, the fire alarm horn is sounded and the fire alarm strobes flash continuously. All supervisors equipped with hand-held radios shall communicate with each other to locate the pull station activated and determine what, if any, emergency actions are warranted. All non-supervisory personnel, unless emergency assistance is required or asked for, should refrain from using the hand-held radios. If a plant evacuation is required, instructions will be given to shut down plant operations and evacuate all personnel in the building.

At this signal the following procedures shall be followed:

1. Evacuate all plant personnel not needed for shut down procedures.
2. Notify areas without access to radios to evacuate the building (loading, lab, receiving, engineering and the administrative offices).
3. Call 911 to alert the Emergency Medical Service (EMS) and the Gypsum Fire Department. The plant address is 740 Hwy 6, Gypsum. Main phone number is 970-524-9700.

5. Start plant shut down procedures using the PLANT SHUT DOWN PROCEDURES section of this policy.

6. Notify the Plant Manager and/or Safety Director.

## EVACUATION PROCEDURES

- Everyone at the mixer area shall exit through door #29. Everyone at the take off area shall exit through door #28. Everyone at the knife shall exit through door #24. Everyone in the Mill Building shall exit through door #31.

- All persons working east of the shrink wrap area in the truck lanes and everyone working in the Maintenance area shall exit through door #9. Everyone working west of the shrink wrap area in the truck lanes shall exit through door #17. It shall be the responsibility of company employees working in the truck lanes to advise truck drivers or other contractors of the need to evacuate and the procedure for evacuation.

- Everyone in the front office shall exit through door #1.

- Everyone working in the Cogen Building shall exit through the south door of the building.

- Everyone working in the rock receiving area or reclaim area shall exit through the nearest safe door.

**Primary Evacuation Site**

**Everyone will assemble at the SE corner of the main parking lot for a headcount. The SE corner is considered the paved area in front of the Truck Entrance Door (Man Door #9). The assembly area should be as far away from the building as possible for allowing emergency vehicle access.**

**Secondary Evacuation Site**

**In the unlikely event the primary evacuation site is unusable, all employees with assemble in the SW tarp yard for a headcount. This change will be made during the evacuation and will be communicated via the local radio system.**

## EMERGENCY REPORTING PROCEDURE

- The plant fire alarm system is programmed to automatically notify the Fire Alarm Company.

- In the event that the Plant Manager and/or the Safety Director are on duty, they shall be responsible for ensuring that Emergency Medical Service (EMS) and the Gypsum Fire Department are also alerted by way of the 911 procedure. Priority shall be given to ensuring the 911 procedure is adhered to for any event other than fire (i.e. bomb threat, gas leak, etc.), in which a plant evacuation is required.

- When the Production Supervisor is the only member of management on duty he shall contact the security guard by radio and instruct the guard to initiate the 911 notification procedure and then proceed with the plant shut down and evacuation duties. He shall be designated the "most senior person in charge" and shall coordinate all emergency efforts with outside emergency personnel.

- In the event that the Plant Manager and Safety Director are not on duty during any evacuation emergency, they shall be notified as soon as possible by the supervisor(s) conducting evacuation.

## TRAINING

- Employees shall receive EAP training as part of their new employee safety training indoctrination. Additional training is received whenever the employee's responsibilities or designated actions under the plan change or whenever the plan is changed. Annual EAP training will also be conducted through plant wide meetings and emergency evacuation drills

## HEADCOUNT PROCEDURES

- The Foreman on duty shall meet with the personnel from their department assembled at the SE Corner of the main parking lot and verify that all employees and other personnel have evacuated and are accounted for in this area.

- Foreman conducting the head counts shall communicate to the most senior person in charge that all plant personnel from their department have been evacuated and to communicate the need for medical assistance if any.

- In the event that the production shift foreman is the only member of management on duty, he shall proceed to the assembly area to conduct the head count procedure.

# PLANT SHUT DOWN PROCEDURES

**Production Department:**

- **MILL:** the mill operator will shut down equipment in the mill if he/she is in the immediate vicinity (first floor between mixer and splicer). The Wet End Lead will shut it down if the mill operator is not in the area. Equipment will be shut down by hitting the E-Stop on the 2 mill control panels and by shutting down the mills individually on the computer.
- **MIXER:** the mixer operator will shut down the mixer following normal procedures and E-Stop the board line.
- **KNIFE:** the knife operator will shut down the knife/wet transfer with the E-Stop on the knife control panel.
- **DRYER:** the dryer operator will shut down the dryer with the E-Stop on the dryer control panel.
- **TAKE OFF:** the dryer operator will shut down the take-off with the E-Stop on the take-off control panel located on the dryer platform.
- **SLEUTER MACHINE:** the sleuter operator will shut down the sleuter machine with the E-Stop on the control panel.

**IMMEDIATELY AFTER COMPLETING THEIR ASSIGNED SHUT DOWN DUTIES, ALL OPERATORS WILL EVACUATE THE BUILDING AND PROCEED TO THE ASSEMBLY AREA.**

**Loading Department:**

- **OFFICE:** take plant radio and exit the building. DO NOT go into the warehouse.
- **TRUCK LOADER:** Lower forklifts to the ground and shut off forklift. Exit the building to the closest door taking all truck drivers or any non-plant personnel.
- **RAIL CREW:** if on top of a rail car, get to the ground immediately and exit door #12. If on the ground, exit door #12.
- **SWING SHIFT:** same as above except lead must get plant radio from office if possible.
- **LEADS:** lead on shift will take the head count to insure all loading personnel are accounted for and report this over the plant radio. Second lead on shift will make sure all truck drivers are other non-plant personnel are out of the building.

**ALL LOADING PERSONNEL WILL HEAD TO THE ASSEMBLY AREA VIA THE SOUTH ROAD.**

**Maintenance Department:**

- The Co-Gen Operator on duty will be responsible for shutting off the gas at the shut off valve, located at the southwest corner of the Co-Gen building. If the Co-Gen Operator is not available, then the Maintenance Foreman will perform this duty. When the Co-Gen operator and the Maintenance Foreman are both off duty, the shift maintainer will be responsible for shutting off the gas. If it is not safe to shut off the gas at the Co-Gen building, the gas will be turned off at the Kinder Morgan gas meter facility. All other maintenance personnel will turn off any power tools in use and exit the building immediately.




# AMERICAN GYPSUM COMPANY - EAGLE PLANT

## EMERGENCY EVACUATION PLAN

(DOOR NUMBERING SYSTEM)

NOT TO SCALE



Revised Date: 2/25/2019
Last Updated: 08/20/2012

# Georgetown Plant

# EMERGENCY ORGANIZATION (EO) RESPONSIBILITIES

Georgetown Plant

Supervisors must coordinate emergency response activities. In the event of a fire, they must decide whether to remain in the building or evacuate the workplace. If evacuation is deemed necessary, supervisors must ensure that:

1. All employees are notified and a head count is taken to confirm total evacuation of all employees;
2. When practical, ensure equipment is placed and locked in storage rooms or desks for protection; and
3. Security measures are taken to protect property, personnel, and necessary records.

The Plant (EO) is comprised of the following positions and general area of responsibility:
Director (Wayne Vetter) - this is the plant engineer or maintenance foreman IF ON DUTY. During other hours, the foreman assumes the position until relieved by one of these members. Responsibilities include dispensing team members to sprinkler and pump locations, ensuring notifications are complete, ordering fire suppression systems turned on and off as necessary, and keeping abreast of the fire control situation.

Notification member (Wayne Vetter) – a trained member of the crew that calls all applicable agencies. This includes the fire department, plant electricians and maintenance, and management as directed by the Director.

Fire pump member (Ricky Pope) – a trained crewmember or mechanic who is responsible to check the fire pump and stands by for turn on/off instructions.

Sprinkler control member (Danny Fisher/Clarence Jones) – a trained crewmember responsible for insuring the sprinkler controls are operational and stands by for turn on/off instructions.

Electrician member (Danny Fisher/Clarence Jones) – a certified electrician responsible for any electrical shut downs or reset conditions.

Salvage crewmembers (Maintenance Mechanics) – trained to assist in any salvage operations during or after the emergency actions are taken.

TRAINING

All employees with specific responsibilities on the EO team will be given initial orientation, task training and annual refresher training for their position. To the greatest extent possible, mechanics and supervisors will fill the EO team positions.

# Emergency Action Plan

**Purpose**

This plan establishes an Emergency Action Plan (EAP) to be used at American Gypsum-Georgetown Plant (the company) in the event that a fire or any other imminent threat to the safety and welfare of employees requires immediate evacuation from the plant building. The program supports compliance with the Occupational Safety and Health Administration (OSHA) Emergency Action Plan Standard 29CFR 1910.38(a).

**Scope**

The program applies to all company employees, vendors, and contractors upon entering the plant, blending building, mill, and warehouse area.

**Emergency Procedures**

Under fire or other imminent safety hazard, all employees, contractors, vendors, visitors, etc. inside the plant building at the time of such an event shall be required to evacuate the building according to the procedures outlined in this plan.

**Alarm System**

An emergency situation shall be signaled using the fire alarm system. When the fire alarm system is activated by using a manual pull station, the fire alarm horn is sounded and the fire alarm strobes flash continuously. All plant personnel equipped with hand-held radios shall go to channel 2. All supervisory personnel equipped with hand-held radios shall communicate with each other to locate the area that the pull station was activated and determine what, if any, emergency actions are warranted. All non-supervisory personnel should refrain from using the hand-held radios unless emergency assistance is required or asked for. If a plant evacuation is required, instructions will be given to shut down plant operations and evacuate all personnel from the building.

**Evacuation**

Once the evacuation signal has been given, the following procedure shall be followed:

1. Shift foreman/first responder will call for emergency help (911) if needed. Shift foreman/first responder should dispatch an employee to the guardhouse to offer assistance guiding emergency services to the location of the emergency. The plant address is 2007 Pennyroyal Road, Georgetown. The guardhouse phone number is 843-520-7722.
2. If shift foreman/first responder is not able to call emergency services, he may contact the guardhouse and have the guard contact assistance following the 911 procedure.
3. The foreman or his designee shall retrieve the "Foremen's Evacuation Kit", located at the northwest corner of the plant support building.
4. Evacuate all plant personnel not needed for shut down procedures. Employees who have previously been assigned plant shutdown duties shall perform these duties.
5. Notify areas without access to radios to evacuate the building (loading, lab, receiving, and plant offices).
6. Notify the plant manager and safety manager.

**EMERGENCY CONTACT INFORMATION:**

| Name | Extension | Cell Phone |
|---|---|---|
| Plant Manager | 729 | 843-359-2923 |
| HR/Safety Manager | 727 | 540-904-3835 |
| Production Superintendent | 755 | 231-631-7635 |
| Plant Engineer | 754 | 843-325-5977 |
| Loading Superintendent | 734 | 843-325-8276 |

**Evacuation Procedures**

**All plant personnel that are evacuating should use the following designated exits unless the designated exit is blocked and or places the employee in imminent danger.**

- All personnel at the **Wet End and Receiving** areas shall exit through door **#43**.
- All personnel at the **Take Off area** shall exit through door **#30**.
- All personnel in the **Quality Lab** shall exit through door #**30**.
- All personnel in the **Maintenance** area shall exit through door #**30**.
- All personnel at the **Knife area** shall exit through door **#67**.
- All personnel in the **Mill Building** shall exit through door **#44**.
- All **Truck Loaders** shall exit through door #**11**. All personnel working in **Shrink Wrap and Rail Loading** areas shall exit through door **#34.** It shall be the responsibility of company employees working in the truck loading area to advise truck drivers or other contractors of the need to evacuate and the procedure for evacuation.
- All personnel in **Loading Office** shall exit through door #**10**.
- All personnel in the **Main Office** shall exit through door #**1**.
- All personnel in the **Plant Offices** shall exit through door #**30**.
- In the Blending building, the **Waste Reclaimer** shall exit through door #**80**; the **Gypsum Reclaimer** shall exit through door #**86.**

Everyone will assemble at the northeast corner of the main parking lot to conduct a headcount. The northeast corner is considered the paved area in front of the Truck Scale. The assembly area should be as far away from the building as possible for allowing emergency vehicle access. In the event that assembling at the northeast corner of the parking lot places employees at risk from the emergency at hand, then a secondary meeting point will be communicated.

**Emergency Reporting Procedure**

- The plant fire alarm system is programmed to automatically notify the fire alarm company.

- Shift foreman/first responder shall be responsible for contacting emergency services using the 911 procedure. Shift foreman/first responder should immediately notify the plant manager and the plant Safety Manager.

- Plant manager and safety manager will assist with the plant evacuation when on duty.

- When the production shift foreman is the only member of management on duty, he

shall contact the security guard by radio and instruct the guard to initiate the 911 notification procedure. The foreman will then proceed with the plant shut down and evacuation duties. He shall be designated "the most senior person in charge" and shall coordinate all emergency efforts with outside emergency personnel. The shift foreman/first responder should send an employee to the guardhouse to direct emergency response personnel to the location of the incident.

- In the event the plant manager and the plant safety manager are not on duty during any evacuation emergency, they shall be notified as soon as possible by the shift foreman conducting the evacuation.

**Training**

Employees shall receive EAP training as part of their new employee safety training orientation. Additional training is received whenever the employee's responsibilities under the plan change or whenever the plan is changed. Annual EAP training will also be conducted through plant wide meetings and emergency evacuation drills. Emergency evacuation drills will be conducted at least annually.

**Plant Shut Down Procedures:**

**Production Department**

- Mill: The mill operator will shut down equipment in the mill if they are in the immediate vicinity.
- Wet End: The wet end supervisor will be shut down equipment by using control panels and HMI screens on computers.
- Mixer: The mixer operator will shut down the mixer following normal procedures and E-Stop the board line.
- Knife: The knife operator will shut down the knife/wet transfer with the E-Stop on the knife control panel. Knife operator will shut off natural gas line.
- Dryer: The dryer operator will shut down the dryer with the E-Stop on the dryer control panel.
- Take-Off: The dryer operator will shut down the take-off with the E-Stop on the take-off control panel.
- Sleuter Machine: The sleuter operator will shut down the sleuter machine with the E-Stop on the control panel.
- Blending Building: Gypsum Reclaimer will shut down DSG and waste reclaim equipment.

**Loading Department**

- Office: Take plant radio and exit the building. Do not go into the warehouse.
- Truck Loader: Lower forklift forks to the ground and shut off forklift. Exit the building at the closest door taking all truck drivers and any non-plant personnel.
- Rail Crew: if on top of a rail car, get to the ground immediately and exit through door #34. If already on the ground, exit through door #34.
- Supervisors: Supervisors on shift shall take the headcount to ensure all loading personnel are accounted for and report this over the plant radio. Supervisors on shift will make sure all truck drivers and other non-plant personnel are out of the building.

**Maintenance Department**

All maintenance personnel shall turn off any power tools or equipment in use and exit the building immediately.

**AFTER COMPLETING THEIR ASSIGNED SHUT DOWN DUTIES, ALL OPERATORS SHOULD PROCEED IMMEDIATELY TO THE DESIGNATED ASSEMBLY POINT IN THE NORTHHEAST CORNER OF MAIN PARKING LOT.**

**First Aid**

In the event of an injury, a first responder will provide first aid to the injured person until emergency medical services arrives on site and begins treatment.

**Headcount Procedure**

The shift foreman on duty shall meet with the personnel from their department assembled at the northeast corner of the main parking lot then verify that all employees and other personnel have evacuated to the assembly area and conduct the headcount.

Shift foreman conducting the head count shall communicate to the most senior person in charge that all plant personnel have been evacuated and to communicate the need for medical assistance if any is required.

In the event that a person is unaccounted for, the last known whereabouts of that person needs to be communicated to the emergency responders.

**Security Guards**

In the event of an emergency evacuation of the plant, security guards are to follow procedures as listed below. In most cases, it will be assumed that the guards can safely remain at their station in the guardhouse. If the emergency is such that personal safety of the guard on duty is jeopardized, he will be allowed to move a safe distance from the plant site. In this case, the guard will be requested to take a plant radio with them and coordinate their emergency responsibilities.

- The shift foreman/first responder in charge of the evacuation will communicate the nature of the emergency to the security guard by telephone or radio.
- In the event that the guard contacts emergency services, the guard will provide the dispatcher with as much information as known at the time and remain on the telephone until the dispatcher is satisfied with the information received.

After the emergency notification is made, truck traffic should be handled by the following guidelines:

1. Trucks within the plant site should remain on site and out of way of emergency vehicles until clearance is given to leave the property. No additional wallboard, synthetic gypsum, or service trucks will be allowed on site.
2. When emergency vehicles arrive, the guard will direct them to the designated employee sent by shift foreman/first responder for assistance in getting to the incident area.

3. Absolutely no unauthorized personnel will be allowed through the gate during the emergency evacuation situation. This includes members of media, family members of employees on duty and members of the general public.
4. As a general rule, only authorized emergency personnel (fire department, ambulance, law enforcement) and essential members of management who were off site at the time of the emergency will be allowed access to the plant.
5. The guard should maintain a name and telephone log of inquiring people and politely respond to calls by telling them that a member of management will call them and inform them of the situation as soon as practical.
6. Above all, the guard should maintain a calm, professional manner and demeanor in performing the duties listed above.

# Winyah Station Emergency Procedures

## Anhydrous ammonia hazards

All employees should be familiar with the hazards of anhydrous ammonia, understand the potential for injury and know how to respond to an emergency. **Anhydrous ammonia is caustic and will cause severe burns to the eyes, skin and respiratory tract. It is a strong alkali that can cause death or severe injury** to body tissue due to its caustic, corrosive, freezing and dehydrating action. Anhydrous ammonia has a strong pungent and easily recognizable odor. Although alarms are in place, should you smell ammonia, immediately evacuate the area and notify your supervisor or Safety Manager.

**A <u>high frequency yelping tone</u> will be sounded for 30 seconds for medical emergencies, localized ammonia releases, and fires.**

- Listen to your supervisor for information on the type of emergency and location.
- If directed to evacuate, follow directions provided by supervisor.

**The <u>sustained warbling siren</u> will be sounded for a Full Site Evacuation.**

- Listen to the announcements from your supervisor for possible evacuation instructions.
- Report to the Off-site Meeting Area (National Guard Amory on Hwy 17) for headcount procedure.

**A <u>steady continuous tone</u> will be sounded for the 'all clear' signal.**

# Georgetown Hurricane Preparedness Plan

The following procedure dictates pro-active precautions needed to ensure the plant buildings, materials and equipment are secured prior to, during and after threatening tropical storms or hurricanes.

In the event an area evacuation is ordered, American Gypsum will provide each employee with the toll free number (1-866-523-4324) to call to get updates on plant information.

## PREPAREDNESS PHASE: Prior to June 1

1. Educate all employees on inclement weather procedures and general hurricane preparedness during the month emergency action plan training is covered.
2. Plant management will track storms**,** keep employees abreast of current bulletins in regards to the tracking of impeding tropical disturbances, and their effect on plant operations.
3. Check and update the employee contact list that includes current phone numbers and addresses.
4. Individual departmental hurricane preparedness plan list reviewed in June with departmental personnel.

**Maintenance**

1. Inspect building siding and roof along with HVAC units and vent fans, making sure all are secure, remove any loose items from roof.
2. Inspect LS conveyors; make sure all hoods are secure.
3. Take an inventory of sand bags, making sure sufficient quantity of sand bags are in electrical rooms.
4. Check electrical room doors, make sure brackets for 2” x 4” are secure and the boards are available and located near electrical rooms where they will be used.
5. Check inventory of tie downs or come-alongs to be used for tying down conveyor take-ups is sufficient and on hand.

## PREPREPARATION PHASE: The National Hurricane Center reports indicate that storm conditions are possible in South Carolina.

1. American Gypsum management will continue to map the course of the hurricane and keep personnel updated regarding forecasted path, detailed maps and strike probabilities.
2. American Gypsum management will decide whether to “shut plant down” and begin shutdown and evacuation preparations if necessary.

**Loading**

1. Contact corporate logistics to advise them of possible storm.
   a. Loaded trailer pick up plan.
   b. When to cease loading operations.
   c. Carriers to pick up excess trailers if possible.
2. Contact CSX for rail car pick up.
3. Unload starch car if necessary.
4. Inventory dunnage board for roll up doors and request additional dunnage if necessary. Dunnage board inventory should be a minimum of 3,468 pieces (166.464 msf) of 1/2" TE 12’s.

5. Contact AmeriGas propane to schedule filling of bulk propane tanks.

**Maintenance**

1. Inventory loose items outside of plant.
2. Inventory diesel fuel level.
3. Non-permanent materials located on roof decks/pipe racks/open sided buildings should be removed and stored securely or strapped/anchored in place.
4. Re-check all fixed backup equipment such as the emergency generators, to make sure they are ready.
5. Check communication equipment.
6. Verify that all gasoline cans are full.

**Production**

1. Inventory loose items outside of plant.
2. Inventory and produce dunnage board for roll up doors if needed.
3. Prepare stucco inventory plans to minimize stucco inventory during plant shutdown decision stage.

**Production**

1. Move any loose objects indoors – pallets, trashcans, etc.
2. Plan to have outside dumpsters emptied and placed inside building at rail area.
3. Reduce stucco inventory levels.

**SHUTDOWN PHASE: The National Hurricane Center reports a tropical storm or hurricane warning for South Carolina is eminent. This phase indicates storm conditions have dictated a plant shutdown.**

1. A decision has been made to close and evacuate the plant in a safe and timely manner.
2. Plant meetings will be held and shutdown and evacuation preparations will begin. The employee contact list will be verified and plant employees will be reminded of the toll free number to monitor return to work messages.
3. Contact Carolina Gas Transmission and notify them of a "delivery pressure change request". The form to request this change is located in the safety folder on the F-Drive.

**Loading**

1. Relocate loaded paper trailers from drop lot to inside receiving.
2. Instruct tarping contractor to relocate any loose items under canopy to inside the plant.
3. Contact AmeriGas to fill bulk tanks.
4. Move propane bottles and racks into the forklift wash building.
5. Turn off all valves from propane bulk tanks and apply E-Stop.
6. Disconnect power.
7. Move all mobile equipment as close to maintenance shop as possible, remove keys and place in maintenance office.
8. Have all trailers picked up (loaded or empty).
9. Move any trailers remaining on site into the loading bays.
10. Move yard trucks into loading bays.
11. Place dunnage board inside of all roll up doors exposed to storm. (Doors – 8, 12-26, 28, 33, 68, 72, 76, 78) 3,468 pieces of wallboard needed.
12. Empty outside trashcans and move inside.
13. Unplug loading truck scale.

14. Move boxes of BOL and inventory and production reports to upper area of storage shelves
15. Disconnect computers and place on top of desk.

**Maintenance**

1. Close city water gate valves located inside of door 42.
2. Close main natural gas valve located near wet transfer.
3. Turn off all air compressors, including cooling system and air dryer.
4. Turn off all indoor lighting (except emergency lights).
5. Park maintenance carts inside gated fab shop area.
6. Put sand bags along the inside of exterior doors of MCC rooms.
7. Place 2” x 4” boards across exterior doors of MCC rooms.
8. Disconnect power to truck scale.
9. Verify all LS conveyor hoods are secure.
10. Install bolt in roof hatch in mill roof.
11. Cover stucco bins on top to prevent water penetration.

**Production**

1. Move objects away from doors that would be damaged if wet.
2. Move all dry raw materials to upper levels of racks or on receiving dock.
3. Move all end tape to upper levels of racks or on receiving dock.
4. Verify paper rolls are away from exterior walls.
5. Have outside dumpsters emptied and placed inside building at rail area.
6. Verify all roll up doors are closed and sealed at bottom.
7. Verify all man doors are latched.
8. Park CAT loaders inside of Blending Building reclaim area.
9. Park all other mobile equipment inside building near maintenance area.

## Saffir-Simpson Scale

| Saffir-Simpson Categories | Maximum Sustained Wind Speed (mph) | Minimum Surface Pressure (mb) | Storm Surge (ft.) |
|---|---|---|---|
| 1 | 74 – 95 | > 980 | 3 – 5 |
| 2 | 96 – 110 | 979 – 965 | 6 – 8 |
| 3 | 111 – 130 | 964 – 945 | 9 – 12 |
| 4 | 131 – 155 | 944 – 920 | 13 – 18 |
| 5 | 156+ | < 920 | 19+ |

# SEVERE WEATHER EMERGENCY PLAN

When severe weather threatens our facility, weather report updates from the National Weather Service will be monitored by the guard house personnel via the weather radio. When conditions result in the issuing of a Tornado Watch or Tornado Warning for our area, the shift foreman shall be notified. If a Tornado Watch is upgraded to a Tornado Warning the guard house personnel shall notify the shift foreman.

**A. Definitions:**

Tornado Watch – Local conditions are right for the development of tornados
Tornado Warning – A Tornado has been sited in the immediate area
All Clear – It is safe for employees to return to their work area

**In the event that a Tornado Warning is issued, the shift foreman and the on-duty guard will monitor the area and watch for signs of a tornado forming in the immediate area. The shift foreman will also monitor storm conditions via the computer at www.erh.noaa.gov. If a tornado is spotted in the immediate area, instructions will be given to employees to shut down operations using e-stops and proceed to designated shelter areas as calmly as possible.**

**B. Designated shelter areas:**

1. **OFFICE AREA**
   - All Administrative Office Employees: Under stairwell on ground floor of main office.

2. **PLANT AREA**
   - Knife Operator: Knife area restroom.
   - Wet End: Plant office restrooms.
   - Take Off: Plant office restrooms.
   - Loading Department: Loading restroom and loading storage room.[1] [2]
   - Blending Building: Blending building restroom.
   - Maintenance: Maintenance storage area or nearest designated shelter area when notified.
   - Plant Offices: Plant office restrooms or nearest designated shelter area when notified.
   - Utility Operators: Nearest designated shelter area when notified.
   - Guard: Knife area restroom.
   - Receiving Clerk: Plant office restrooms or maintenance storage area.

---

[1] Loading personnel in the rail car loading area are to report to the plant office restrooms
[2] Tarping personnel are to report to the designated shelter areas for the loading department



Revised Date: 2/25/2019
Last Updated: 08/20/2012

**All Clear**

When severe weather has passed, an "All Clear" will be announced via the radio. All employees are to remain in the designated shelter areas until the "All Clear" is given by the shift foreman. Once the "All Clear" is given all employees on site shall report to the main break room for a head count. After the head count is complete employees shall report to their work area and assess their respective work areas for damage.

**Injuries**

If any injuries occur as a result of severe weather the "Medical/First Aid Procedures" located in the "Accident Reporting and Investigating Policy" must be followed and the plant manager and plant safety technician must be notified as soon as possible.

**Structural/Equipment Damage**

If there is any structural and or equipment damage, the plant manager and maintenance engineer must be notified and they must make the determination as to whether or not it is safe to resume operations.

# Fall Protection Policy

**Purpose:**
The purpose of the fall protection policy is to protect all employees engaged in work activities that expose them to potential falls from elevations of greater than 4 feet. This policy establishes company procedures for use of Fall Protection. This policy complies with 29 CFR Part 1910.66 Subpart F and Appendix C.1

**Scope:**
This policy applies to all American Gypsum wallboard manufacturing facilities, departments and staff, vendors and contractors.

**Training:**
1. A competent person will provide all training
2. The trainer will document the attendance of all trainees
3. New employee safety orientation training will be given to all new employees
4. Position qualification safety training will be given to each employee training into a new position
5. Annual refresher training will be completed each calendar year
6. Task refresher training will be conducted based on employee need

**Definitions:**
A "competent person" means a person who is capable of identifying hazardous or dangerous conditions in the personal fall arrest system or any component thereof, as well as in their application and use with related equipment.

A "body harness" means a design of straps which may be secured about the employee in a manner to distribute the fall arrest forces over the thighs, pelvis, waist, chest and shoulders with means for attaching it to other components of a personal fall arrest system.

A "lanyard" means a flexible line of rope, wire rope, or strap which is used to secure the body harness to a deceleration device, lifeline, or anchorage.

A "snap-hook" means a connector comprised of a hood shaped member with a normally closed keeper, or similar arrangement, which may be opened to permit the hook to receive an object and, when released, automatically closes to retain the object.

**Types of Fall Protection Systems:**
1. Guardrail with toe board, mid rail and top rail
2. Personal fall arrest systems
3. Warning lines
4. Safety monitor systems

**Fall Protection Options:**
1. Engineering Controls
2. Guardrails
3. Personal fall protection systems

## Inspection Guidelines for Fall Protection Systems

***Guardrails***

1. Annual inspections will be completed by a competent individual
2. Withstand 200 lbs of force in any direction
3. Placed on all open sided floors

## Personal Fall Protection Systems

***Harness***

1. Full body harness will be used at all times
2. Only shock absorbing single/double lanyards or retractable lanyards will be used
3. Employees will inspect all fall arrest equipment before each use
4. The plant manager will designate a competent person to complete an annual inspection of all harnesses per manufacturer's specification. This competent person will maintain documentation of inspection
5. Harness storage will consist of hanging in an enclosed cabinet to protect from damage
6. All harnesses involved in a fall will be turned in to the safety coordinator and a new harness will be procured

***Lanyards***

1. Lanyards must be inspected before each use
2. Only shock absorbing single/double lanyards or retractable lanyards will be utilized
3. All lanyards will have self-locking snap hooks
4. Lanyard storage will consist of hanging in an enclosed cabinet to protect from damage
5. All lanyards that are involved in a fall will be turned in to the safety coordinator and a new lanyard will be procured
6. Self retracting lanyards will be inspected before each use
7. The plant manager will appoint a competent person to conduct monthly inspections of all self-retracting lanyards and to maintain documentation
8. Service self-retracting lanyards annually per manufacturer's specifications
9. Inspect for proper function after each fall

***Snap Hooks***

1. Snap hooks will be inspected before each use
2. All snap hooks involved in a fall will be turned in to the safety coordinator and new snap hooks will be procured

## Storage and Maintenance of Fall Protection Equipment:

1. Never store on the ground, outdoors, or in the bottom of a toolbox
2. Hang in a cool dry location that retains its shape
3. Follow the manufacturer's recommendations for inspections
4. Never force dry or use strong detergents to clean
5. Never store near excessive heat, chemicals, moisture, or sunlight
6. Never store in an area with exposure to corrosive elements
7. Avoid dirt or other types of buildup
8. Never use this equipment for any purpose other than fall arrest
9. Once exposed to a fall, remove from service

## Fall Restraint Rescue Plan

1. Each plant will develop, implement and maintain fall restraint rescue procedures.
2. The procedures detailed in this plan will cover the recovery of employees who fall and need to be rescued while suspended in their personal fall protection equipment. **See Appendix F1** to this policy.

## Fall Investigation

1. Document interviews with staff and witnesses
2. Complete an Employee injury/incident report
3. Maintain documents for annual review
4. Required every time a fall occurs whether or not it is considered an accident.

## Roof Safety Plan

1. Each plant will develop, implement, and maintain a Roof Safety Plan.
2. The plan will detail the safety requirements of employees when conducting work on facility roofs. **See Appendix F2** to this policy.

## Contractor Documentation

1. Contractors will be informed of the requirements to comply with this policy
2. Contractors will be informed at pre task meetings of these requirements as well as any other onsite safety rules that apply
3. Document all contractor meetings

# Forklift Operation Policy

**Purpose**
This policy is to establish uniform requirements designed to ensure that forklift training, operation and maintenance practices are communicated to and understood by the affected employees as regulated by OSHA Standard 29CFR1910.178.

**Scope**
It is the policy of the company to permit only trained and authorized personnel to operate forklifts. This policy applies to any employee who uses a forklift. The term “forklift” or “truck” may refer to all fork trucks, tractors, platform lift trucks, motorized hand trucks and other specialized industrial trucks powered by electric motors or internal combustion engines.

**Training**
***Initial Training and Evaluation***
*Classroom Portion:*
1. Review of operational handbook and safety training videos.
2. Review of company policies, rules and regulations for forklift operations.
3. Review of company policy for inspection and shutdown (red tag) procedures.
4. Specific instruction on forklift fundamentals, operating environment and operating procedures as listed on the *Employee Forklift Safety Training Log*. **See Appendix F3**.
5. Administration of the forklift operation written test. See **Appendix F4.**
6. The trainer shall update the *Employee Forklift Safety Training Log*, dating and initialing the specific items on the log covered during the training. The trainee shall date and initial the specific items on the log as acknowledgment of the training received.

*Operational Training Practice and Evaluation Portion:*
The trainer conducting the operational portion of initial training will perform practical, hands-on demonstrations for the employee being trained including equipment walk around and pre-operational inspection procedure. The trainee will practice operating tasks such as load handling, maneuvering, fueling, traveling, stopping, starting and other activities under the conditions which will be encountered in the use of the forklift. At the completion of hands-on training, an evaluation of the trainee’s ability to handle the forklift safely in the workplace will be conducted by a certified trainer.

The certified trainer will update the Operational Training Practice portion of the *Employee Forklift Safety Training Log*. The trainer shall date and initial the specific items on the log covered during the training. The trainee shall date and initial the specific items on the log as acknowledgment of the training received.

Once the evaluation is complete and the employee has successfully completed the training course, the site Safety Manager will designate the employee as a “Certified Forklift Driver”.

*Testing:*
During training and performance testing, oral and/or written tests shall be given by the trainer to measure the skill and knowledge of the operator in meeting the requirements of the OSHA Standard. The Company has established a pass/fail requirement for such tests. The trainer may delegate such testing to others but shall remain responsible for the testing. Appropriate records shall be kept.

***Refresher Training***

*Refresher training is required if:*

- An operator is involved in an accident or a near-miss accident.
- An operator has been observed operating the vehicle in an unsafe manner.
- An operator has been determined during an evaluation to need additional training.
- There are changes in the workplace that could affect safe operation of the forklift.
- An operator is assigned to operate a different type of truck.

When refresher training is triggered by any of the circumstances listed above, the company will ensure that the operator continues to have the knowledge and skills necessary to operate the forklift. The refresher training will also include an informal evaluation component that will involve observing the operator to ensure that the operator has mastered the skills necessary to address any performance deficiency or has developed the skills necessary to operate a new type of truck.

The type and amount of training needed in refresher training will depend on several factors including the different characteristics of the new type of truck or terrain, the practice or practices that an evaluation indicated needed improvement, the nature of the unsafe act and the potential for an accident to occur.

Reasons for refresher training along with specific training topics and evaluation results will be documented. The person conducting the refresher training will sign and date the report and the employee receiving the refresher training will sign and date the report as acknowledgment of the training. The reason for refresher training will also be logged and dated on the *Employee Forklift Safety Training Log*.

***Annual Re-certification***

An evaluation of each forklift operator's performance will be conducted at least once every year to ensure that the employee has retained and continues to use the knowledge and skills necessary for safe operation of the vehicle. This evaluation will consist of having a trainer observe the operator performing several typical operations to ensure that the forklift is being operated safely. Specific items covered in the evaluation will be documented on the *Employee Forklift Safety Training Log*. The trainer shall date and initial the specific items on the log covered during the evaluation. The trainee shall date and initial specific items on the log as acknowledgment of the training received.

**Administrative Duties**

The Human Resources Coordinator will identify all new employees in the employee orientation program and coordinate with the site Safety Director to schedule classroom instruction and forklift operating orientation for these employees.

The site Safety Director will maintain records of employee training. The site Safety Director will ensure that forklift trainers maintain current training skills in forklift classroom instruction and forklift operating orientation.

The trainers will conduct the classroom training and forklift operating orientation, update the *Employee Forklift Safety Training Log* for each employee and return the log to the site Safety Director.

**Inspections**

***Pre-Operational Inspection Procedures***

A. Inspection Procedures

Prior to the first use of that shift, employees shall inspect the truck they are assigned to and complete the Mobile Equipment Daily Checklist. If the truck checks out okay (this includes adequate fluid

levels and functional safety items) employees shall proceed with their assignments. Maintenance items that do not require immediate attention shall be noted on the checklist form. After the truck is inspected, one copy of the completed form shall be left on the equipment. If an employee is going to use a truck that has already been inspected during the shift (and a current completed form is on the truck) it does not need to be checked again unless the truck does not operate correctly. The checklist will be turned into the foreman at the end of the shift. **See Appendix F5.**

If certain safety items on the truck are not functional, the employee shall notify their supervisor, and the Red tag procedure described below shall be implemented.

B. Red tag procedures

Items that require an immediate shutdown of a piece of equipment are listed below:

1. Inadequate brakes
2. Inadequate steering
3. Fuel leaks (propane, diesel or gas smell detected)
4. Nonfunctional back up alarm
5. Nonfunctional warning horn
6. Nonfunctional beacon light (if equipped with such a device)
7. Missing or damaged fire extinguisher. If the extinguisher can be replaced immediately, the red tag procedure does not have to be implemented but a functional extinguisher must be on the equipment before it is operated.
8. Governor (if equipped with such a device)
9. Any other item that would render the forklift unsafe

Equipment that has been red tagged cannot be put back into service until it is repaired and an authorized maintenance employee has signed and removed the tag. Signed-off tags shall be attached to the inspection form in the designated box in the forklift repair area.

***Periodic Inspections***

Periodic inspections are in conjunction with the particular truck's maintenance or service schedule. Maintenance schedules are normally expressed in days and operating/running hours based on the manufacture's recommendations for that piece of equipment. The maintenance department manager is responsible to ensure all trucks are on a maintenance schedule and will retain all truck inspection checklist forms for each piece of equipment for at least six (6) months for daily inspections, two (2) years for annual inspections. **See Appendix F6**.

**Fuel Handling and Storage**

The storage and handling of liquid fuels such as gasoline and diesel fuel shall be in accordance with NFPA Flammable and Combustible Liquids Code (NFPA No.30-1969).

The storage and handling of liquefied petroleum gas fuel shall be in accordance with NFPA Storage and Handling of Liquefied Petroleum Gases (NFPA No. 58-1969).

LP gas cylinders are to be refilled from the bulk storage tank by designated and qualified employees only.

Never smoke in fueling areas or while carrying an LP cylinder (empty or full).

Never fuel a truck while the engine is running.

**Battery Charging and Changing**

Only personnel who have been trained in this procedure shall perform this work.

**Pedestrians**

**Pedestrians shall not approach within 5 feet (in any direction) of a forklift with an operator at the forklift controls until they have been made aware of their presence and not until the operator has stopped the forklift, lowered the machine forks/load all the way to the floor/ground, set the parking brake and turned off the engine. If a pedestrian attempts to approach an operating forklift with an operator at the controls, the forklift operator must direct the pedestrian to stay back and not approach until the forklift has been stopped, the forks/load have been lowered to the floor/ground, the parking brake set, and the engine turned off. After a pedestrian has approached a forklift the forklift operator must not restart the engine, release the parking brake, or raise the forks/load until the pedestrian is at least 5 feet away from the forklift. In all cases, good judgment must be used to determine the safe approach distance. In certain situations, the 5 foot approach distance may not be adequate and must be increased as appropriate for the situation**.

All pedestrians must:

1. Use designated pedestrian walkways when possible
2. Look out for trucks and give them the right of way.
3. Listen for horns and other warning devices.
4. Use any provided mirrors to assist with vision around corners.
5. Do not walk in front of, behind, or beside a forklift.
6. Never walk or stand under a raised load.
7. Do not hitch a ride on a powered industrial truck.

**Operating Procedures**

***Driving***

Forklifts shall be operated in a safe manner and in consideration of continually changing working conditions.

1. All required personal protective equipment including seat belts shall be worn while operating equipment.
2. Horns shall be used when backing out of aisles and blind corners to warn pedestrians and other equipment operators.
3. Forklifts and other types of mobile equipment shall have the primary right of way. However, operators shall retain the responsibility for safe control of their machines and safe awareness of surrounding workplace conditions/pedestrians at all times.
4. Traffic patterns shall be established to match operating conditions and these patterns shall be adhered to by all forklift operators.
5. Travel at speeds that will permit vehicles to stop safely at all times.
6. Avoid quick starts/changes of direction.
7. Turns must be negotiated by reducing speed and turning the steering wheel with a smooth, sweeping motion.
8. Maintain forks in proper position.
9. Drive properly in reverse.
10. Cross railroad tracks at an angle.
11. Do not engage in stunt driving or horseplay.
12. Drive slowly over wet or slippery floors.
13. When the forks are empty, travel with the forks at a negative pitch as low to the floor as practical.
14. When operating a narrow-aisle-reach truck that is unloaded, do not travel until the forks are fully retracted and positioned at a negative pitch as low to the floor as practical.

15. Do not run over loose objects on roadway surfaces.
16. Maintain a clear view of the direction of travel at all times. Look in direction of travel.
17. No other personnel may ride on any forklift.
18. Keep all body parts within the truck.
19. Do not allow anyone to place their arms or legs between the uprights of the mast or outside the running lines of the truck.
20. Do not drive trucks up to anyone standing in front of a bench or other fixed object.
21. Forklift operators shall not leave a forklift unattended unless the forks have been lowered all the way to the floor and the lever lock or emergency brake has been engaged. If an operator intends to walk further than twenty-five feet or out of sight from the forklift, the engine will need to be turned off in addition to lowering the forks all the way to the floor and engaging the emergency brake. NO EXCEPTIONS.
22. Be aware of headroom under overhead installations, lights, pipes, door beams and sprinkler systems.
23. Do not block access to fire or emergency exits, stairways, fire equipment or electrical panels.
24. Dockboards and bridge plates must be secured before vehicles cross over them. Be sure they do not exceed rated weight limits.
25. Do not park on inclines, ramps or dock plates. If you must park on an incline, block the wheels.
26. Clean up all fluid leaks (oil, hydraulic, transmission, etc) from the floor.

If a warning device comes on, stop the truck as soon as possible.

**Load Lifting and Carrying**

1. Operators shall read and comply with load limits listed on the data plate of the forklifts.
2. Forklift operators shall not begin loading trucks at the loading docks until chocks have been set under the rear wheels of the trailer to prevent it from moving during the loading operation.
3. Do not allow anyone to stand or pass under the elevated portion of any forklift whether empty or loaded.
4. Keep a clear view of the path of travel and look for other traffic, personnel, and safe clearances. If the load being carried obstructs forward view, travel in reverse with the load trailing.
5. When traveling with a load, travel with the load as low to the floor as practical with the load tilted back slightly for improved stability.
6. Travel with the load uphill when ascending or descending a grade or incline.
7. Do not attempt to move loads on broken pallets.
8. When backing up, watch for obstructions and pedestrians, blow the horn, back up slowly and lower the forks.

Forklift operators are permitted to refuel forklifts by changing out fuel cylinders. The following procedures are to be adhered to when changing out LP gas tanks on forklifts.

1. Put on polypropylene gloves and a face shield.
2. Close valve on empty LP cylinder, disconnect empty cylinder from the forklift valving, and replace with full LP cylinder.
3. Strap in the new LP cylinder and re-connect the forklift valve securely to the LP cylinder outlet.
4. Open LP cylinder valve and listen for leaks.
5. If leaking, close LP cylinder valve and slowly disconnect again from the forklift valving. Try to re-connect. If still leaking, try a different cylinder and notify the supervisor of the faulty cylinder.
6. If no leaks are present, forklift may be utilized.

***Note: Under no circumstances shall a forklift be operated with a leak in the fuel system***

Battery charging installations shall be located in areas designated for that purpose.

Facilities shall be provided for flushing and neutralizing spilled electrolyte, for fire protection, for protecting charging apparatus from damage by trucks, and for adequate ventilation for dispersal of fumes from gassing batteries.

Reinstalled batteries shall be properly positioned and secured in the truck.

A carboy tilter or siphon shall be provided for handling electrolyte.

When charging batteries, acid shall be poured into water, water shall not be poured into acid.

Trucks shall be properly positioned and brake applied before attempting to change or charge batteries. Care shall be taken to assure that vent caps are functioning. The battery (or compartment) cover(s) shall be open to dissipate heat.

Smoking shall be prohibited in the charging area.

Precautions shall be taken to prevent open flames, sparks, or electric arcs in battery charging areas.

Tools and other metallic objects shall be kept away from the top of uncovered batteries.

**Maintenance**

Any forklift not in safe operating condition shall be removed from service. All repairs shall be made by authorized personnel.

Trucks in need of repair to the electrical system shall have the battery disconnected prior to such repairs.

All parts of any such truck requiring replacement shall be replaced only by parts equivalent as to safety with those used in the original design.

Trucks shall not be altered so that the relative positions of the various parts are different from what they were when originally received form the manufacturer, nor shall they be altered either by the addition of extra parts not provided by the manufacturer or by the elimination of any parts, except when converting the truck from gasoline fueled to liquefied petroleum gas fueled. Additional counter weighting of fork trucks shall not be done unless approved by the truck manufacturer.

When the temperature of any part of any truck is found to be in excess of its normal operating temperature, thus creating a hazardous condition, the vehicle shall be removed from service and not returned to service until the cause for such overheating has been eliminated.

Trucks shall be kept in a clean condition, free of lint, excess oil, and grease. Noncombustible agents should be used for cleaning trucks. Low flash point (below 100 F.) solvents shall not be used. High flash point (at or above 100 F.) solvents may be used. Precautions regarding toxicity, ventilation and fire hazard shall correspond with the agent or solvent used.

# Hazard Communication Policy

**Purpose**
The purpose of this hazardous communication policy is to assist American Gypsum Company employees in the correct usage of all chemicals found in the work place, where to find information pertaining to those chemicals, and how to interpret that information.

**Scope**
American Gypsum Company is complying with the requirements of OSHA's Hazard Communication Standard 29 CFR 1919.1200 (e) by compiling and maintaining a list of hazardous chemicals and SDS (Safety Data Sheets), and ensuring that containers are labeled. Employees are trained in the areas of right to know, labeling, SDS, and where to obtain these records.

This program applies to all work operations at American Gypsum where employees may be exposed to hazardous substances under normal working conditions or during an emergency situation.

**Training Requirements**
***New Employee***
*During employee orientation:*
1. Receive training utilizing audiovisual, classroom instruction and written test in right to know, labeling and SDS sheets.
2. Receive instruction on where written program copies are located.
3. Employee may review program at those locations.
4. Contact person (s) are identified for help in determining correct chemical products used at his job location.
5. What procedures to take if contact occurs with a hazard material.
6. Location of SDS sheets or information.

***Additional Training***
Yearly review on right to know, labeling and SDS will be given to all employees during a monthly supervisor training session, by the Site Safety Manager or other qualified person

**Company Responsibilities**
American Gypsum Company designates an employee (s) who is responsible for writing, communicating, and enforcing the hazard communication program.

The company is responsible to utilize only contractors who have a good safe work history and to dismiss contractors for not following company policies and procedures.

**Site Safety Director Responsibilities**
1. Develop and maintain the written program.
2. Communicating and enforcing the hazard communication program
3. Provide technical support.
4. Provide assistance in training supervisors and employees.
5. Conduct periodic audits of the program.
6. Receive copy of SDS.
7. Maintain work area SDS binders, with current SDS pertaining to the area.
8. Ensure each area SDS binder is updated as new Hazardous chemical inventory indexes are received. .

9. To see that contractors follow company policies and procedures

**Receiving Clerk or Designated Employee Responsibilities**

Receives new SDS (Material Data Safety Sheet).

1. Enters data from SDS into Computer Data base to update chemical inventory indexes.
2. Forwards copy of SDS for inclusion in appropriate area SDS binders.
3. Places original SDS into Master SDS binder.
4. Sends updated chemical inventory indexes to Site Safety Director as required.
5. Releases product and copy of SDS to foreman of area requesting the product.

If SDS is **not** received with new chemical product, contact supplier immediately and obtain SDS before releasing product for use. Product will not to be released for use until SDS is received.

Assure all products have manufactures original labeling attached to product and supplies secondary container labeling when required.

**See appendix H1** for secondary labeling example.

**Department Heads Responsibilities**

1. Ensure safe usage of all chemicals in their department.
2. Ensure all employees in their area are trained in right to know, labeling, and SDS use and locations.
3. Ensure new SDS go to Department Supervisors for review with department employees.
4. Ensure that all Primary and secondary containers are labeled.
5. Ensure that contractors follow company hazardous communication program.

**Foreman Responsibilities**

1. Ensure that all employees and contractors are utilizing the Hazard Communication program.
2. Ensures employees are trained in: right to know, labeling and use of SDS (Material Data Safety Sheet) and their locations.
3. Provide assistance to employees in understanding individual SDS sheets.
4. Reviews all new SDS with employees on their crew before any new product is used.
5. Monitor their area to insure all containers are properly labeled.
6. Obtain from parts clerk or designated employee new labels for any container not properly marked and apply to container.

**Employee Responsibilities**

1. Use the training and procedures of the Hazard Communication Program.
2. Review new SDS when received in their department.
3. Review a copy of the plan in the company Safety Manual, which has been distributed to all foremen and superintendents offices.
4. Request and apply labeling to any new or old container where there is no label or old label is not readable.

# Hearing Conservation Policy

**Purpose**
The purpose of this policy is to provide a hearing conservation program at American Gypsum that complies with CFR 1910.095.

**Scope**
This policy applies to all employees.

**Training Program**
Participation in the training program for all employees is mandatory and will take place upon hire and annually.

Employees will be trained in the following:
1. The effects of noise on hearing.
2. The purpose of hearing protectors, the advantages, disadvantages, and attenuation of various types.
3. Instructions on selection, fitting, use and care of hearing protection.
4. The purpose of the Audiometric Testing Program

**Definitions**
**A Scale:** The setting on a sound level meter that most closely resembles the way the human ear hears.

**Audiogram:** A test of an individual's hearing threshold level as a function of frequency.

**Baseline Audiogram:** The audiogram against which future audiograms are compared.

**dBA:** Decibel level using the A Scale.

**Decibel (dB):** Unit of measurement of sound level.

**Hertz (Hz):** Unit of measurement of frequency, numerically equal to cycles of a sound wave per second.

**Standard Threshold Shift:** A change in hearing threshold relative to the baseline audiogram of an average of 10dB or more at 2000, 3000, and 4000 Hz in either ear.

**Time-Weighted Average Sound Level (TWA):** Weighted average sound level over a given amount of time, usually eight hours.

**Audiometric Testing Program**
Employees will be given a base line Audiogram within one year of an employee's hire date. Employees working in jobs with an identified exposure to an eight hour TWA of 85dB or greater must participate in the Hearing Conservation Program annually. Other employees will be offered the opportunity to have their hearing tested annually as part of the company's health and wellness program.

If it is established that a STS has occurred the employee shall be informed of this fact in writing within 21 days of the determination.

The attenuation of the hearing protection being worn by employees must be re-examined if hearing

protection was in use at the time of the STS. Employees will be retrained in the proper use of hearing protection.

**Hearing Protection**

Hearing protection will be made available to any employee at no cost and can be replaced as necessary.

Employees will be required to wear hearing protection as a Company policy.

If there has been a STS, the hearing protectors must attenuate employee exposure to a TWA of 85 decibels.

Hearing protection must be re-evaluated if there is an increase in noise levels.

**Responsibilities**

The Site-Safety Director is responsible for administering this program and making sure that the program is in compliance with 29 CFR 1910.95 and all applicable appendices.

The Site-Safety Director is responsible for:

1. Testing for noise exposure in the workplace and for individual employees.
2. ***A Monitoring Program.***
3. Posting the Regulation 29 CFR 1910.95 in the workplace
4. An ***Audiometric Testing Program.***
5. Offering a variety of hearing protection
6. A ***Training Program.***
7. Keeping noise exposure records for 2 years.
8. Maintaining employee audiometric test records for the duration of the employee's employment.

The Department Heads are responsible for:

1. Enforcing the hearing protection program.

Employees are responsible for:

1. Wearing their hearing protection properly.

**Monitoring Program**

Monitoring will be repeated whenever a change in production, process, equipment or controls increases noise exposures to the extent that:

1. Additional employees may be exposed
2. Hearing protectors being used may not be adequate to meet reduction requirements.
3. A current list of all employees required to participate in the mandatory Hearing Conservation program will be maintained. This list will be provided to the vendor providing annual hearing tests to identify those employees in the mandatory Hearing Conservation Program. All employees will be notified of the monitoring results.

**Access to Records**

All records required by this section shall be provided upon written request to employees, former employees, representatives designated by the individual employee and the Assistant Secretary of the Dept. of Labor.

In the case that the company ceases to do business, all records will be transferred to the successor employer

# Hoists and Overhead Crane Policy

**Purpose:**
Provide guidance and establish procedures for the use of hoists and overhead cranes to ensure the safe operation of this equipment. This policy complies with 29 CFR 1910.179

**Scope:**
This policy applies to all American Gypsum wallboard manufacturing facilities, departments and staff, vendors and contractors.

**Training:**
1. A competent person will provide all training
2. The trainer will document the attendance of all trainees
3. New employee safety orientation training will be given to all new employees
4. Position qualification safety training will be given to each employee training into a new position
5. Annual refresher training will be completed each calendar year
6. Task refresher training will be conducted based on employee need

**Definitions:**
A “hoist” is an apparatus which may be part of a crane, exerting a force for lifting or lowering.
An “overhead crane” means a crane with a moveable bridge carrying a movable or fixed hoisting mechanism and traveling on an overhead fixed runway structure.

**Responsibility:**
The site safety manager will insure that an annual inspection is completed and documented for each hoist on the site.
Periodic checks will be determined by usage. The site safety director will determine frequency of these checks.

**Mandatory Checks and Procedures:**
1. Pre-operational checks
2. Operational checks
3. Planning the lift
4. Operational rules
5. Shutdown procedures

***Pre-operational checks:***
1. Verify that the annual inspection was completed by checking inspection sticker
2. Rated load of the crane plainly marked on each side
3. Safety latch
4. Check for cracks, twisting and excessive wear
5. Load block
6. Rope and chain
7. Drum hoist
8. Drum Guide
9. Visually check overhead crane itself
10. The operator will do a check at the start of each shift

***Operational check:***

1. Activate and test operational controls.
2. Test for proper hoisting and lowering
3. Test upper and lower brake and limit switches.
4. Test the load brake. If found inadequate, tag it "out of service"**.**
5. The operator will do a check at the start of each shift

***Plan the lift:***

1. Weight dimensions and characteristics of the load
2. Sling and hookup methods
3. Site-specific details or special precautions
4. Center of gravity considerations

***Operational rules:***

1. Do not operate a crane/hoist unless trained and authorized
2. Do not remove or obscure warning labels or signs.
3. Do not operate hoists with twisted, kinked, badly worn, or damaged chain or wire rope.
4. Use only approved slings or hooks. Never use hoist chain or wire rope as a sling.
5. Do not operate the hoist unless upper and lower limit switch stops are operating properly.
6. Do not use limit switches as normal operating stops. Stop the motion of the hoist with the control device.
7. The weight of the load to be hoisted must not exceed the maximum allowed load of the crane.
8. Sling correctly. Don't swing or drag a load.
9. Avoid operating the crane when hooks are not centered under the hoist. Be sure the hoist trolley or other support mechanism is correctly positioned for handling before lifting the load.
10. Check the area for people, obstructions, and/or obstacles. Make sure the load path is safe and clear before moving the load.
11. Never hoist or move loads over personnel.
12. Never allow anyone to stand or walk under a load. Do not allow anyone in the work area of the overhead crane.
13. Never hoist, lower, or travel if anyone is on the crane, sling, load, or hook.
14. Never leave a load hanging or unattended.
15. Loads that cannot be seen by the operator require a signal person. The operator and signal person must be familiar with the operation.

***Shut down procedure:***

1. Lower the load to ground level.
2. Disconnect the hook.
3. Remove lifting equipment accessories.
4. Lift crane to the upper limit.
5. Place all operational switches in the off position.
6. Turn power off

# Lockout / Tagout Policy

**Purpose:**
The OSHA lockout/tag out standard requires the development, documentation, and use of energy control procedures whenever workers perform operations covered by this standard. The American Gypsum Lockout/Tagout policy establishes company procedures for the use of energy-isolating devices. This policy complies with 29CFR Part 1910.147

**Scope:**
This policy applies to all American Gypsum wallboard manufacturing facilities, departments and staff, vendors and contractors. It covers the servicing and maintenance of machines and equipment in which the unexpected start up or energization of the machines or equipment, or release of stored energy, could cause injury to employees.

1. Lockout devices are used to ensure that equipment and machinery are isolated from all potentially hazardous energy.
2. Equipment and machinery must be locked out and/or tagged out, and tested before employees perform any servicing or maintenance on that equipment or machinery.
3. Any employee who fails to properly follow the Lockout/Tagout policy will receive disciplinary action, up to and including termination. Progressive discipline may not apply.

**Training:**
1. A competent person will provide all training.
2. The trainer will document the attendance of all trainees.
3. New employee safety orientation training will be given to all new hires.
4. Position qualification safety training will be given to each employee training into a new position.
5. Annual refresher training will be completed each calendar year and must include a review of the plant specific format utilized to identify and isolate energy sources for plant equipment.
6. Task refresher training will be conducted based on employee need in addition to a requirement for each authorized employee to demonstrate knowledge of the “job specific” lock out procedures as part of the individuals annual performance review.

**Definitions:**
An “affected employee” is an employee whose job requires him/her to operate a machine or equipment when maintenance or servicing may be performed or is being performed.

An “authorized employee” is a person who locks out or tags out machines or equipment in order to provide maintenance or servicing on that equipment.

**Responsibility:**
1. The site safety manager is responsible for initial and formal training of employees on lockout/tagout policy.
2. The site safety manager will maintain the training records of all employees included in these training sessions.
3. Supervisors will train and instruct their employees on the specific lockout/tagout procedures for their work area.
4. Supervisors will insure that all employees who are authorized to service equipment receive training on appropriate lockout/tag out and energy control plans.
5. Department managers will ensure that lockout/tagout devices are available for all equipment or

processes within their departments.
6. Department managers will insure that locks/tags are issued to authorized employees.
7. Department managers will coordinate activities of contractors or temporary employees that may affect lockout/tagout procedures.
8. Department managers will maintain a list of lockout/tagout points for each machine or area in their department.
9. The site safety manager will maintain a master list of lockout/tagout points
10. An accident or violation of Lockout/Tagout procedures will result in development and posting of specific procedures for that piece of equipment.

**Basic Rules:**
1. Familiarize employees with energy sources and hazards
2. Only authorized employees de-energize and secure machinery or equipment
3. Only authorized employees re-energize machinery or equipment
4. During shift relief times, a piece of equipment or machinery may have a change in the authorized employees servicing that equipment. In this instance the employee departing must take their lock off and allow the employee relieving them to put their lock on the piece of equipment. Standard procedures for checking that equipment must still be followed by the employees servicing that equipment.
5. Group lockout systems are authorized. They must have site-specific procedures developed for those systems.

**Shutdown Rules:**
1. Notify all affected employees that a piece of equipment or machinery is going to be locked out and tagged out as well as the reason why it is being performed.
2. Shut the machinery down using normal shut down procedures
3. Operate the appropriate switches, valves, or other energy isolating devices so the equipment is isolated from its energy source(s).
4. Lockout or tagout the energy isolation device with assigned locks or hasps. Each employee must attach their own lockout and/or tagout device. A department manager must authorize the use of Tagout only in those instances where a tag must be applied. This could happen in an instance where a lock cannot be used and a tag needs to be used instead.
5. Verify that the isolation and de-energization of the equipment is complete by testing it.
6. Return all controls to the neutral or off positions.
7. The machinery or equipment is now considered locked out.
8. During shift relief times, a piece of equipment or machinery may have a change in the authorized employees servicing that equipment. In this instance, the employee departing must take their lock off and allow the employee relieving them to put their lock on the piece of equipment. A supervisor will leave his lock on equipment that is out of service when no one will be there to work on it for a period of time.
9. Each lockout lock must identify the employee it belong to and should be uniform in nature.

**Start-up Rules:**
1. Check the area to ensure all employees are safely positioned. Remove all tools, materials, and parts from the immediate area of the machine
2. Equipment components and guards must be replaced. Remove all lockout/tagout devices. Each employee must remove their own device.
3. Notify affected employees after removing locks or tags but prior to starting machinery.
4. Turn on main power, electrical disconnect, hydraulic system, pneumatic system etc.

5. Turn equipment on if required to be on.
6. Only the person who placed the lockout or tagout device may remove it. If circumstances prevent the person who placed the device from removing it, the shift supervisor must call or contact the employee and either have them return to the site to remove it or receive permission from the employee and the department superintendent to remove it. If the employee cannot be contacted, the device can only be removed in the presence of the department manager or plant manager. The local removal checklist must be filled out and be signed by the two supervisors. This form must be turned into the safety director.

**Testing or Positioning of Equipment Rule:**

This policy, IAW 29CFR Part 1910.147(f), allows the temporary removal of locks or tags and the re-energization of the machine or equipment for special conditions, such as when power is needed for the testing or positioning of the machine, equipment, or components. The re-energization must be conducted in accordance with the step listed below:

1. Clear the machines or equipment of tools and materials.
2. Remove employees from the machine or equipment area.
3. Remove the lockout or tagout device as specified.
4. Energize the machine or equipment and proceed with testing and positioning.
5. De-energize all systems, isolate the machine or equipment from the energy source, and reapply lockout or tagout devices as specified.

# Personal Protective Equipment (PPE) Policy

**Purpose**

This plan establishes a program and procedures for personal protective equipment used at American Gypsum Company (the company). The program supports compliance with the Occupational Safety and Health Administration (OSHA) Subpart I, Hazard Communication Standard of 29 CFR 1910.132, 1910.133, 1910.134, 1910.135, 1910.136, 1910.137 and 1910.138.

**Scope**

The program applies to all company employees, vendors and contractors upon entering the plant and warehouse area.

**Training**

Department Managers (along with the assistance of the site Safety Manager) shall be responsible for ensuring that each employee is trained to know at least the following:

1. When PPE is necessary
2. What PPE is necessary?
3. How to properly wear assigned PPE (don, doff, and adjust)
4. The limitations of the PPE
5. The proper care, maintenance and useful life of the PPE

Each employee shall demonstrate an understanding of the training and the ability to use PPE properly, before being allowed to perform work requiring the use of PPE.

**Frequency:**

The Site Safety Manager is responsible to ensure that each employee receives initial PPE training during the New Hire Orientation training. The Department Manager for the employee will also train the employee during the departmental orientation process.

Retraining shall occur when:

1. There are changes in the workplace rendering previous training obsolete.
2. Changes in the types of PPE to be used render previous training obsolete.
3. Inadequacies in an employee's knowledge of use of assigned PPE indicate that the employee has not retained the requisite understanding or skill.

The site Safety Manager shall be responsible for maintaining a certified record of employee PPE training that contains the name of each employee trained and the date of training.

**Hazard Assessment and PPE Selection Guidelines**

Department Managers (along with the assistance of the site Safety Manager) shall be responsible for assessing the workplaces in their areas of responsibility to determine if hazards are present, or likely to be present, which necessitate the use of personal protective equipment (PPE). If such hazards are determined to be present, the following procedures shall be adhered to:

1. All Employees shall be required to use the type of PPE that will protect them from the hazards identified in the hazard assessment.
2. Selection decisions shall be communicated to the employee.

3. The PPE selected shall properly fit the employee.

Department Managers (along with the assistance of the site Safety Manager) shall be responsible for verifying that the required workplace hazard assessment has been performed through a written certification that identifies the workplace evaluated; the person certifying that the evaluation has been performed; the date of the hazard assessment and identification of the document as a certification of hazard assessment. All such hazard assessments performed shall consider the basic hazard categories listed below:

1. Impact.
2. Penetration.
3. Compression (roll-over).
4. Chemical.
5. Heat.
6. Harmful dust.
7. Light optical radiation (welding, brazing, cutting, heat treating, etc.)

**General**

1. Loose clothing shall not be worn in any job near moving machinery.
2. Long sleeve shirts must be buttoned at the wrist.
3. Loose fitting shirts must be tucked into pants.
4. Long hair must be tied back and tucked into the hard hat so as not to become entangled in equipment.
5. No exposed jewelry shall be worn that has a potential to be caught up in moving machinery or electrical sources or that can cause injury (such as rings, earrings, bracelets, etc).
6. Refer to the American Gypsum Employee Safety Rule Book for other detailed safety rules regarding Personal Protective Equipment.

**Cleaning and Maintenance**

Every employee shall be responsible for keeping his/her assigned PPE clean and properly maintained so that the PPE provides the requisite protection. Cleaning is particularly important for eye and face protection where dirty or fogged lenses could impair vision. Department Managers shall be responsible for ensuring that the employees under their supervision comply with PPE cleaning responsibilities. Employees shall be responsible not to use PPE that is damaged or defective.

**Eye and Face Protection 1910.133**

All employees shall use appropriate eye or face protection when exposed to eye or face hazards from flying particles, molten metal, liquid chemicals, acids or caustic liquids, chemical gases or vapors, or potentially injurious light radiation.

Each employee shall use eye protection that provides side protection when there is a hazard from flying objects.

Each employee who wears non-safety prescription lenses while engaged in operations that involve eye hazards shall wear eye protection that can be worn over the prescription lenses without disturbing the proper position of the prescription lenses or the protective lenses.

Each employee shall use equipment with filter lenses that have a shade number appropriate for the work being performed for protection from injurious light radiation. **See Appendix P1**.

Safety glasses shall be worn under appropriate face shields during cutting, welding, or brazing operations.

All eye and face devices shall meet or exceed American National Standard Practice for Occupational Educational Eye and Face Protection ANSI Z87.1-1989.

**Respiratory Protection 1910.134**

Employees whose only use of respirators involves the voluntary use of filtering face-pieces (dust masks) are not regulated by this standard.

A Department Manager may provide respirators at the request of employees or permit employees to use their own respirators, if the Department Manager determines that such respirator use will not in itself create a hazard. If the Department Manager determines that any voluntary respirator use is permissible, the Department Manager shall provide the respirator users with the information contained in Appendix D of the OSHA Standard 1910.134 ("Information for Employees Using Respirators When Not Required Under the Standard"). Refer to the "Respiratory Protection Plan" section of the written safety program in this manual for further information.

**Head Protection 1910.135**

All employees shall wear protective helmets when working in areas where there is a potential for injury to the head from falling objects or from confinement. The helmets shall be designed to reduce electrical shock hazard when near exposed electrical conductors which could contact the head. All protective helmets shall meet or exceed the American National Standard for Personal Protection - Protective Headwear for Industrial Workers Requirements ANSI Z89.1-2003.

Helmets and suspensions must be replaced in accordance with the manufacture recommendations. The entire helmet must be replaced no more than five years from the date stamped on the helmet. The user must inspect the helmet regularly. Wear or damage noticed during a regular inspection must be the determining factor for possible replacement. In any case, always replace the helmet after it has withstood impact or penetration.

**Foot Protection 1910.136**

All employees shall wear protective footwear. All footwear shall meet or exceed the American National Standard for Personal Protection - Protective Footwear ANSI Z41-1991.

**Electrical Protective Devices 1910.137**

Insulating blankets, matting, covers, line hose, gloves and sleeves made of rubber shall meet all the design requirements of the OSHA standard as specified in 1910.137.

**Hand Protection 1910.138**

Employees that are exposed to hazards such as those from skin absorption of harmful substances, severe cuts or lacerations, severe abrasions, punctures, chemical burns, thermal burns or harmful temperature extremes shall be required to wear appropriate hand protection.

Department Managers shall base the selection of the appropriate hand protection on an evaluation of the performance characteristics of the hand protection relative to the task(s) to be performed, conditions present, duration of use, and the hazards and potential hazards identified.

# Respiratory Protection Policy

**Purpose**
The purpose of this program is to provide information and guidance on the proper selection, use, and care of respirators. This program is in compliance with CFR 1910.134.

**Scope**
This program applies to all American Gypsum Employees who may need to wear a respirator to perform assigned duties.

**Definitions**
**Air purifying respirators (APR)** – a type of respirator that removes specific contaminants from air by use of filters, cartridges or canisters by passing ambient air through the air-purifying element. APRs do not supply oxygen.

**Canister or cartridge** – a canister with a filter, sorbent or catalyst, or combination of these items, which removes specific contaminants from the air passed through the container.

**Fit test** – use of a protocol to qualitatively evaluate the fit of a respirator on an individual.

**Qualitative fit test (QLFT)** – a pass/fail test to assess the adequacy of respirator fit that relies on the individual's response to the test agent.

**Quantitative fit test (QNFT)** – an assessment of the adequacy of respirator fit by numerically measuring the amount of leakage into the respirator.

**Program Elements**

**Evaluation of Airborne Contaminants**
Where the presence of airborne contaminants is recognized or suspected, air sampling shall be performed. The results of the hazard assessment and air sampling shall be communicated to the Plant Manager, Department Heads and plant employees. A written record of the assessment shall be maintained at the Plant.

Annual reassessment shall be performed if an exposure is identified as hazardous.
Assessment is also required:
1. For site conditions or material or process change
2. Employee requests

Elimination of the hazardous material or feasible engineering and work practice controls shall be instituted to reduce contaminant levels to within allowable limits. If not completely successful or the condition is temporary, personal protective equipment including respiratory protection shall be selected and worn.

**Selection of Respirator** – CFR 1910.134(d)
1. Evaluate the respiratory hazards in the workplace.
2. Select and provide an appropriate respirator based on the hazards.

**Medical Evaluation** – CFR 1910.134(e)
1. Provide a medical evaluation to determine the employee's ability to use a respirator.
2. The medical evaluation must take place prior to any fit testing.

**Fit Testing** – CFR 1910.134(f)
1. Before an employee can be required to use a respirator the employee must be fit tested with the same make, model, style and size of respirator that will be used.
2. Each respirator wearer shall be fit tested annually.

**Use of Respirator** – CFR 1910.134(g)
1. The company will establish and implement procedures for proper use of respirators.
2. The company shall prohibit conditions that may cause respirator leakage, prevent respirators from being removed in hazardous environments; ensure effective respirator operation during the shift.

**Maintenance and Care of Respirator** – CFR 1910.134(h)
1. The company shall provide for the cleaning and disinfecting, storage, inspection, and repair of respirators used by employees.

**Training and Information** – CFR 1910.134(k)
1. Provide effective training to employees who are required to use respirators.
2. Training is done on an annual basis or more often if necessary.

**Record Keeping** – CFR 1910.134(m)
1. Each respirator wearer shall be approved for respirator use by a Medical Review Officer (MRO) or other licensed health care professional (LHCP) at least annually.
2. The approving LHCP shall be provided a copy of the employee's duties, respirator types to be worn, and contaminants.
3. Medical records created under this program shall be handled in accordance with OSHA requirements for confidentiality, employee access and retention.

**<u>Responsibilities</u>**

**Program Administrator: Site-Safety Manager**
1. Monitors respiratory hazards, maintains records and conducts program evaluations
2. Approves training
3. Approves fit test procedures
4. Approves respirator makes and models for employee use
5. Contracts with companies to perform exposure monitoring
6. Ensures that initial respirator training and annual refresher training are completed.

**Department Heads**
1. Ensure that there are safety briefings on respiratory protection at the start of each new project or task that involves respiratory hazards.
2. Ensure that any use of respirators by employees is in accordance with this program.
3. Record any complaints related to respirator usage.
4. Investigates the complaints.
5. Correct any hazards and get medical assistance, when indicated.
6. Report every respirator related incident before the end of the shift.
7. Ensure that employees have completed the required training, fit testing, and medical clearance

before allowing them to wear any respirator
8. Prohibit any employee with expired or incomplete respirator clearance to work in hazardous atmospheres.
9. Enforce any restriction imposed by the occupational physician on individual employees, including the need for corrective lenses
10. Verify that respirator assigned is of the type specified in the written plan
11. Monitor employee compliance with the respirator program requirements.

**Employee**
1. Use respirator in accordance with the instructions and training
2. Immediately report defects
3. Report health concerns related to respiratory use or change in health status to the Site Safety director.
4. Store respirators in accordance with instructions
5. Observe restrictions placed on work activities by the occupational physician.
6. Be clean shaven in all facial areas that seal to the respirator seal or head strap assembly
7. Inspect the respirator before each use
8. Perform a user seal test; negative and positive respirator fit check each time a respirator is put on

**Permissible Practice**
1. Respirators shall be issued by American Gypsum whenever airborne contamination levels are not otherwise reduced to within the allowable limits
2. Each operation involving respirator use must have a signed and approved written plan
3. Any employee *requesting* to wear a respirator will be given the OSHA Regulation 29 CFR 1910.134 App D, Information for Employees using Respirators when not Required Under Standard.
4. At no time, however briefly, shall an American Gypsum employee be exposed to contamination levels that are more than three times the allowable 8-hour time-weighted average limits without respiratory protection.
5. No employee may work alone while wearing a respirator.

**Worksite-Specific Respiratory Protection Plan**
Each operation that involves respirator use shall have a written Respiratory Protection Program and Worksite-Specific Respiratory Protection Plan that is approved and signed by the program administrator.

This plan shall contain:
1. An identification of the atmospheric hazard(s) and the respective measured or expected concentration(s) and the respective allowable concentration limits.
2. The type of respirator(s) approved.
3. Monitoring requirements
4. Emergency response procedures
5. Will be updated annually or as conditions change
6. Will be available at the job location for thirty years as an exposure record

The completed and approved worksite specific plan shall be maintained by the program administrator.

# Respirator Acknowledgement Form

**Mandatory Information for Employees Using Respirators When not Required Under Standard 29CFR 1910.134 App D**

Respirators are an effective method of protection against designated hazards when properly selected and worn. Respirator use is encouraged, even when exposures are below the exposure limit, to provide an additional level of comfort and protection for worker. However, if a respirator is used improperly or not kept clean, the respirator itself can become a hazard to the workers. Sometimes, workers may wear respirators to avoid exposures to hazards, even if the amount of hazardous substance does not exceed the limits set by OSHA standards. If your employer provides respirators for your voluntary use, or if you provide your own respirator, you need to take certain precautions to be sure that the respirator itself does not present a hazard.

You should do the following:

1. Read and heed all instructions provided by the manufacturer on use, maintenance, cleaning and care, and warnings regarding the respirators limitations.
2. Choose respirators certified for use to protect against the contaminant of concern. NIOSH, the National Institute for Occupational Safety and Health of the U.S. Department of Health and Human services, certifies respirators. A label or statement of certification should appear on the respirator or respirator packaging. It will tell you what the respirator is designed for and how much it will protect you.
3. Do not wear your respirator into atmospheres containing contaminants for which your respirator is not designed to protect against. For example, a respirator designed to filter dust particles will not protect you against gases, vapors, or very small solid particles of fumes or smoke.
4. Keep track of your respirator so that you do not mistakenly use someone else's respirator.

Name (Please Print) ____________________________________________

Date ______________________

I understand that I may use a respirator voluntarily. I have received a copy of OHSA Standard – 29 CFR 1910.134 App D, have read, and understand the information.

Employee Signature ____________________________________________

Supervisor Signature ____________________________________________

# Worksite-Specific Respiratory Plan Form

Task description: ______________________________________________

______________________________________________

______________________________________________

Atmospheric hazards:

- Oxygen levels: ________________ Is this oxygen level deficient? ________________
- Monitoring (List the monitoring frequency and method for each atmospheric hazard):

______________________________________________

______________________________________________

______________________________________________

Controls to be implemented to reduce employee exposure to atmospheric hazards:

- Respirators to be worn (list type, cartridge type if APR, concentration and limits for use):

______________________________________________

______________________________________________

______________________________________________

Authorized employees (list with employee number or social security number):____________________

______________________________________________

Emergency response:

- Signs and symptoms of overexposure

______________________________________________

- Evacuation procedures:

______________________________________________

- First aid and emergency medical procedures:

______________________________________________

- Reporting procedure:

______________________________________________

# Other Training & Policies Requirements

# Other Training and Policy Requirements Summary

- **Arc Flash Safety Policy**
- **Hot Work Policy**
- **Risk Management**

# Arc Flash Safety Policy

**Purpose:**
The purpose of the Arc Flash Safety Policy is to protect all employees engaged in work activities that expose them to electrical shock or arc flash hazards. This policy complies with NFPA 70E.

**Scope:**
This policy applies to all American Gypsum wallboard manufacturing facilities, departments and staff, vendors and contractors.

**Training:**
1. A competent person will provide all training.
2. The trainer will document all training activities including date, topics reviewed and trainee attendance.
3. Arc Flash safety orientation training will be given to all new employees
4. Arc Flash safety training will be given to each employee training into a new position
5. Annual refresher training will be completed each calendar year
6. Task refresher training will be conducted as needed

**Definitions:**
A "competent person" means a person who is capable of identifying hazardous or dangerous conditions in Arc Flash Safety or any component thereof, as well as their application and use with related equipment and Personal Protective Equipment (PPE).

The term "fire resistant" (FR) means cloth used in garments that is treated to be resistant to fire and will appropriately protect the wearer from permanent injury when exposed to fire.

The term "100% natural fiber" means untreated, non-melting cloth that does not contain any synthetic materials such as but not limited to acetate, nylon, polyester, rayon, etc. Cotton blends with synthetic materials are not 100% natural fiber.

The term "untreated 100% cotton" means untreated, non-melting cloth that does not contain any other synthetic or non-synthetic materials.

"Written procedure" means the instructions provided in this document as well as documented standard operating procedures "SOP".

"Authorized Personnel," means all employees who have received Arc Flash Safety Training. This includes electricians, electrical technicians and mechanics trained to operate electrical switchgear in the American Gypsum wallboard manufacturing facilities.

"Live part" means any electrical conducting surface that is energized with electrical energy.

"Approach Distances" means the permitted distance that unprotected personnel may approach an electrical or arc flash hazard.

"Limited approach boundary" is the closest distance an unqualified person can approach.

"Restricted approach boundary" is the closest distance to exposed live electrical circuits a qualified person

can approach without proper PPE. Inside this boundary, accidental movement can put a part of your body or conductive tools in contact with live parts of electrical circuits. To approach this boundary, the qualified person must have appropriate safety training in Arc Flash Safety and the proper PPE rated for the voltage and energy level involved.

The "Prohibited approach boundary" is the minimum distance to exposed live parts to prevent flashover or arcing. Approaching any closer is the same as making direct contact with the live part.

"Electrical Hazard" means the safety analysis of electrical equipment with respect to shock and burns that can result from the proximity or direct contact with energized parts or the flash resulting from an electrical flashover or arcing.

Proper "Personal Protective Equipment" (PPE) means the type of clothing and other accessories required to work safely on or near electrical equipment.

**Approach Boundaries:**
Only Authorized Personnel wearing the proper PPE are permitted to enter the following approach boundaries:

| Nominal system voltage range, phase to phase | Exposed movable conductor | Limited approach boundary | Restricted approach boundary | Prohibited approach boundary |
|---|---|---|---|---|
| 0 to 50 volts | Not specified | Not specified | Not specified | No specified |
| 51 to 300 volts | 10 ft. 0 in. | 3 ft. 6 in. | Avoid Contact | Avoid Contact |
| 301 to 750 volts | 10 ft 0 in. | 3 ft. 6 in. | 1 ft. 0 in. | 1 in. |
| 751 to 15,000 volts | 10 ft 0 in. | 5 ft. 0 in. | 2 ft. 2 in. | 7 in. |

**Minimum Hazard risk category:**
All electrical switch gear and cabinets will be marked with a minimum hazard risk category. The categories to be labeled range from Category 0 to Category 4 depending upon the potential to harm as specified in the NFPA 70E guidelines. Only Authorized Personnel are permitted to work on, operate circuit breakers or change fuses on energized live parts.

**Hazard Risk Category and PPE Requirements:**
Category 0 requires the minimum PPE to permit opening the hinged covers and working on live parts energized with 240 volts or less. The minimum garment and PPE requirements are:
1. Untreated 100% cotton under garments
2. Untreated natural fiber long sleeve shirt
3. Untreated natural fiber long pants
4. All sleeves and neck collars are to be buttoned to provide Category 0 protection
5. Electrical safety gloves when working on or near energized parts
6. Hard hat
7. Safety goggles or safety glasses with side shields

Category 1 requires the minimum PPE to permit opening the hinged covers and working on live parts of 480 Volt motor control centers, 480-volt class lighting or small power transformers. This also applies to the removing of bolted covers that expose bare energized parts of 480-volt motor control centers, 240-volt

class lighting or small power transformers and the inserting or removing (racking) of circuit breakers and motor control cubicles with the doors closed. The minimum garment and PPE requirements are:

1. Fire Resistant coveralls or Fire Resistant Shirt and Fire Resistant long pants with a Cal rating of 4 or higher
2. If worn, Untreated 100% cotton under garments
3. If worn, Untreated natural fiber long sleeve shirt
4. If worn, Untreated natural fiber long pants
5. All sleeves and neck collars are to be buttoned
6. Electrical safety gloves when working on or near energized parts
7. Rubber protective glove sleeve when working on or near energized parts
8. Leather outer glove
9. Leather shoes (or other non-conductive, flame resistant material).
10. Hardhat
11. Safety goggles or safety glasses

Category 2 requires all of the items in Category 1 plus the following additional items with a Cal rating of 8 or higher. This also includes the operation of 4,160-volt circuit breakers.

1. Fire Resistant coveralls or Fire Resistant Shirt and Fire Resistant long pants
2. Hardhat, with non-melting or flame resistant lining and Arc safety shield
3. Fitted ear plugs

Category 3 and category 4 requires the minimum PPE to open hinged covers of NEMA E2 fused contactor motor starters 2.3 kV through 7.2 kV, metal clad load interrupter switches fused or un-fused, inserting or removing (racking) 480 volt or greater circuit breakers and motor control starters with the door open or covers off. This also includes working on exposed energized control parts of any voltage on an energized 4,160 Volt fused contactor or breaker controlled motor starter with the door open or panels removed. The minimum garment and PPE requirements are:

1. Cal 40 arc flash jacket with integrated hood or Cal 40 hood with head sock
2. If worn, Fire Resistant coveralls
3. If worn, Untreated 100% cotton under garments
4. If worn, Untreated natural fiber long sleeve shirt
5. If worn, Untreated natural fiber long pants
6. All sleeves and neck collars are to be buttoned
7. Electrical safety gloves when working on or near energized parts
8. Rubber protective glove sleeve when working on or near energized parts
9. Leather outer glove
10. Leather shoes (or other non-conductive, flame resistant material).
11. Hardhat, with non-melting or flame resistant lining
12. Fitted ear plugs
13. Safety goggles or safety glasses
14. Arc safety shield if not integrated into the flash jacket or hood

For the plants that only have up to Category 3, the requirements are the same as above except the flash jacket can be a Cal 25 single or double layer.

**Working Inside Electrical Cabinets:**

Before proceeding to do any work inside an electrical panel, plan the process carefully. Never work on energized panels unless:

1. Doing so is less dangerous that de-energized panels
2. Equipment design will not permit de-energizing
3. De-energizing the circuit would potentially damage the equipment.

**Proceed only if the work can be done safely**:

1. Always test PPE to assure adequate protection and correct operation
2. Always check the test equipment on a known low voltage source
3. De-energize the panel
4. Check with the test equipment that the panel is de-energized
5. Re-check the test instrument, before trusting that the panel is de-energized

This kind of redundant checking will assure that the test instrument did not fail during operation. Double check that appropriate PPE is worn for the hazard classification. **Never open or close a circuit breaker, motor starter or disconnect switch with the panel door open**. Special interlock defeat mechanisms are provided to permit opening an energized panel. Always close and or bolt the door before energizing the panel.

If possible, never work on an energized panel. PPE must remain on while working on the energized panel until the work is completed and the panel door is closed and or the covers are properly bolted back in place.

**4,160 Volt Live Parts:**

Never attempt to measure exposed 4,160 Volt parts with a hand held meter. Special hot stick meters with proper training in their operation are required to measure voltages above 480 Volt. Never attempt to work on live exposed 4,160 Volt live parts.

**Contractors:**

It is the safety policy of American Gypsum to protect the workers of contractors by verifying that electrical workers have been properly trained in electrical safety and arc flash protections. All contracts shall state that contractors must have an active electrical safety program and must demonstrate to the satisfaction of American Gypsum that their employees have been trained in arc flash safety.

# Hot Work Policy

## Purpose

The purpose of this program is to establish written procedures and training to prevent fires resulting from any temporary operation involving open flames or producing heat and/or sparks, as required by OSHA 29 CFR 1910.252, 29 CFR 1926.352, NFPA Standard 51B, 1999 addition.

## Scope

This program applies to any temporary operations involving flames or equipment producing heat and/or sparks performed by American Gypsum employees and contractors in existing buildings, new construction in existing buildings, or new construction attached to existing buildings. These operations include but are not limited to, brazing, cutting, grinding, soldering, welding, and torch-applied roofing. This program does not apply to new construction where there is no attachment to an existing building.

## Explanation of Responsibilities

### Company Responsibilities

American Gypsum Company or its designated employee's are responsible for communicating and enforcing the hot work permit program. In addition, the company is responsible for utilizing only contractors who have a good safe work history and to dismiss contractors for not following company policies and procedures.

### Plant Responsibilities

Each Plant within American Gypsum is responsible for implementing and administering this hot work program. Each plant manager will insure that competent persons are trained and in charge of issuing Hot Work Permits. Each Plant will designate restricted areas where cutting welding and grinding requires a hot work permit be issued before work can be done. Each plant will attach an appendix listing all restricted areas where Hot Work Permits will be required. **See Appendix H2.**

## Administrative Duties

The Site Safety Manager is responsible for:

1. Developing and maintaining the program.
2. Provide technical support.
3. Provide assistance in training supervisors and employees.
4. Conduct periodic audits of the program.
5. Maintaining a file of completed hot work permits.
6. Monitor program to assure compliance for fire monitoring.

Employees may review a copy of the plan in the company Safety Manual, which has been distributed to all foremen and superintendents

**Department Responsibilities**

1. Recognize responsibility for safe usage of cutting and welding equipment in its area
2. Ensure hot work procedures are being implemented and followed in their area
3. Ensure that supervisors, cutters, and welders are suitably trained in the operation of the equipment and the safe use of the process
4. Ensure that contractors follow company procedures

**Supervisor Responsibilities**

1. Ensure that all employees and contractors are utilizing hot work procedures
2. Ensure that employees are suitably trained in the operation of the equipment and safe use of the process
3. Ensure that a hot work permit is retained prior to start of work in restricted areas. Ensure that all cutting and welding equipment is in satisfactory condition and in good repair
4. Provide assistance and inspect areas before and after hot work is performed
5. The General Foreman, Shift Foreman, and Maintenance Lead personnel are designated as P.A.I. (PERMIT AUTHORIZING INDIVIDUAL) who are trained and qualified in the issuance of hot work permits
6. The P.A.I. will send part 1 of completed Hot Work Permits to the Site Safety Manager immediately after filling out the form.
    A. After hot work has been completed and the permit closed out, the employee closing the permit will give the hard copy of the permit to the shift foreman and show him the area of work for follow up fire watch monitoring.
    B. The fire watch is maintained for 240 minutes with inspections at least every 30 minutes.

**Employee Responsibilities**

1. Employee's engaged in hot work procedures:
    C. Will be trained in safe hot work practices.
    D. Will be trained on Hot Work Permit requirements and procedures.
    E. Will use safe work practices and Hot Work Permit Program.

**Hot Work Procedures**

The following steps must be followed when performing hot work operations:

1. Hot work should not be performed if the work can be avoided or performed in a safer manner. When practical, objects to be welded, cut, or heated must be moved to a safe location, such as the maintenance shop. Use alternative means when practical such as bolting versus welding, clamping versus welding, and hand filing versus mechanical grinding.
2. Inspect hot work equipment to ensure it is in good repair before beginning work.
3. Remove flammable liquids, such as paint, grease, oils, and solvents, to a minimum distance of 35 feet from the area. Do not just seal them. Sweep floors clean and cover if combustible.

Protect combustibles that cannot be moved, including storage or machinery with grease or flammable dust deposits, with fire resistive tarpaulins or metal shields.

4. Hot work procedures must be followed in all areas of the plant. Hot work permits must be issued and posted in all plant areas designated as restricted.

**Restricted Permit Required Areas**

1. No hot work may be performed in restricted areas without first obtaining a properly executed hot work permit.
2. All hot work procedures must be followed in restricted areas in addition to having a hot work permit.

**Restricted Areas**

Each plant will attach an appendix to this program designating restricted areas within the plant. A hot work permit must be issued before any welding, cutting, or grinding is done in these areas.

## HOT WORK PERMITS

1. Permits authorized only by P.A.I. (Permit Authorizing individual)
2. When hot work must be performed in a **restricted area**, a hot work permit must be obtained prior to performing the work. The permit will contain written safety procedures, emergency telephone numbers, space for employee or contractor signoff, and space for supervisor and fire watch signoff.
3. All precautions on the hot work permit must be met prior to conducting the work. Make sure extinguishers are at hand and fully functional.
4. The worker assigned to the job will complete the basic information on the permit. Each permit will be reviewed and signed by the P.A.I. before the hot work begins. Permits will not be valid for more than a 24-hour period.
5. The employee or contractor will hang a copy of the permit in a visible place at the hot work location.
6. All property and personnel (employees, contractors, building occupants) must be suitably protected against hazards generated by the work, such as heat, sparks, fumes, and welding rays. This may include, but is not limited to, the use of personal protective equipment, shields, screens, local exhaust ventilation.
7. Prepare for emergency response by reviewing established procedures with P.A.I.
8. Inspect automatic sprinkler protection to ensure it is in service and fully operational if work is to be performed in sprinkler area. If it's not operational no hot work will be performed

**Fire Watch**

1. A fire watch is required to monitor and inspect the hot work area for any signs of fire (sparks, hot slag, smoke, flames, burning smells), when hot work is performed in restricted areas, and or when flammable materials cannot be protected and or removed more than 35 feet from hot work being performed After the hot work has ended, the fire watch remains in the area and monitors/inspects for one half hour (1/2 hr.).

2. Fire monitoring of area covered by hot work permit
    - Shift Forman or his designee performs inspection for evidence of fire. Inspections shall be at thirty minute intervals or less for a period of four hours.
    - **See Appendix H3** for copy of watch form
3. The Shift Forman fills out and turns in the four hour monitoring form and a hard copy of the hot work permit to site safety director.
4. Inspections extend to floors above and below the work and adjacent room

**Prohibited Conditions**

A hot work permit will not be issued if any of the following exists:

1. Sprinkler protection is impaired;
2. Appropriate firefighting equipment is not readily available;
3. Combustible or flammable materials are within 35 feet and cannot be moved or protected
4. Combustible floor and wall openings cannot be covered
5. Flammable vapors or gases are present
6. Cutting or welding on pipes or other metals that can conduct enough heat to ignite nearby combustible materials
7. Any condition that could result in undue hazards by performing the work

**Training Requirements**

Company Requirements

American Gypsum will train employees involved in hot work operations. Education will include classroom instruction, audiovisual and testing on types of hot work, potential hazards including property loss, ways to prevent hot work related accidents, and a review of policies, procedures, responsibilities regarding hot work, hot work permitting and consequences for failure to comply with these safe work practices. Additional review and training will be done annually.

Contractors routinely at American gypsum will receive written instruction on American Gypsum's hot work permit program yearly. Other contractors will receive the written program before starting any job or project where hot work will be required. The American Gypsum representative, who has contracted the work is responsible for coordinating and communicating all safety and health issues and must ensure that the contractor fully understands that it will be held accountable for any property or other loss due to negligence. In addition, it shall be emphasized to the contractor that it is the contractor's responsibility to convey to its employees any safety information provided by American Gypsum.

**Contractor Responsibilities:**

Contract employees must perform their work safely. Considering contractors often perform very specialized and potentially hazardous tasks, such as confined space entry activities and non-routine repair activities, their work must be controlled. Contractor responsibilities when accepting contracts with American Gypsum include the following listed steps.

1. Comply with all Federal, State, County and city regulations
2. Assure that the contracted employees are trained in the work practices necessary to safely perform their job
3. Instruct the contracted employees in the potential fire, explosion or toxic release hazards related to their job and the process
4. Assure that the contract employee knows the applicable provisions of the emergency action plan of American Gypsum
5. Provide documentation of CONTRACT EMPLOYEE training to American Gypsum's designated representative at least yearly or upon request.
6. The contractor must train employees on where and how to contact emergency response professionals while at American Gypsum facilities.
7. Inform contracted employees of and then enforce safety rules of the facility, particularly those implemented to control the hazards of the contracted process during operations
8. Require that all subcontractors abide by the same rules to which the contractor is bound by this program.

# Hot Work Permit Example

## HOT WORK PERMIT

**STOP!**
**Avoid hot work when possible! Consider using an alternative cold work method.**

This Hot Work Permit is required for any temporary operation involving open flames or producing heat and/or sparks conducted outside a Hot Work Designated Area. This includes, but is not limited to: brazing, cutting, grinding, soldering, torch-applied roofing and welding.

**Part 1**

### Instructions for Permit Authorizer

1. Specify the precautions to take.
2. Fill out and keep **Part 1** during the hot work process.
3. Issue **Part 2** to the person doing the job.
4. Keep **Part 2** on file for future reference, including signed confirmation that the post-work fire watch and monitoring have been completed.
5. Sign off the final check on **Part 2**.

HOT WORK BY
☐ Employee
☐ Contractor ______

DATE | JOB NUMBER

LOCATION OF WORK (BUILDING/FLOOR/OBJECT)

WORK TO BE PERFORMED

NAME OF PERSON PERFORMING HOT WORK

NAME OF PERSON PERFORMING FIRE WATCH

**I verify the above location has been examined, the Required Precautions have been taken, and permission is authorized for this work.**

PERMIT AUTHORIZER (PRINT AND SIGN)

**THIS PERMIT EXPIRES ON** (LIMIT AUTHORIZATION TO ONE SHIFT):

DATE: TIME: AM/PM

***Note:*** Emergency notification on back of form.

**Additional FM Global Resources:**
Property Loss Prevention Data Sheet 10-3, *Hot Work Management*
Hot Work Permit App via fmglobal.com/apps
Hot Work Permit form (F2630) via fmglobalcatalog.com
Online training at training.fmglobal.com
FM Approved equipment via fmapprovals.com

FM Global

F2630 © 2018 FM Global.
(01/2018) All rights reserved.

### Required Precautions

Y NA

☐ ☐ The fire pump is in operation and switched to automatic.
☐ ☐ Control valves to water supply for sprinkler system are open.
☐ ☐ Extinguishers are in service/operable.
☐ ☐ Hot work equipment is in good working condition.

**Requirements within 35 ft. (10 m) of hot work**

☐ ☐ Shield combustible construction using listed (e.g., FM Approved) welding pads, blankets and curtains.
☐ ☐ Remove or shield nonremovable combustibles using listed (e.g., FM Approved) welding pads, blankets and curtains.
☐ ☐ Isolate potential sources of flammable gas, ignitable liquid or combustible dust/lint (e.g., shut down equipment).
☐ ☐ Remove ignitable liquid, combustible dust/lint and combustible residues.
☐ ☐ Shut down ventilation and conveying systems.
☐ ☐ Remove combustibles and consider a second fire watch on opposite side of floor, wall, ceiling or roof when openings exist or thermally conductive materials pass through.
☐ ☐ Is work on a combustible building assembly (e.g., Torch-Applied Roofing)? If yes, provide **ADDITIONAL REQUIRED PRECAUTIONS** below.

**Hot work on/in closed equipment, ductwork or piping**

☐ ☐ Isolate equipment from service.
☐ ☐ Remove ignitable liquid and purge flammable gas/vapor.
☐ ☐ Prior to work, and/or during work, monitor for flammable gas/vapor. LEL reading(s): ______
☐ ☐ Remove combustible dust/lint or other combustible materials.
☐ ☐ Is work on/in equipment with nonremovable combustible linings or parts? If yes, provide **ADDITIONAL REQUIRED PRECAUTIONS** below.

**Fire watch/fire monitoring the hot work area**

Times listed are sufficient for majority. Use Table at back of permit for guidance for combustible concealed cavities, roof work or favorable factors.

☐ ☐ Perform a continuous fire watch during hot work.
☐ ☐ Perform a continuous fire watch post-work for
☐ 1 hour or Other ___ hours.
☐ ☐ Perform fire monitoring for
☐ 3 hours or Other ___ hours.

**ADDITIONAL REQUIRED PRECAUTIONS:**

______
______
______
______
______



Revised Date: 2/25/2019
Last Updated: 08/20/2012

# WARNING

## HOT WORK IN PROGRESS! Watch for fire!

Part 2

### Instructions

**Person performing hot work:** Record time started and display permit at hot work area. After hot work is completed, record time and leave permit displayed for fire watch.

**Fire watch:** Watch area during hot work and after work completion. Prior to leaving area, perform final inspection, sign, leave permit displayed and notify Fire Monitor or Permit Authorizer.

**Fire Monitor:** Monitor area after post-work fire watch completion. Perform final inspection, sign and return to Permit Authorizer.

HOT WORK BY
- ☐ Employee
- ☐ Contractor ____________

DATE | JOB NUMBER

LOCATION OF WORK (BUILDING/FLOOR/OBJECT)

WORK TO BE PERFORMED

NAME OF PERSON PERFORMING HOT WORK

NAME OF PERSON PERFORMING FIRE WATCH

**I verify the above location has been examined, the Required Precautions have been taken, and permission is authorized for this work.**

PERMIT AUTHORIZER (PRINT AND SIGN)

**THIS PERMIT EXPIRES ON** (LIMIT AUTHORIZATION TO ONE SHIFT):

DATE: TIME: AM/PM

Hot Work Date: Start Time: am/pm
Finish Time: am/pm

Post-Work Fire Watch Finish Time: am/pm
Name

Fire Monitor ☐ Person ☐ Other Finish Time: am/pm
Name/Other

Final Check Time: am/pm
Name

F2630 © 2018 FM Global. (Rev. 01/2018) All rights reserved.

### Required Precautions

Y NA

- ☐ ☐ The fire pump is in operation and switched to automatic.
- ☐ ☐ Control valves to water supply for sprinkler system are open.
- ☐ ☐ Extinguishers are in service/operable.
- ☐ ☐ Hot work equipment is in good working condition.

**Requirements within 35 ft. (10 m) of hot work**

- ☐ ☐ Shield combustible construction using listed (e.g., FM Approved) welding pads, blankets and curtains.
- ☐ ☐ Remove or shield nonremovable combustibles using listed (e.g., FM Approved) welding pads, blankets and curtains.
- ☐ ☐ Isolate potential sources of flammable gas, ignitable liquid or combustible dust/lint (e.g., shut down equipment).
- ☐ ☐ Remove ignitable liquid, combustible dust/lint and combustible residues.
- ☐ ☐ Shut down ventilation and conveying systems.
- ☐ ☐ Remove combustibles and consider a second fire watch on opposite side of floor, wall, ceiling or roof when openings exist or thermally conductive materials pass through.
- ☐ ☐ Is work on a combustible building assembly (e.g., Torch-Applied Roofing)? If yes, provide **ADDITIONAL REQUIRED PRECAUTIONS** below.

**Hot work on/in closed equipment, ductwork or piping**

- ☐ ☐ Isolate equipment from service.
- ☐ ☐ Remove ignitable liquid and purge flammable gas/vapor.
- ☐ ☐ Prior to work, and/or during work, monitor for flammable gas/vapor. LEL reading(s): ____________
- ☐ ☐ Remove combustible dust/lint or other combustible materials.
- ☐ ☐ Is work on/in equipment with nonremovable combustible linings or parts? If yes, provide **ADDITIONAL REQUIRED PRECAUTIONS** below.

**Fire watch/fire monitoring the hot work area**

Times listed are sufficient for majority. Use Table at back of permit for guidance for combustible concealed cavities, roof work or favorable factors.

- ☐ ☐ Perform a continuous fire watch during hot work.
- ☐ ☐ Perform a continuous fire watch post-work for
  - ☐ 1 hour or Other ___ hours.
- ☐ ☐ Perform fire monitoring for
  - ☐ 3 hours or Other ___ hours.

**ADDITIONAL REQUIRED PRECAUTIONS:**

____________
____________
____________
____________
____________
____________

# WARNING

## HOT WORK IN PROGRESS!

## Watch for fire!

In case of emergency, call the contacts listed below before attempting to extinguish the fire.

| Contact | Number |
|---|---|
| | |
| | |

### Construction and Occupancy Factors for Post-Work Fire Watch and Monitoring Periods

| | | Construction Factors | | | | | |
|---|---|---|---|---|---|---|---|
| | | Noncombustible construction, or FM Approved Class 1 or Class A building materials | | Combustible construction without concealed cavities | | Combustible construction with unprotected concealed cavities | |
| | | Watch | Monitor | Watch | Monitor | Watch | Monitor |
| Occupancy Factors | Noncombustible with any combustibles contained within closed equipment (e.g., ignitable liquid within piping) | 30 minutes | 0 hours | 1 hour | 3 hours | 1 hour | 5 hours |
| | Office, retail or manufacturing with limited combustible loading | 1 hour | 1 hour | 1 hour | 3 hours | 1 hour | 5 hours |
| | Manufacturing with moderate to significant combustible loading except as noted below | 1 hour | 2 hours | 1 hour | 3 hours | 1 hour | 5 hours |
| | Warehousing | 1 hour | 2 hours | 1 hour | 3 hours | 1 hour | 5 hours |
| | **Exceptions:** Occupancies with processing or having bulk storage of combustible materials capable of supporting slow-growing fires (e.g., paper, pulp, textile fibers, wood, bark, grain, coal or charcoal) | 1 hour | 3 hours | 1 hour | 3 hours | 1 hour | 5 hours |

When performing torch-applied roofing, apply additional precautions and conduct a minimum 2 hours fire watch and 2 hours fire monitoring. If an infrared camera is utilized, reduce to a 1 hour fire watch and 1 hour fire monitoring.

When performing hot work on/in equipment containing nonremovable combustible linings or parts, apply additional precautions and conduct a minimum 1 hour fire watch and 3 hours fire monitoring within the equipment, and in the surrounding areas per Table above.

FM Global®

# Risk Management

# Risk Management Policy

**Purpose**

To ensure the protection and preservation of American Gypsum Company human, physical and financial assets. This document reiterates separate policies already in place and documents current practices into one comprehensive policy.

**Scope**

This policy will encompass all employees, visitors, contractors that are known and permitted to enter Company property. It will cover all company assets.

**Employees**

1. All employees will follow established American Gypsum safety policies as contained in the Safety Policy Manual and Employee Safety Rule Book. New employees will be indoctrinated immediately.
2. All new salaried employees will sign "Confidential Information and Invention Agreement" as shown in Exhibit A.
3. All salaried employees will be familiar with Eagle Materials Policy and Procedures Manual. While all polices must be known, particular attention should be paid to:
    i. Minimum Insurance requirements
    ii. Capital Expenditures
    iii. Record Retention.
    iv. General Operation
4. All employees must maintain a valid motor vehicle license in good standing in order to operate company over the road equipment.

**Visitors**

1. All visitors who enter a facility beyond the front offices must sign a release of liability form as shown in Exhibit B.
2. Under no circumstances will visitors under the age of 16 be allowed in the mill calcining building or allowed down the board production line or allowed to be pedestrians in an active loading/unloading area.
3. All visitors must be accompanied by an authorized employee.
4. Visitor tour groups will be kept to a manageable size of no more than 8 visitors in a single group.
5. Visitors to any site with MSHA control will follow all appropriate MSHA safety and training requirements.
6. Visitors will be subjected to the Visitors Safety Policy as contained in the Safety Policy manual.
7. Upon exiting the facility visitors will sign a sign out sheet specifying when they exited the facility and whether or not they were involved in an accident.

**Contractors and Vendors**

1. All contractors and vendors must carry appropriate insurance which meets company requirements as shown in the Eagle Materials Policy Manual. Any variation from these requirements must be approved by the President of American Gypsum.
2. All contractors and vendors entering the facility beyond front offices must sign a release of

liability form.

3. All contractors and vendors must complete site hazard safety training and be familiar with American Gypsum Safety Program requirements including the Contractors Safety Policy before performing work.
4. Authorized company personnel will accompany all contractors and vendors through the facility unless they have completed a contractor safety orientation.
5. Contractors, at the end of each work day, will either have an exit interview with authorized American Gypsum personnel; sign an exit sheet; or have reports submitted by their authorized personnel indicating all accidents which may have occurred on company property.
6. Work performed by an outside contractor must meet requirements in Purchasing Guidelines, which typically requires a contract to be used along with a purchase order.
7. Contractors and vendors used on a continual basis will have annual refresher training for site hazard safety and Safety Program requirements.
8. Contractors or vendors on any site with MSHA control will follow all applicable MSHA safety and training requirements.

**Plant Manager Responsibility**

1. Assignment of a person within the organization to document, tracks, and maintains insurance certificates of all entities that interact with the facility.
2. Perform audit of insurance certificates on file each quarter to assure compliance to company requirements for insurance. Forward audit Insurance summary sheet to corporate office for review each quarter.
3. Forward Contractor Insurance Authorization Request Sheet to Dallas each time the use of a contractor or vendor is needed which does not meet all insurance requirements as specified in the Eagle Material Policy Manual
4. Development and maintenance of an annual employee license background review check for employees authorized to drive company vehicles. If a site operates two company vehicles or less, the license background checks will be performed once every six months.
5. Develop a written plan for securing plant facilities during holiday and weekend shut downs or outages. Plans will include cold weather preparedness; will address securing and minimizing energy use, securing portable and mobile assets, and fence checks as applicable.
6. Develop and maintain a program to assure compliance with company safety requirements on all inbound and outbound trucks.
7. Immediate notification of the Dallas office for any equipment, mobile equipment loss, or significant business interruption.
8. Assignment of a person within the organization to handle all plant environmental regulatory reporting requirements to Federal, state, local entities. Programs included but not limited to Title V air quality, Emergency Planning and Community Right to Know Act, Storm Water Pollution and Prevention Plan and Spill Prevention and Control Plan.
9. Adequate supervision of Site Safety Director to assure complete compliance to all Company required safety programs.
10. Proper training and supervision of all department heads to assure compliance to all Company policies and procedures.
11. Development and maintenance of a mechanical integrity program to assure longevity of company assets to operate without business interruption. Program to include :
    a. Spare parts inventory and tracking
    b. Facility Energy plan

c. Propane and waste oil management
d. Machinery breakdown and delay analysis

12. Maintain proper hiring and work environment free of any type of discriminatory practices.
13. Assure compliance to EEOC, FMLA, and ADA, and any other federal state or local human resource law rule or regulation.

**Site Safety Manager Responsibility**

1. Ensure department heads execute all aspects of the Company Safety Program
2. Ensure all employees have a firm understanding of all company safety policies.
3. Develop and maintain proper documentation of all safety training activities.
4. Ensure proper execution of a contractor safety program
5. Ensure proper execution of a trucker safety program
6. Notification of insurance and all other proper authorities concerning any accident occurring on company property.
7. Oversee change management practices

**Department Head Responsibility**

1. Ensure all employees in department adhere to all company safety policies.
2. Follow all guidelines concerning contractor insurance requirements
3. Strictly adhere to all Eagle Material Corporate Policies.
4. Assist Plant manager and Site Safety Director on execution of any policy.

# Passenger Vehicle Driving Policy

**Purpose**
This policy is designed to provide a standard review and criteria policy for all American Gypsum passenger vehicle drivers. This policy covers all employees that either operate AGC vehicles or their own personal vehicle while on company time or off AGC property. The goal is to reduce the risk of injury or property damage from an accident involving company Commercial Driver License (CDL) or non CDL drivers.

**Driver Guidelines and Reporting Requirements**

1. Company vehicles are to be driven by authorized employees only, except in case of repair testing by a mechanic.

2. Any employee who has a driver's license revoked or suspended shall immediately notify the Security and Fleet offices by 9 a.m. eastern time the next business day, and ***immediately discontinue operation of the company vehicle***. Failure to do so may result in disciplinary action, including termination of employment.

3. All accidents in company vehicles, regardless of severity, must be reported to the police and to the Security and Fleet offices. Accidents are to be reported immediately (from the scene, during the same day, or as soon as practicable if immediate or same day reporting is not possible). Accidents in personal vehicles while on company business* ***must*** follow these same accident procedures. Accidents involving the employee's personal injury must be reported to Human Resources for Worker's Compensation purposes. Failing to stop after an accident and/or failure to report an accident may result in disciplinary action, up to and including termination of employment.

4. Drivers must report all ticket violations received during the operation of a company vehicle, or while driving a personal vehicle on company business*, within 72 hours to the Security and Fleet offices.

5. Motor Vehicle Records will be obtained on all drivers prior to employment and no less than every six months. A driving record that fails to meet the criteria stated in this policy, or is considered to be in violation of the intent of this policy by the Fleet Safety Committee, will result in a loss of the privilege of driving a company vehicle.

* *Company business is defined as driving at the direction, or for the benefit, of employer. It does not include normal commuting to and from work.*

**Driver Criteria & Administration**

Employees must have a valid and current Driver's license to operate a company vehicle, or a personal vehicle with current auto insurance while on company business.

Employees are expected to drive in a safe and responsible manner and to maintain a good driving record. The Fleet Safety Committee is responsible for reviewing records, including accidents, moving violations, etc., to determine if an employee's driving record indicates a pattern of unsafe or irresponsible driving, and to make a recommendation to Executive Management for suspension or revocation of driving

privileges.

Criteria that may indicate an unacceptable record includes, but is not limited to:

- Three or more moving violations* in a year
- Three or more chargeable accidents within a year. Chargeable means that the driver is determined to be the primary cause of the accident through speeding, inattention, etc. Contributing factors, such as weather or mechanical problems, will be taken into consideration.
- Any combination of accidents and/or moving violations.

** Violations include any ticket, charge, or other law enforcement proceeding relating to these, as well as independent evidence of violations deemed relevant by the Security department.*

**Driver Safety Rules**

1. Driving on company business and/or driving a company vehicle while under the influence of intoxicants and other drugs (which could impair driving ability) is forbidden and is sufficient cause for discipline, up to and including termination of employment.

2. Cell phone use while driving should be kept to a minimum. Drivers need to be aware when use of the cell phone is creating a distraction from safe driving and adjust their usage accordingly, including pulling off the road to continue/finish the conversation if needed. Whenever possible, Drivers should complete calls while the vehicle is parked and/or use the phone in a "hands free" mode via a headset or speaker. While driving, attention to the road and safety should always take precedence over conducting business over the phone.

3. No driver shall operate a company vehicle when his/her ability to do so safely has been impaired by illness, fatigue, injury, or prescription medication.

4. All drivers and passengers operating or riding in a company vehicle ***must*** wear seat belts, even if air bags are available.

5. No unauthorized personnel are allowed to ride in company vehicles.

6. Drivers are responsible for the security of company vehicles assigned to them. The vehicle engine must be shut off, ignition keys removed, and vehicle doors locked whenever the vehicle is left unattended.

7. Head lights shall be used 2 hour before sunset and until 2 hour after sunrise, or during inclement weather or at any time when a distance of 500 feet ahead of the vehicle cannot be clearly seen.

8. All State and Local laws must be obeyed.

# Driver Records Review Safety Policy

**Purpose**
This policy is designed to provide a standard review and criteria policy for all American Gypsum drivers. This policy covers all employees that either operate AGC vehicles or their own personal vehicle while on company time or off AGC property. The goal is to reduce the risk of injury or property damage from an accident involving company Commercial Driver License (CDL) or non CDL drivers.

**Scope**
This policy applies to all American Gypsum employees that operate vehicles off American Gypsum property.

**Responsibility**
All employees that will be operating vehicles off American Gypsum property are expected to meet the initial grading requirements upon date of hire and continue to grade out at the minimum standard level while employed by American Gypsum.

It is American Gypsum safety policy and a CDL employment requirement that a Motor Vehicle Record (MVR) meets the grading requirements as stated in this policy. This MVR policy applies both to drivers of company owned vehicles as well as employees using personal vehicles in the course of company business.

**Safety Procedures**
MVRs will be examined prior to the start of employment and at least annually thereafter. Any job offer made to any employee-candidate for a position with driving duties will be contingent upon an MVR meeting the required standards. Continued employment in a position with driving duties also requires an MVR meeting the standards outlined below.
The standards for MVRs are as follows:
1. All operators must have held a valid driver's license for at least three years.
2. No CDL driver applicant will be hired with a "borderline" or "poor" MVR. MVRs will be graded based on the table below.
3. Driving records must remain "clear" or "acceptable" as graded below, for continued employment in positions with driving duties. Any exception to this procedure must have the approval of the SVP manufacturing.

Motor Vehicle Record grading Criteria (**Last three years**)

| Number of Minor Violations | Number of preventable accidents | | | |
|---|---|---|---|---|
| | 0 | 1 | 2 | 3 |
| 0 | Clear | Acceptable | Borderline | Poor |
| 1 | Acceptable | Acceptable | Borderline | Poor |
| 2 | Acceptable | Poor | Poor | Poor |
| 3 | Borderline | Poor | Poor | Poor |
| 4 | Poor | Poor | Poor | Poor |

Motor Vehicle Record Grading Criteria (**Last five years**)

| **Any Serious Violation** | **Poor** |
|---|---|

1. Serious Violations include:
    - Driving under the influence
    - Driving while impaired
    - Reckless driving
    - Careless driving or racing/speed contest
    - Failure to report an accident
    - Making a false accident report
    - Vehicular homicide or manslaughter
    - Attempting to elude a police officer
    - Driving with a suspended or revoked license

2. Minor violations include:
    - Speeding
    - Running a stop sign or red light
    - Improper turn
    - Passing across a double yellow line
    - Failure to yield
    - Following too close

**AMERICAN GYPSUM COMPANY**
**CONFIDENTIAL INFORMATION**
**AND**
**INVENTION AGREEMENT**

In consideration of my employment with American Gypsum Company, a Delaware corporation ("AGC"), having its headquarters at 3811 Turtle Creek Blvd., Suite 1200 Dallas, TX 75219-4487 (together with all subsidiaries and other affiliates of AGC, the "Company"), and the compensation and other benefits, if any, now and hereafter paid to me, I agree to the following:

1. Former Employer Information:

I shall not, during my employment with the Company, improperly use or disclose any proprietary information or trade secrets of my former employers or companies, if any, and I shall not bring onto the premises of the Company any unpublished document or any other property belonging to my former employers or companies, if any, unless consented to in writing by such employers or companies.

2. Ownership of Information, Inventions and Original Works:

A. With respect to work product, information, inventions, original works of authorship, ideas, know-how, processes, designs, computer programs, photographs, illustrations, developments, trade names, trademarks, trade secrets and discoveries, including improvements, conceived, created, developed, made, reduced to practice or completed by me, either alone or with others (collectively, "Work Product"), during my employment by the Company at any time within or outside of normal working hours, I shall, both during and after my employment by the Company:

(1) Agree and acknowledge that all such Work Product, whether or not copyrightable, patented or patentable, shall be and remain the sole property of the Company.

(2) Disclose promptly to an authorized representative of the Company all such Work Product and all information in my possession as to possible applications thereof to industry and other uses thereof or therefore.

(3) Not file any patent or copyright applications or for other intellectual property rights relating to any such Work Product except with the prior written consent of an authorized representative of the Company.

(4) Assist the Company at any time during my employment by the Company, or after termination of my employment by the Company with reimbursement by the Company for my actual expenses incurred, in the preparation, execution, and delivery of any assignments, disclosures, patent applications, or other papers on such Work Product, and perform such other acts as the Company deems necessary, in any jurisdictions, to assign to AGC or its designees such Work Product and any patent and copyright applications, whether or not active, and patents and copyrights relating thereto and I hereby assign to AGC or its designees such Work Product and such applications, patents, and copyrights.

(5) Keep and maintain adequate and current written records of all such Work Product. The

records will be in the form of notes, sketches, drawings and any other format that may be specified by the Company. Such records will be available to and remain the sole property of the Company at all times.

B. Any Work Product disclosed by me within one (1) year following termination of my employment shall be deemed to be owned by the Company under the terms of Paragraph 2(A), unless proved by me by clear and convincing evidence to have been conceived after such termination.

C. The Company recognizes, however, that state law may exempt from Paragraphs 2(A) and 2(B) any Work Product as to which I can prove the following:

(1) It was developed entirely on my own time; and

(2) No equipment, supplies, facility, trade secrets or proprietary information of the Company was used in its development; and

(3) It either:

a) Does not relate, at the time it was conceived or reduced to practice, to the Company's business or to the Company's actual or demonstrably anticipated research and development, or

b) Does not result from any work performed by me for the Company.

D. All Work Product made or conceived prior to my employment by the Company which as of the date of commencement of such employment I owned or to which I had an interest or right, if any, are identified on attached Exhibit A. Any Work Product not listed on Exhibit A shall be deemed developed, made, or conceived during my employment by the Company.

3. Protection of Confidential Information:

A. Company Information. With respect to any Work Product referred to in Paragraph 2(A) and to all other information, data and know-how, whatever its nature and form and whether obtained orally, by observation, from written material or otherwise, except such as is generally available to the public through publication, obtained by me during or as the result of my employment by the Company and relating to any marketing techniques, contracts, business and marketing plans, training materials, prospective and actual customer lists, financial information, sales, profits, products, formulations, formulae, apparatus or processes, to any uses thereof or therefore, to product prices or costs or to any research, technical, manufacturing or commercial activities or plans of the Company (collectively, the "Confidential Information"), I shall, both during and after my employment by the Company:

(1) Hold all Confidential Information in strict confidence, and not publish or otherwise disclose any part thereof except with the prior consent of an authorized representative of the Company.

(2) Use all reasonable precautions to assure that all Confidential Information is properly protected and kept from unauthorized persons.

(3) Make no use of any Confidential Information except such use as is required in the performance of my duties for the Company and never use Confidential Information to the detriment of the Company.

(4) Upon termination of my employment by the Company, or upon request of the Company, deliver to the Company, all written materials and all substances, models, mechanisms and the like containing or relating to any Confidential Information, all of which written materials and other things shall be and remain the sole property of the Company. For this purpose, "written materials" shall be deemed to mean and include letters, memoranda, reports, notes, notebooks, computer storage devices and media, books of account, data, drawings, prints, plans specifications, formulations, formulae and all other documents or writings, and all copies thereof.

B. Third Party Information. I recognize that the Company has received and in the future will receive from third parties their confidential or proprietary information subject to a duty on the Company's part to maintain the confidentiality of such information and to use it only for certain limited purposes. I agree that I owe the Company and such third parties, during the term of my employment and thereafter, a duty to hold all such confidential or proprietary information in the strictest confidence and not to disclose it to any person, firm or corporation (except as necessary in carrying out my work for the Company consistent with the Company's agreement with such third party) or to use it for the benefit of anyone other than for the Company or such third party (consistent with the Company's agreement with such third party) without the prior consent of an authorized representative of the Company.

4. General Provisions:

A. Certain general provisions of this Agreement are contained in Exhibit B attached hereto. Such Exhibit B is incorporated herein by reference as if fully set forth herein.

B. This Agreement (including Exhibits A and B attached hereto and incorporated herein and made a part hereof for all purposes) supersedes any prior written or oral and any contemporaneous oral agreement or understanding existing between me and the Company relating to the subject matters contained herein.

| **"EMPLOYEE"** | **AMERICAN GYPSUM COMPANY** |
| --- | --- |
| ______________________________ <br>Signature | By: ______________________________ |
| Printed name: ______________________ | Printed name: ______________________ |
| Title: ______________________________ | |
| Date: ______________________________ | Date: ______________________________ |

# American Gypsum Safety Policy Manual Appendices

**Exhibit G**

**Completion Certificates**

**Exhibit G-1**
CERTIFICATE OF SUBSTANTIAL COMPLETION

Agreement: Subcontract Agreement (the **"Agreement")** by and between American Gypsum Company, LLC **("Company")** and Jedson Engineering, Inc. **("Subcontractor")** dated [________________________________________ ], 2025

Project Name: [______________________]

Date of Issuance: [_________________, 20__]

I, [Name], [Title] of Supplier, do hereby certify that Subcontractor has achieved Substantial Completion of the Work, as such term is defined in the Agreement.

The undersigned further certifies on behalf of Subcontractor that there are no pending or threatened claims for labor, equipment, materials, supplies or otherwise relating to the Work performed by Subcontractor under the Agreement brought by itself or any sub-subcontractor, supplier, lessor and/or other person or company furnishing labor, supplies, or services in connection with the Work under this Agreement.

**ACCEPTED AND AGREED:**

This [ day of __________ , 20___]

[INSERT SUPPLIER NAME]:
By:______________________________________
Name:___________________________________
Title:____________________________________

**ACCEPTED AND AGREED:**

This [ day of ___________, 20___]

AMERICAN GYPSUM COMPANY LLC

By:______________________________________
Name:___________________________________
Title:____________________________________

**Exhibit G-2**
CERTIFICATE OF COMPLETION

Agreement: Subcontract Agreement (the **"Agreement")** by and between American Gypsum Company, LLC **("Company")** and Jedson Engineering, Inc. **("Subcontractor")** dated [____________________________________ ], 2025

Project Name: [______________________]

Date of Issuance: [__________________, 20__]

I, [Name], [Title] of Supplier, do hereby certify that Subcontractor has achieved Completion of the Work, as such term is defined in the Agreement.

The undersigned further certifies on behalf of Subcontractor that there are no pending or threatened claims for labor, equipment, materials, supplies or otherwise relating to the Work performed by Subcontractor under the Agreement brought by itself or any sub-subcontractor, supplier, lessor and/or other person or company furnishing labor, supplies, or services in connection with the Work under this Agreement.

**ACCEPTED AND AGREED:**

This [ day of __________ , 20___]

[INSERT SUPPLIER NAME]:
By:______________________________________
Name:___________________________________
Title:____________________________________

**ACCEPTED AND AGREED:**

This [ day of __________, 20___]

AMERICAN GYPSUM COMPANY LLC

By:______________________________________
Name:___________________________________
Title:____________________________________

## Exhibit H

## Unit Rates and Hourly Rates

# AG DUKE C LINE – PROJECT SERVICES
# 2025 RATE SCHEDULE

*Effective January 1, 2025, to December 31, 2025*

**ENGINEERING SERVICES STRAIGHT TIME RATES:**

| Labor Category | Hourly Rate |
|---|---:|
| Designer | $115 |
| Discipline Design Specialist | $167 |
| Engineer II | $125 |
| Engineer III | $157 |
| Engineer IV | $172 |
| Engineer V | $183 |

**PROJECT SERVICES STRAIGHT TIME RATES:**

| Labor Category | Hourly Rate |
|---|---:|
| Project Engineer | $165 |
| Project Manager | $193 |
| Project Controls | $141 |
| Document Control | $80 |

OVERTIME
Overtime shall consist of all work in excess of 40 hours per work week, Monday through Friday, and work performed on Saturday and Sunday, when the customer directs such work. Overtime rates are billed at 1.4 times the straight time rate.

HOLIDAYS
Holidays are New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Eve, Christmas Day and New Year's Day.  Holiday rates are billed at 1.75 times the straight time rate.

**ALL SERVICE CLASSES:**

| | |
|---|---|
| **Travel Time** | North America – Actual time, not to exceed 10 hours per one way travel,<br>Invoiced at straight time hourly rate.<br>International – ½ actual travel, per one way trave, invoiced at domestic straight time hourly rate. |
| **Air Travel** | North America – Coach Class<br>International – Business Class |
| **Expenses** | Travel and living, plus project related expenses such as mailings etc. invoiced at actual cost.<br>Equipment or services for resale invoiced at cost plus a percentage agreed.<br>upon for the project. |
| **Auto Mileage** | Prevailing IRS Rates |

**EXHIBIT I**
**ACCELERATED WORK PROGRAM WITHHOLDING**

**[See attached]**

# Exhibit I

## Acceleration Work Program Withholding

| American Gypsum Duke C Line<br>Accelerated Work Program Withholding<br>241002-02 | | |
|---|---|---|
| | **Date** | **Withholding** |
| **Mechanical** | | |
| Piping Utility & Compressor P&IDs IFD | 30-Sep-25 | $ 15,000 |
| Equipment Packages IFB | 30-Sep-25 | $ 15,000 |
| | | |
| **Civil** | | |
| Civil Package IFC | 2-Oct-25 | $ 25,000 |
| | | |
| **Architectural** | | |
| Architectural PEMB Package IFD | 15-Oct-25 | $ 20,000 |
| | | |
| **Structural** | | |
| Structural Piling IFC | 15-Dec-25 | $ 20,000 |
| Structural Foundations IFC | 12-Jan-26 | $ 20,000 |
| Structural Steel Primary IFC | 16-Feb-26 | $ 20,000 |
| Structural Steel Miscellaneous IFC | 6-Apr-26 | $ 10,000 |
| | | |
| **Piping** | | |
| Piping Orthographics IFD | 16-Mar-26 | $ 25,000 |
| | | |
| **Electrical** | | |
| Ductbank IFC | 6-Nov-25 | $ 15,000 |
| Grounding IFC | 23-Jan-26 | $ 15,000 |
| Cable Schedule, Cable Tray, Lighting IFC | 10-May-26 | $ 20,000 |
| | | |
| **Instrumentation** | | |
| Instrument Index & I/O List IFC | 16-Jan-26 | $ 10,000 |
| Instrument Loop Sheets IFC | 2-Apr-26 | $ 5,000 |
| | | |

Jedson Engineering

**INVOICE No: 92086**
**Invoice Date: 7/13/2026**

One Centennial Plaza
705 Central Avenue
Cincinnati, OH 45202
Phone: 513.965.5999

American Gypsum Corporate
5960 Berkshire Lane
Suite 800
AGMFG@americangypsum.com
Dallas, TX 75225

**Project: 241002-02 American Gypsum - Duke Board Plant**
**Project Manager: Lafferty, Jo**

**Professional services for the period from: 5/25/2026 to 6/28/2026**

Item #001 - Duke C-Line - Project Early Delivery Packages
PO# 46005 - $230,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / April Work
PO# 47528 - $230,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / June Work
PO# 49894 - $250,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / July Work
PO # 50871 - $300,000, 100% Billed

| | |
|---|---|
| **Contract Maximum:** | **$6,366,026.00** |
| **Previous Billing Against Maximum:** | **$5,594,583.90** |
| **Current Billing Against Maximum:** | **$388,540.00** |
| **Balance After This Invoice:** | **$382,902.10** |

Client PM - Bruno Garcia
PO# Subcontract Agreement dated 09/04/2025
June Billing

**Total Project Invoice Amount: $388,540.00**

**Billing Summary**

| Description | Current | Prior | Total |
|---|---|---|---|
| Labor - FFP | $388,540.00 | $5,594,583.90 | $5,983,123.90 |
| **Totals** | **$388,540.00** | **$5,594,583.90** | **$5,983,123.90** |

EXHIBIT 2

**Terms: Net 45 Days**

Jedson Engineering

# INVOICE No: 92651

**Invoice Date: 8/11/2026**

One Centennial Plaza
705 Central Avenue
Cincinnati, OH 45202
Phone: 513.965.5999

American Gypsum Corporate
5960 Berkshire Lane
Suite 800
AGMFG@americangypsum.com
Dallas, TX 75225

**Project: 241002-02 American Gypsum - Duke Board Plant**
**Project Manager: Hobbs, Josh**

## Professional services for the period from: 6/29/2026 to 7/26/2026

Item #001 - Duke C-Line - Project Early Delivery Packages
PO# 46005 - $230,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / April Work
PO# 47528 - $230,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / June Work
PO# 49894 - $250,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / July Work
PO # 50871 - $300,000, 100% Billed

Client PM - Bruno Garcia
PO# Subcontract Agreement dated 09/04/2025
July Billing

| | |
|---|---|
| **Contract Maximum:** | **$6,366,026.00** |
| **Previous Billing Against Maximum:** | **$5,983,123.90** |
| **Current Billing Against Maximum:** | **$252,330.00** |
| **Balance After This Invoice:** | **$130,572.10** |

**Total Project Invoice Amount: $252,330.00**

## Billing Summary

| Description | Current | Prior | Total |
|---|---|---|---|
| Labor - FFP | $252,330.00 | $5,983,123.90 | $6,235,453.90 |
| **Totals** | **$252,330.00** | **$5,983,123.90** | **$6,235,453.90** |

EXHIBIT
tabbies
3

**Terms: Net 45 Days**

Jedson® Engineering

September 04, 2026
Invoice No: 93288

**Invoice Total** **$30,949.00**

**705 Central Avenue**
**Cincinnati, Ohio 45202**
**Phone: 513.965.5999**
**accounting@jedson.com**

American Gypsum Corporate
5960 Berkshire Lane
Suite 800
AGMFG@americangypsum.com
Dallas, TX 75225

| | |
|---|---|
| **Project Number:** | **241002-50** |
| **Project Name:** | **American Gypsum - Duke Board Plant** |
| **Project Manager:** | **Josh Hobbs** |
| **Client PM:** | **Bruno Garcia** |
| **PO#:** | **Per Signed Change Order - 241002-COR-08** |
| **PO Value:** | **350,000.00** |
| **Payment Terms:** | **Terms: Net 45 Days** |

Funding for Construction RFI Support

**Professional Services from March 30, 2026 to August 30, 2026**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Civil Engineer IV | 7.50 | 179.00 | 1,342.50 | |
| Project Manager IV | 7.00 | 201.00 | 1,407.00 | |
| Structural Discipline Specialist II | 25.00 | 174.00 | 4,350.00 | |
| Structural Engineer III | 101.00 | 163.00 | 16,463.00 | |
| Structural Engineer IV | 2.00 | 179.00 | 358.00 | |
| Structural Engineer V | 34.00 | 190.00 | 6,460.00 | |
| Administrative/Clerical I | 6.00 | 78.00 | 468.00 | |
| Architect VI | .50 | 201.00 | 100.50 | |
| Totals | 183.00 | | 30,949.00 | |
| **Total Labor** | | | | **30,949.00** |

| **Billing Limits** | **Current** | **Prior** | **To-Date** |
|---|---|---|---|
| Total Billings | 30,949.00 | 63,103.50 | 94,052.50 |
| Limit | | | 350,000.00 |
| Remaining | | | 255,947.50 |

**Invoice Total:** **$30,949.00**

| | **Current** | **Prior** | **Total** |
|---|---|---|---|
| **Billings to Date** | **30,949.00** | **63,103.50** | **94,052.50** |

EXHIBIT
tabbies
4

Jedson Engineering

# INVOICE No: 93289

**Invoice Date:** 9/4/2026

One Centennial Plaza
705 Central Avenue
Cincinnati, OH 45202
Phone: 513.965.5999

American Gypsum Corporate
5960 Berkshire Lane
Suite 800
AGMFG@americangypsum.com
Dallas, TX 75225

## Project: 241002-02 American Gypsum - Duke Board Plant

**Project Manager: Hobbs, Josh**

## Professional services for the period from: 7/27/2026 to 8/23/2026

Item #001 - Duke C-Line - Project Early Delivery Packages
PO# 46005 - $230,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / April Work
PO# 47528 - $230,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / June Work
PO# 49894 - $250,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / July Work
PO # 50871 - $300,000, 100% Billed

| | |
|---|---|
| **Contract Maximum:** | **$6,366,026.00** |
| **Previous Billing Against Maximum:** | **$6,235,453.90** |
| **Current Billing Against Maximum:** | **$117,616.00** |
| **Balance After This Invoice:** | **$12,956.10** |

Client PM - Bruno Garcia
PO# Subcontract Agreement dated 09/04/2025
August Billing

**Total Project Invoice Amount:** **$117,616.00**

## Billing Summary

| Description | Current | Prior | Total |
|---|---|---|---|
| Labor - FFP | $117,616.00 | $6,235,453.90 | $6,353,069.90 |
| **Totals** | **$117,616.00** | **$6,235,453.90** | **$6,353,069.90** |

EXHIBIT
tabbies
5

**Terms: Net 45 Days**

**Jedson** Engineering

October 09, 2026
Invoice No: 93973

**Invoice Total** **$11,975.00**

**705 Central Avenue**
**Cincinnati, Ohio 45202**
**Phone: 513.965.5999**
**accounting@jedson.com**

American Gypsum Corporate
5960 Berkshire Lane
Suite 800
AGMFG@americangypsum.com
Dallas, TX 75225

**Project Number:** **241002-02**
**Project Name:** **American Gypsum - Duke Board Plant**
**Project Manager:** **Josh Hobbs**
**Client PM:** **Bruno Garcia**
**PO#:** **46005, 47528, 49894, 50871, Signed Contract**
**PO Value:** **6,366,026.00**
**Payment Terms:** **Terms: Net 45 Days**

Item #001 - Duke C-Line - Project Early Delivery Packages
PO# 46005 - $230,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / April Work
PO# 47528 - $230,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / June Work
PO# 49894 - $250,000, 100% Billed
Item #001 - Duke C-Line - Project Early Delivery Packages / July Work
PO # 50871 - $300,000, 100% Billed

Client PM - Bruno Garcia
PO# Subcontract Agreement dated 09/04/2025
September Billing

**Professional Services from August 24, 2026 to September 27, 2026**

**11,975.00**

| **Billing Limits** | **Current** | **Prior** | **To-Date** |
|---|---|---|---|
| Total Billings | 11,975.00 | 6,353,069.90 | 6,365,044.90 |
| Limit | | | 6,366,026.00 |
| Remaining | | | 981.10 |

**Invoice Total:** **$11,975.00**

| | **Current** | **Prior** | **Total** |
|---|---|---|---|
| **Billings to Date** | **11,975.00** | **6,353,069.90** | **6,365,044.90** |

EXHIBIT
6

Jedson Engineering

705 Central Avenue
Cincinnati, Ohio 45202
Phone: 513.965.5999
accounting@jedson.com

October 12, 2026
Invoice No: 93975

**Invoice Total** **$59,512.07**

American Gypsum Corporate
5960 Berkshire Lane
Suite 800
AGMFG@americangypsum.com
Dallas, TX 75225

**Project Number:** **241002-50**
**Project Name:** **American Gypsum - Duke Board Plant**
**Project Manager:** **Josh Hobbs**
**Client PM:** **Bruno Garcia**
**PO#:** **Per Signed Change Order - 241002-COR-08**
**PO Value:** **350,000.00**
**Payment Terms:** **Terms: Net 45 Days**
Funding for Construction RFI Support

**Professional Services from August 31, 2026 to September 30, 2026**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Civil Engineer IV | .50 | 179.00 | 89.50 | |
| Electrical Engineer I | 4.00 | 109.00 | 436.00 | |
| Electrical Engineer IV | 3.00 | 179.00 | 537.00 | |
| Mechanical Engineer V | 14.00 | 190.00 | 2,660.00 | |
| Process Engineer II | 19.00 | 130.00 | 2,470.00 | |
| Project Controls IV | .50 | 190.00 | 95.00 | |
| Structural Discipline Specialist I | 29.00 | 158.00 | 4,582.00 | |
| Structural Discipline Specialist II | 21.00 | 174.00 | 3,654.00 | |
| Structural Engineer III | 75.00 | 163.00 | 12,225.00 | |
| Structural Engineer V | 54.50 | 190.00 | 10,355.00 | |
| Structural Engineer I P | 55.50 | 85.00 | 4,717.50 | |
| Structural Engineer II P | 112.00 | 85.00 | 9,520.00 | |
| Structural Engineer III P | 10.50 | 85.00 | 892.50 | |
| Architect VI | 2.00 | 201.00 | 402.00 | |
| Project Manager VI | 1.00 | 220.00 | 220.00 | |
| Piping Discipline Specialist III | 1.50 | 187.00 | 280.50 | |
| Project Engineer V | 21.50 | 205.00 | 4,407.50 | |
| Totals | 424.50 | | 57,543.50 | |
| **Total Labor** | | | | **57,543.50** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Meals Expense | | 134.77 | |
| Airfare Expense | | 1,833.80 | |
| **Total Reimbursables** | **1.0 times** | **1,968.57** | **1,968.57** |

EXHIBIT
7

Jedson Engineering

# Change Order Request

| | | | |
|---|---|---|---|
| **Project Name:** | Duke C Line | **Jedson Project No.:** | 241002-02 |
| **Project Location:** | Duke , Oklahoma | **Client PO No.:** | |
| **Client:** | American Gypsum | **Document Number:** | 241002-COR-00 |
| **Jedson Issuer:** | Project Manager | **COR No.:** | COR-013 |
| | | **Date Submitted:** | 7/12/2026 |
| **Distribution:** | | **Rev.:** | 1 |

## Change Order Information

| | |
|---|---|
| **Remarks:** | **Prompt review and approval of this change request is appreciated and necessary in order to minimize overall delay to the project schedule.** |
| **1. Change Order Title:** | **New North Tower** |
| **2. Description and Reason for Change (& Reference Documents):** | **Details of Change:** Jedson will design a sawdust dust collection tower. This tower will be approximately 38 feet by 15 feet, with an adjacent stairtower. There will be three levels, a platform at the top level to access the dust collector bags, a dust collector support level, and a level for support of screw conveyors and fans.<br>This includes the following deliverables:<br>• Structural Foundations Plans and Details - Remains at 1 drawing<br>• Structural Steel Plans - Able to reduce from 2 drawings to 1 drawing.<br>• Structural Steel Elevations, & Details - Needs to remain at 2 drawings<br>• Cable Schedule - confirm GZB cable sizes<br>• Cable Tray Plans & Elevations - check & seal Keways drawings<br>• Lighting Plans - check & seal Keways drawings<br>• Receptacle Plans - develop drawings, check & seal<br>• Grounding Plans - develop drawings, check & seal<br><br>**Reason for Change:** The existing south sawdust tower was supposed to be evaluated for new dust collectors. Upon inspection it was determined that the existing steel was too corroded and unsafe to use for new equipment. American Gypsum made the decision to design and build a new structure for the Sawdust Tower. The area around the existing tower on the south side was too congested, and would make design and construction difficult in this area. American Gypsum made the decision to move the tower to the north side of the new Area 50 boardline. This tower was not in the original scope of work. American Gypsum requested Jedson design a new North Tower for the sawdust dust collection. |
| **3. Change Initiated By:** | Jo Lafferty |
| **4. Additional Effects:** | ☐ Schedule ☐ Guarantees ☐ Penalti ☐ Quality ☐ None ☐ Other |

## Cost Impact

| 5. Discipline Code & Title | Cost Increase | Cost Decrease | Materials | Subcontracts | Total ($) |
|---|---|---|---|---|---|
| Structural | $ 30,700.00 | | | | $ 30,700.00 |
| Electrical | $ 12,000.00 | | | | $ 12,000.00 |
| Admin | $ 1,400.00 | | | | $ 1,400.00 |
| | Travel Expenses | | # of trips | | |
| | Subtotal | | | | $ 44,100.00 |
| | Contingency | | | | $ - |
| | Total: | | | | $ 44,100.00 |

## Jedson Approvals

**Jedson Project Manager/Director:** (Name & Date)

**7. Notes, Comments, Instructions:**

## Client Approvals

| | |
|---|---|
| ☐ Approved<br>☐ Rejected | Name, Date, Signature |
| **8. Client Notes/Comments:** | |

EXHIBIT
tabbies
8